# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

|  |  |  |
|---|---|---|
| **In re:** | § | **Case No. 24-40647** |
|  | § | **Chapter 7** |
|  | § |  |
| **RYAN COLE and SARAH COLE,** | § |  |
|  | § |  |
| **Debtors.** | § |  |

---

## MOTION FOR EXTENSION OF TIME TO FILE ADVERSARY COMPLAINT TO DETERMINE THE DISCHARGEABILITY OF DEBT

---

COMES NOW Wazu Capital Partners, Inc.'s ("the Movant"), and hereby moves this Court for an extension of time to file an adversary complaint to determine the dischargeability of certain debts pursuant to 11 U.S.C. §§ 523(c) and Fed. R. Bankr. P. 4007(c). In support of this Application, The Movant states as follows:

1.      The Movant obtained a Final Judgment against Ryan Cole ("Debtor") in the amount of $832,500.00 plus post-judgment interest from the 14th Judicial District Court in Dallas County, Texas (Cause No. DC-23-05450).  Movant believes that Debtor was part of a fraudulent scheme to induce Movant's investment and then to funnel those investment dollars towards the repayment of other debts in a defacto Ponzi scheme.

2.      On March 25, 2024, the Debtor, and his wife, filed a petition with this Court seeking relief under Chapter 7 of the United States Bankruptcy Code (the "Code").

3.      The first date set for the meeting of the creditors under § 341(a) of the Code was May 22, 2024, and the deadline for objecting to discharge is June 18, 2024.

4.      At the time Debtor filed this bankruptcy, Movant was engaged in two separate

state court lawsuits aimed at unraveling the complex business structure created by Debtor and his business partners to hide their fraudulent scheme. The filing of this bankruptcy affected a stay of Movant's efforts to further investigate its claims. Movant nonsuited the Debtor and sought to reopen the state-court case, but because several affiliated companies controlled by the Debtor remained defendants in the state court litigation, the state court determined that it needed an order lifting the automatic stay. On June 5, 2024, Movant filed a Motion to Lift Stay and Brief in Support.

5.      Given the complexity of the facts and number of entities within the scope of Debtor's business enterprise, Movant's investigation is still ongoing, and the Movant requires additional time to complete its investigation in order to justify the filing of an adversary complaint in this matter.

6.      Therefore, in accordance with Fed. R. Bankr. P. 4007(c) and Local Rule of Bankruptcy Procedure 4007-1, The Movant requests an additional thirty (30) days, until and including July 18, 2024, to file an adversary complaint to determine the dischargeability of the Final Judgment entered against Debtor.

## **PRAYER**

WHEREFORE, The Movant prays that this Court enter an order granting the Motion for Extension of Time and permitting The Movant an additional thirty (30) days, until and including July 18, 2024, to file an adversary complaint in this matter.

Dated:  June 18, 2024

Respectfully submitted,

 /s/ Ryan K. Lurich
**Ryan K. Lurich**
State Bar No. 24013070
rlurich@fflawoffice.com
**Seymour Roberts, Jr.**
State Bar No. 17019150
sroberts@fflawoffice.com

**FRIEDMAN & FEIGER, L.L.P.**
Dominion Plaza West
17304 Preston Road, Suite 300
Dallas, Texas 75252
(972) 788-1400 (Telephone)
(972) 788-2667 (Telecopier)

**ATTORNEYS FOR WAZU CAPITAL
PARTNERS, INC. and MT MEDICAL
PROPERTIES, LLC**

### CERTIFICATE OF CONFERENCE

On June 18, 2024, the undersigned had a telephone conversation with Larry Levick, the counsel of record for the Trustee, regarding the above and foregoing Motion, and he did not have any objection to, and consented to, the relief requested therein.

 /s/ Seymour Roberts, Jr.
Seymour Roberts, Jr.

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that on the 18h day of June 2024, in accordance with LBR 4001(b)(3), 9013(f)(1)(A), and Federal Rule of Bankruptcy Procedure 7004(b), a true and correct copy of the foregoing was served the Debtors, the Trustee, the United States Trustee, all members of any official committee, and their respective attorneys, and all parties who have filed a notice of appearance or request for notice in this case via this Court's ECF notification system and/or by first class mail postage prepaid.

_/s/ Ryan K. Lurich_____
Ryan K. Lurich

#1094617