Form ntchrgBKv2

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Texas

Bankruptcy Case No.: 24−40647
Chapter: 7
Judge: Brenda T. Rhoades

In Re:

Ryan Cole and Sarah Cole

## NOTICE OF COURT PROCEEDING

A hearing will be held on

*Tuesday, July 9, 2024*

at

*09:30 AM*

to consider and act upon document 37 − Motion to Extend Time to File Complaint to Determine Dischargeability Filed by Department of Labor (Gault, Allyson) 38 − Motion to Extend Time to File Complaint Objecting to Discharge or Challenge Dischargeability Filed by Nueterra Capital LLC (Attachments: # 1 Exhibit Ex. A Notice of Filing of Foreign Judgment # 2 Exhibit Application for Writ of Garnishment # 3 Exhibit Motion for Charging Order # 4 Exhibit Notice of Post−judgment Writ of Garnishment # 5 Exhibit Order Granting Plaintiff's Motion for Charging Order) (Devenport, Russell) filed as document number 38 .
The courtroom is located at Plano Bankruptcy Courtroom, 660 N. Central Expressway, Third Floor, Plano, TX 75074.

Dated: Monday, June 24, 2024

                                                                                        Jason K. McDonald
                                                                                        Clerk, U.S. Bankruptcy Court