# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

IN RE:
Ryan Cole
6624 Eastview
Sachse , TX 75048
SSN: XXX-XX-9621
Debtor

Case No. 24-40647 btr
Chapter: 7

Sarah Cole
6624 Eastview
Sachse , TX 75048
SSN: XXX-XX-3835
Joint Debtor

### ORDER VACATING ORDER GRANTING MOTION TO EXTEND TIME TO FILE COMPLAINT TO DETERMINE DISCHARGEABILITY
Doc.#48

**It was brought to the Court's attention that on 06/27/2024** an Order Granting Motion to Extend Time to File Complaint to Determine Dischargeability (by Wazu Capital Partners, Inc.) was entered due to a clerical error.

**IT IS THEREFORE ORDERED** that the Order Granting Motion to Extend Time to File Complaint to Determine Dischargeability (by Wazu Capital Partners, Inc.) is hereby VACATED.

Signed on 07/01/2024

*Brenda T. Rhoades*    SD

HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE