Form ntchrgBKv2

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Texas

Bankruptcy Case No.: 24−40647
Chapter: 7
Judge: Brenda T. Rhoades

In Re:

Ryan Cole and Sarah Cole

## NOTICE OF COURT PROCEEDING

A hearing will be held on

*Tuesday, July 9, 2024*

at

*09:30 AM*

to consider and act upon document 39 − Motion to Extend Time to File Complaint to Determine Dischargeability of Debt Filed by Wazu Capital Partners, Inc. (Lurich, Ryan) filed as document number 39 .
The courtroom is located at Plano Bankruptcy Courtroom, 660 N. Central Expressway, Third Floor, Plano, TX 75074.

Dated: Monday, July 1, 2024

                                                                                                           Jason K. McDonald
                                                                                                           Clerk, U.S. Bankruptcy Court