**DeMarco•Mitchell, PLLC**
Robert T. DeMarco
Michael S. Mitchell
12770 Coit Road, Suite 850
Dallas, TX 75251
**T** 972-991-5591
**F** 972-346-6791

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| IN RE: | Case No.: 24-40647-BTR |
| **Ryan Cole** <br> xxx-xx-9621 <br> 6624 Eastview <br> Sachse, TX 75048 <br><br> and <br><br> **Sarah Cole** <br> xxx-xx- 3835 <br> 6624 Eastview <br> Sachse, TX 75048 <br><br> **Debtors.** | Chapter: 7 |

### CERTIFICATE OF SERVICE

The undersigned counsel herby certifies that true and correct copies of the following pleading(s)

- *Amended Schedule C*

and all attachments were served upon all parties listed below in accordance with applicable rules of bankruptcy procedure on this **3rd day of July, 2024**. Where possible, service was made electronically via the Court's ECF noticing system or via facsimile transmission or email where a facsimile number or email address is set forth below. Where such electronic service was not possible, service was made via regular first-class mail.

| DEBTORS | |
|---|---|
| **Ryan Cole** <br> 6624 Eastview <br> Sachse, TX 75048 | **Sarah Cole** <br> 6624 Eastview <br> Sachse, TX 75048 |

| TRUSTEES | |
|---|---|
| **Office of the United States Trustee** <br> 110 North College Avenue, Room 300 | **Michelle Chow** <br> Chapter 7 Bankruptcy Trustee |

| | |
|---|---|
| Tyler, Texas 75702 | 16200 Addison Road, Suite 140 |
| | Addison, TX 75001 |

**SEE ATTACHED MATRIX**

*/s/ Robert T. DeMarco*
**DeMarco•Mitchell, PLLC**
Robert T. DeMarco, Texas Bar No. 24014543
**Email**   robert@demarcomitchell.com
Michael S. Mitchell, Texas Bar No. 00788065
**Email**   mike@demarcomitchell.com
12770 Coit Road, Suite 850
Dallas, TX 75251
T   972-991-5591
F   972-346-6791

Label Matrix for local noticing
0540-4
Case 24-40647
Eastern District of Texas
Sherman
Wed Jul  3 19:02:07 CDT 2024

Credit Union of Texas
PO Box 7000
Allen, TX 75013-1305

Dallas County
Linebarger, Goggan, Blair & Sampson, LLP
c/o Sherrel K. Knighton
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207-2328

Department of Labor
Office of the Solicitor
525 S. Griffin Street
Suite 501
Dallas, TX 75202-5092

MT Medical Properties, LLC
13151 Emily Road, Suite #140
Dallas, TX 75240-8957

(p)BK SERVICING  LLC
PO BOX 131265
ROSEVILLE MN 55113-0011

Plano - U. S. Bankruptcy Court
Suite 300B
 660 North Central Expressway
Plano, TX 75074-6795

356 Vetures LLC
1841 Tranquility Court
Prosper, TX 75078-9744

84 Lumber Company LP
P.O. Box 365
Eighty Four, PA 15330-0365

ACT Pipe and Supply, Inc
c/o Carl Thompson
10900 Brittmoore Park Drive Suite L
Houston, TX 77041-7009

Access Recievables Management
P.O. Box 1377
Cockeysville, MD 21030-6377

Adam Deeb
c/o Steve LeBrocq
2828 Trinity Mill Road Suite 221
Carrollton, TX 75006-2365

Adam Smock
3416 Endicott
Wylie, TX 75098-3004

Adkan Engineers
6879 Airport Drive
Riverside, CA 92504-1903

Allen Carter Susan Cliffel Porter Wright
Morris and Arthur, LLP
250 E Fifth St. Suite 2200
Cincinnati, OH 45202-5118

Alphaeon
P.O. Box 650965
Dallas, TX 75265-0965

American Arbitration Association
13727 Noel Road Suite 700
Dallas, TX 75240-2000

American Arbitration Association
150 N. Michigan Ave., Ste. 3050
Chicago, IL 60601-7553

Amerifactors Financial Group, LLC
1170 Celebration Blvd., Suite 100
Celebration, FL 34747-4604

Amerigas
PO Box 660288
Dallas, TX 75266-0288

Aminda Rodriquez Rockshead
130 Creek side Dr
Plano, TX 75094-4325

Ariel Bouskila
1545 US 202 Suite 101
Pomona, NY 10970-2951

BLC Princeton to BLC Prime Lending Fund
15375 Barranca Parkway Suite B
Irvine, CA 92618-2217

Bank OZK
PO Box 196
Ozark, AR 72949-0196

Bank of America
P.O. Box 851001
Dallas, TX 75285-1001

Blackbeard Holdco, LLC
c/o Matt Hudson
201 Main Street Suite 1900
Fort Worth, TX 76102-3135

Bo Lei & Phiyen Ren
1571 St REgis
San Jose, CA 95124-4835

Brain Alexander
2535 Kettner Suite 3A2
San Diego, CA 92101-1266

Brain Hurst
4900 Gage Ave Apt 622
Fort Worth, TX 76109-1675

Brandon Moonier
301 Main Street P.O. Box 800
Hillsboro, MO 63050-0800

| | | |
|---|---|---|
| Brian Holland and Benjamin Struby and<br>Lathrop GMP and Foulston Siefkin<br>2345 Grand Blvd., Ste 2800<br>Kansas City, MO 64108-2612 | Bruce Mansflied<br>1550 N Norwood Drive Suite 107<br>Hurst, TX 76054-3601 | Cameron Purcell<br>4719 Markham Woods Court Suite 3A2<br>Kingwood, TX 77345-2550 |
| Capital One<br>P.O. Box 60519<br>City of Industry, CA 91716-0519 | Cardinal health 110 & 200 LLC<br>c/o Susan Cliffel<br>250 E Fifth St Suite 2200<br>Cincinnati, OH 45202-5118 | Care Credit<br>P.O. Box 71715<br>Philadelphia, PA 19176-1715 |
| Careflight<br>P.O. Box 6511<br>Carol Stream, IL 60197-6511 | Carl W. Thompson<br>The Law Office of Carl Thompson, PC<br>10900 Brittmoore Park Drive, Suite L<br>Houston, TX 77041-7009 | Carrington Colman Sloman & Blumenthal<br>901 Main Street Suite 550<br>Dallas, TX 75202-3767 |
| Central Bank<br>c/o Brian Holland<br>2345 Grand Blvd Suite 2800<br>Kansas City, MO 64108-2612 | Charles Sarafino<br>1717 Main Street 25th Floor<br>Dallas, TX 75201-4612 | Charter Communication<br>Spectrum Enterprises PO Box 223085<br>Pittsburgh, PA 15251-2085 |
| Christopher Brown<br>777 Main St, Ste 2790<br>Fort Worth, TX 76102-5369 | Chuck McNally<br>! 61-43 186th Street Suite 450<br>Fresh Meadows, NY 11365-2710 | Cicero France & Alexander, PC<br>6323 E Riverside<br>Rockford, IL 61114-4414 |
| (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | Citi Costco<br>P.O. Box 900106<br>Louisville, KY 40290 | City Ambulance Service<br>P.O. Box 691067<br>Houston, TX 77269-1067 |
| City of Plano Fire Dept<br>P.O. Box 46067<br>Houston, TX 77210-6067 | Clement Services<br>2736 Ludelle Street<br>Fort Worth, TX 76105-1211 | Cliff Sullivan<br>15758 SE Highway 224<br>Damascus, OR 97089-6417 |
| Cloundfund, llc<br>187 WOLF ROAD, SUITE 101<br>ALBANY NY 12205-1138 | Constable Gary Edward<br>1025 S State Highway 78<br>Lavon, TX 75166-1285 | Craig Novack<br>24165 IH -10 West Suite 217-418<br>San Antonio, TX 78257-1449 |
| Craig Novack Law Firm PLLC<br>24165 IH-10 West SUite 217-418<br>San Antonio, TX 78257-1449 | Curtis Law<br>901 Main Street Suite 6515<br>Dallas, TX 75202-3782 | DML Capital<br>24032 SE 21st St.<br>Sammamish, WA 98075-8162 |
| DML Capital Mortgage Fund<br>24032 SE 21st<br>Sammamish, WA 98075-8162 | DML Capital Mortgage Fund, LLC<br>Lionscove HQ 2018 156th Ave NE<br>Bellevue, WA 98007-3825 | DOL Kansas<br>1222 Spruce St Room 9 102B<br>Saint Louis, MO 63103-2818 |

| | | |
|---|---|---|
| Dale Phillips<br>424 Pleasant Run<br>Plano, TX 75094-3261 | Dallas Lite and Barricade<br>2822 N Beach<br>Fort Worth, TX 76111-6201 | David Lagat<br>7278 Glen View Drive<br>North Richland Hills, TX 76180-8610 |
| (p)BLENDEN ROTH LAW FIRM<br>2217 HARWOOD RD<br>BEDFORD TX 76021-3607 | Dell Upshaw<br>18271 CR 913<br>Nevada, TX 75173-8108 | (p)CLOUDFUND LLC<br>400 RELLA BOULEVARD SUITE 165-101<br>SUFFERN NY 10901-4241 |
| Diverse Capital, LLC<br>244 5th Ave Suite P297<br>New York, NY 10001-7604 | Dr Ed Acosta<br>6521 Geneseo Circle<br>Plano, TX 75023-1615 | Dream Realty<br>2510 Doyle<br>Sachse, TX 75048-4038 |
| Dustin Baker<br>200 N Mesquite Street Suite 200<br>Arlington, TX 76011-7529 | EBF Holdings dba EverestFunding<br>5 West 37th Street Suite 1100<br>New York, NY 10018-6222 | EBSA<br>Department of Labor 401 SW Tokepa<br>Topeka, KS 66603 |
| EBSA<br>Department of Labor 401 SW Topeka<br>Topeka, KS 66603-3151 | Ebrahim Khiyami & Paiyen Jamel<br>7611 Ridgebluff<br>Sachse, TX 75048-6554 | Eileen Richling<br>2300 Main Street Suite 11093<br>Kansas City, MO 64108-2416 |
| Emergency Physicians Group<br>P.O. Box 3689, Dept 57<br>Sugar Land, TX 77487-3310 | Erica Gilerman<br>515 Madison Ave Suite 8108<br>New York, NY 10022-5403 | Erin Gash<br>17070 W 93rd Place<br>Leawood, KS 66219-2529 |
| FCI Lender Services<br>P.O. Box 27370<br>Anaheim, CA 92809-0112 | Flash Funding Services, Inc<br>112 W 34th Street Suite 18063<br>New York, NY 10120-0001 | Foulston Attorney at Law<br>7500 College Blvd. Suite 1400<br>Overland Park, KS 66210-4041 |
| G Crete LLC<br>1224 US 377 Suite 303 PMB 55<br>Roanoke, TX 76262-9114 | G Crete Texas LLC<br>9900 Spectrum<br>Austin, TX 78717-4555 | Greenwood JV<br>c/o Kenny Knox 1112 Serenade Lane<br>Richardson, TX 75081-4444 |
| Grey Wolf<br>c/o Ismail Amin, TALG Ltd.<br>2211 Michelson Drive, Ste. 1170<br>Irvine, CA 92612-1358 | Gulf Coast Bank & Trust<br>1170 Clebration Blvd, Suite 100<br>Howey in the Hills, FL 34737 | Haliegh Jones<br>1700 Pacific Ave Suite 2390<br>Dallas, TX 75201-7371 |
| Harold Deiter<br>1324 iron Dale<br>Wylie, TX 75098-8611 | Harry Simon<br>10200 East Giradf Ave<br>Suite 120 Building B<br>Denver, CO 80231-5590 | Heartplace<br>Attn: 1919 SW<br>P.O. Box 1400<br>Belfast, ME 04915 |

Holt Texas ltd
3302 South W.W. White Road
San Antonio, TX 78222-4830

Hudson Energy
5251 Westheimer Suite 1000
Houston, TX 77056-5414

Huishong Zhang
18799 10 mile Road Suite 2800
Southfield, MI 48075

InCorp
3773 Howard Hughes Suite 500S
Las Vegas, NV 89169-6014

Internal Revenue Service
1100 Commerce Str
Mail Code 5027- DAL
Dallas, TX 75242-1100

Internal Revenue Service
1100 Commerce Street Mail Code 5027-DAL
Dallas, TX 75242-1100

Isaac Greenfield
2 Executive Blvd Suite 305
Suffern, NY 10901-8219

Ismail Amin
100 Crescent Court Seventh Floor
Dallas, TX 75201-6900

Itria Venturees LLC
Duane Morris One Penn Place Suite 4520
New York, NY 10119

JHW Land Investments
7957 Hemingway Av.
San Diego, CA 92120-1713

JHW Land Investments
7957 Himingway ave
El Cajon, CA 92020

(p)JOHN MONTEIRO
10003 HARBOR HIDEAWAY
FRISCO TX 75036-9396

Jacob Ojo
10 HArper Drive
Allen, TX 75002-5224

Jeanette Quinn
103 Ripley St
Columbia, MO 65201-5738

Jeff Leaverton
420 Throckmorton Street Suite 1210
Fort Worth, TX 76102-3792

Jeffrey Hiller
333 Covent
San Antonio, TX 78205

Jeffrey Slusher
4227 Parkridge
Sachse, TX 75048

Joachim & Hede Wolff Family Trust
7957 Hemingway Ave
San Diego, CA 92120-1713

John Monterio, 4X Ventures &
JMM Enterprises 10003 Harbor Hideaway
Frisco, TX 75036-9396

Jonathan Collins
325 N St Paul Suite 3100
Dallas, TX 75201-3923

Joseph Mira
8235 Douglas Ave Suite 895
Dallas, TX 75225-6015

Jue Ye
18700 10 mile Road Suite 2800
Southfield, MI 48075-2625

June A. Mann
Counsel for TTCU Federal Credit Union
Mann Law Firm PLLC
3104 Edloe St., Suite 201
Houston, TX 77027-6022

Juzhu Jaing
Room 1502 Building 6
Lane 25 Huangljincheng 2011103 China

KRJL LLC
c/o Ross Wells 1700 Redbud Blvd
Suite 300, P.O. Box 1210
McKinney, TX 75070-8149

Katherine Hopkins
201 Main Street Suite 2500
Denton, TX 76201

Kathleen Harkleroad
c/o Ross Wells
1700 Redbud, Suite 300 P.O. Box 1210
McKinney, TX 75070-8149

Kathryn Burns
6368 W 80th Street
Los Angeles, CA 90045-1445

Kevin Hormuth
10 S Broadway Suite 2000
Saint Louis, MO 63102-1747

Kyle Cocker
17304 Preston Road Suite 300
Dallas, TX 75252-4625

| | | |
|---|---|---|
| (p)LABORATORY CORPORATION OF AMERICA<br>ATTN GOVERNMENT AUDITS<br>PO BOX 2270<br>BURLINGTON NC 27216-2270 | Lakeshore RE Capital Ventures<br>1003 Harbour Hideaway<br>Frisco, TX 75036 | Lakeshore RE Cpital II, LLC<br>1003 Harbor Hideaway<br>Frisco, TX 75036 |
| Larry Pedracini<br>10222 NE Thompson<br>Portland, OR 97220-3747 | Laura Dibiase<br>201 17th Strett NW Suite 1700<br>Atlanta, GA 30363-1099 | Lee Wier<br>707 Grant Street Suite 3800<br>Pittsburgh, PA 15219-1933 |
| Loren Kenlman Roth 401k<br>13206 NE 47th St<br>Bellevue, WA 98005-1110 | Lou Losanes<br>501 Life Spring Drive<br>Rockwall, TX 75087-6567 | MAAP<br>344 #rd St.<br>Baton Rouge, LA 70801 |
| MIller Bates<br>1245 Brickyard Road Suite 100<br>Salt Lake City, UT 84106-2564 | Mainstreet Health Ventures<br>Shaneel Latani<br>34 Peachtree St NW Suite 2800<br>Atlanta, GA 30303-2300 | Mastrogiovanni PLLC<br>8080 N central Expressway Suite 1300<br>Dallas, TX 75206-1808 |
| McGinnis Lochridge<br>1111 W 6th St Building B Suite 400<br>Austin, TX 78703-5345 | Medpost Urgent Care<br>P.O. Box 843206<br>Dallas, TX 75284-3206 | (p)MERCEDES BENZ FINANCIAL SERVICES<br>14327 HERITAGE PARKWAY #400<br>FORT WORTH TX 76177-3300 |
| Methodist Health System<br>P.O. Box 733536<br>Dallas, TX 75393-0001 | Milton Barboza<br>5128 Blackwood<br>McKinney, TX 75071-6283 | Monterey Development, LLC<br>c/o Edward Saldana<br>675 Town Square Blvd. Suite 200<br>Garland, TX 75040-2991 |
| NRG Energy<br>P.O. Box 660749<br>Dallas, TX 75266-0749 | National Funding Co, #4<br>9530 Towne Centre Drive Suite 120<br>San Diego, CA 92121-1981 | National Funing Co #5<br>9530 Towne Center Drive Suite 120<br>San Diego, CA 92121-1981 |
| Nebraska Furniture<br>P. O. Box 2335<br>Omaha, NE 68103-2335 | Nerissa Moisan<br>150 N Michigan Ave Suite 3050<br>Chicago, IL 60601-7553 | Noble Health Group<br>c/o Jonathan Hensley 1204 Moreau Dr<br>Jefferson City, MO 65101-3523 |
| North Garland Surgery Center<br>7150 North George Bush Suite 101<br>Garland, TX 75044-2209 | Nueterra Capital<br>112221 Roe Avenue<br>Leawood, KS 66211 | Ogletree, Deakins, Nash Smoak & Stewart<br>50 International Dive Suite 300<br>Greenville, SC 29615-4832 |
| Omega Accounting Solutions<br>15101 Alton Parkway Suite 450<br>Irvine, CA 92618-2372 | Oral Surgery of Texas<br>9000 Lakeview<br>Rowlett, TX 75088-4535 | Parkview Advance, LLC<br>400 Main Street<br>Stamford, CT 06901-3000 |

| | | |
|---|---|---|
| Patrick Ferry<br>400 Rella Blvd Suite 165-101<br>Suffern, NY 10901-4241 | (p)PAWNEE LEASING CORPORATION ATTN SANDI CAR<br>3801 AUTOMATION WAY<br>STE 207<br>FORT COLLINS CO 80525-5735 | Paypal<br>c/o American Coraduis International<br>2420 Sweet Home Road Suite 150<br>Buffalo, NY 14228-2244 |
| Post Road Real Estate Finance, LLC<br>Crestline Makena Fund<br>Crestline 2 landmark Square Suite 207<br>Stamford, CT 06901-2410 | Quest Diagnostic Clinical Laboratories<br>c/o Neil Orleans<br>700 N Pearl Street Suite 1601<br>Dallas, TX 75201-2824 | Quest Diagnostics<br>P.O. Box 740779<br>Cincinnati, OH 45274-0779 |
| RDC Capital c/o David Brauer<br>3502 Emerald Court Grapevine, TX 76051<br>Grapevine, TX 76051-5628 | RMWC WA Credit LLC<br>750 Lexington Avenue Suite 2302<br>New York, NY 10022-9834 | Randall Lindley<br>2323 Ross Suite 1900<br>Dallas, TX 75201-2721 |
| Reliant Energy<br>P.O. Box 65047<br>Dallas, TX 75265 | Richard DeBerry<br>777 Main Street Suite 2700<br>Fort Worth, TX 76102-5366 | Richard Muller<br>61-43 186th Street Suite 450<br>Fresh Meadows, NY 11365-2710 |
| Rijander Singh<br>217-08 36th Ave<br>Bayside, NY 11361-2252 | Robert Browning<br>1900 Post Oak Blvd. Suite 1800<br>Houston, TX 77056 | Roderick Reuter<br>P.O. Box 571811<br>Houston, TX 77257-1811 |
| Rongqi Lui & Yiziao Hu<br>14 Kilpatrick Lane<br>Belle Mead, NJ 08502-4305 | Ross Wells Ross Wells Abernathy Roeder<br>Boyd & Hullett PC<br>1700 Redbud Blvd., Suite 300 PO Box 1210<br>McKinney, TX 75069-3276 | Ross, Smith & Binford, PD<br>Neil Orleans 700 N. Pearl St, Suite 1610<br>Dallas, TX 75201-7459 |
| S Craig Holden<br>165 Madison Ave Suite 2000<br>Memphis, TN 38103-2752 | SLSCO Ltd<br>6702 Broadway<br>Galveston, TX 77554-8906 | SSM Healthcare<br>10101 Woodfield Lane<br>Saint Louis, MO 63132-2922 |
| Saint Pio of Pietrelcina<br>15758 Highway 224 Unite 116<br>Damascus, OR 97089-8411 | Sean Johnson<br>P.O. Box 17017<br>Galveston, TX 77552-7017 | Shaiyaan Reza<br>2519 Primrose<br>Rowlett, TX 75089 |
| Shanaque Hudson<br>1301 Rene La Salle<br>San Antonio, TX 78239-1857 | Sheffield<br>P.O. Box 580229<br>Charlotte, NC 28258-0229 | Sheriff & Morgan<br>104 N Birmingham<br>Wylie, TX 75098-4435 |
| Sherly Thomas<br>6363 Woodway Dr. Suite 975<br>Houston, TX 77057-1713 | Sincere Home Health Care Inc<br>801 S Hwy 78<br>Suite #202<br>Wylie, TX 75098-4000 | Spriska<br>P.O. Box 959220<br>Saint Louis, MO 63195-9220 |

| | | |
|---|---|---|
| Stephen Le Brocq<br>Le Brocq & Horner, PPLC<br>2828 E Trinity Mills Rd., Ste. 221<br>Carrollton, TX 75006-2365 | Steven Wells<br>229 Warner Road<br>Lancaster, NY 14086-1040 | Sunrise Credit Services<br>80 Corporate Center Drive Suite 300<br>Melville, NY 11747 |
| TD Auto Finance<br>P.O. Box 1000195<br>Columbia, SC 29202 | TD Auto Finance<br>P.O. Box 580229<br>Charlotte, NC 28258-0229 | TD Bank, N.A., successor in interest to<br>TD Auto Finance LLC<br>c/o Wilcox Law, PLLC<br>P.O. Box 201849<br>Arlington, TX 76006-1849 |
| TTCU<br>PO Box 477550<br>Tulsa, OK 74147-7505 | TTCU Federal Credit Union<br>PO BOX 477550<br>Tulsa, OK 74147-7505 | TX Capital Bank<br>2350 Lakeside Suite 800<br>Richardson, TX 75082-4340 |
| (p)TXU ENERGY RETAIL COMPANY LP<br>CO BANKRUPTCY DEPARTMENT<br>PO BOX 650393<br>DALLAS TX 75265-0393 | Taxcore Lending LLC<br>6953 Alamo Downs Parkway<br>San Antonio, TX 78238-4521 | Texas Mutual Insurance<br>c/o Sally Garcia 1702 Townhurst<br>Houston, TX 77043-2811 |
| Texas Oncology<br>P.O. Box 40587<br>Nashville, TN 37204-0587 | Texas medical resources<br>P.O. Box 8549<br>Fort Worth, TX 76124-0549 | The Lawyer James<br>462 Seventh Ave Floor 6<br>New York, NY 10018-7439 |
| The Marsala Law Group<br>1417 E McKinney Suite 110<br>Dallas, TX 75209 | Thomas Voigt<br>P.O. Box 740<br>Decatur, IL 62525-0740 | Todd Burns<br>TC Energy Center<br>700 Louisiana, Suite 3950<br>Houston, TX 77002-2859 |
| Todd C Wert Lear Wert LLP<br>103 Ripley St.<br>Columbia, MO 65201-5738 | Transworld Systems<br>500 Virginia Drive Suite 514<br>Fort Washington, PA 19034-2733 | Trinity Regional Hospital<br>9201 Warren Parkway Suite 200 PMB#3<br>Frisco, TX 75035-6242 |
| (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 | UT Southwestern<br>P.O. Box 848009<br>Dallas, TX 75284-8009 |
| Vadim Serebro<br>55 Broadway 3rd Floor<br>New York, NY 10006-3757 | Venture Underwriters<br>c/o Kazlow Fields 8100 Sandpiper Circle<br>Nottingham, MD 21236-4991 | Verizon Credit Card<br>P.O. Box 669808<br>Dallas, TX 75266-0752 |
| Verizon Wireless<br>P.O. Box 660108<br>Dallas, TX 75266-0108 | Vimal Shukla<br>Sincere Healthcare<br>801 S Highway 78 Suite 202<br>Wylie, TX 75098-4000 | WAZU Capital PArtners Inc<br>13151 Emily Road Suite 140<br>Dallas, TX 75240-8957 |

| | | |
|---|---|---|
| Wazu Capital Partners<br>c1351 Emily Road Suite 140<br>Dallas, TX 75240 | Wells Fargo<br>P.O. Box 51162<br>Los Angeles, CA 90051-5462 | Wensi Gao & Tong An<br>18700 10 mile Road Suite 2800<br>Southfield, MI 48075-2625 |
| Westwood Funding 1<br>4601 Sheridan St Suite 205<br>Hollywood, FL 33021-3436 | Westwood Funding 2<br>4601 Sheridan Street Suite 205<br>Hollywood, FL 33021-3436 | Wyler ER<br>P.O. Box 371863<br>Pittsburgh, PA 15250-7863 |
| Yeshaya Gorkin<br>P.O. Box 605<br>New York, NY 10038 | Ying Liu<br>18700 10 mile road Suite 2800<br>Southfield, MI 48075-2625 | Ying Zhang<br>18700 10 Mile Road Suite 2800<br>Southfield, MI 48075-2625 |
| Zachary Fanucchi<br>700 N St Mary Street<br>San Antonio, TX 78205-3545 | Zhen Zhong<br>18700 10 mile Road Suite 2800<br>Southfield, MI 48075-2625 | barclay<br>P.O. Box 60517<br>City of Industry, CA 91716-0517 |
| Clayton L Everett<br>515 E. Border St.<br>Ste 163<br>76010<br>Arlington, TX 76010-7402 | Jeanette Quinn<br>c/o Lear Werts LLP<br>103 Ripley Street<br>Columbia, MO 65201-5738 | (p)MICHELLE H  CHOW<br>16200 ADDISON ROAD SUITE 140<br>ADDISON TX 75001-5377 |
| Robert DeMarco III<br>DeMarco-Mitchell, PLLC<br>12770 Coit Road<br>Suite 850<br>Dallas, TX 75251-1364 | Ryan Cole<br>6624 Eastview<br>Sachse, TX 75048-5200 | Sarah Cole<br>6624 Eastview<br>Sachse, TX 75048-5200 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Mercedes-Benz Financial Services USA LLC<br>c/o Bk Servicing, LLC<br>PO Box 131265<br>Roseville, MN 55113 | Citi Advantage<br>P.O. Box 78045<br>Phoenix, AZ 85062 | David Roth<br>2217 HArwood<br>Bedford, TX 76021 |
| Delta Bridge Funding LLC<br>400 Rella Blvd Suite 165-101<br>Suffern, NY 10901 | JMM Enterprises LLC<br>10003 Harbor Hideaway<br>Frisco, TX 75036 | Labcorp<br>P.O. Box 2240<br>Burlington, NC 27216 |
| (d)Lakeshore RE Capital Ventures II LLC<br>10003 Harbor Hideaway<br>Frisco, TX 75036 | (d)Lakeshore RE Capital Ventures LLC<br>10003 Harbor Hideaway<br>Frisco, TX 75036 | Mercedes benz Financial Services<br>P.O. Box 5209<br>Carol Stream, IL 60197 |

| | | |
|---|---|---|
| Pawnee Leasing<br>3801 Automation Way Suite 207<br>Fort Collins, CO 80525 | TXU Energy<br>P.O. Box 650638<br>Dallas, TX 75265 | US Bank<br>P.O. Box 790408<br>Saint Louis, MO 63179 |

Michelle Chow
Chapter 7 Bankruptcy Trustee
16200 Addison Road, Suite 140
Addison, TX 75001

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)DML Capital Mortgage Fund, LLC | (u)Grey Wolf Holdings | (u)Nueterra Capital LLC |
| (u)TD Bank, N.A., successor in interest to TD | (u)TTCU Federal Credit Union | (u)Wazu Capital Partners, Inc. |
| (u)Wells Fargo Bank, N.A. | (u)4 Change Energy<br>P.O. Box 660361 | (u)Changtai Wang<br>18700 W 10 Mile Road Suite 2800<br>40875 |
| (d)Christopher Brown<br>777 Main Street Suite 2790<br>Fort Worth, TX 76102-5369 | (d)Credit Union of Texas<br>P.O. Box 7000<br>Allen, TX 75013-1305 | (u)Time Warner / Spectrum<br>PO Box 1377<br>61716-2103 |
| (u)Yu Cao<br>18700 10 mile road Suite 2800<br>48975 | End of Label Matrix<br>Mailable recipients   227<br>Bypassed recipients    13<br>Total                 240 | |