Form ntchrgBKv2

Form ntchrgBKv2

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Texas

Bankruptcy Case No.: 24−40647
Chapter: 7
Judge: Brenda T. Rhoades

In Re:

Ryan Cole and Sarah Cole

## NOTICE OF COURT PROCEEDING

A hearing will be held on

*Tuesday, July 9, 2024*

at

*09:30 AM*

to consider and act upon document 39 − Motion to Extend Time to File Complaint to Determine Dischargeability of Debt Filed by Wazu Capital Partners, Inc. (Lurich, Ryan) filed as document number 39 .
The courtroom is located at Plano Bankruptcy Courtroom, 660 N. Central Expressway, Third Floor, Plano, TX 75074.

Dated: Monday, July 1, 2024

> Jason K. McDonald
> Clerk, U.S. Bankruptcy Court

| | |
|---|---|
| In re: | Case No. 24-40647-btr |
| Ryan Cole | Chapter 7 |
| Sarah Cole | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0540-4 | User: admin | Page 1 of 7 |
| Date Rcvd: Jul 01, 2024 | Form ID: 100v2 | Total Noticed: 219 |

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#  Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##  Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ryan Cole, Sarah Cole, 6624 Eastview, Sachse, TX 75048-5200 |
| cr | + | Department of Labor, Office of the Solicitor, 525 S. Griffin Street, Suite 501, Dallas, TX 75202-5092 |
| cr | + | Jeanette Quinn, c/o Lear Werts LLP, 103 Ripley Street, Columbia, MO 65201-5738 |
| cr | + | MT Medical Properties, LLC, 13151 Emily Road, Suite #140, Dallas, TX 75240-8957 |
| 8393019 | + | 356 Vetures LLC, 1841 Tranquility Court, Prosper, TX 75078-9744 |
| 8393023 | + | ACT Pipe and Supply, Inc, c/o Carl Thompson, 10900 Brittmoore Park Drive Suite L, Houston, TX 77041-7009 |
| 8393024 | + | Adam Deeb, c/o Steve LeBrocq, 2828 Trinity Mill Road Suite 221, Carrollton, TX 75006-2365 |
| 8393025 | + | Adam Smock, 3416 Endicott, Wylie, TX 75098-3004 |
| 8393026 | + | Adkan Engineers, 6879 Airport Drive, Riverside, CA 92504-1903 |
| 8393027 | + | Allen Carter Susan Cliffel Porter Wright, Morris and Arthur, LLP, 250 E Fifth St. Suite 2200, Cincinnati, OH 45202-5118 |
| 8393028 | + | Alphaeon, P.O. Box 650965, Dallas, TX 75265-0965 |
| 8393030 | + | American Arbitration Association, 150 N. Michigan Ave., Ste. 3050, Chicago, IL 60601-7553 |
| 8393029 | + | American Arbitration Association, 13727 Noel Road Suite 700, Dallas, TX 75240-2000 |
| 8393031 | + | Amerifactors Financial Group, LLC, 1170 Celebration Blvd., Suite 100, Celebration, FL 34747-4604 |
| 8393032 | + | Amerigas, PO Box 660288, Dallas, TX 75266-0288 |
| 8393033 | + | Aminda Rodriquez Rockshead, 130 Creek side Dr, Plano, TX 75094-4325 |
| 8393039 | + | BLC Princeton to BLC Prime Lending Fund, 15375 Barranca Parkway Suite B, Irvine, CA 92618-2217 |
| 8393038 | + | Blackbeard Holdco, LLC, c/o Matt Hudson, 201 Main Street Suite 1900, Fort Worth, TX 76102-3135 |
| 8393040 | + | Bo Lei & Phiyen Ren, 1571 St REgis, San Jose, CA 95124-4835 |
| 8393041 | + | Brain Alexander, 2535 Kettner Suite 3A2, San Diego, CA 92101-1266 |
| 8393042 | + | Brain Hurst, 4900 Gage Ave Apt 622, Fort Worth, TX 76109-1675 |
| 8393043 | + | Brandon Moonier, 301 Main Street P.O. Box 800, Hillsboro, MO 63050-0800 |
| 8393044 | + | Brian Holland and Benjamin Struby and, Lathrop GMP and Foulston Siefkin, 2345 Grand Blvd., Ste 2800, Kansas City, MO 64108-2612 |
| 8393045 | + | Bruce Mansflied, 1550 N Norwood Drive Suite 107, Hurst, TX 76054-3601 |
| 8393046 | + | Cameron Purcell, 4719 Markham Woods Court Suite 3A2, Kingwood, TX 77345-2550 |
| 8393048 | + | Cardinal health 110 & 200 LLC, c/o Susan Cliffel, 250 E Fifth St Suite 2200, Cincinnati, OH 45202-5118 |
| 8393050 | + | Careflight, P.O. Box 6511, Carol Stream, IL 60197-6511 |
| 8393051 | + | Carl W. Thompson, The Law Office of Carl Thompson, PC, 10900 Brittmoore Park Drive, Suite, L, Houston, TX 77041-7009 |
| 8393052 | + | Carrington Colman Sloman & Blumenthal, 901 Main Street Suite 550, Dallas, TX 75202-3767 |
| 8393053 | + | Central Bank, c/o Brian Holland, 2345 Grand Blvd Suite 2800, Kansas City, MO 64108-2612 |
| 8393055 | + | Charles Sarafino, 1717 Main Street 25th Floor, Dallas, TX 75201-4612 |
| 8393057 | + | Christopher Brown, 777 Main Street Suite 2790, Fort Worth, TX 76102-5369 |
| 8393059 | + | Chuck McNally, ! 61-43 186th Street Suite 450, Fresh Meadows, NY 11365-2710 |
| 8393060 | + | Cicero France & Alexander, PC, 6323 E Riverside, Rockford, IL 61114-4414 |
| 8393062 | | Citi Costco, P.O. Box 900106, Louisville, KY 40290 |
| 8393063 | + | City Ambulance Service, P.O. Box 691067, Houston, TX 77269-1067 |
| 8393064 | + | City of Plano Fire Dept, P.O. Box 46067, Houston, TX 77210-6067 |
| 8393065 | + | Clement Services, 2736 Ludelle Street, Fort Worth, TX 76105-1211 |
| 8393066 | + | Cliff Sullivan, 15758 SE Highway 224, Damascus, OR 97089-6417 |
| 8393067 | + | Cloundfund, llc, 187 WOLF ROAD, SUITE 101, ALBANY NY 12205-1138 |

| | | |
|---|---|---|
| 8393068 | + | Constable Gary Edward, 1025 S State Highway 78, Lavon, TX 75166-1285 |
| 8393069 | + | Craig Novack, 24165 IH -10 West Suite 217-418, San Antonio, TX 78257-1449 |
| 8393070 | + | Craig Novack Law Firm PLLC, 24165 IH-10 West SUite 217-418, San Antonio, TX 78257-1449 |
| 8393072 | + | Curtis Law, 901 Main Street Suite 6515, Dallas, TX 75202-3782 |
| 8393080 | + | DML Capital, 24032 SE 21st St., Sammamish, WA 98075-8162 |
| 8393081 | + | DML Capital Mortgage Fund, 24032 SE 21st, Sammamish, WA 98075-8162 |
| 8393082 | + | DML Capital Mortgage Fund, LLC, Lionscove HQ 2018 156th Ave NE, Bellevue, WA 98007-3825 |
| 8393083 | + | DOL Kansas, 1222 Spruce St Room 9 102B, Saint Louis, MO 63103-2818 |
| 8393073 | + | Dale Phillips, 424 Pleasant Run, Plano, TX 75094-3261 |
| 8393074 | #+ | Dallas Lite and Barricade, 2822 N Beach, Fort Worth, TX 76111-6201 |
| 8393075 | + | David Lagat, 7278 Glen View Drive, North Richland Hills, TX 76180-8610 |
| 8393077 | + | Dell Upshaw, 18271 CR 913, Nevada, TX 75173-8108 |
| 8393079 | + | Diverse Capital, LLC, 244 5th Ave Suite P297, New York, NY 10001-7604 |
| 8393084 | + | Dr Ed Acosta, 6521 Geneseo Circle, Plano, TX 75023-1615 |
| 8393085 | + | Dream Realty, 2510 Doyle, Sachse, TX 75048-4038 |
| 8393086 | + | Dustin Baker, 200 N Mesquite Street Suite 200, Arlington, TX 76011-7529 |
| 8393087 | + | EBF Holdings dba EverestFunding, 5 West 37th Street Suite 1100, New York, NY 10018-6222 |
| 8393090 | + | EBSA, Department of Labor 401 SW Topeka, Topeka, KS 66603-3151 |
| 8393089 | | EBSA, Department of Labor 401 SW Tokepa, Topeka, KS 66603 |
| 8393088 | + | Ebrahim Khiyami & Paiyen Jamel, 7611 Ridgebluff, Sachse, TX 75048-6554 |
| 8393091 | + | Eileen Richling, 2300 Main Street Suite 11093, Kansas City, MO 64108-2416 |
| 8393092 | + | Emergency Physicians Group, P.O. Box 3689, Dept 57, Sugar Land, TX 77487-3310 |
| 8393093 | + | Erica Gilerman, 515 Madison Ave Suite 8108, New York, NY 10022-5403 |
| 8393097 | + | Foulston Attorney at Law, 7500 College Blvd. Suite 1400, Overland Park, KS 66210-4041 |
| 8393098 | + | G Crete LLC, 1224 US 377 Suite 303 PMB 55, Roanoke, TX 76262-9114 |
| 8393099 | + | G Crete Texas LLC, 9900 Spectrum, Austin, TX 78717-4555 |
| 8393100 | + | Greenwood JV, c/o Kenny Knox 1112 Serenade Lane, Richardson, TX 75081-4444 |
| 8393101 | + | Grey Wolf, c/o Ismail Amin, TALG Ltd., 2211 Michelson Drive, Ste. 1170, Irvine, CA 92612-1358 |
| 8393102 | | Gulf Coast Bank & Trust, 1170 Clebration Blvd, Suite 100, Howey in the Hills, FL 34737 |
| 8393103 | + | Haliegh Jones, 1700 Pacific Ave Suite 2390, Dallas, TX 75201-7371 |
| 8393104 | + | Harold Deiter, 1324 iron Dale, Wylie, TX 75098-8611 |
| 8393105 | + | Harry Simon, 10200 East Giradf Ave, Suite 120 Building B, Denver, CO 80231-5590 |
| 8393106 | | Heartplace, Attn: 1919 SW, P.O. Box 1400, Belfast, ME 04915 |
| 8393108 | + | Hudson Energy, 5251 Westheimer Suite 1000, Houston, TX 77056-5414 |
| 8393109 | | Huishong Zhang, 18799 10 mile Road Suite 2800, Southfield, MI 48075 |
| 8393110 | + | InCorp, 3773 Howard Hughes Suite 500S, Las Vegas, NV 89169-6014 |
| 8393113 | + | Isaac Greenfield, 2 Executive Blvd Suite 305, Suffern, NY 10901-8219 |
| 8393114 | + | Ismail Amin, 100 Crescent Court Seventh Floor, Dallas, TX 75201-6900 |
| 8393115 | | Itria Venturees LLC, Duane Morris One Penn Place Suite 4520, New York, NY 10119 |
| 8393121 | | JHW Land Investments, 7957 Himingway ave, El Cajon, CA 92020 |
| 8393122 | + | JHW Land Investments, 7957 Hemingway Av., San Diego, CA 92120-1713 |
| 8393116 | + | Jacob Ojo, 10 HArper Drive, Allen, TX 75002-5224 |
| 8393117 | + | Jeanette Quinn, 103 Ripley St, Columbia, MO 65201-5738 |
| 8393118 | + | Jeff Leaverton, 420 Throckmorton Street Suite 1210, Fort Worth, TX 76102-3792 |
| 8393119 | | Jeffrey Hiller, 333 Covent, San Antonio, TX 78205 |
| 8393120 | | Jeffrey Slusher, 4227 Parkridge, Sachse, TX 75048 |
| 8393123 | + | Joachim & Hede Wolff Family Trust, 7957 Hemingway Ave, San Diego, CA 92120-1713 |
| 8393124 | + | John Monterio, 4X Ventures &, JMM Enterprises 10003 Harbor Hideaway, Frisco, TX 75036-9396 |
| 8393125 | + | Jonathan Collins, 325 N St Paul Suite 3100, Dallas, TX 75201-3923 |
| 8393126 | + | Joseph Mira, 8235 Douglas Ave Suite 895, Dallas, TX 75225-6015 |
| 8393127 | + | Jue Ye, 18700 10 mile Road Suite 2800, Southfield, MI 48075-2625 |
| 8433896 | + | June A. Mann, Counsel for TTCU Federal Credit Union, Mann Law Firm PLLC, 3104 Edloe St., Suite 201, Houston, TX 77027-6022 |
| 8393128 | | Juzhu Jaing, Room 1502 Building 6, Lane 25 Huangljincheng 2011103 China |
| 8393133 | + | KRJL LLC, c/o Ross Wells 1700 Redbud Blvd, Suite 300, P.O. Box 1210, McKinney, TX 75070-8149 |
| 8393129 | | Katherine Hopkins, 201 Main Street Suite 2500, Denton, TX 76201 |
| 8393130 | + | Kathleen Harkleroad, c/o Ross Wells, 1700 Redbud, Suite 300 P.O. Box 1210, McKinney, TX 75070-8149 |
| 8393131 | + | Kathryn Burns, 6368 W 80th Street, Los Angeles, CA 90045-1445 |
| 8393132 | + | Kevin Hormuth, 10 S Broadway Suite 2000, Saint Louis, MO 63102-1747 |
| 8393134 | + | Kyle Cocker, 17304 Preston Road Suite 300, Dallas, TX 75252-4625 |
| 8393136 | | Lakeshore RE Capital Ventures, 1003 Harbour Hideaway, Frisco, TX 75036 |
| 8393137 | | Lakeshore RE Cpital II, LLC, 1003 Harbor Hideaway, Frisco, TX 75036 |
| 8393138 | + | Larry Pedracini, 10222 NE Thompson, Portland, OR 97220-3747 |
| 8393139 | + | Laura Dibiase, 201 17th Strett NW Suite 1700, Atlanta, GA 30363-1099 |

| | | |
|---|---|---|
| 8393140 | + | Lee Wier, 707 Grant Street Suite 3800, Pittsburgh, PA 15219-1933 |
| 8393141 | + | Loren Kenlman Roth 401k, 13206 NE 47th St, Bellevue, WA 98005-1110 |
| 8393142 | + | Lou Losanes, 501 Life Spring Drive, Rockwall, TX 75087-6567 |
| 8393143 | | MAAP, 344 #rd St., Baton Rouge, LA 70801 |
| 8393150 | + | MIller Bates, 1245 Brickyard Road Suite 100, Salt Lake City, UT 84106-2564 |
| 8393144 | + | Mainstreet Health Ventures, Shaneel Latani, 34 Peachtree St NW Suite 2800, Atlanta, GA 30303-2300 |
| 8393145 | + | Mastrogiovanni PLLC, 8080 N central Expressway Suite 1300, Dallas, TX 75206-1808 |
| 8393146 | + | McGinnis Lochridge, 1111 W 6th St Building B Suite 400, Austin, TX 78703-5345 |
| 8393147 | + | Medpost Urgent Care, P.O. Box 843206, Dallas, TX 75284-3206 |
| 8393149 | + | Methodist Health System, P.O. Box 733536, Dallas, TX 75393-0001 |
| 8393151 | + | Milton Barboza, 5128 Blackwood, McKinney, TX 75071-6283 |
| 8393152 | + | Monterey Development, LLC, c/o Edward Saldana, 675 Town Square Blvd. Suite 200, Garland, TX 75040-2991 |
| 8393159 | + | NRG Energy, P.O. Box 660749, Dallas, TX 75266-0749 |
| 8393153 | #+ | National Funding Co, #4, 9530 Towne Centre Drive Suite 120, San Diego, CA 92121-1981 |
| 8393154 | #+ | National Funing Co #5, 9530 Towne Center Drive Suite 120, San Diego, CA 92121-1981 |
| 8393156 | + | Nerissa Moisan, 150 N Michigan Ave Suite 3050, Chicago, IL 60601-7553 |
| 8393157 | + | Noble Health Group, c/o Jonathan Hensley 1204 Moreau Dr, Jefferson City, MO 65101-3523 |
| 8393158 | + | North Garland Surgery Center, 7150 North George Bush Suite 101, Garland, TX 75044-2209 |
| 8393160 | | Nueterra Capital, 112221 Roe Avenue, Leawood, KS 66211 |
| 8393161 | + | Ogletree, Deakins, Nash Smoak & Stewart, 50 International Dive Suite 300, Greenville, SC 29615-4832 |
| 8393163 | + | Oral Surgery of Texas, 9000 Lakeview, Rowlett, TX 75088-4535 |
| 8393165 | + | Patrick Ferry, 400 Rella Blvd Suite 165-101, Suffern, NY 10901-4241 |
| 8393168 | + | Post Road Real Estate Finance, LLC, Crestline Makena Fund, Crestline 2 landmark Square Suite 207, Stamford, CT 06901-2410 |
| 8393172 | + | RDC Capital c/o David Brauer, 3502 Emerald Court Grapevine, TX 76051, Grapevine, TX 76051-5628 |
| 8393177 | + | RMWC WA Credit LLC, 750 Lexington Avenue Suite 2302, New York, NY 10022-9834 |
| 8393171 | + | Randall Lindley, 2323 Ross Suite 1900, Dallas, TX 75201-2721 |
| 8393173 | | Reliant Energy, P.O. Box 65047, Dallas, TX 75265 |
| 8393174 | + | Richard DeBerry, 777 Main Street Suite 2700, Fort Worth, TX 76102-5366 |
| 8393175 | + | Richard Muller, 61-43 186th Street Suite 450, Fresh Meadows, NY 11365-2710 |
| 8393176 | + | Rijander Singh, 217-08 36th Ave, Bayside, NY 11361-2252 |
| 8393178 | | Robert Browning, 1900 Post Oak Blvd. Suite 1800, Houston, TX 77056 |
| 8393179 | + | Roderick Reuter, P.O. Box 571811, Houston, TX 77257-1811 |
| 8393180 | + | Rongqi Lui & Yiziao Hu, 14 Kilpatrick Lane, Belle Mead, NJ 08502-4305 |
| 8393181 | + | Ross Wells Ross Wells Abernathy Roeder, Boyd & Hullett PC, 1700 Redbud Blvd., Suite 300 PO Box 1210, McKinney, TX 75069-3276 |
| 8393182 | + | Ross, Smith & Binford, PD, Neil Orleans 700 N. Pearl St, Suite 1610, Dallas, TX 75201-7459 |
| 8393183 | + | S Craig Holden, 165 Madison Ave Suite 2000, Memphis, TN 38103-2752 |
| 8393191 | + | SLSCO Ltd, 6702 Broadway, Galveston, TX 77554-8906 |
| 8393184 | + | Saint Pio of Pietrelcina, 15758 Highway 224 Unite 116, Damascus, OR 97089-8411 |
| 8393185 | + | Sean Johnson, P.O. Box 17017, Galveston, TX 77552-7017 |
| 8393186 | | Shaiyaan Reza, 2519 Primrose, Rowlett, TX 75089 |
| 8393187 | + | Shanaque Hudson, 1301 Rene La Salle, San Antonio, TX 78239-1857 |
| 8393189 | + | Sheriff & Morgan, 104 N Birmingham, Wylie, TX 75098-4435 |
| 8393190 | + | Sherly Thomas, 6363 Woodway Dr. Suite 975, Houston, TX 77057-1713 |
| 8404137 | + | Sincere Home Health Care Inc, 801 S Hwy 78, Suite #202, Wylie, TX 75098-4000 |
| 8393192 | + | Spriska, P.O. Box 959220, Saint Louis, MO 63195-9220 |
| 8393194 | + | Stephen Le Brocq, Le Brocq & Horner, PPLC, 2828 E Trinity Mills Rd., Ste. 221, Carrollton, TX 75006-2365 |
| 8393195 | + | Steven Wells, 229 Warner Road, Lancaster, NY 14086-1040 |
| 8393196 | | Sunrise Credit Services, 80 Corporate Center Drive Suite 300, Melville, NY 11747 |
| 8393199 | | TD Auto Finance, P.O. Box 1000195, Columbia, SC 29202 |
| 8393198 | + | TD Auto Finance, P.O. Box 580229, Charlotte, NC 28258-0229 |
| 8393212 | #+ | TX Capital Bank, 2350 Lakeside Suite 800, Richardson, TX 75082-4340 |
| 8393197 | + | Taxcore Lending LLC, 6953 Alamo Downs Parkway, San Antonio, TX 78238-4521 |
| 8393201 | + | Texas Mutual Insurance, c/o Sally Garcia 1702 Townhurst, Houston, TX 77043-2811 |
| 8393202 | + | Texas Oncology, P.O. Box 40587, Nashville, TN 37204-0587 |
| 8393200 | + | Texas medical resources, P.O. Box 8549, Fort Worth, TX 76124-0549 |
| 8393203 | + | The Lawyer James, 462 Seventh Ave Floor 6, New York, NY 10018-7439 |
| 8393204 | | The Marsala Law Group, 1417 E McKinney Suite 110, Dallas, TX 75209 |
| 8393205 | + | Thomas Voigt, P.O. Box 740, Decatur, IL 62525-0740 |
| 8393207 | + | Todd Burns, TC Energy Center, 700 Louisiana, Suite 3950, Houston, TX 77002-2859 |
| 8393208 | + | Todd C Wert Lear Wert LLP, 103 Ripley St., Columbia, MO 65201-5738 |
| 8393210 | + | Trinity Regional Hospital, 9201 Warren Parkway Suite 200 PMB#398, Frisco, TX 75035-6242 |
| 8393215 | + | UT Southwestern, P.O. Box 848009, Dallas, TX 75284-8009 |
| 8393216 | + | Vadim Serebro, 55 Broadway 3rd Floor, New York, NY 10006-3757 |

| | | |
|---|---|---|
| 8393217 | + | Venture Underwriters, c/o Kazlow Fields 8100 Sandpiper Circle, Nottingham, MD 21236-4991 |
| 8393218 | + | Verizon Credit Card, P.O. Box 669808, Dallas, TX 75266-0752 |
| 8393220 | + | Vimal Shukla, Sincere Healthcare, 801 S Highway 78 Suite 202, Wylie, TX 75098-4000 |
| 8393222 | + | WAZU Capital PArtners Inc, 13151 Emily Road Suite 140, Dallas, TX 75240-8957 |
| 8393221 | | Wazu Capital Partners, c1351 Emily Road Suite 140, Dallas, TX 75240 |
| 8393223 | + | Wells Fargo, P.O. Box 51162, Los Angeles, CA 90051-5462 |
| 8393224 | + | Wensi Gao & Tong An, 18700 10 mile Road Suite 2800, Southfield, MI 48075-2625 |
| 8393225 | + | Westwood Funding 1, 4601 Sheridan St Suite 205, Hollywood, FL 33021-3436 |
| 8393226 | + | Westwood Funding 2, 4601 Sheridan Street Suite 205, Hollywood, FL 33021-3436 |
| 8393227 | + | Wyler ER, P.O. Box 371863, Pittsburgh, PA 15250-7863 |
| 8393228 | | Yeshaya Gorkin, P.O. Box 605, New York, NY 10038 |
| 8393229 | + | Ying Liu, 18700 10 mile road Suite 2800, Southfield, MI 48075-2625 |
| 8393230 | + | Ying Zhang, 18700 10 Mile Road Suite 2800, Southfield, MI 48075-2625 |
| 8393233 | + | Zhen Zhong, 18700 10 mile Road Suite 2800, Southfield, MI 48075-2625 |

TOTAL: 180

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: notices@bkservicing.com | Jul 02 2024 00:31:00 | Mercedes-Benz Financial Services USA LLC, c/o Bk Servicing, LLC, PO Box 131265, Roseville, MN 55113 |
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Jul 02 2024 00:31:00 | Dallas County, Linebarger, Goggan, Blair & Sampson, LLP, c/o Sherrel K. Knighton, 2777 N. Stemmons Freeway, Suite 1000, Dallas, TX 75207-2328 |
| 8393021 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 02 2024 00:33:23 | 84 Lumber Company LP, P.O. Box 365, Eighty Four, PA 15330-0365 |
| 8393022 | + | Email/Text: bankruptcy@access-receivables.com | Jul 02 2024 00:30:00 | Access Recievables Management, P.O. Box 1377, Cockeysville, MD 21030-6377 |
| 8393034 | + | Email/Text: BNCnotices@bblawpllc.com | Jul 02 2024 00:31:00 | Ariel Bouskila, 1545 US 202 Suite 101, Pomona, NY 10970-2951 |
| 8393076 | | Email/Text: service@blendenlawfirm.com | Jul 02 2024 00:30:00 | David Roth, 2217 HArwood, Bedford, TX 76021 |
| 8393036 | + | Email/Text: kim.burnette@ozk.com | Jul 02 2024 00:31:00 | Bank OZK, PO Box 196, Ozark, AR 72949-0196 |
| 8393035 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 02 2024 00:30:00 | Bank of America, P.O. Box 851001, Dallas, TX 75285-1001 |
| 8393061 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 02 2024 00:46:09 | Citi Advantage, P.O. Box 78045, Phoenix, AZ 85062 |
| 8393078 | | Email/Text: bankruptcy@deltabridgefunding.com | Jul 02 2024 00:30:00 | Delta Bridge Funding LLC, 400 Rella Blvd Suite 165-101, Suffern, NY 10901 |
| 8393047 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 02 2024 00:33:40 | Capital One, P.O. Box 60519, City of Industry, CA 91716-0519 |
| 8393049 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 02 2024 00:33:21 | Care Credit, P.O. Box 71715, Philadelphia, PA 19176-1715 |
| 8393056 | + | Email/Text: CreditServicesSMBBankruptcies@charter.com | Jul 02 2024 00:30:00 | Charter Communication, Spectrum Enterprises PO Box 223085, Pittsburgh, PA 15251-2085 |
| 8393071 | + | Email/Text: bankruptcy@cutx.org | Jul 02 2024 00:31:00 | Credit Union of Texas, P.O. Box 7000, Allen, TX 75013-1305 |
| 8393095 | + | Email/Text: LMitchell@myfci.com | Jul 02 2024 00:31:00 | FCI Lender Services, P.O. Box 27370, Anaheim, CA 92809-0112 |
| 8393107 | + | Email/Text: roy.wahne@holtcat.com | Jul 02 2024 00:31:00 | Holt Texas ltd, 3302 South W.W. White Road, San Antonio, TX 78222-4830 |
| 8393112 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 02 2024 00:31:00 | Internal Revenue Service, 1100 Commerce Str, |

| | | | | |
|---|---|---|---|---|
| | | | | Mail Code 5027- DAL, Dallas, TX 75242-1100 |
| 8418989 | | Email/Text: johnmonteiro@ymail.com | Jul 02 2024 00:31:00 | JMM Enterprises LLC, 10003 Harbor Hideaway, Frisco, TX 75036 |
| 8418990 | | Email/Text: johnmonteiro@ymail.com | Jul 02 2024 00:31:00 | Lakeshore RE Capital Ventures II LLC, 10003 Harbor Hideaway, Frisco, TX 75036 |
| 8418993 | | Email/Text: johnmonteiro@ymail.com | Jul 02 2024 00:31:00 | Lakeshore RE Capital Ventures LLC, 10003 Harbor Hideaway, Frisco, TX 75036 |
| 8393135 | | Email/Text: govtaudits@labcorp.com | Jul 02 2024 00:31:00 | Labcorp, P.O. Box 2240, Burlington, NC 27216 |
| 8393148 | + | Email/Text: M74banko@mercedes-benz.com | Jul 02 2024 00:30:00 | Mercedes benz Financial Services, P.O. Box 5209, Carol Stream, IL 60197-5209 |
| 8393155 | + | Email/Text: bankruptcy@nfm.com | Jul 02 2024 00:31:00 | Nebraska Furniture, P. O. Box 2335, Omaha, NE 68103-2335 |
| 8393162 | + | Email/Text: crystle@omega-accounting.com | Jul 02 2024 00:31:00 | Omega Accounting Solutions, 15101 Alton Parkway Suite 450, Irvine, CA 92618-2372 |
| 8393166 | | Email/Text: bankruptcy@pawneeleasing.com | Jul 02 2024 00:30:00 | Pawnee Leasing, 3801 Automation Way Suite 207, Fort Collins, CO 80525 |
| 8393167 | ^ | MEBN | Jul 02 2024 00:17:02 | Paypal, c/o American Coraduis International, 2420 Sweet Home Road Suite 150, Buffalo, NY 14228-2244 |
| 8393169 | + | Email/Text: neil.orleans@judithwross.com | Jul 02 2024 00:31:00 | Quest Diagnostic Clinical Laboratories, c/o Neil Orleans, 700 N Pearl Street Suite 1601, Dallas, TX 75201-2824 |
| 8393170 | + | Email/Text: BankruptcyMail@questdiagnostics.com | Jul 02 2024 00:31:00 | Quest Diagnostics, P.O. Box 740779, Cincinnati, OH 45274-0779 |
| 8393193 | + | Email/Text: bankruptcynotifications@ssmhealth.com | Jul 02 2024 00:31:00 | SSM Healthcare, 10101 Woodfield Lane, Saint Louis, MO 63132-2922 |
| 8393188 | + | Email/Text: bankruptcy@bbandt.com | Jul 02 2024 00:31:00 | Sheffield, P.O. Box 580229, Charlotte, NC 28258-0229 |
| 8407106 | ^ | MEBN | Jul 02 2024 00:17:34 | TD Bank, N.A., successor in interest to, TD Auto Finance LLC, c/o Wilcox Law, PLLC, P.O. Box 201849, Arlington, TX 76006-1849 |
| 8393211 | + | Email/Text: bk@ttcu.com | Jul 02 2024 00:31:00 | TTCU, PO Box 477550, Tulsa, OK 74147-7505 |
| 8425693 | + | Email/Text: bk@ttcu.com | Jul 02 2024 00:31:00 | TTCU Federal Credit Union, PO BOX 477550, Tulsa, OK 74147-7505 |
| 8393213 | | Email/Text: txulec09@vistraenergy.com | Jul 02 2024 00:31:00 | TXU Energy, P.O. Box 650638, Dallas, TX 75265 |
| 8393209 | + | Email/Text: bankruptcydepartment@tsico.com | Jul 02 2024 00:31:00 | Transworld Systems, 500 Virginia Drive Suite 514, Fort Washington, PA 19034-2733 |
| 8393214 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jul 02 2024 00:31:00 | US Bank, P.O. Box 790408, Saint Louis, MO 63179 |
| 8393215 | ^ | MEBN | Jul 02 2024 00:17:46 | UT Southwestern, P.O. Box 848009, Dallas, TX 75284-8009 |
| 8393219 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 02 2024 00:30:00 | Verizon Wireless, P.O. Box 660108, Dallas, TX 75266-0108 |
| 8393232 | + | Email/Text: zfanucchi@ceflegalsa.com | Jul 02 2024 00:30:00 | Zachary Fanucchi, 700 N St Mary Street, San Antonio, TX 78205-3545 |
| 8393037 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jul 02 2024 00:31:00 | barclay, P.O. Box 60517, City of Industry, CA 91716-0517 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 8393020 | | 4 Change Energy, P.O. Box 660361 |
| 8393054 | | Changtai Wang, 18700 W 10 Mile Road Suite 2800, 40875 |
| 8393206 | | Time Warner / Spectrum, PO Box 1377, 61716-2103 |
| 8393231 | | Yu Cao, 18700 10 mile road Suite 2800, 48975 |
| cr | *+ | Credit Union of Texas, PO Box 7000, Allen, TX 75013-1305 |
| 8393058 | *+ | Christopher Brown, 777 Main St, Ste 2790, Fort Worth, TX 76102-5369 |
| 8393111 | *+ | Internal Revenue Service, 1100 Commerce Street Mail Code 5027-DAL, Dallas, TX 75242-1100 |
| 8393094 | ##+ | Erin Gash, 17070 W 93rd Place, Leawood, KS 66219-2529 |
| 8393096 | ##+ | Flash Funding Services, Inc, 112 W 34th Street Suite 18063, New York, NY 10120-0001 |
| 8393164 | ##+ | Parkview Advance, LLC, 400 Main Street, Stamford, CT 06901-3000 |

TOTAL: 4 Undeliverable, 3 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2024      Signature: /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Allyson D. Gault | on behalf of Creditor Department of Labor gault.allyson.d@dol.gov renn-scanlan.ambriel@dol.gov |
| Clayton L Everett | on behalf of Joint Debtor Sarah Cole clayton@norredlaw.com |
| Clayton L Everett | on behalf of Debtor Ryan Cole clayton@norredlaw.com |
| Ismail Amin | on behalf of Creditor Grey Wolf Holdings iamin@talglaw.com pgilmore@talglaw.com;mmassey@talglaw.com;lcausey@talglaw.com;knarh@talglaw.com;jguyumjyan@talglaw.com;eforster@talglaw.com |
| Jeffrey Fleming | on behalf of Creditor Wells Fargo Bank N.A. edecf@BDFGROUP.com |
| June A. Mann | on behalf of Creditor TTCU Federal Credit Union texascreditorfirm@yahoo.com jmann@mannlawtexas.com |
| Larry A. Levick | on behalf of Trustee Michelle Chow levick@singerlevick.com scotton@singerlevick.com;tguillory@singerlevick.com |
| Mark Cronenwett | on behalf of Creditor DML Capital Mortgage Fund LLC mark.cronenwett@lewisbrisbois.com, scarlett.crittenden@lewisbrisbois.com;charlene.tackett@lewisbrisbois.com |
| Mark Cronenwett | on behalf of Plaintiff Lionscove Fund I LLC f/k/a DML Capital Mortgage Fund LLC mark.cronenwett@lewisbrisbois.com, scarlett.crittenden@lewisbrisbois.com;charlene.tackett@lewisbrisbois.com |

Michelle Chow
    chowtrustee@gmail.com ecf.alert+Chow@titlexi.com

Paul K. Kim
    on behalf of Creditor Wells Fargo Bank N.A. edecf@BDFGROUP.com

Robert DeMarco, III
    on behalf of Joint Debtor Sarah Cole robert@demarcomitchell.com barbara@demarcomitchell.com;mike@demarcomitchell.com;robert_783@ecf.courtdrive.com

Robert DeMarco, III
    on behalf of Debtor Ryan Cole robert@demarcomitchell.com barbara@demarcomitchell.com;mike@demarcomitchell.com;robert_783@ecf.courtdrive.com

Russell Devenport
    on behalf of Creditor Nueterra Capital LLC rad@mcdonaldlaw.com tms@mcdonaldlaw.com

Ryan K. Lurich
    on behalf of Creditor MT Medical Properties LLC rlurich@fflawoffice.com, nalmaleh@fflawoffice.com

Ryan K. Lurich
    on behalf of Creditor Wazu Capital Partners Inc. rlurich@fflawoffice.com, nalmaleh@fflawoffice.com

Seymour Roberts, Jr.
    on behalf of Creditor MT Medical Properties LLC sroberts@fflawoffice.com, nalmaleh@fflawoffice.com

Seymour Roberts, Jr.
    on behalf of Creditor Wazu Capital Partners Inc. sroberts@fflawoffice.com, nalmaleh@fflawoffice.com

Sherrel K. Knighton
    on behalf of Creditor Dallas County Sherrel.Knighton@lgbs.com Dora.Casiano-Perez@lgbs.com;Julie.Wilson@lgbs.com;dallas.bankruptcy@lgbs.com

Stephen Wilcox
    on behalf of Creditor TD Bank N.A., successor in interest to TD Auto Finance LLC swilcox@wilcoxlaw.net, krw77@sbcglobal.net;kraudry@wilcoxlaw.net

Todd C Werts
    on behalf of Creditor Jeanette Quinn werts@learwerts.com lear@learwerts.com;sowers@learwerts.com;sofia@learwerts.com

US Trustee
    USTPRegion06.TY.ECF@USDOJ.GOV

TOTAL: 22