# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

IN RE:  
Ryan Cole  
6624 Eastview  
Sachse , TX 75048  
SSN: XXX-XX-9621  
Debtor

Case No. 24-40647 btr  
Chapter: 7

Sarah Cole  
6624 Eastview  
Sachse , TX 75048  
SSN: XXX-XX-3835  
Joint Debtor

### ORDER VACATING ORDER GRANTING MOTION TO EXTEND TIME TO FILE COMPLAINT TO DETERMINE DISCHARGEABILITY
#### Doc.#48

**It was brought to the Court's attention that on 06/27/2024** an Order Granting Motion to Extend Time to File Complaint to Determine Dischargeability (by Wazu Capital Partners, Inc.) was entered due to a clerical error.

**IT IS THEREFORE ORDERED** that the Order Granting Motion to Extend Time to File Complaint to Determine Dischargeability (by Wazu Capital Partners, Inc.) is hereby VACATED.

Signed on 07/01/2024

_Brenda T. Rhoades_ SD  
HONORABLE BRENDA T. RHOADES,  
CHIEF UNITED STATES BANKRUPTCY JUDGE

In re: Case No. 24-40647-btr
Ryan Cole Chapter 7
Sarah Cole
    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0540-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 01, 2024 | Form ID: pdf400 | Total Noticed: 7 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ryan Cole, Sarah Cole, 6624 Eastview, Sachse, TX 75048-5200 |
| cr | + | Department of Labor, Office of the Solicitor, 525 S. Griffin Street, Suite 501, Dallas, TX 75202-5092 |
| cr | + | Jeanette Quinn, c/o Lear Werts LLP, 103 Ripley Street, Columbia, MO 65201-5738 |
| cr | + | MT Medical Properties, LLC, 13151 Emily Road, Suite #140, Dallas, TX 75240-8957 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: notices@bkservicing.com | Jul 02 2024 00:31:00 | Mercedes-Benz Financial Services USA LLC, c/o Bk Servicing, LLC, PO Box 131265, Roseville, MN 55113 |
| cr | + | Email/Text: bankruptcy@cutx.org | Jul 02 2024 00:31:00 | Credit Union of Texas, PO Box 7000, Allen, TX 75013-1305 |
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Jul 02 2024 00:31:00 | Dallas County, Linebarger, Goggan, Blair & Sampson, LLP, c/o Sherrel K. Knighton, 2777 N. Stemmons Freeway, Suite 1000, Dallas, TX 75207-2328 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2024     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Allyson D. Gault | on behalf of Creditor Department of Labor gault.allyson.d@dol.gov renn-scanlan.ambriel@dol.gov |
| Clayton L Everett | on behalf of Joint Debtor Sarah Cole clayton@norredlaw.com |
| Clayton L Everett | on behalf of Debtor Ryan Cole clayton@norredlaw.com |
| Ismail Amin | on behalf of Creditor Grey Wolf Holdings iamin@talglaw.com pgilmore@talglaw.com;mmassey@talglaw.com;lcausey@talglaw.com;knarh@talglaw.com;jguyumjyan@talglaw.com;eforster@talglaw.com |
| Jeffrey Fleming | on behalf of Creditor Wells Fargo Bank N.A. edecf@BDFGROUP.com |
| June A. Mann | on behalf of Creditor TTCU Federal Credit Union texascreditorfirm@yahoo.com jmann@mannlawtexas.com |
| Larry A. Levick | on behalf of Trustee Michelle Chow levick@singerlevick.com scotton@singerlevick.com;tguillory@singerlevick.com |
| Mark Cronenwett | on behalf of Creditor DML Capital Mortgage Fund LLC mark.cronenwett@lewisbrisbois.com, scarlett.crittenden@lewisbrisbois.com;charlene.tackett@lewisbrisbois.com |
| Mark Cronenwett | on behalf of Plaintiff Lionscove Fund I LLC f/k/a DML Capital Mortgage Fund LLC mark.cronenwett@lewisbrisbois.com, scarlett.crittenden@lewisbrisbois.com;charlene.tackett@lewisbrisbois.com |
| Michelle Chow | chowtrustee@gmail.com ecf.alert+Chow@titlexi.com |
| Paul K. Kim | on behalf of Creditor Wells Fargo Bank N.A. edecf@BDFGROUP.com |
| Robert DeMarco, III | on behalf of Joint Debtor Sarah Cole robert@demarcomitchell.com barbara@demarcomitchell.com;mike@demarcomitchell.com;robert_783@ecf.courtdrive.com |
| Robert DeMarco, III | on behalf of Debtor Ryan Cole robert@demarcomitchell.com barbara@demarcomitchell.com;mike@demarcomitchell.com;robert_783@ecf.courtdrive.com |
| Russell Devenport | on behalf of Creditor Nueterra Capital LLC rad@mcdonaldlaw.com tms@mcdonaldlaw.com |
| Ryan K. Lurich | on behalf of Creditor MT Medical Properties LLC rlurich@fflawoffice.com, nalmaleh@fflawoffice.com |
| Ryan K. Lurich | on behalf of Creditor Wazu Capital Partners Inc. rlurich@fflawoffice.com, nalmaleh@fflawoffice.com |
| Seymour Roberts, Jr. | on behalf of Creditor MT Medical Properties LLC sroberts@fflawoffice.com, nalmaleh@fflawoffice.com |
| Seymour Roberts, Jr. | on behalf of Creditor Wazu Capital Partners Inc. sroberts@fflawoffice.com, nalmaleh@fflawoffice.com |
| Sherrel K. Knighton | on behalf of Creditor Dallas County Sherrel.Knighton@lgbs.com Dora.Casiano-Perez@lgbs.com;Julie.Wilson@lgbs.com;dallas.bankruptcy@lgbs.com |
| Stephen Wilcox | on behalf of Creditor TD Bank N.A., successor in interest to TD Auto Finance LLC swilcox@wilcoxlaw.net, krw77@sbcglobal.net;kraudry@wilcoxlaw.net |
| Todd C Werts | on behalf of Creditor Jeanette Quinn werts@learwerts.com lear@learwerts.com;sowers@learwerts.com;sofia@learwerts.com |
| US Trustee | USTPRegion06.TY.ECF@USDOJ.GOV |

TOTAL: 22