Form ntchrgBKv2

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Texas

Bankruptcy Case No.: 24–40647
Chapter: 7
Judge: Brenda T. Rhoades

In Re:

Ryan Cole and Sarah Cole

## NOTICE OF COURT PROCEEDING

A hearing will be held on

*Tuesday, July 23, 2024*

at

*09:30 AM*

to consider and act upon document 40 – Application for Examination of Ryan Cole Under Rule 2004 Filed by Nueterra Capital LLC (Attachments: # 1 Exhibit Notice of Filing Foreign Judgment # 2 Exhibit Application for Post Judgment Writ # 3 Exhibit Plaintiff's Motion for Charging Order # 4 Exhibit Notice of Post Pudgment Writ # 5 Exhibit Order Granting Motion for Charging Order # 6 Exhibit Ex F Notice of Intent to Take Oral Deposition) (Devenport, Russell) filed as document number 40 .
The courtroom is located at Plano Bankruptcy Courtroom, 660 N. Central Expressway, Third Floor, Plano, TX 75074.

Dated: Monday, July 8, 2024

                                                                                    Jason K. McDonald
                                                                                    Clerk, U.S. Bankruptcy Court