EXHIBIT B

CAUSE NO. 366-03629-2023

| | | |
|---|---|---|
| NUETERRA CAPITAL, LLC | ) | IN THE DISTRICT COURT |
| | ) | |
| VS. | ) | 366TH JUDICIAL DISTRICT |
| | ) | |
| PLATINUM MEDICAL | ) | |
| MANAGEMENT, INC. | ) | COLLIN COUNTY, TEXAS |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL DEPOSITION OF

JONATHAN CORY COUNTRYMAN

MAY 31, 2024

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL DEPOSITION OF JONATHAN CORY COUNTRYMAN, produced as a witness at the instance of the Plaintiff, and duly sworn, was taken in the above-styled and -numbered cause on the 31st day of May, 2024, from 10:04 a.m. to 11:56 a.m., before Veronica Jones, CSR in and for the State of Texas, reported by machine shorthand, at the offices of MCDONALD SANDERS, PC, 777 Main Street, Fort Worth, Texas, pursuant to the Texas Rules of Civil Procedure and the provisions stated on the record or attached hereto.

lectronically signed by Veronica Jones (401-327-119-6792)

```
 1                    A P P E A R A N C E S

 2   FOR THE PLAINTIFF:
        Mr. Russell A. Devenport
 3      MCDONALD SANDERS, PC
        777 Main Street, Suite 2700
 4      Fort Worth, Texas   76102
        Telephone:    (817) 336-8651
 5      Fax:          (817) 334-0271
        rdevenport@mcdonaldlaw.com
 6
     FOR THE PLAINTIFF:
 7      Mr. Mathew D. Stromberg (Via Zoom)
        FOULSTON SIEFKIN, LLP
 8      7500 College Boulevard, Suite 1400
        Overland Park, Kansas   66210
 9      Direct:    (913) 253-2156
        Fax:       (913) 498-2101
10      mstromberg@foulston.com

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

lectronically signed by Veronica Jones (401-327-119-6792)

```
1                          INDEX

2    JONATHAN CORY COUNTRYMAN                              PAGE

3    Appearances......................................    02

4    Examination by Mr. Stromberg.................         04

5    Errata Sheet.........................................  76

6    Reporter's Certificate.......................         80

7                        EXHIBITS

8    NO.  DESCRIPTION                                     PAGE

9    A    Organizational chart, previously marked...      21
     B    List of properties........................      56
10   B    Request for production, previously marked.      10
     C    Sale of property list, previously marked..      59
11   D    Affidavit of service......................      09

12   E    Financial Statement, Platinum.............      32

13   F    Platinum Team dec document................      48

16

17

18

19

20

21

22

23

24

25
```

1                    (P R O C E E D I N G S)

2                COURT REPORTER: Today's date is May 31,

3    2024. The time is 10:04 a.m. I'm Veronica Jones,

4    CSR Number 8669, reporting from Tarrant County.

5                Will counsel state their appearances for the

6    record.

7                MR. STROMBERG: Yes. Mathew Stromberg on

8    behalf of the plaintiff, Nueterra Capital, LLC.

9                MR. DEVENPORT: Russell Devenport also for

10   Nueterra Capital.

11                    JONATHAN CORY COUNTRYMAN,

12   having been first duly sworn, testified as follows:

13                          EXAMINATION

14   BY MR. STROMBERG:

15       Q.  Good morning, Mr. Countryman. We met off record

16   just a little bit ago. My name is Mathew Stromberg, I'm

17   the attorney for Nueterra Capital, LLC. Can you just

18   state your full name for the record.

19       A.  Jonathan Cory Countryman.

20       Q.  Okay. And, Mr. Countryman, what is your phone

21   number currently?

22       A.  (214) 502-7077.

23       Q.  And what is your current address?

24       A.  6514 Clearhaven Circle, Dallas, Texas 75248.

25       Q.  And how long have you lived at that address?

1   money come in for that.  And then he bought these two
2   hospitals in Mexico and Fulton, and I stayed in that
3   area and spent all my time, like I said, trying to
4   prepare it to reopen.
5       Q.  So -- and I'll probably dig into this a little
6   bit later, I'm just going to jump back to something you
7   said earlier.  You said you hardly knew Ryan and you
8   weren't in his inner circle.  Who was in the inner
9   circle?
10      A.  Brandon Deiters, who was his childhood friend,
11  and basically, in my opinion, managed the office, worked
12  with anything legal, tried to be involved in anything
13  and everything, was one person.
14              Melissa Upshaw was the person I spoke with
15  most commonly, she's the one that recruited me.  She did
16  my offer letter.  She introduced me to the company and
17  so forth.  So I spoke with her a lot, and she was --
18  she'd worked with him for years, I think they had done a
19  couple of -- I think he had bought her husband's
20  business or something.  I really don't know the
21  specifics.  But she was in the inner circle.
22              And Molly Minar, I think was her name, the
23  accountant, the head accountant, was very much in his
24  inner circle and did all things financial.
25      Q.  So what was Brandon Dieters title?

1  801 South Highway 78, Suite 307, Wylie, Texas.  If you
2  see that on the second page.
3       Q.  Yeah, (unintelligible).  Yeah.  Okay.  That's
4  fine.  If it's on there, you -- that is the correct
5  address?
6       A.  I believe so.  There's two addresses on here, but
7  I think they're probably the same.  Yeah, I think it's
8  the 801 Highway 78 address, I believe.
9       Q.  And that was -- that was the address of Platinum
10 Medical Management when you were an employee?
11      A.  It was the address that I showed up to every day
12 and where Ryan's office was and everybody that I knew
13 that worked was all in that office, yes.
14      Q.  And what did Platinum Team Management
15 Incorporated do?
16      A.  I don't know.  I think that Melissa Upshaw was
17 the president of that company, I believe, but I know
18 that they changed her title several times.  And quite
19 honestly, you know.  Melissa will be able to tell you
20 all this information, Mathew, but I don't know what
21 Platinum Team Management did.  I really -- like I told
22 you a little bit ago, half of these things I can't
23 imagine ever actually did anything.
24              I don't know if they ever had a -- I mean,
25 there's a Platinum ER Hospital, they never had.

1   Platinum Healthcare Services.
2       Q.  Okay.  So how about this, Platinum Neighbors or
3   Platinum Medical Management, who were -- who were
4   running that operation?
5       A.  Ryan and Brandon and Melissa Upshaw, I presume.
6   I -- I don't -- I don't know -- I don't know exactly
7   what that company was or did.  I'm assuming all this was
8   created before I started with grandiose plans of having
9   all these different companies, so I really don't know
10  what any of them did.
11              I -- only thing that I know that he had,
12  obviously he had a real estate arm and he had the big
13  rule development, and he had -- he had some, either
14  ownership or management of one or two long-term acute
15  care hospitals.  That's all I know that he had on the
16  medical side.  But again, I was -- I had nothing to do
17  with any of those.
18      Q.  All right.  So did you have -- you -- you said,
19  for purposes of the Platinum Health Services Company,
20  you had -- you had no employees that reported to you?
21      A.  At one time I had a COO that I hired, but he
22  didn't last 90 days, he went back to where he came from
23  once he realized that there was not going to be any
24  funding.
25      Q.  And what was his name?

1  Melissa Upshaw and her husband.

2  Q.  So was -- was -- what was Melissa's Upshaw --
3  what -- what did Melissa Upshaw's husband do?

4  A.  He owns a therapy company for children, I
5  believe.  Speech therapy, occupational therapy, physical
6  therapy, I believe.

7  Q.  And so, I assume Melissa would have had a
8  position with that Platinum Therapy entity; is that
9  your -- that your understanding?

10  A.  I -- I don't know if she did or not.  Melissa did
11  everything from marketing to business development to
12  president of Platinum Neighbors or something at one
13  point.  I mean, it seemed like they were always changing
14  her title based on whatever dynamics were going on in
15  the office.  I really don't know what all she was
16  involved.

17         Really the -- I mean, we talked a lot, but
18  it was strictly about my situation in Missouri with the
19  hospitals and whether it was getting people paid or
20  accounts payable, that kind of stuff was the only thing.
21  I mean, I had no reason to be involved in any of these
22  things that we're talking about now.

23  Q.  Platinum Living, LLC, Senior Housing.

24  A.  I know he was trying to buy, acquire something
25  along those lines, but I have no idea if it ever

1  Independent and Assisted Living Center.  And I'm looking
2  on Map Quest.  And next door to it is Platinum Medical
3  Center Princeton, which I believe was where they had a
4  mid-level provider practicing out of.  And the address
5  for the facility was 820 East Princeton Drive,
6  Princeton, Texas 75407.
7      Q.  And as of the last time you visited, was that
8  facility operational?
9      A.  No, sir.
10     Q.  Do you know who owns that facility?
11     A.  I had heard before that Ryan owned it, but I had
12 heard him say he owned multiple things that he did not.
13 He had an option to own things that he may or may not
14 have exercised the option.  As it relates to this, I
15 don't know.  Melissa Upshaw would be able to tell you
16 that, she was very involved in this project, I think
17 over -- oversaw the facility, if I'm not -- well, I know
18 she oversaw the facility, so...
19     Q.  It notes here that the land's owned by Paramount,
20 which is also owned by Platinum Neighbors and --
21     A.  Paramount.
22     Q.  Go ahead.  Talking about --.
23     A.  Paramount, I don't know anything about it.
24 Paramount is a -- is a company I had heard if before, so
25 it would not surprise me if that was their holding

1  company for real estate, but I do not know for sure.

2  Q. It goes on to say that Paramount will also be
3  purchasing a medical center in Wylie for 12.7 million,
4  that will carry a note 9 million. Did that purchase
5  occur?

6  A. I have no idea.

7  Q. Do you know who would know?

8  A. Melissa, Ryan, Brandon, Molly.

9  Q. It also goes on to say that Platinum Neighbors
10 owns a 30 percent interest of Crossroads Pharmacy, which
11 currently has one location and will be expanding into
12 three to five in the next 12 months. I guess first of
13 all, where is Crossroads Pharmacy or what is Crossroads
14 Pharmacy?

15 A. I have no idea, Mathew.

16 Q. And your -- your position would be that Melissa
17 and the other folks you named would be the best people
18 to figure that out?

19 A. Absolutely.

20 Q. All right. Let's scroll down to the next page.
21 DEIDRA(sic) Management, you briefly touched on that. I
22 believe you said you may have received some paychecks
23 from DEIDRA(sic) at some point in time?

24 A. Correct.

25 Q. And it's suggested DEIDRA(sic) was the

1  other than I would just see or hear something when I was
2  back in the office about it.  You know, I didn't -- I
3  didn't have a working relationship with anybody on the
4  real estate side because I didn't need to, I mean, I
5  didn't do anything with them.  But I would hear them
6  talking about the district, I'd hear them talking about
7  Cotton Weave.  Obviously, I knew about the Princeton
8  site, and that's all I was familiar with.  I heard the
9  name Van Delia(sic), but I don't -- I have no reason --
10  Q.  Who would be -- who would be a person on the real
11  estate side that would have information about these
12  entities?
13  A.  Probably Marsue(sic).  And then the guy, they
14  were mentioning Mike Atkins.  And -- bless you -- and I
15  think Melissa was involved in everything, I mean, she
16  wasn't just on the healthcare side.  I think she was --
17  I mean, she was very much -- Ryan leaned on her very,
18  very much because she was always in the office and was a
19  hard worker and very dedicated to try to do the right
20  thing.
21          So I assume she would know about -- I mean,
22  she was -- I know she was involved in a couple of these,
23  'cause the only reason I know some of these names is
24  because Melissa would have told me about it.  But again,
25  that's just sitting there having a cup of coffee talking

1  a history with Ryan as well so he might be able to give
2  you a decent amount of insight.  And I don't think he
3  left on overly pleasant terms.
4          You know, Molly and Melissa are going to be
5  your two people that know everything.  Obviously
6  Brandon, but I trust Brandon as far as I can throw
7  Russell.  Yeah, obviously Brandon's dad would know
8  something.  Ryan's dad, although I understand they had
9  a less than amicable relationship as well, but somebody
10 told me at one point he invested something.  Yeah.  I
11 don't know nobody else.
12     Q.  All right.
13         MR. STROMBERG:  Unless Russell has anything
14 to add, I think that is a wrap from my standpoint.
15 Russell, is there anything else?
16         MR. DEVENPORT:  I don't have any.
17         MR. STROMBERG:  All right.  Well,
18 Mr. Countryman, we thank you for your time today.  You
19 are free to go after you're released from this and go
20 about your Friday afternoon.
21         THE WITNESS:  Thank you very much.
22         COURT REPORTER:  Any read and sign, Russell,
23 and do you want a copy?
24         MR. DEVENPORT:  Yes.
25         COURT REPORTER:  And you did want a copy,

lectronically signed by Veronica Jones (401-327-119-6792)