UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | § § § | Case No. 24-40647 |
| | § | Chapter 7 |
| RYAN COLE and SARAH COLE, | § § | |
| Debtors. | § § | |

## ORDER EXTENDING THE TIME TO FILE ADVERSARY COMPLAINT TO DETERMINE THE DISCHARGEABILITY OF DEBT

On July 9, 2024, there came on to be heard the *Motion For Extension of Time to File Adversary Complaint to Determine the Dischargeability of Debt* [D.E. 39] (the "Motion") filed by Wazu Capital Partners and MT Medical Properties, LLC (collectively, the "Movants"), creditors and parties in interest in the above-captioned bankruptcy (the "Bankruptcy Case") of Ryan and Sara Cole (collectively, the "Debtors"), wherein the Movants requested an extension of time of thirty (30) days, from June 18, 2024 until July 18, 2024, to file an adversary complaint to determine the dischargeability of debt, in accordance with Rule 4007(c) of the FEDERAL RULES OF BANKRUPTCY PROCEDURE (the "Rules"), all as is more particularly described in the Motion. After consideration of the pleadings on file, the evidence introduced, the argument of counsel and for the reasons stated on the record, this court finds that it has jurisdiction over the Bankruptcy Case under 28 U.S.C. § 1334, this is a core proceeding under 28 U.S.C. § 157(b)(2), venue is appropriate in this Court in this district under 28 U.S.C. §§ 1408 and 1409, proper notice of this Motion was provided and no other or further notice is required, and good cause exists under Rule 4007(c) to grant the requested relief.

Therefore, it is **ORDERED** that:

1. The Motion is granted as set forth herein.

2. The deadline for the Movants to file an adversary complaint to determine the dishargeability of debt against the Debtors is extended 30 days from June 18, 2024 until July 18, 2024.

3. All objections to the Motion not otherwise dealt with herein are overruled and denied.

Signed on 07/11/2024

_____ SD
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE