# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

IN RE:
Ryan Cole
6624 Eastview
Sachse , TX 75048
SSN: XXX-XX-9621
Debtor

Case No. 24-40647 btr
Chapter: 7

Sarah Cole
6624 Eastview
Sachse , TX 75048
SSN: XXX-XX-3835
Joint Debtor

## ORDER APPROVING APPLICATION
## FOR ADMISSION PRO HAC VICE

ON July 2, 2024, an application was filed by Quinlan B. Moll (the Applicant) for admission to practice before this Court *pro hac vice* (the "Application") in the above-referenced case. The Court has reviewed the Application and finds that the Application substantially complies with the requirements of Local Rules regarding admission on a *pro hac vice* basis. Accordingly, good cause exists for the entry of the following order:

**IT IS THERFORE ORDERED** that the Application for Pro Hac Vice Admission filed on July 2, 2024 by Quinlan B. Moll is **GRANTED**, subject to the requirement that all attorneys admitted to practice before this Court shall file all documents by electronic means pursuant to General Order 04-1, a copy of which may be reviewed at www.txeb.uscourts.gov.

Signed on 07/12/2024

*Brenda T. Rhoades*    SD
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE