Form ntchrgBKv2

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Texas

Bankruptcy Case No.: 24−40647
Chapter: 7
Judge: Brenda T. Rhoades

In Re:

Ryan Cole and Sarah Cole

## NOTICE OF COURT PROCEEDING

A hearing will be held on

*Tuesday, August 6, 2024*

at

*09:30 AM*

to consider and act upon document 43 − Objection to Debtor's Claim of Exemptions Filed by Michelle Chow (Attachments: # 1 Service List # 2 Proposed Order) (Levick, Larry) filed as document number 43 .
The courtroom is located at Plano Bankruptcy Courtroom, 660 N. Central Expressway, Third Floor, Plano, TX 75074.

Dated: Friday, July 12, 2024

Jason K. McDonald
Clerk, U.S. Bankruptcy Court