

# Platinum Team Management Inc

# Platinum Team Management
# Consolidated Financial Statements
### *For The Year Ended 12-31-2021*

**Corporate Offices**
**801A South Hwy 78 Ste 307**
**Wylie, TX 75098**

# www.platinumteam.org

CONFIDENTIALITY NOTICE: This document and the documents accompanying it contain confidential and legally privileged information which is intended only for the use of the addressee. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or reliance on the contents of this information is strictly prohibited.



# Platinum Team Management Inc

# Table Of Contents

Overview

Balance Sheet

Profit & Loss

Statement of Cash Flows

Notes

Personal Financial Statements

CONFIDENTIALITY NOTICE: This document and the documents accompanying it contain confidential and legally privileged information which is intended only for the use of the addressee. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or reliance on the contents of this information is strictly prohibited.

**Platinum Team Management Inc**

# Consolidated Financials
## For The Year Ending December 31st, 2021

### Overview

The Corporate Controller, external accountants, and management are responsible for the preparation and fair presentation of the financial statements in accordance with generally accepted accounting principles for designing, implementing, and maintaining internal controls relevant to the preparation of the financial statements. Personal financial statements of key members are included to show the financial strength of the backing of the company. The personal financial statements are not in accordance with GAAP and are for informational purposes only.

Platinum Team manages and owns membership interest in a portfolio of companies in many different industries ranging from land development to medical management and many more. The statements provided include companies that have activity during the fiscal year 2021. Some companies only own assets and have no P&L activity. Most of the land has been acquired by a contribution from a member of the entity in exchange for equity.

The companies have many intercompany transactions as they all play a role in the land development process from purchasing all the way through property management after buildings are finished.

### Inventory

Inventory is in accordance with current industry standards and includes the cost of direct land acquisition, land development, construction, capitalized interest, real estate taxes, and direct overhead costs incurred during development and construction.

### Big World Development

The Primary asset is a development tract in Baton Rouge, Louisiana. The $120 million commercial tract is valued based on a $80M certified appraisal of the land plus cost to date on development. Development has started and $40 million has been expended for professional fees and infrastructure.

### Platinum Neighbors Inc

Platinum Neighbors (PNI) manages medical practices and facilities. Currently, the main source of revenue comes from managing an assisted living facility and family practice clinic. The main asset is the land and buildings the facilities are on. The land is owned by Paramount which is owned by Platinum Neighbors. Paramount will also be purchasing a medical center in Wylie for $12.7 million that will carry a note of $9 million. The difference will be made up of members' contributions. Additionally, PNI owns a 30% interest in Crossroads Pharmacy which currently has one location but will be expanding into 3-5 in the next 12 months.

CONFIDENTIALITY NOTICE: This document and the documents accompanying it contain confidential and legally privileged information which is intended only for the use of the addressee. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or reliance on the contents of this information is strictly prohibited.

# Platinum Team Management Inc

## Daydra Management

Daydra's main source of revenue is construction and development fees associated with commercial land and buildings. Not only does Daydra handle all the intercompany construction and development, but they also do business with non-related parties. The $3.5 million receivable for services in developing the Wylie medical center will be paid by Golden Harbor Ventures upon closing of the property. Paramount will be purchasing the Wylie Medical Center.

## Rosemary & Root

Rosemary & Root is a food service company. Its main source of revenue was from providing food service to the Villa Asuncion assisted living facility. Since February 2021, as a result of the catastrophic ice storm, it has been temporary closed until the remodel has been completed at Platinum Senior Living (formerly Villa Asuncion). It will be branching out into other food services by occupying space in the Big World Developments.

## The District

The District projects are comprised of three segments. Lifestyle, Lifestyle II, and Townhomes. The properties will be mixed use with townhomes, apartments, retail, medical, office space, and restaurants. $36M in apartment buildings, $2.5M in townhomes, and $5.2M are already sold contingent on completion of the construction. Some tenants have already signed lease agreements and others are in negotiations.

## Heritage Properties Brokerage

Heritage Properties Brokerage is a real estate brokerage firm specializing in helping clients through the entire commercial reality process. The main source of income is commissions from the closing of properties.

## Other Projects

The Cotton Weave project has $1.3M of equity consisting of $408K in land and $873K in improvements.

CONFIDENTIALITY NOTICE: This document and the documents accompanying it contain confidential and legally privileged information which is intended only for the use of the addressee. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or reliance on the contents of this information is strictly prohibited.



# Platinum Team Management Inc

# Consolidated Financial Statements

Balance Sheet End of year 2021

| BALANCE SHEET | |
|---|---|
| **ASSETS** | |

| | |
|---|---|
| **Current Assets** | |
| Checking/Savings | |
| Cash on Hand - Banking | |
| Total Checking/Savings | 29,945,626.12 |
| | |
| Account Receivable | |
| Total Account Receivable | 22,710,608.39 |
| | |
| Other Current Assets | |
| Total Other Current Assets | 139,587,578.45 |
| | |
| **Total Current Assets** | 192,243,812.96 |
| | |
| **Fixed Assets** | |
| Land - District Townhomes | 902,997.31 |
| Princeton Land & Buildings | 20,000,000.00 |
| Lease Improvements | 17,856.08 |
| Furniture & Furnishings | 26,370.63 |
| Equipment | 97,305.33 |
| Real Estate Owned | |
| Kitchen Equipment | |
| Total Kitchen Equipment | 2,559.55 |
| | - |
| Accumulated Depreciation | (27,165.03) |
| Leasehold Improvements | 15,888.70 |
| Total Automobiles | 151,469.93 |
| | |
| **Total Fixed Assets** | 21,187,282.50 |
| | - |
| **Other Assets** | - |
| | |
| Investment Advance | 10,600.00 |
| | - |
| Investments | |
| Total Investments | 104,841.36 |
| Notes Receivable | |
| Total Notes Receivable | 873,515.39 |
| | - |
| Funds Held in Escrow | - |
| Total Funds Held in Escrow | 60,100.00 |
| | |
| **Total Other Assets** | 1,049,056.75 |
| | |
| **TOTAL ASSETS** | **214,480,152.21** |

CONFIDENTIALITY NOTICE: This document and the documents accompanying it contain confidential and legally privileged information which is intended only for the use of the addressee. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or reliance on the contents of this information is strictly prohibited.

# Platinum Team Management Inc

| LIABILITIES & EQUITY | |
|---|---|
| **Liabilities** | |
| **Current Liabilities** | |
| Accounts Payable | |
| Total Accounts Payable | 5,075,631.41 |
| Credit Cards | - |
| Credit Card Accounts | - |
| Total Credit Card Accounts | 98,050.34 |
| Other Current Liabilities | - |
| Total Other Current Liabilities | 45,408,185.52 |
| **Total Current Liabilities** | 50,581,867.27 |
| Long Term Liabilities | - |
| Accrued Liabilities | 7,142.00 |
| N/P - Bank OZK - District TH | 3,313,390.75 |
| | - |
| Notes Payable | - |
| Total Notes Payable | 29,585,498.62 |
| Total Long Term Liabilities | 32,906,031.37 |
| **Total Liabilities** | **83,487,898.64** |
| **Equity** | |
| Cole Equity Accounts | - |
| Cole Initial Equity Investment | 467,596.60 |
| Cole Equity | - |
| R Cole - Current YR Dist.. | (501,843.54) |
| Total Cole Equity Accounts | (34,246.94) |
| Big World Development Equity Accounts | |
| Big World Dev - Current YR Disb | 44,311,500.00 |
| Jeremy Fiest Disbursements | (4,000.00) |
| Luke Keith Disbursements | (3,500.00) |
| Mike Goss Disbursements | (4,000.00) |
| Minority Member Equity | 9,847,000.00 |
| PTM Equity | 44,357,843.96 |
| Total Cole Equity Accounts | 98,504,843.96 |
| Owners Contributions | 500,000.00 |
| Member 2 Equity | 2,000.00 |
| Members Equity Members Contribution | 1,601,737.89 |
| Members Equity Members Draw1 | 3,193,928.87 |
| Members Equity Members Draw2 | 2,000.00 |

CONFIDENTIALITY NOTICE: This document and the documents accompanying it contain confidential and legally privileged information which is intended only for the use of the addressee. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or reliance on the contents of this information is strictly prohibited.



# Platinum Team Management Inc

| | |
|---|---:|
| Retained Earnings | 94,112.60 |
| Unrealized Gain On Property | 8,500,000.00 |
| | |
| Purcell Equity Accounts | |
| Total Purcell Equity Accounts | 717,355.15 |
| | |
| P.T.M. Equity | 427,648.49 |
| Advance - Capital B Deiters | (130,425.00) |
| SDD Trust (Cole) Equity Account | 5,149.33 |
| | - |
| Member Equity | - |
| Total Member Equity | (63,800.00) |
| | |
| QB Closing Entry Equity Account | 11,466,159.11 |
| Opening Balance Equity | 787,004.47 |
| Net Income/(Loss) | 5,418,785.64 |
| **Total Equity** | 130,992,253.57 |
| | |
| TOTAL LIABILITIES & EQUITY | **214,480,152.21** |

CONFIDENTIALITY NOTICE: This document and the documents accompanying it contain confidential and legally privileged information which is intended only for the use of the addressee. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or reliance on the contents of this information is strictly prohibited.



# Platinum Team Management Inc

# Consolidated Financial Statements

Profit & Loss Sheet End of year 2021

| PROFIT & LOSS | |
|---|---|
| **Ordinary Income/Expense** | |
| Income | - |
| Rental Income | 42,805.07 |
| Commission Income | 934,958.39 |
| Construction Revenue | 8,447,800.47 |
| Consulting Income | 143,050.00 |
| Corporate Expense | 312,982.08 |
| Total Daily Sales Income | 18,003.72 |
| Food Sales | 98,126.00 |
| Labor & Maintenance | 2,044.27 |
| Management Fee | 813,252.31 |
| NNN Income | 1,040.98 |
| Total Other Operating Income | 21,714.73 |
| Other Reimbursement | 16,757.54 |
| Development Revenue | 6,103,842.24 |
| Total Income | 16,956,377.80 |
| | |
| Cost of Goods Sold | - |
| Total Cost of Goods Sold | 410,942.58 |
| | |
| | 16,545,435.22 |
| | |
| Expense | |
| Interest Reserve - Ovation DSH | |
| | |
| Project Expenses - District | |
| Total Project Expenses - District | 13,502.15 |
| Equipment - Leasing | 74,676.15 |
| Low Value Equipment Purchases | 8,194.14 |
| | - |
| **General & Administrative** | |
| | |
| Payroll & Employee Benefits | |
| Accountable Expense Plan | 13,262.02 |
| Employee Reimbursement - Auto | 6,038.45 |
| Employee Bonus | 250.00 |
| Salaries and Wages | 1,161,197.03 |
| Payroll Taxes | 168,442.32 |
| Employee Recognition/Engagement | 1,221.10 |
| Employee Training | 949.00 |
| Guaranteed Payments-Medical | |
| J. Monterio Medical Reimbursement | 35,221.61 |

CONFIDENTIALITY NOTICE: This document and the documents accompanying it contain confidential and legally privileged information which is intended only for the use of the addressee. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or reliance on the contents of this information is strictly prohibited.

# Platinum Team Management Inc

| | |
|---|---:|
| B Deiters Medical Reimb | 37,622.24 |
| R Cole Medical Reimb | 40,078.66 |
| Guaranteed Payments-Medical - Other | 551.91 |
| Recruitment | |
| Pre-Employment Testing | 292.11 |
| Recruitment - Other | 5,196.78 |
| Health Insurance Premiums | |
| Employee Vision Insurance | 401.09 |
| Employee Health Insurance | 107,895.06 |
| Employee Dental Insurance | 8,597.98 |
| Employee Life Insurance | 2,541.26 |
| Health Insurance Premiums - Other | 3,774.63 |
| Human Resource Expense - Other | 103.16 |
| Advertising & Marketing | 37,230.91 |
| Auto Expense | |
| Tolls Insurance | 1,670.78 |
| Parking Expense | 438.00 |
| Car Maintenance Expense | 5,970.33 |
| Mileage Expense - Employee | 10,613.23 |
| Fuel Expense - Company Car | 2,274.41 |
| Fuel Expense - Employee | 635.95 |
| Fuel Expense - Other | 40,300.36 |
| Bank Service Charges | |
| Origination Fee | 8,250.00 |
| Fees | 1,125.75 |
| Service Charges | 7,514.76 |
| Service Charges - non banking | 724.02 |
| Bank Service Charges - Other | 1,249.58 |
| Big World Food Services - A/P | 655.00 |
| Computer and Internet Expenses | 501.69 |
| Contract Labor | 10,320.91 |
| Convenience Fee | 769.50 |
| Depreciation Expense | 5,683.00 |
| Discounts | 76.26 |
| Donation | 10,200.00 |
| Finance Charges | 30,505.65 |
| Food Truck - Food Purchases | 2,517.47 |
| Food Truck - Supplies | 4,967.49 |
| Business Insurance | - |
| Excess Liability - Insurance | 319,234.32 |
| Errors and Omissions | 92,832.40 |
| Auto Insurance | 7,095.63 |
| General Liability Insurance | 272,511.03 |
| Project Insurance | 225,575.66 |
| Business Insurance - Other | 6,049.86 |
| Interest Expense | 168,485.47 |
| Late Fees | 2,318.32 |

CONFIDENTIALITY NOTICE: This document and the documents accompanying it contain confidential and legally privileged information which is intended only for the use of the addressee. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or reliance on the contents of this information is strictly prohibited.

# Platinum Team Management Inc

| | |
|---|---|
| Licenses/Permits/Registration | 10,669.73 |
| Loan from R&R | 855.52 |
| Meals and Entertainment | 47,045.05 |
| Office Cleaning | 5,916.14 |
| Office Supplies | 83,318.94 |
| Outside Services | |
|     Lawn Services | 1,800.00 |
|     Office Cleaning Corridors | 1,995.00 |
|     Pest Services | 671.15 |
|     Trash Services | 632.90 |
|     Outside Services - Other | 3,759.20 |
| Other Business Expenses | |
| Overhead Expenses (Daydra) | 1,733.96 |
| Postage | 1,143.75 |
| Professional Fees | |
|     Insurance Agency fees | 52,500.00 |
|     Property Management Fee | 140.73 |
|     Project Consultant | 226,772.34 |
|     Accounting/CPA | 29,049.47 |
|     Architecture | 122,610.05 |
|     Engineering Fees | 35,190.00 |
|     Information Technology | 6,498.63 |
|     Legal | 581,582.12 |
|     Real Estate Fees | 130,000.00 |
| Refunds - Residents | 10,800.00 |
| Security Services | 11,203.88 |
| Reimbursements | 15,584.70 |
| Rent Expense | 162,409.52 |
| Repairs and Maintenance | 11,416.53 |
| Administration - Shred Services | 210.00 |
| Software Expense | 34,298.91 |
| Storage Expense | 109.00 |
| Subscriptions & Memberships | 20,361.15 |
| | |
| Taxes | |
|     Property Tax | 418.24 |
|     Sales and Use Tax | 267.48 |
|     Texas Franchise Tax | 3,095.24 |
|     Taxes - Other | 26,395.32 |
| Telephone Expense | 35,761.70 |
| Travel | |
|     Taxi Expense - Travel | 1,173.37 |
|     Fuel Expense - Travel (not DFW) | 2,025.90 |
|     Meals Expense - Travel | 221.14 |
|     Hotel Expense | 1,067.24 |
|     Airfare Expense | 4,467.91 |
|     Car Rental Expense | 1,177.77 |
|     Travel - Other | 50,681.32 |

CONFIDENTIALITY NOTICE: This document and the documents accompanying it contain confidential and legally privileged information which is intended only for the use of the addressee. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or reliance on the contents of this information is strictly prohibited.

# Platinum Team Management Inc

| | |
|---|---:|
| Utilities | 75,491.52 |
| Website Service Charge Expense | |
|     Miscellaneous Website Service | 5.10 |
|     Square Service Charge | 386.77 |
|     Wix Service Charge | 23.10 |
|   General & Administrative - Other | 1,397.34 |
| **Total General & Administrative** | 4,686,268.98 |
| | |
| Suspense | |
| Total Expense | 4,782,641.42 |
| Net Ordinary Income | 11,762,793.80 |
| | - |
| Other Income/Expense | - |
|   Other Income | - |
|     Corporate Expense | 4,955.00 |
|     PPP Forgiveness | 199,565.29 |
|     Debt Forgiveness | 32.99 |
|     Interest Income | 0.20 |
|     Rental Income | 51,787.03 |
|     Sale of Equipment | 400.00 |
| | - |
| Net Income | **12,019,534.31** |

CONFIDENTIALITY NOTICE: This document and the documents accompanying it contain confidential and legally privileged information which is intended only for the use of the addressee. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or reliance on the contents of this information is strictly prohibited.

# Platinum Team Management Inc

# Notes to the Financial Statements

## Note 1 – Strategy

The company's high-level strategy is to focus on building communities that are comprised of medical, multifamily, town homes, entertainment, hospitality, restaurants, retail, professional services, offices, education. All of this will be high density, themed together and cross marketed.

## Note 2 – Location

The company has many projects currently developing buy not closed. Locations include Texas, Oklahoma, Arkansas, California, Missouri, and Costa Rica.

## Note 3 – Funding

Platinum has worked out funding and capital stacks for these projects where 50 to 60 percent of the project is paid by new market tax credits, federal programs, state programs, and local municipalities. These are all grants or forgiven incentive programs. 10 to 20 percent of the project funding comes from equity partners. Conventional financing is then acquired for 20 to 40 percent of the project.

## Note 4 – Future Projects

It is estimated that Platinum Team has close to $300M in additional equity of projects that are highly likely to close in the next 6-12 months.

CONFIDENTIALITY NOTICE: This document and the documents accompanying it contain confidential and legally privileged information which is intended only for the use of the addressee. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or reliance on the contents of this information is strictly prohibited.

# Platinum Team Management Inc

## Statement of Financial Condition
### Ryan Cole as of DEC 31, 2021

| Assets | | | |
|---|---|---:|---:|

**Cash & Cash Equivalents**

**Bank Account/Liquid Cash**

| | | | |
|---|---|---:|---:|
| | TTCU | 516 | |
| | Fifth Third Bank | 7,376 | |
| | Chase Bank | 3,891 | |
| | Wells Fargo | 5,867 | |
| | Ryan Cole / cash equivalent* | 3,076,528 | |
| | Other Cash Items | 7,500 | |
| | | | 3,101,678 |
| **Investments** | Daydra Management | 60,554,685 | |
| | Platinum Team Management | 47,733 | |
| | Platinum Neighbors | 21,142,746 | |
| | Big World Development | 96,000,000 | |
| | Big World Food Services | 4,051 | |
| | Rosemary & Root | 82,882 | |
| | Heritage Properties | 1,660,423 | |
| | Lifestyle | 4,562,689 | |
| | Lifestyle II | 2,367,541 | |
| | District Townhomes | 7,409,677 | |
| | Other | - | |
| | | | 193,832,425 |
| **Real Estate** | Personal Residence (FMV) | 2,100,000 | |
| | Other Personal REO | - | |
| | | | 2,100,000 |
| **Other Assets** | Auto's Owned | 235,000 | |
| | Personal Property, Jewelry, Furnishings, Collectibles | 175,000 | |
| | | | 410,000 |
| **Total of Assets** | | | **199,444,103** |

| Liabilities & Net Worth | | |
|---|---|---:|

| | | |
|---|---|---:|
| **Revolving Credit** | | 10,276 |
| **Auto Loans** | | 64,817 |
| **Mortgage on Personal Residence** | | 152,477 |
| | 6624 Eastview Dr, Sachse TX 75048 | |
| **Other Notes Payable** | | |
| | Sheffield Finance-Outdoor Equipment | 6,500 |
| | TTCU FEDERAL CREDIT UNION | 45,115 |
| | | 51,615 |
| **Total of Liabilities** | | 279,185 |
| **Current Net Worth** | | **199,164,918** |
| | | 12.31.21 |

Signature    Date

*Distributions owed to RC for Serene TH buyout

*All financial data known to me has been disclosed to the best of my knowledge and are factual as of Dec 31, 2021*

CONFIDENTIALITY NOTICE: This document and the documents accompanying it contain confidential and legally privileged information which is intended only for the use of the addressee. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or reliance on the contents of this information is strictly prohibited.