```
 1            IN THE CIRCUIT COURT OF CALLAWAY COUNTY
                       STATE OF MISSOURI
 2
    JEANNETTE QUINN, individually and  )
 3  on behalf of all others similarly  )
    situated,                          )
 4                                     )
                   Plaintiff,          )
 5                                     )
    vs.                                )   Case No. 22CW-CV00644
 6                                     )
    PLATINUM TEAM MANAGEMENT, INC.,    )
 7  et al.,                            )
                                       )
 8              Defendants.            )

 9

10

11

12

13

14

15

16

17

18          VIDEOTAPED DEPOSITION OF AMY O'BRIEN

19                  FEBRUARY 22, 2023

20

21          (Deposition Starting Time:  8:59 a.m.)

22

23

24

25
```

1                    I N D E X

                                       PAGE
2
     AMY O'BRIEN
3    Examination by Mr. Werts                    5

4    Examination by Mr. Stromberg              152

5    Examination by Mr. Werts                  160

6

7                  E X H I B I T S

                                   REFERENCED
8

9    1   Subpoena                               10

10   2   Noble Health Corp Resolution           13

11   3   Noble Health Services, Inc., Resolution  13

12   4   Thumb Drive                    Off the Record

13   5   Letter                                  67

14   6   Missouri Works Grant                    78

15   7   Employee Material                      104

16   8   Employee Material                      106

17   9   Service Packet Material                108

18   10  Letter with Letterhead                 108

19   11  Electronic Pay Stub                    112

20   12  Furlough Letter                        115

21   13  E-Mail                                 121

22   14  E-Mail                                 124

23   15  Shareholder Listing                    132

24

25   **  Exhibits Attached.

```
 1              IN THE CIRCUIT COURT OF CALLAWAY COUNTY
                        STATE OF MISSOURI
 2
    JEANNETTE QUINN, individually and  )
 3  on behalf of all others similarly  )
    situated,                          )
 4                                     )
                    Plaintiff,         )
 5                                     )
    vs.                                )  Case No. 22CW-CV00644
 6                                     )
    PLATINUM TEAM MANAGEMENT, INC.,    )
 7  et al.,                            )
                                       )
 8                  Defendants.        )

 9

10

11

12              VIDEOTAPED DEPOSITION OF AMY O'BRIEN, produced,

13  sworn and examined on February 22, 2023, between the hours of

14  8:59 a.m. and 2:45 p.m. of that day, at the Lear Werts Law

15  Offices, 103 Ripley Street, Columbia, Missouri, before

16  J.D. Martin, Certified Court Reporter and Notary Public

17  within and for the State of Missouri, in a certain cause now

18  pending in the Circuit Court of Callaway County, State of

19  Missouri, in re: JEANNETTE QUINN, individually and on behalf

20  of all others similarly situated vs. PLATINUM TEAM

21  MANAGEMENT, INC., et al.; on behalf of the Plaintiff.

22

23

24

25
```

```
 1    APPEARANCES:

 2    For the Plaintiff:

 3    TODD C. WERTS
      ANTHONY J. MEYER
 4    Lear Werts, LLP
      103 Ripley Street
 5    Columbia, Missouri  65201
      573-875-1991
 6    werts@learwerts.com

 7
      For the Defendants:
 8
      MATTHEW STROMBERG
 9    Foulston Siefkin
      9225 Indian Creek Parkway
10    Suite 600
      Overland Park, Kansas  66210
11    913-498-2100
      mstromberg@foulston.com
12

13    ALSO PRESENT;                 JOE O'BRIEN

14
      VIDEOGRAPHER:                 CHRIS TOBIN
15                                  LEXITAS LEGAL SERVICES

16

17

18

19
      REPORTED BY:
20
      J.D. MARTIN, CCR (MO)
21    LEXITAS LEGAL SERVICES
      111 East Broadway
22    Columbia, Missouri  65203
      573-449-0561
23    jdmreporting@gmail.com

24

25
```

```
 1              It is hereby stipulated and agreed by and
 2    between counsel for Plaintiff and counsel for Defendants
 3    that this deposition may be taken in shorthand by
 4    J.D. Martin, CCR and Notary Public, and afterwards
 5    transcribed into printing, and signature by the witness
 6    expressly waived.
 7                         * * * * *
 8                         AMY O'BRIEN
 9    of lawful age, produced, sworn, and examined on behalf of the
10    Defendants deposes and says:
11                         EXAMINATION
12    QUESTIONS BY MR. WERTS:
13         Q.   Good morning.
14         A.   Good morning.
15         Q.   Could you please tell us your name?
16         A.   Amy O'Brien.
17         Q.   Ms. O'Brien, have you ever given a deposition
18    before?
19         A.   On a video.
20         Q.   Okay.
21         A.   Zoom.  One time.
22         Q.   When was that?
23         A.   I don't know the exact date.  But probably July of
24    '22.
25         Q.   Was the deposition you gave in July of 2022 related
```

1  to your work at all?

2      A.   Yes.

3      Q.   What was the nature of that case?

4      A.   It was the Department of Labor, I believe.  I gave

5  it to an attorney group.

6      Q.   Do you remember -- this is going to be one of those

7  dumb lawyer questions -- was anyone else at the deposition

8  with you?

9      A.   Yes.

10     Q.   Who else was on the deposition?  Or Zoom call?

11     A.   On Zoom.  It was an attorney.  I'm not going to

12  recall his name right now though.

13     Q.   Just the one attorney from the Department of Labor?

14     A.   No.  Representing Platinum.  I think it's -- John

15  Brown might be his name.

16     Q.   Okay.  And the Department of Labor -- was that the

17  United States Department of Labor, the Missouri Department of

18  Labor or some other Department of Labor?

19     A.   I don't think I know.

20     Q.   Okay.  What was the nature of the investigation

21  that the Department of Labor was looking into in that

22  deposition?

23     A.   Missed payroll and benefits.  And I'm not sure -- I

24  know the Department of Labor has two different divisions for

25  that.  And so I honestly can't remember which one we were

1    talking about at the time.

2        Q.    Okay.  And it is ironic that the health insurance

3    premiums people or the payroll people -- it doesn't make any

4    sense to you -- that's not you.  And so were you talking

5    about both payroll and benefits?

6        A.    I believe I was.

7        Q.    Okay.  How long did the deposition last?

8        A.    Because I didn't know they were separate until

9    probably just a month or so ago.

10       Q.    Okay.  How long did the deposition last?

11       A.    Almost three hours.

12       Q.    Have you seen a copy of the transcript since the

13   deposition?

14       A.    Huh-uh.

15       Q.    Was that a no?

16       A.    Oh.  No, I'm sorry.

17       Q.    Had you ever met John Brown before that deposition?

18       A.    No.

19       Q.    What did you do to get ready for that deposition?

20       A.    Oh, I did meet John Brown before that.  So maybe

21   the day or week before I talked to him before the deposition.

22       Q.    How long did you and Mr. Brown speak at that time?

23       A.    Probably an hour.

24       Q.    And I don't want you to tell me anything that the

25   two of you spoke about.  Was anyone else present during that

1    meeting?

2         A.   I think that we had Jeff Stone, the CEO of Callaway

3    Hospital.  And Christy Smiley, the HR Manager.

4         Q.   Was Ms. Smiley the HR Manager for the Audrain

5    facility, Callaway facility or both?

6         A.   Both.

7         Q.   When you were talking with those folks in advance

8    of your deposition did you look at any documents?

9         A.   I mean not that -- I don't know.

10        Q.   Okay.  Can you tell us your current address?

11        A.   714 Sunset Lane, Mexico, Missouri.

12        Q.   How long have you been at that address?

13        A.   May of '21.

14        Q.   Is that your only home?

15        A.   Yes.

16        Q.   And your husband, Joe, is with you here today for

17   the deposition, correct?

18        A.   Correct.

19        Q.   Is Joe your attorney?

20        A.   No.

21        Q.   Does Joe -- or has Joe ever had any employment

22   position with either the Audrain or Callaway County

23   hospitals?

24        A.   No.

25        Q.   Any position with any of the many companies we're

```
1    going to be talking about today?

2        A.   No.

3        Q.   Okay.  He's just here for you for support.

4        A.   Yes.

5        Q.   All right.  So you have given a deposition before,

6    so I won't belabor kind of the background stuff, particularly

7    since you don't have your own attorney here, so we can talk

8    about this.

9             Our purpose here today is for me to ask some

10   questions and to learn some things, and you to provide some

11   answers under oath.  Is that your understanding?

12       A.   Yes.

13       Q.   Okay.  And it's not a memory contest.  And so the

14   best is just what you know in your head as we go along.   You

15   have done a good job so far -- if you know the answer, we

16   would ask you to answer truthfully.  If you don't know the

17   answer, tell me, and maybe I can ask a better question.

18   Okay?

19       A.   Okay.

20       Q.   It's also not an endurance question.  If you want

21   to take a break, just tell me.  I see they have over here --

22   you brought your own bottle of water -- we have got a variety

23   of beverages.  If you need something, just let us know and

24   we'll take a break as we go along.

25             This room can get stuffy.  If that happens tell me
```

1  and we can crack a window or turn up the AC or something.

2  It's not intended to be a interrogation under bright lights,

3  even though it may feel that way with the video camera.

4      The one thing I will ask is that your answers kind

5  of be full words.  Yes's and no's.

6      A.  No head shakes.

7      Q.  Exactly.  And J.D. is really good.  But the

8  spelling of uh-huh and huh-uh isn't all that different.

9      A.  I understand.

10      Q.  So, I will know exactly what you mean.  And if I

11  correct you, I'm not trying to be a jerk.  It's just matter

12  or -- it may actually save time later on, okay?

13      MR. WERTS:  Okay.  With that, let's start with

14  this.

15      (Exhibit 1 was marked for the purpose of

16  identification herein.)

17      Q.  (By Mr. Werts)  I'm handing you what we are marking

18  for today as Exhibit 1.  Have you seen Exhibit 1 before?

19      A.  Yes.

20      Q.  Okay.  When did you first see Exhibit 1?

21      A.  When the guy found me in the parking lot and gave

22  it to me.  But I'm not going to know the date.

23      Q.  Fair enough.  About a month ago?

24      A.  I would say so.

25      Q.  Okay.  If I told you that our process server said

1    it was January 17, 2023, would you have any reason to dispute

2    that?

3         A.    No.

4         Q.    And so if you will turn to the third page of

5    Exhibit 1, it has a list of documents on it.  Do you see

6    that?

7         A.    Yes.

8         Q.    Okay.  And the copy of the subpoena that you were

9    served on January 17th had this list of documents attached to

10   the subpoena.  Is that true?

11        A.    True.

12        Q.    And did you also get a check in the amount of

13   $69.77?

14        A.    Yes.

15        Q.    Did you cash the check?

16        A.    No.

17        Q.    Okay.  You should have.  That's yours.  So --

18        A.    There is no way to negotiate the rate?

19        Q.    Write your Congressman.  The rate is ridiculous.

20   But the Missouri State legislature set that rate I think

21   sometime in the 60's, and refuses to revisit it.

22        A.    Why do our doctors get to charge $500 an hour then?

23        Q.    Because they are testifying as an expert.  And

24   there is a different rule for them.

25        A.    What am I testifying as today?

1      Q.   As yourself, actually.

2      A.   An employee of these various groups?

3      Q.   **We're actually going to find that out as we go**

4   **along.**

5      A.   Okay.

6      Q.   **I'll be very honest with you.  This is kind of an**

7   **interesting deposition.  I normally know the answers to all**

8   **of these questions before we sit down and do this for a day.**

9   **I really don't today.  So this is going to be a journey of**

10  **discovery for all of us.**

11     A.   Okay.

12     Q.   **J.D. is cringing.  Because he knows that means it**

13  **takes longer.  But we will try to go through it as easily as**

14  **we can.**

15          **Did you bring any documents with you today?**

16     A.   I did bring a -- so I am not the custodian of the

17  documents.  But because I have been involved in the various

18  ownership changes -- and the most recent one trying to get

19  them to find a way to get us W-2's -- I did get access to the

20  payroll files.  So I put them on a disk.

21     Q.   **Okay.  And --**

22     A.   And I don't know if it's everything that you need.

23  But it's all I have.

24     Q.   **We will start with that.  Okay.  So you have**

25  **handed me a thumb drive.  And everything that you brought**

1    today is on this.

2         A.    Except for -- this is the number 1, the ownership

3    sale.  That's the document that I had access to.

4         Q.    **And is this -- so there are a couple of different**

5    **headings.  Is this one document or two documents?**

6         A.    It's two documents.

7         Q.    **Okay.**

8         A.    And I don't know why.  But there is two.

9              MR. WERTS:  Okay.  So I'm going to mark these.

10             (Exhibits 2 and 3 were marked for the purpose of

11   identification herein.)

12        Q.    **(By Mr. Werts)  As Exhibits 2 and 3 -- can you tell**

13   **me what Exhibit 2 is?**

14        A.    Exhibit 2 is a unanimous resolution for Noble

15   Health Corp.

16        Q.    **Okay.  And then what is Exhibit 3?**

17        A.    Exhibit 3 is a unanimous resolution for Noble

18   Health Services, Incorporated.

19        Q.    **We're going to kind of set these in the middle for**

20   **now.**

21             MR. WERTS:  And Matt, I'll make copies of them on a

22   break.

23             MR. STROMBERG:  Thank you.

24        Q.    **(By Mr. Werts)  And then this is going to be a**

25   **really technical question.  How much stuff is on this?**

```
 1      A.   I don't know the answer to how many files there

 2   are.  Because there are folders and there are files in

 3   folders.  It says payroll files.

 4      Q.   Okay.

 5      A.   So I moved it and put it on there.

 6      Q.   Okay.  And so if I described it as a bunch of

 7   stuff, would that be a fair description?

 8      A.   Yes.

 9      Q.   Okay.  I was just trying to decide if it has -- the

10   nature of a thumb drive is could have one file that has one

11   page or it could have quite a bit on it.

12      A.   I'll bet there is a thousand files.

13      Q.   Okay.  We're going to circle back to that then.

14   Okay.  So, when you were looking -- looking back to Exhibit 1

15   -- and you have it in front of you.

16      A.   Okay.

17      Q.   And specifically Attachment A. When you were

18   looking for documents responsive to Attachment A, can you

19   tell me how you went about looking for those documents?

20      A.   I called the person who used to be the Controller.

21      Q.   Okay.

22      A.   And asked her where I might be able to find them.

23   And she told me that there was a drive that had the payroll

24   files on it.  But at the time that I asked her that, was when

25   I was trying to get information for W-2's.
```

1          Q.    Okay.

2          A.    And that's how I found the payroll files.  And then

3     when I saw it on here I said well, that's what I have.  And I

4     can make a copy for you.

5          Q.    Okay.  **What else did you do to look for documents?**

6          A.    Oh, the first one -- the ownership sale -- I knew

7     that when the ownership changed from Noble to Platinum, I had

8     these two documents that I was sending for the hospital

9     licensure -- those kinds of things.  So I had copies of those

10    in my e-mail.  And that's where I went to get those.

11         Q.    **What is the e-mail address of that account, please?**

12         A.    amy.obrien@noblehc.org.

13         Q.    **Are you still actively using that e-mail account**

14    **for work?**

15         A.    Yes.  Well, I'm not employed right now.  But it's

16    still active.

17         Q.    **Okay.  Do you still have access to it?**

18         A.    Yes.

19         Q.    **How long have you been using that e-mail account?**

20         A.    Since Noble gave it to me in March -- I think it

21    was March of '21.  It could have been February.  I started

22    with them February 15th.  But I'm not exactly sure when I got

23    my Noble e-mail.

24         Q.    **Did you have another e-mail account prior to the**

25    **Noble e-mail account associated with your work at the**

1   hospital?

2        A.    No.

3        Q.    Okay.  Anywhere else that you looked?

4        A.    No.

5        Q.    So you indicated -- and we're going to spend plenty

6   time on this topic.  But just to kind of orient myself --

7   you're no longer employed, correct?

8        A.    Correct.

9        Q.    How did you get access to the drive that had the

10  payroll information, if you're no longer employed?

11       A.    The current owners are contracting with me on an

12  hourly basis to help get them information that they need.

13  And in this particular one was to try and help get W-2's to

14  people.

15       Q.    All right.  So who are the current owners that

16  you're referring to?

17       A.    I believe it's called Pasture Medical.  I haven't

18  seen this for that group yet.

19       Q.    Okay.

20       A.    But that is who is paying me.  Pasture Medical.

21       Q.    Where are they from?

22       A.    New Jersey.  The company is established in Wyoming,

23  I think.

24       Q.    Is Pasture Medical a corporation, an LLC or some

25  other type of entity?

1      A.   I don't know.

2      Q.   Okay.  Does Pasture Medical use any other

3  subsidiary or other names that you have seen?

4      A.   The original name that I saw was Saint Pio of

5  Pietrelcina.  But I haven't seen that name since December.

6      Q.   Do you have an understanding one way or the other

7  whether there is a relationship between Pasture Medical and

8  Saint Pio of Pietrelcina?

9           MR. WERTS:  I will get you the spelling.

10           THE WITNESS:  Say that question again.

11      Q.   (By Mr. Werts) Was there any relationship between

12  those two entities?

13      A.   Not that -- I don't know that.  I don't know.

14      Q.   Okay.  Who is the person who is in charge and at

15  the top of Pasture Medical?

16      A.   The one I talk to the most is called -- his name is

17  call Kalman Groner.  K-a-l-m-a-n.  G-r-o-n-e-r.  And Gary

18  Greenstein is the other.

19      Q.   Are you familiar with the name Cliff Sullivan?

20      A.   Yes.  That was who I talked to at Saint Pio.

21      Q.   Have you spoken to Mr. Sullivan since you started

22  dealing with the folks at Pasture Medical?

23      A.   No.

24      Q.   Do you know whether or not Saint Pio sold some or

25  all of the hospitals to Pasture Medical?

1      A.    I believe they have.  But I haven't seen --

2      Q.    **And this is one of those -- there are going to be**

3  **lots of these today, unfortunately, goofy lawyer questions.**

4  **Why do you believe that?**

5      A.    Because that's who is asking me to do things.

6      Q.    **Okay.  Lots of instructions.  Not lots of**

7  **explanations.**

8      A.    Yes.

9      Q.    **Got it.  How much time per week are you currently**

10  **working with your contract arrangement with the folks at**

11  **Pasture Medical?**

12      A.    Eight to -- I think the last one I turned in was

13  maybe -- the biggest one was 17 hours in a week.  But eight

14  was the shortest.  And that's been four times.  Four weeks.

15      Q.    **How much are they paying you for that, ultimately?**

16      A.    150 an hour.

17      Q.    **Are they paying you to appear for this deposition**

18  **today?**

19      A.    No.

20      Q.    **Do they know you're giving this deposition today?**

21      A.    Yes.

22      Q.    **How do they know that?**

23      A.    I asked them to supply legal counsel.

24      Q.    **And what did they say?**

25      A.    They didn't.

1          Q.    Are you indicating they didn't supply legal

2    counsel?  Or they didn't say one way or the other?

3          A.    They didn't say one way or the other.  I sent a

4    Certified Letter to all of the Noble owners that I was aware

5    of.

6          Q.    Okay.  When did you send that letter?

7          A.    I'm not going to remember this -- around January

8    25th or 26th.

9          Q.    Okay.

10         A.    When did I get served?  On the 17th?

11         Q.    Yes, ma'am.  So about a week later.

12         A.    Yeah.

13         Q.    Do you have a copy of that letter?

14         A.    I didn't bring it with me.

15         Q.    Okay.  But you do have a copy somewhere?

16         A.    Yeah.  It's on my computer.

17         Q.    Okay.  So you're currently contracted with Pasture

18   Medical, correct?

19         A.    Well, I told them last week that I'm done.

20         Q.    Okay.

21         A.    I'm getting a new job.  So --

22         Q.    Okay.  Where is the new job at?

23         A.    In Mexico.  Their Economic Development Director.

24   That was the call I just took.

25         Q.    Oh, okay.  Accepting the new job?

```
1        A.    Yes.
2        Q.    Congratulations.  So now Joe knows.
3              MR. WERTS:  You know she's telling the truth.
4              THE WITNESS:  Yeah.
5              JOE O'BRIEN:  Six months without a paycheck.  So --
6              MR. WERTS:  And I understand that.  And I kind of
7   get that you're the one left holding the bag.  But you're
8   also the only person whose name I know that I can get
9   answers.  So, unfortunately you're it.
10             THE WITNESS:  I'm willing to help.
11             MR. WERTS:  I appreciate that.
12       Q.    (By Mr. Werts) Okay.  When did you first become
13  contracted with Pasture Medical?
14       A.    When did I get the first payment from them?  Or
15  when did I do the first work?
16       Q.    When did you first have an agreement with them?
17       A.    I'm not going to remember the date.  But when they
18  called and started out -- you know, they needed a lot of
19  information.  They just took this over.  And I just said I
20  can't do it for free because I have been working for free
21  since August.
22             And so I can't remember if it was right after
23  Christmas it seems like -- and then I started.  And I don't
24  remember all I have done for them.   But I just -- just
25  whatever they needed, I would get that information to them.
```

1    So I think right after Christmas.

2         Q.   **Okay.  So around the end of the year, first of the**

3    **year --**

4         A.   Yeah.

5         Q.   **-- in that kind of weird time.**

6         A.   Yeah.  I want to say they told me December 28th was

7    their date.  I think Saint Pio's date was December 7th.  So,

8    it's probably in those time frames.

9         Q.   **Okay.  So when you were first contacted by Pasture**

10   **Medical, who first contacted you?**

11        A.   Kalman Groner.

12        Q.   **What did he tell you in that conversation?**

13        A.   That they had a desire to open the hospital.  Get

14   to -- help the community get health care back into the

15   community.  That they were excited about it.  And that they

16   needed my help in learning more about the hospital.

17        Q.   **Okay.  At that point were any representations made**

18   **to you about whether or not Pasture Medical had bought**

19   **anything?**

20        A.   No.  Not --

21        Q.   **That wasn't a great question.  Let me try a little**

22   **bit better.**

23             **So they indicated they had an interest in reopening**

24   **the hospital.**

25        A.   Yes.

1      Q.    Did they tell you that they had acquired the

2   hospitals?

3      A.    I don't know what words they used.  But it made me

4   believe that they were the new owners.

5      Q.    Okay.

6      A.    But I'm not sure what words he used with me.

7      Q.    Okay.

8      A.    And I wasn't sure if he and Cliff Sullivan were

9   partners.  I still don't know what their relationship is.

10     Q.    Okay.  But you were kind of left with the

11   impression -- and correct me if I'm wrong about this -- that

12   Mr. Groner's group, Pasture Medical, was in charge after

13   December 28th.

14     A.    Yes.

15     Q.    Okay.  Was anyone else in charge after December 28,

16   2022?

17     A.    Gary Greenstein -- he's the other one that I have

18   talked to.

19     Q.    Okay.  And do you know what Mr. Groner's position

20   with Pasture Medical is?

21     A.    I do not.

22     Q.    Do you know what Mr. Greenstein's position is?

23     A.    I don't.

24     Q.    Have you ever heard any job titles for either of

25   them?

```
 1      A.   No.

 2      Q.   Have you ever heard of any other entities or

 3  companies that either of them are associated with?

 4      A.   I Googled Kalman Groner and saw that he's

 5  associated with Kangaroo Partners.  I Googled Gary

 6  Greenstein, and that he's an attorney.

 7      Q.   Okay.  In what state?

 8      A.   New York.  And I don't remember the name of his

 9  group.

10      Q.   Okay.  Since you started talking with the folks at

11  Pasture Medical have any -- have either -- I'm going to start

12  entirely over.

13           Have you spoken with anyone else at Pasture Medical

14  besides Mr. Groner or Mr. Greenstein?

15      A.   Yes.  But I don't know their names.

16      Q.   Okay.  How many such folks?

17      A.   Two.

18      Q.   Male or female?

19      A.   One male, one female.

20      Q.   Do you have an understanding of what either the

21  male or the female unknown people's role are?

22      A.   Actually there is one or more.  There is another

23  male.  They are a CPA.

24      Q.   Okay.

25      A.   I don't know the roles of the other two that were
```

1   on the Zoom call.

2        Q.   Just one Zoom call?

3        A.   No.  We've had about four.

4        Q.   Okay.  And have you been communicating with these

5   folks through e-mail like for scheduling the Zoom calls and

6   other things?

7        A.   Uh-huh.

8        Q.   Is that a yes?

9        A.   Yes.

10       Q.   Help you out.  Is that the amy.obrien@noblehc.org

11  e-mail?

12       A.   Yes.

13       Q.   Have you used any other e-mail account when talking

14  with the folks at Pasture Medical?

15       A.   Probably my personal g-mail account,

16  obrien5553@gmail.com.

17       Q.   O'Brien 53 --

18       A.   5553.  So, 55-53.

19       Q.   And in either of those e-mail accounts is there an

20  apostrophe in the O'Brien?

21       A.   No.

22       Q.   It's just O straight to B in both cases?

23       A.   Yes.

24       Q.   Do you currently have any other e-mail accounts

25  besides those two?

 1      A.   Yes.  I have the obrien5553@yahoo.com also.  And I

 2   had a Platinum e-mail account.

 3      Q.   **What was that?**

 4      A.   I'm trying to remember it.  That one has been

 5   deactivated.  I think it was aobrien@platniumhealthsys.org.

 6      Q.   **Was that the only Platinum e-mail account that you**

 7   **had?**

 8      A.   Yes.

 9      Q.   **Have you had any other e-mail accounts of any kind**

10   **going back to August 16, 2019?**

11      A.   No.

12      Q.   **Going back to August 16, 2019, have you used any**

13   **other electronic messaging program or app related to any of**

14   **your work at the hospitals?**

15      A.   Teams.

16      Q.   **Okay.  Anything else?**

17      A.   Zoom.

18      Q.   **Okay.**

19      A.   I think that's all.

20      Q.   **Okay.  And I'll just name a couple of others**

21   **sometimes people forget.  Have you ever used a program called**

22   **Slack in any of your work at the hospitals?**

23      A.   No.

24      Q.   **Have you ever used a program called What's App for**

25   **any of your work at the hospitals?**

1      A.   Yes.  Only with Pasture.

2      **Q.   What is your user name or handle for the What's App**

3   **account?**

4      A.   Will it be on my phone?

5      **Q.   It likely will be, if you want to look.**

6      A.   I don't know where to find it.

7      **Q.   And I don't know that program at all.  So I'm not**

8   **very much help.  It's often times --**

9      A.   I'll go to my settings.

10     **Q.   Yeah.**

11     A.   It looks like it's just Amy O'Brien and then my

12  phone number, 319-208-4382.

13     **Q.   Okay.  Have you ever used Linked In -- the**

14  **messenger function for any of the work with the hospitals?**

15     A.   No.

16     **Q.   And when I'm using the phrase work at the**

17  **hospitals, I mean that to include hospitals, clinics --**

18     A.   Sure.

19     **Q.   -- Audrain, Callaway.  All of it. Okay?**

20     A.   I have used Linked In just for work -- I mean like

21  professional communication to link with somebody or ask them

22  a question about what they do.

23     **Q.   Okay.  Any of it to do with any of the owners --**

24     A.   No.

25     **Q.   -- or management above you?**

1      A.   No.

2      Q.   Have you ever used Facebook Messenger to talk with

3   any of these folks?

4      A.   No.

5      Q.   Ever use Snap Chat to talk to any of these folks?

6      A.   No.

7      Q.   After going through that list, any other apps?

8   Because there is an infinity number.

9      A.   None that come to mind.  I forgot about What's App.

10  But that one was just the most recent.  And we were just

11  using e-mail and Teams most of the time.

12     Q.   Okay.  And the phone number -- 319-208-4382 -- is

13  that your primary mobile number?

14     A.   Yes.

15     Q.   Did you have any other phone numbers in the time

16  period of August 16, 2019 to the present?

17     A.   No.

18     Q.   Do you have any other work numbers for the time

19  period August 16, 2019?

20     A.   I had a desk phone.

21     Q.   Okay.

22     A.   But they were shut off.

23     Q.   Okay.

24     A.   So they were not working.

25     Q.   What was that phone number?

1       A.    572-58 -- 573-582-8103.

2       Q.    **So you said the folks at Pasture Medical wanted a**

3   **bunch of information from you.  Is that a yes?**

4       A.    Yes.

5       Q.    **Okay.  That's okay.  It's going to happen a hundred**

6   **times today.  It will be perfectly fine.  What did they want?**

7       A.    They wanted to know information about the hospital.

8   With regard to Callaway Hospital they were filing a

9   bankruptcy, and they needed to know some of the vendors at

10  Callaway.  I didn't know the vendors at Callaway.  So I went

11  to the accounts payable office and got some of the vendors

12  that they needed.

13      Q.    **To your knowledge has a bankruptcy been filed with**

14  **relationship to the Callaway Hospital?**

15      A.    Yes.

16      Q.    **When was that filed?**

17      A.    It was the Friday before February 13th.  So that

18  would have been the 10th.  February 10th.

19      Q.    **And do you know who it is that filed bankruptcy?**

20      A.    Noble Real Estate was one them.  There was another,

21  I don't remember.

22            MR. WERTS:  Okay.  I have not received any notice

23  of a bankruptcy filing.  Have you, Matt?

24            MR. STROMBERG:  I have seen one, yes.

25            MR. WERTS:  Who is it?  Do you know?

1          MR. STROMBERG:  It's a clinic.  I think Fulton

2     Medical Clinic.

3          THE WITNESS:  Fulton Medical Clinic.

4          MR. STROMBERG:  I think is the other one.

5          MR. WERTS:  It's not one of the Defendants here?

6          MR. STROMBERG:  Let me check.

7          MR. WERTS: It's not yours.

8          MR. STROMBERG:  No.  I don't think so, no.

9          MR. WERTS:  I would have expected to have heard

10    from them by now.  So kind of based on that representation

11    I'm going to kind of keep going.  Because I don't have any

12    notice.

13          MR. STROMBERG:  There are automatic statements.

14    So, carry on.

15          MR. WERTS:  Well, you're not the one to be mad at

16    me about it.  But I don't want to -- this is one of the

17    bankruptcies that is --

18          MR. STROMBERG:  Yeah.

19          MR. WERTS:  -- to break with the automatic

20    statement.  And we will check it on a break.  I'm okay with

21    where we're at.

22      **Q.   (By Mr. Werts) Okay.  When you were sending**

23    **information to Pasture Medical did you send it all through**

24    **that e-mail account we have been talking about?**

25      A.   Yes.

1      Q.   Did you use any other file transfer websites --

2  Share Point or Share File -- to transfer information?

3      A.   No.

4      Q.   Are you familiar with what I mean on those types of

5  websites?

6      A.   Yes.

7      Q.   Okay.  But everything that you would have sent to

8  the folks at Pasture was either in that NobleHC e-mail

9  account --

10     A.   Yes.  They wanted information on the employee

11 retention credits that Noble Health filed.  And they wanted

12 information on the HRSA provided relief funds application

13 that we had filed and asked for a reconsideration on, and

14 didn't get a response.  So those are the kind of things I was

15 looking up for them.

16     Q.   Okay.

17     A.   As well as the W-2 information.

18     Q.   Were you able to find the W-2 information?

19     A.   I was able to give them the payroll information for

20 2022.

21     Q.   Do you know whether or not Pasture Medical has

22 issued out W-2's to the folks?

23     A.   I haven't gotten mine yet.

24     Q.   Is it your understanding they are supposed to be

25 doing that?

```
 1       A.    Yes.

 2       Q.    That was a bad question.  Is it your understanding

 3    they are going to be doing that?

 4       A.    Well, I don't know.

 5       Q.    Okay.  There is -- you understand the distinction.

 6       A.    Yes.

 7       Q.    Okay.

 8       A.    Yes.  We all know they are supposed to.

 9       Q.    Okay.  But you don't have an understanding or an

10    expectation one way or the other whether they are actually

11    going to do it.

12       A.    I don't.

13       Q.    Okay.  So when did you first have contact with the

14    folks at Saint Pio?

15       A.    I'm thinking it was December 9th.

16       Q.    Tell me about that, please.

17       A.    I believe I heard the sale date was the 7th.  And I

18    believe it was a couple of days later that I heard about

19    that.

20       Q.    Okay.  How did you hear about that?

21       A.    An attorney -- or a retired attorney in Mexico, Lou

22    Leonatti, called me.  He had been called by Ryan Cole, the

23    owner of Platinum Health, and told him that Cliff Sullivan is

24    who we would be talking to about the hospital going forward.

25       Q.    When Mr. Leonatti called you, was he calling as an
```

1    attorney or as --

2        A.    No.

3        Q.    -- an active citizen in Mexico?

4        A.    Active citizen.

5        Q.    **Because he kind of wears two hats, at least, in the**

6    **Mexico business community.**

7        A.    Yeah.  He's retired as an attorney.  So he was an

8    active citizen, yes.

9        Q.    **Okay.**

10       A.    He's involved in the hospital matters.

11       Q.    **Did he provide you any other information then about**

12   **his contact with Mr. Cole and Mr. Sullivan?**

13       A.    He just -- he was going to -- he is part of the

14   Catholic Ministries.  And he was going into that meeting.

15   And he gave me Cliff Sullivan's phone number, and suggested I

16   give him a call.  So I did that that afternoon.

17       Q.    **You said something about Catholic charities.  What**

18   **are you referring to there, please?**

19       A.    That's something Lou Leonatti was involved in.  He

20   was going into a meeting --

21       Q.    **Okay.**

22       A.    -- which was why he couldn't be on the call with me

23   and Cliff.

24       Q.    **But the charities meeting was not associated with**

25   **the work at the hospitals.**

```
 1      A.   No.

 2      Q.   Okay.  Sorry about that.  And so you called Mr.

 3   Sullivan that day, is that right?

 4      A.   Yes.

 5      Q.   The number that you called -- was that a cell phone

 6   or his business line?

 7      A.   I don't know that.

 8      Q.   Do you know what that number is?

 9      A.   I have it in my phone.

10      Q.   Could you look for me?

11      A.   503-358-8875.

12      Q.   Is that the only phone number that you have for Mr.

13   Sullivan?

14      A.   Yes.

15      Q.   Do you have an e-mail address for Mr. Sullivan?

16      A.   I do.

17      Q.   May I have that?

18      A.   It's theinvestmentguy@gmail.com.

19      Q.   Okay.  So you called Mr. Sullivan on about December

20   9, 2022, correct?

21      A.   Yes.

22      Q.   And what did he tell you?

23      A.   He said that he had been working with Ryan Cole,

24   and that he understood that our community had a day od

25   prayer.  And he wanted to answer that prayer and get our
```

1  hospital reopened.  And so he worked out an arrangement with

2  Ryan Cole, and they were going to work to get the hospital

3  reopened.

4      Q.  Okay.  Did he give you any information about the

5  nature of that arrangement?

6      A.  He did not.

7      Q.  Did he give you any indication whether or not his

8  organization was going to be accepting the liabilities from

9  Platinum?

10     A.  He did not.

11     Q.  Did you have any discussion with Mr. Sullivan about

12  the back owed payroll for the employees?

13     A.  I don't think we got in that level with Mr.

14  Sullivan.

15     Q.  Okay.  How long did you speak with Mr. Sullivan

16  that day?

17     A.  I would guess 30 minutes.

18     Q.  Okay.  Did you ever speak to Mr. Sullivan again?

19     A.  Yes.

20     Q.  How many times, roughly?

21     A.  I would guess two or three times.

22     Q.  Did you ever have any e-mail correspondence with

23  Mr. Sullivan?

24     A.  Yes.

25     Q.  Okay.  What was the nature of that e-mail

1    correspondence?

2        A.    I don't remember.

3        Q.    Okay.

4        A.    I just know I sent him some.

5        Q.    Okay.  And were you sending him information similar

6    to what we talked about with Pasture or was it some other --

7        A.    I really don't remember.

8        Q.    Did you ever use your NobleHC.org e-mail for

9    anything other than work?

10        A.    Probably could have.  You know, I don't know.

11        Q.    Okay.

12        A.    I mean I wouldn't do it intentionally and

13    routinely.  But --

14        Q.    Maybe an accidental e-mail here and there.  But

15    it's not one that you used for a lot of personal stuff,

16    correct?

17        A.    Correct.  It was the one I was in most often.  And

18    so my friends -- if they needed to get me -- they would send

19    an e-mail there just so I would see it, if it was important.

20    It was on my business card as well.  So everybody used it.

21        Q.    Okay.

22        A.    Yeah, my church used that one.

23        Q.    Okay.  Let's go back to Pasture Medical for just a

24    moment.  I realized I skipped over some things.

25            Did you ever discuss the unpaid payroll and

1    employee benefits with the folks at Pasture Medical?

2        A.    Yes.

3        Q.    Who did you talk to about that?

4        A.    Kalman.  He asked me what I thought the total -- I

5    think it was Kalman -- he asked me what the total -- it could

6    have been Gary.  Because this is -- as I'm playing it in my

7    head it's more of a question Gary would ask was what the

8    total of the payroll was.  So I'm not remembering who I

9    talked to.  But I remember telling him I thought it was

10   around 2.3 million dollars.

11       Q.    What was whoever you were talking to's response to

12   that?

13       A.    I think it was Kalman.  Oh.

14       Q.    Other than giving the number, did you give any

15   other information about that figure?

16       A.    No.

17       Q.    How did you come to the figure of 2.3 million?

18       A.    Somewhere in the middle of all of this as I was

19   trying to put together what the total debts of the hospital

20   was, I had added up the payrolls.  And so I didn't go back

21   and look at it.  So I was quoting it from memory.  And so

22   that's what I think it was.  I still haven't gone back and

23   looked that up.

24       Q.    So you have not --

25       A.    I can't remember if that is the total.  Because,

1    you know, Noble missed payroll.  And Platinum missed payroll.

2    So, I don't know if that's the combined or if that was Noble.

3    I really don't know.

4        Q.    **Is it your belief that the information necessary to**

5    **figure that out is on the purple flash drive that you brought**

6    **with us today?**

7        A.    I think so.

8        Q.    **Okay.  Is it your understanding that the**

9    **information on the purple flash drive includes the payroll**

10   **from both Noble and Platinum?**

11       A.    I do believe that.

12       Q.    **Are they separated or is it all kind of together?**

13       A.    I believe there is a folder for Noble and a folder

14   for Platinum.

15       Q.    **And eventually I will ask you to look at it.  So**

16   **I'm not just asking you these weird conceptual questions.**

17       A.    And I think there is one folder that has time --

18   like time.  That's why I think there is so many files is

19   because there is a lot of time card things.  But I'm not

20   positive.

21       Q.    **Okay.**

22       A.    But that's what I think.

23       Q.    **I deal with that sort of thing pretty frequently.**

24   **It won't take me too long to dive through it when we take a**

25   **break?**

```
 1            THE VIDEOGRAPHER:  You want to take a break?

 2            MR. WERTS:  No.  I meant when we do.

 3            THE VIDEOGRAPHER:  Okay.

 4       Q.  (By Mr. Werts)  The 2.3 million dollar number that

 5   you were discussing -- was it you -- or were you intending

 6   that to be a payroll number or a payroll and missed benefit

 7   payments?  Or do you know?

 8       A.  I don't remember.

 9       Q.  Okay.  Because there is like kind of two different

10   buckets, right?

11       A.  Sure.

12       Q.  So when you were working with Pasture Medical were

13   there any submissions made to any licensing entities for the

14   hospitals?

15       A.  No.

16       Q.  Were there any submissions made to any governmental

17   entities during the Pasture Medical time period?

18       A.  By me?

19       Q.  Yes.

20       A.  No.

21       Q.  Are you aware of anyone associated with Pasture

22   Medical or the hospitals other than you making any

23   submissions to any governmental entities during that time?

24       A.  No.

25       Q.  The same series of questions dealing with Saint
```

1    Pio.

2        A.    Saint Pio did apply for another extension of the

3    license -- of the suspension of the license.  And they were

4    denied.  And that would have been on December 20th.

5        Q.    Do you know what all information was submitted in

6    that application for extension?

7        A.    I do not.  I didn't see it.

8        Q.    Okay.  Do you know who made that submission?

9        A.    I think it was Cliff Sullivan.

10       Q.    Okay.  Did you ever speak with anyone else at Saint

11   Pio besides Cliff Sullivan?

12       A.    No.

13            MR. WERTS:  All right.  We have been going about an

14   hour.  Let's take a short break if we could.

15            THE WITNESS:  Okay.

16            THE VIDEOGRAPHER:  The time is 9:53 a.m.  We're off

17   the record.

18            (OFF THE RECORD.)

19            THE VIDEOGRAPHER:  The time is 10:22 a.m.  We're

20   back on the record.

21            MR. WERTS:  All right.  Back on the record after a

22   short break.

23            THE VIDEOGRAPHER:  The time is 10:23 a.m.  We're

24   back on the record.

25       Q.    (By Mr. Werts)  Okay.  We're back on the record

1  after a short break and making copies of the thumb drive.  Do

2  you still have that thumb drive?

3      A.   Do you need it?

4      Q.   I was going to give it to J.D. to keep as the

5  official record.  If that's okay.

6      A.   Oh, that's right.  I did make it for you.

7      Q.   And then we have retained a copy of this on our

8  system upstairs, and then burned a thumb drive to provide to

9  counsel.  There is roughly 3,100 files in total on it.  So

10  there is actually quite a bit of content on the thumb drive.

11  Starting with what you did -- and I don't want you to sit

12  down here too long.  We can look at it and refer to it later.

13          Okay.  So let's talk a little bit about the folks

14  at Pasture Medical.  Did Mr. Greenstein or Mr. Groner ever

15  come to Missouri?

16      A.   No.

17      Q.   Did they ever --

18      A.   I guess I should say not to my knowledge.

19      Q.   Okay.  And that's a fair distinction.

20      A.   Yeah.

21      Q.   Did they ever submit any filings with either

22  Audrain or Callaway County or the cities of Mexico or Fulton?

23      A.   Not that I'm aware of.

24      Q.   Do you know if they ever made any filings related

25  to the employee retention tax credit or the other federal

1  benefits that you were talking about earlier?

2      A.   I don't know.  I gave them the information.  But I

3  don't know what they did with it.

4      Q.   Okay.  And you indicated that Mr. Sullivan

5  submitted an application to extend the suspended license for

6  both hospitals or just one of them?

7      A.   Both.

8      Q.   And that was submitted to the Missouri State

9  Department of Health and Social Services?

10     A.   Yes.

11     Q.   Did Mr. Sullivan ever come to Missouri?

12     A.   Not to my knowledge.

13     Q.   You had a number of phone calls with him, correct?

14     A.   Yes.

15     Q.   Do you know whether Mr. Sullivan ever made any

16  submissions to the city or county governments?

17     A.   Not to my knowledge.

18     Q.   And so you became contracted with Pasture Medical

19  around the end of December 2022, correct?

20     A.   Yes.

21     Q.   At that time were you employed by Mr. Sullivan's

22  group?

23     A.   No.

24     Q.   Were you -- did you have any sort of relationship

25  with Mr. Sullivan's group at that time?

1      A.    No.

2      Q.    Were you ever contracted with Mr. Sullivan?

3      A.    No.

4      Q.    Did you ever provide any information to Mr.

5    Sullivan?

6      A.    Yes.

7      Q.    And we have talked about some of that.  Have we

8    talked about all of the information that you provided to Mr.

9    Sullivan related to the hospitals?

10     A.    I don't remember what I sent to him.  I don't know

11   what questions he asked.

12     Q.    It would be in that e-mail account though if we

13   wanted to look that up, correct?

14     A.    Yes.

15     Q.    When were you last employed?

16     A.    I got an e-mail from Platinum on September 9th

17   terminating my employment.

18     Q.    When did you begin with Platinum?

19     A.    My first pay from them was in May.  So I believe

20   they bought the hospital April 20th.  So, I would have been

21   employed with them at that point.

22     Q.    Did you continue to have access to the hospitals

23   after your employment ended on September 9, 2022?

24     A.    Yes.

25     Q.    How so?

 1       A.   So they -- we had a walk-in clinic that was still

 2  going.  Because after they terminated the employees, they

 3  unterminated the clinic employees because they realized you

 4  can't just drop patients at 4:30 on Friday afternoon.  So,

 5  the walk-in clinic was still operational.  And we did have

 6  staff continuing to show up.  And so I showed up for them.

 7       Q.   **Okay.  Did the folks at Platinum know you were**

 8  **still showing up?**

 9       A.   Yes.

10       Q.   **They were okay with it?**

11       A.   Yes.

12       Q.   **They just weren't paying you, right?**

13       A.   They actually told me they would unterminate me,

14  too.  But I said that's okay.  I mean unterminate me and not

15  pay me.  I just said I would rather not be representing you

16  anymore even though I'm still showing up.  I was representing

17  the people.  The employees that were there and the community

18  that needed health care.  It was a really strange situation.

19       Q.   **That's a good adjective.  Okay.  So, when you**

20  **started with Platinum in April of 2022 what was the name of**

21  **the entity that was your employer?**

22       A.   Platinum Neighbors.

23       Q.   **Is that Platinum Neighbors, Inc.?**

24       A.   I don't know for sure.

25       Q.   **Were you ever employed by any other Platinum**

1   entity?

2       A.   At some point we were called Platinum Health

3   Services -- or Platinum Health Systems.  And they got us the

4   e-mail address with that on it.  But they purchased Noble

5   Health.  And so then we started getting our paychecks from

6   Noble Health.  And we got two W-2's from them.  One from

7   Platinum Neighbors and one from Noble Health representing --

8   I think we had three paychecks on Platinum Neighbors and four

9   on Platinum Health -- or Noble Health.  Excuse me.  Noble

10  Health.

11      Q.   Were you ever employed by any other entity besides

12  Platinum Neighbors, Inc., and Platinum Health Systems?

13      A.   During that time?

14      Q.   Ever.

15      A.   Well, from January through March it was Noble

16  People.

17      Q.   Okay.  And we'll get to the Noble folks.  I just

18  want to lock in on the Platinum time period.

19      A.   Oh, okay.  Yes.  That's all.

20      Q.   Okay.  And who was your main contact with Platinum?

21      A.   Cory Countryman.  He was the President of Noble --

22  of Platinum Health Systems.

23      Q.   Where was he based out of?

24      A.   Wylie, Texas.

25      Q.   Did he ever come to Missouri?

```
 1      A.   Yes.

 2      Q.   How many times?

 3      A.   I would guess ten.

 4      Q.   How often would you visit with Mr. Countryman?

 5      A.   My guess is daily.  But either through phone or

 6  e-mail.

 7      Q.   A lot.

 8      A.   Yeah.  Yeah.  I mean we were trying to get the

 9  hospital reopened.  So there was a lot of communication.

10      Q.   So, daily or near daily.  Sometimes multiple times

11  a day.

12      A.   Sure.

13      Q.   Maybe skip a day.

14      A.   Right.

15      Q.   But I'm not going to hold that against you.

16      A.   Right.

17      Q.   Did you typically visit by phone, Zoom, some other

18  way?

19      A.   Phone.

20      Q.   Do you know what phone number you usually contacted

21  Mr. Countryman at?

22      A.   214-502-7077.

23      Q.   Do you have an e-mail for Mr. Countryman?

24      A.   From what I'm seeing here, it's not the one that

25  sounds familiar.  I have c.countryman@platinumhealthsys.org.
```

```
 1    That one does seem familiar.  There is another one here
 2    that's called cory@platniumhealthinc.com.  I don't remember
 3    using that one though.
 4         Q.   And is it Cory with an E or C-o-r-y?
 5         A.   C-o-r-y.  The one I believe I used most often was
 6    c.countyrman@platinumhealthsys.org.
 7         Q.   Did you ever talk with Mr. Countryman about the
 8    unpaid payrolls?
 9         A.   Yes.
10         Q.   Tell me about that.
11         A.   The first meeting that he had when he came to the
12    hospital would have been -- I believe we closed on a Friday.
13    And I believe it was the next Monday the first time that Cory
14    showed up.  And I gave him the tour of the hospital.  And he
15    called Ryan Cole and said we definitely want this hospital.
16    The employees are still all here.  It's move in -- I mean we
17    could open it up immediately.
18              And so then we sat and talked about that there were
19    three missed payrolls that we needed to get taken care of.
20    And I was having -- so that would have been still like at the
21    very end of March.  And on March 31st or April 1st -- I don't
22    remember exactly which day it was -- I know we furloughed
23    people as of April 1st.  So I sort of feel like it was March
24    31st when we had the employee meeting in the cafeteria.  And
25    that would have been on a Thursday, I believe.  And Cory
```

1    Countryman came and he said to the employees, I know you all

2    need your back pay.  And that's going to be our number one

3    priority.

4            And then we talked a lot about -- as Platinum

5    became our employer we had to get the people who were still

6    working new employment packets with W-9's and all the I-9

7    information because all the previous information was

8    electronically in ADP.  And so we didn't have access to it

9    anymore.  And before Platinum could pay us, they needed to

10   get all that in their system.  So we got the people that were

11   currently working enrolled in Platinum's payroll system.  And

12   then they began paying us through that from Texas.

13           We talked a lot about, you know, when are we going

14   to pay the April 1st payroll?  The very first missed one.

15   And we actually loaded that into their system in Texas.  And

16   if I remember it was -- we had e-mailed the employees and

17   said you can get your pay on January 5th, I think.  We were

18   closed for the holidays.  So it could have been the 6th.  I

19   don't know.  And then they didn't get the funding they were

20   expecting.  And so we never got to start paying the back pay.

21       Q.   Okay.  And so when we're talking about the April

22   1st missed payroll that -- you said that was loaded in for

23   payment in January.  January of what year?

24       A.   I meant July.

25       Q.   Oh, okay.  That makes more sense to me.

1      A.   Okay.  I'm sorry.  I meant July.  Because it was

2   the 4th of July holiday was in the middle.  I just remember

3   we were trying to get it done before the holiday.  And they

4   didn't have the money.  But they were sure the money was

5   going to be there by the time we got back from the holidays.

6   We told people to come pick their checks up whatever day that

7   was that we got back.  But then we weren't able to distribute

8   them.

9      Q.   **Okay.**

10     A.   I mean they never even got to us.  Platinum paid us

11  all the time with a paper check.

12     Q.   **Okay.**

13     A.   And so we either had to either Fed Ex it from

14  Texas.  Or Cory Countryman would deliver it when he would

15  come.

16     Q.   **Okay.  Sometimes Mr. Countryman would bring the**

17  **checks to the hospital for distribution?**

18     A.   Yes.

19     Q.   **Other than that initial meeting, did you ever have**

20  **any further discussions with Mr. Countryman about the unpaid**

21  **payroll and benefits?**

22     A.   I mean I can't tell you exactly when.  I just know

23  we talked about it a lot.

24     Q.   **Okay.**

25     A.   It was always foremost, you know, back in the

 1    beginning, because he had made that statement in front of all

 2    of the employees.  Everyone was expecting it to be soon.  And

 3    so we kept talking about it.

 4         Q.    In these follow-up conversations, what would he say

 5    about that?

 6         A.    We are trying to get the money.  He said they were

 7    trying to refinance both of the hospitals.  He also said that

 8    he had -- the day that they signed the ownership paperwork,

 9    that he drove to Kansas City expecting to be put on to the

10    Central Bank account so that they could pay the payroll --

11    use the funds that were in Central Bank to pay the payroll.

12    But I wasn't there.  So I don't know exactly what happened.

13    But he did not get access to the funds that were in the

14    Central Bank account.

15         Q.    And was that a Central Bank of Kansas City?

16         A.    It was in Lee's Summit.  I think it's called

17    Central Bank of the Midwest.

18         Q.    Central Bank's naming system makes sense on the

19    work chart.  But basically that's the only place.  So we can

20    figure that out.  But it was the Lee's Summit branch he was

21    going to?

22         A.    I believe.  I mean that's what I believe.

23         Q.    Okay.

24         A.    I don't really know for sure.

25         Q.    That's a general rule throughout this.

1      A.    Yeah.

2      **Q.    Like we said, all I can do is kind of hope to learn**

3  **what you know.  Which is a lot.**

4      A.    Yeah.

5      **Q.    So, we're talking about banking.  Did Platinum have**

6  **any other banking relationships after they took over in April**

7  **of 2022?**

8      A.    Yes.  Since they couldn't -- Central Bank of the

9  Midwest did not want to work with them.  And so they opened

10  up an account at the Bank of OZK.  I don't know much about

11  that.  I don't know where it is or anything.

12      **Q.    Is that a Missouri bank?**

13      A.    I don't know.

14      **Q.    And it's not Bank of Ozark.  It's Bank of OZK.**

15      A.    That's how it was referenced when they would say

16  for opening an account at the Bank of OZK.

17      **Q.    Did you ever see any checks drawn on that bank?**

18      A.    I did not look at where my paychecks came from.

19  Like I said, they were all paper checks.  But I did not see

20  where they came from.

21      **Q.    Do you still have any of those paychecks?**

22      A.    I only have the stub.

23      **Q.    But you still have the stubs for at least some of**

24  **them?**

25      A.    I do.  I think the last one is what I have.

1         Q.    Any other banks besides the Bank of OZK associated

2    with Platinum that you know of?

3         A.    That's the only one I know of.

4         Q.    Okay.  To your knowledge did Saint Pio establish a

5    bank in Missouri anywhere that you're aware of?

6         A.    Not to my knowledge.

7         Q.    What about Pasture Medical?

8         A.    I don't -- not to my knowledge.

9         Q.    When Mr. Countryman would come to Missouri did

10   anyone else from Platinum come with him?

11        A.    Melissa Upshaw.

12        Q.    Anyone else?

13        A.    Melissa came twice, I think.  And then one time

14   Ryan Cole, Molly -- Molly was the Controller.  I'm not

15   remembering her last name right now.  And another Melissa.

16   I'm not remembering her last name either.  But they came up

17   as a group and toured the facility.  They met with some of

18   the -- I know we went to a clinic and met with the clinic

19   staff at the internal medicine clinic.  I believe we went to

20   the Fulton Hospital and the Auxvasse clinic.  And then I

21   believe that they came back to Mexico, and we had a meeting

22   with the medical staff.  And that would have been their first

23   time to meet Ryan Cole.  And that was May 26th.

24        Q.    When that group of four folks -- Melissa Upshaw,

25   Ryan Cole, Molly the Controller and the other Melissa -- I

1   don't know the name -- but we'll go with it -- was that a one

2   day trip while they were here or were they here multiple

3   days?

4        A.   They did spend the night in Columbia.  So I think

5   they flew in, spent the night, came to Mexico and Fulton, and

6   then back to Columbia, and then flew out the next morning, is

7   what I believe happened.

8        Q.   **Did you see them on the 27th at all?**

9        A.   No.

10       Q.   **Did you talk with any of them on the 27th?**

11       A.   I don't think so.  Because I think that was their

12   travel day back.

13       Q.   **Was this trip on May 26, 2022 the only time that**

14   **you ever met Melissa Upshaw?**

15       A.   No, I think she -- I know that I did a different

16   meeting with her and one of the doctors in Montgomery City --

17   it was just her.

18       Q.   **Okay.**

19       A.   So I can't remember if she stayed and came back on

20   the 27th, or if that was a different trip that she made.

21       Q.   **Okay.**

22       A.   But I do remember just being in that meeting with

23   her.  And it was just me and her and him.

24       Q.   **Okay.  And was this a business meeting of some**

25   **sort?**

1      A.   Yes.  She was meeting with that doctor trying to

2   retain him, and telling him that they were working to get the

3   back pay done as soon as possible.

4      Q.   Okay.  **When you were visiting with Ryan Cole during**

5   **that meeting did you discuss the back pay issue with him**

6   **while he was in Missouri?**

7      A.   Yes.  And while we were at the internal medicine

8   clinic he said it would all be paid within the next 30 days.

9   And then we came and toured the hospital and every employee

10  group -- you know, we went to the accounting department, and

11  Cory Countryman said hey, you know, we're going to have the

12  back pay done within 30 days.  We went to the walk-in clinic

13  -- we're going to have the back pay done in 30 days.

14     Q.   **And that never happened, correct?**

15     A.   Right.  You know, the 30 days would have been June

16  26th.  And we were pushing to say you said 30 days.  This is

17  it.  And then it was the 4th of July.  And they were trying

18  to meet that deadline that Ryan had verbalized.  But they

19  never got the money to do it.

20     Q.   **Okay.**

21     A.   So we never got the checks.

22     Q.   **Okay.  Did you ever meet Ryan Cole in person other**

23  **than this trip?**

24     A.   No.

25     Q.   **Okay.  How often did you visit with Mr. Cole during**

1    the Platinum tenure?

2         A.    That was the only time.

3         Q.    Okay.

4         A.    I tried to call him a couple of times.  But he

5    would forward my voicemail to Cory and have Cory call me.

6         Q.    Okay.  What about Molly?  Did you ever meet her

7    anytime other than the May 26th trip?

8         A.    No.

9         Q.    What about the other Melissa?

10        A.    No.  That was the only time.

11        Q.    Did you have a sense of what the other Melissa's

12   role with the company was?

13        A.    She was -- they had other clinics or medi-spas or

14   something down in Texas.  And I think she was over them.

15        Q.    Okay.

16        A.    I'm not for sure.  But that's what I think.  And

17   when Melissa Upshaw took a vacation, then that Melissa helped

18   me get some supplies I needed.

19        Q.    Okay.

20        A.    So, you know, she helped with operations.

21        Q.    Okay.  Did that Melissa ever make any statements

22   about the back owed payroll or the benefits?

23        A.    I don't think so.

24        Q.    What about Molly the Controller?  Did you ever meet

25   her at anytime other than the May 26, 2020?

1      A.    Not in person.

2      Q.    **Did you ever speak with her other than that?**

3      A.    Yes.

4      Q.    **How often?**

5      A.    I didn't have a lot of conversations with her.  But

6  she was in daily communications with our Controller and

7  accounting department, you know, getting payroll ready or

8  accounts payable information.

9      Q.    **Was she the person in charge of payroll?**

10     A.    Molly.  Uh-huh.

11     Q.    **Who actually signed the checks that Mr. Countryman**

12 **was bringing?**

13     A.    Ryan Cole.

14     Q.    **How often -- or let me ask a better question.  Did**

15 **you ever talk with Molly about the unpaid benefits and**

16 **payroll?**

17     A.    I don't think I talked to Molly about it.  I think

18 I talked to Cory and Melissa about it.

19     Q.    **Okay.**

20     A.    Molly -- I mean she could have been on a phone call

21 that I was on.  But I don't remember.

22     Q.    **Never was a specific conversation though.**

23     A.    No.  My contacts as a CEO were really Cory and

24 Melissa.  And Molly talked more with the accounting payroll

25 people.

1     Q.    Okay.

2     A.    They were in a different building.

3     Q.    **Did the Platinum folks ever submit any license or**

4  **paperwork to the State of Missouri?**

5     A.    Yes.

6     Q.    **Tell me about that, please.**

7     A.    So, around June 20th was the first time they

8  submitted the change in ownership.  And they requested for an

9  extension to the suspension due to the change in ownership.

10  So, the State granted another 90 days.

11     Q.    **Were those the only such submissions?**

12     A.    Then in -- so that got us to -- let's see -- the

13  March to June.  June to September.  And so on or around

14  September 20th they submitted another request for an

15  extension to the suspension due to the need for construction

16  at both facilities.  And those were approved.

17     Q.    **Okay.  Anything else?**

18     A.    Those are the only ones that I'm aware of.

19     Q.    **Do you know whether a change of ownership was ever**

20  **filed with regard to Saint Pio?**

21     A.    I don't know.

22     Q.    **Do you know whether a change of ownership was ever**

23  **filed with regard to Pasture Medical?**

24     A.    I don't know.

25     Q.    **Do you know whether or not Platinum is still the**

1   owner of record of those facilities with the Department of

2   Health and Senior Services?

3       A.   I believe Saint Pio -- Cliff -- when he filed the

4   request for the extension, he filed a change of ownership

5   with the State.  I do believe that.

6       Q.   Okay.

7       A.   Because I think I remember seeing something that

8   said the change of ownership was approved, but the extension

9   was denied.

10      Q.   Did you ever receive any payments from Mr. Sullivan

11  or his group while you worked?

12      A.   No.

13      Q.   To your knowledge did anyone associated with the

14  hospital receive any payments from Mr. Sullivan?

15      A.   No.  To my knowledge.

16      Q.   And you indicated you have received some payments

17  from the folks at Pasture Medical, correct?

18      A.   Yes.

19      Q.   Mechanically how did they pay you?

20      A.   The first check I got -- so, part of my situation

21  is as Noble was running out of money and we were trying to

22  still run the hospital, I paid for things on my personal

23  credit card.  The total around $30,000.  And so I talked to

24  Pasture medical about that.  And I said, you know, I don't

25  have to have a contract with you.  There is no payroll

1    involved.  If you are the -- you know, if you currently have

2    responsibility for these liabilities, you can just pay me.

3    And so they did send me a check for $5,000 in December -- at

4    the end of December.

5            After that when I was working for them hourly, they

6    have been electronically depositing ACH into my account.

7        **Q.    Do you know who signed the paper check for the**

8    **$5,000?**

9        A.   Gary Greenstein.

10       **Q.    Do you know what bank it was drawn on?**

11       A.   I don't.

12       **Q.    Do you still have a copy of the check?**

13       A.   No.

14       **Q.    But you did deposit it, correct?**

15       A.   I did deposit it.

16       **Q.    It cleared?  It's a fair question.  And then the**

17   **rest of your payments have been electronic?**

18       A.   Yes.

19       **Q.    Do you know what bank those were drawn from?**

20       A.   I don't.

21       **Q.    Okay.  Do you know what system they were using to**

22   **send those -- like was it a QuickBooks electronic system or**

23   **Square?**

24       A.   I don't know.

25       **Q.    It just showed up?**

```
 1        A.    It just showed up.

 2        Q.    Okay.  Had you given them like direct deposit

 3   information?

 4        A.    Yes.

 5        Q.    Did you ever receive any other funds from the folks

 6   at Platinum other than the paper checks that Ryan Cole

 7   signed?

 8        A.    No.

 9        Q.    How many times did Mr. Countryman deliver checks

10   that had been signed by Ryan Cole to Missouri for

11   distribution?

12        A.    Where he personally delivered them?  I would say

13   probably four.

14        Q.    And then the other three times were --

15        A.    In Fed Ex.

16        Q.    Mr. Cole signed each of those checks though?

17        A.    As far as I know.

18        Q.    You didn't look at each of them.

19        A.    Right.

20        Q.    But the ones you saw.

21        A.    Yes.

22        Q.    Roughly how many checks were in each of those

23   bundles?

24        A.    So, probably the early ones, 100.  And the last one

25   in August 5th, 200.  Because we were hiring people to get the
```

1  hospital back open.

2      Q.   As you were kind of getting operations going under

3  Platinum, where was the money coming from?

4      A.   I don't know.

5      Q.   Okay.  And that was not a good question.  And then

6  so we will get to where Platinum was getting money from in a

7  moment.  Was Platinum providing the funds to you and the

8  other people to be able to pay bills and do things?

9      A.   No, they paid them from Texas.  Molly.

10     Q.   During that time period what was your job title

11  with Platinum?

12     A.   So, they never gave me another contract.  They just

13  kept paying me the same thing that Noble was paying me as

14  CEO.

15     Q.   And you were CEO of what?

16     A.   Of Audrain Community Hospital.

17     Q.   When would you say that stopped being your job

18  title?

19     A.   I would say September 9th.  I became the volunteer

20  front desk receptionist after that.

21     Q.   My father always told me the only two positions at

22  any organization were at the very top and the very bottom.

23     A.   There you go.

24     Q.   So you spanned the gambit on that.

25     A.   Well, I learned a lot about the building.

1          Q.     What do you mean by that?

2          A.     Just as, you know, things needed to be -- the heat

3     and water -- and you know, in Mexico it's a small community.

4     And we can't watch it just deteriorate.  So when things would

5     happen, we would just go clean it up.

6          Q.     **And so as the CEO of Audrain Community Hospital,**

7     **did you have the ability to sign contracts on behalf of**

8     **Platinum?**

9          A.     Platinum, I don't believe I signed any.  I think

10    Cory signed them.

11         Q.     **Okay.  Did you have the ability to hire employees?**

12         A.     I was able to hire the ones back.  So like Cory

13    would say -- I would tell him, you know, we need to get -- if

14    we're going to get radiology all up and going, we need to get

15    our machines back in compliance.  And so I can't do that.  I

16    need the radiology people.  And so he would say okay, bring

17    them back.

18         Q.     **Okay.**

19         A.     That kind of thing.

20         Q.     **And then would you be the one that would reach out**

21    **to the radiology folks to say you're hired again and work out**

22    **whatever agreements you were going to have?**

23         A.     Either me or the chief nursing officer.  I think

24    she probably did the radiology ones.

25         Q.     **Okay.**

1        A.   I did the physical therapy.  Pharmacy.  Because we

2    had the clinics open, a lot of the registration staff were

3    working in the clinics.  People were leaving.  And nurses

4    from the hospital that wanted to work were working in the

5    clinics.  That type of thing.

6        Q.   **What about dealing with vendors?**

7        A.   I did.

8        Q.   **Okay.  And you had the ability to enter into vendor**

9    **agreements and negotiate on behalf of Platinum?**

10       A.   I don't remember doing any for Platinum.  Because

11   we never got open.  I was in constant communication with the

12   ones that we owed money to under Noble, who Platinum was

13   working payment arrangements with.  And so Melissa Upshaw was

14   the one that would do the payment arrangements.

15            So I don't think that I did any contracts under

16   Platinum.  To my knowledge anyway.

17       Q.   **Did you do any contracts under either Saint Pio or**

18   **Pasture Medical?**

19       A.   No.

20       Q.   **When you were talking with the folks at Platinum**

21   **you said that you used that NobleHC e-mail account that we**

22   **talked about some, correct?**

23       A.   Yes.

24       Q.   **Did you also use either your g-mail or Yahoo**

25   **accounts to communicate with those folks?**

1      A.   Not that I recall.  Because they came in so close

2   after Noble -- and I was using that one all the time.  Then

3   they created the Platinum one, and I switched to that one.

4   So, I think I was just using those two with Platinum.

5      **Q.   Okay.  Good.  That makes my life easier.**

6      A.   Yeah.

7      **Q.   And so not that's it's a major concern about.  But**

8   **it does.**

9      A.   Yeah.

10     **Q.   When did you first get access to the Platinum**

11  **e-mail account?**

12     A.   I'm going to guess June-ish.  June of 2022.

13     **Q.   When did you last have access to it?**

14     A.   I think about October.

15     **Q.   When you would access the Platinum e-mail account**

16  **would you use Microsoft Outlook ever?**

17     A.   Yes.  So they are still sitting there on my Outlook

18  thing.  But I can't use it.  It says contact your server

19  administrator.

20     **Q.   Okay.  So you still have a copy of all of those**

21  **sent and received items.  It just doesn't work anymore.**

22     A.   Correct.

23     **Q.   Is that a copy at your home or is that at the**

24  **hospital?**

25     A.   I have it at home.

1        Q.    And do you also have a copy of your Noble Health

2    Care e-mail at your home?

3        A.    Yes.

4        Q.    Did either of those accounts ever have any sort of

5    automatic archive or deletion protocol where they would get

6    rid of old e-mails after a certain time period?

7        A.    Not that I'm aware of.

8        Q.    Have you ever looked for an old e-mail and not been

9    able to find it?

10        A.    Not that I'm aware of.  When I do it on my phone,

11    all the time, because I guess it only keeps so much.  But on

12    the computer I have a better -- so I don't think there has

13    been any that I have looked for that I couldn't find it.

14        Q.    Did you use any electronic communication appliances

15    or applications when dealing with the folks at Platinum?

16        A.    No.

17        Q.    You didn't use any of the Teams or What's App or

18    Slack or any those other programs?

19        A.    We may have used Teams or Zoom a few times.

20    Because, yeah, I do remember seeing Melissa Upshaw on my

21    computer.  So we would had to have used something like that.

22        Q.    When you were talking about Teams, were you using

23    the chat function, the video call function, or both?

24        A.    Probably the video.

25        Q.    Did you ever use the chat function with Teams?

```
 1        A.    Not with Platinum.  With Noble it was just a very

 2   little bit.

 3        Q.    Anyone else associated with Platinum that you ever

 4   had dealings with during this time in the summer of 2022?

 5        A.    Brandon Deiters.

 6        Q.    Who is Brandon Deiters?

 7        A.    I don't know his exact title.  But he was the one

 8   that set up the g-mail account -- the Platinumhealthsys.org.

 9   And he was the one that got the NobleHC domain from Noble to

10   Platinum.  So I don't know what his title was.

11              (Cell Phone Rings.)

12        Q.    Do you need to take that?

13        A.    No.  It's okay.  It's rescheduling the lunch.

14        Q.    Okay.  Other than some IT support, what else did

15   Brandon Deiters do?

16        A.    So any -- he set up the meeting with John Brown --

17   I think was the attorney that I talked to.  And then he

18   responded to my letter and said that they had sold.  And he

19   said the new entity took all the legal liabilities.

20        Q.    Anything else?

21        A.    That's all I can remember.

22        Q.    Okay.  And so when Mr. Deiters responded to your

23   letter -- we'll ask more in a moment -- was that by phone or

24   by e-mail?

25        A.    By e-mail.
```

1      Q.     Do you know where Mr. Deiters was located?

2      A.     I'm guessing in the office of Platinum in Wylie,

3   Texas.

4      Q.     **Did he have an office here in Missouri for a time**

5   **during the summer of 2022?**

6      A.     He did not.

7      Q.     **Did Platinum have like a house over by the Old**

8   **Hawthorne Country Club?**

9      A.     So Noble had a lease there.  And when Platinum took

10   over, Tom Carter gave Cory Countryman the keys to that.  And

11   that's where Cory would stay when he would come.

12      Q.     **Was the house ever used for anything else?**

13      A.     I don't know.  I never saw it.

14      Q.     **Okay.  I guess that's the question.  Were you ever**

15   **there?**

16      A.     No.

17      Q.     **The reason I ask is that the Missouri Secretary of**

18   **State -- Brandon Deiters was at one time listed as the**

19   **Registered Agent for certain Platinum entities with that**

20   **address over at that house in Old Hawthorne.  And so have you**

21   **ever heard of that before?**

22      A.     I saw his name associated with that address in some

23   of the mail that has come in.  But to my knowledge he never

24   came up here.

25      Q.     **Okay.  So you never saw Mr. Deiters in Missouri?**

```
 1       A.   No.

 2            MR. WERTS:  Okay.  All right.  Let's mark Exhibit

 3    5.

 4            (Exhibit 5 was marked for the purpose of

 5    identification herein.)

 6       Q.   (By Mr. Werts)  All right.  I have handed you now

 7    what has been marked as Deposition Exhibit 5.  Do you

 8    recognize that?

 9       A.   Yes.

10       Q.   All right.  That's one of those dumb lawyer

11    questions, I know.  Tell me what it is, please.

12       A.   It's the letter that I sent to the current and

13    former owners of Noble Health asking them for legal counsel.

14       Q.   Okay.  And you sent this by Certified Mail, is that

15    right?

16       A.   Yes.

17       Q.   Did you also send it by e-mail or just Certified

18    Mail?

19       A.   I think just Certified Mail.

20       Q.   Okay.

21       A.   I don't know that I have all their e-mails.

22       Q.   Okay.  And you said that you -- we talked about the

23    response from Mr. Deiters.  Did you receive any other

24    response from this?

25       A.   Mr. Solomon called me and said that he does not
```

1    have legal counsel either.  And that he just couldn't afford

2    it.

3         Q.   **Did he say anything else on that call?**

4         A.   He asked me what the current -- you know, what

5    Pasture is doing.  I think at the time that was at the

6    corporate office staff had filed something with the Kansas

7    Department of Labor.  And it was that week that they were

8    having their phone calls or whatever to respond to those

9    situations.  And so I just replied to him that I don't know

10   what they are doing.  You know.

11        Q.   **Okay.  And so the address that you have on here for**

12   **Pasture is in Wyoming.**

13        A.   Yes.

14        Q.   **And you talked about that somewhere in New Jersey**

15   **is where you thought Mr. Groner was from.  And Mr. Greenstein**

16   **was from New York.  Why did you send this to Wyoming rather**

17   **than to the east companies?**

18        A.   Lou Leonatti gave me that address.  The county

19   loaned Noble Health money and had a promissory note that they

20   are -- I don't know what they are doing.  I guess maybe -- I

21   don't know if they are filing a lien or a lawsuit or

22   something.  Anyway.  And he had gotten the Registered Agent's

23   address.  And that was it.

24        Q.   **Okay.**

25        A.   So when I got this I went and said Lou, what do I

1   need to do?

2        Q.   Okay.  Don't tell me anything that he told you

3   about that.  Because even though he's retired, he's still a

4   lawyer, so I don't want to hear that?

5        A.   Yeah.  And he said that -- he said I can't tell you

6   what to do with that.

7        Q.   Okay.

8        A.   But I can give you an address.

9        Q.   Okay. That sounds like Lou.  I actually know him

10  fairly well.

11       A.   Yes.

12       Q.   Okay.  And then the address that you have for Ryan

13  Cole is a Dallas address.  You have been talking about Wylie,

14  Texas.  What is the distinction there?

15       A.   So, I also got a notice from the Department of

16  Labor.  And they had sent me a letter with these addresses of

17  everybody else on it.  And so that's where I got those

18  addresses from.

19       Q.   Okay.

20       A.   Which it looked like they might have the right

21  address.  I don't know.

22       Q.   Okay.

23       A.   And it worked.  Because Brandon Deiters did

24  respond.

25       Q.   Okay.  And so William Solomon -- which entity or

1  entities was he related to?

2      A.    Noble.

3      Q.    What about Donald Peterson?

4      A.    Noble.

5      Q.    And Thomas Carter?

6      A.    Noble.

7      Q.    I'm just kind of handing around copies of what we

8  originally marked as Deposition Exhibit No. 2.  And this was

9  dated April 20th.  And you had talked about Platinum starting

10  to take over effective April 1, is that correct?

11      A.    No.  April 20th.

12      Q.    April 20.  Okay.  I see.  So March 31st is when the

13  decisions were made about furloughing employees.  And they

14  were furloughed on April 1st.

15      A.    Correct.

16      Q.    And then the transfer was made on April 20th.

17      A.    Correct.

18      Q.    So, we have got four signatures on the first page

19  of Exhibit 2.  Do you recognize each of those names?

20      A.    I do.

21      Q.    And so the first name is Jeremy Tasset.  That's a

22  new name for us today.  Who is that person?

23      A.    He is with -- I met him when I went to the

24  corporate office in Leawood, Kansas.  And so Jeremy Tasset --

25  I believe he's with Nueterra -- which must be NC Holdings.  I

1    don't know.  Or maybe that Noble Corporation Holdings.  I

2    don't know.

3        Q.   **Prior to looking at Exhibit 2 were you familiar**

4    **with the entity NC Holdings, LLC?**

5        A.   No.  I mean when I got this document is the first

6    time I saw that.

7        Q.   **Sure.  And so Nueterra -- that is another new term**

8    **for us today.  We'll come back to that.  Do you know whether**

9    **or not that is actually Mr. Tasset's signature?**

10       A.   Oh, I don't know.

11       Q.   **Okay.  The next name is Donald Peterson.  That's**

12   **one of the names we saw, correct?**

13       A.   Correct.

14       Q.   **Do you know whether or not that is in fact Mr.**

15   **Peterson's signature?**

16       A.   I don't know.

17       Q.   **And I'll have the same questions for Mr. Carter and**

18   **Mr. Solomon.  Do you recognize those as being their**

19   **signatures?**

20       A.   I really don't.  I mean I have seen their

21   signatures before.  But I don't have them memorized.

22       Q.   **Okay.**

23       A.   So I don't know.

24       Q.   **Fair enough.  And when was the trip to Leawood,**

25   **Kansas that you're talking about to the corporate office?**

1        A.    So the time that I met Mr. Tasset would have been

2    in November of '21.  I don't remember the date.  I went up

3    there for a meeting, and I met him in the building.

4        Q.    Okay.  Did he participate in the meeting?

5        A.    No.

6        Q.    What was the nature of the meeting that you were

7    having?

8        A.    We were talking about billing.  And they had gotten

9    a consultant -- Noble had hired a consultant to review the

10   billing practices.  And we were going through the power point

11   from that.

12       Q.    Okay.  And was the corporate office that you were

13   at -- was that at Noble's corporate office or Nueterra's

14   corporate office?

15       A.    I think from what I believe is that Noble leased

16   space from Nueterra to have their corporate office there.

17       Q.    Had you heard of Nueterra before this meeting in

18   November of 2021?

19       A.    Yes.  Because I had been to that building before in

20   May of 2021.  I hired a new employee that was going to work

21   remote -- and she lived in Oklahoma -- so we met at that

22   building to go through orientation.  And the name is on the

23   outside of the building.

24       Q.    Okay.  So let's talk about the other three

25   gentlemen from Noble.  What is your understanding of what

1    Donald Peterson's role was with Noble Health?

2        A.   So, he was the first person that contacted me.  I

3    was in Iowa working and -- well, let me back that up.  There

4    is a gentleman named Pat Klingler that worked for Noble in

5    business development.  Pat was the first one to call me to

6    see if I was interested in the job.  And then he set up a

7    call with me and Don Peterson.

8        Q.   Okay.

9        A.   And Don represented him as one of three owners of

10   the company.  And that they were going to buy two hospitals

11   in Missouri.  And the one in Mexico needed a CEO.  And he

12   asked if I was interested.  And I said yes.  And then I

13   interviewed with them on December 28th of 2020.

14       Q.   When you say them -- did you interview with all

15   three of the shareholders?

16       A.   No, it was Don Peterson and Thomas Carter.

17       Q.   Where was that interview held?

18       A.   At the Aussie Outback restaurant in Mexico.

19       Q.   And at that time had they bought the hospitals yet,

20   or were they still thinking about it?

21       A.   So, in December of 2020 they had not bought the

22   Audrain Hospital.  And I am not clear on when the Callaway

23   one happened.  Because I was just focused on Audrain.  So, it

24   didn't change ownership until March 16, 2021.

25       Q.   And who did they buy it from?

```
 1      A.    SSM Healthcare in St. Louis.

 2      Q.    Did they buy both the Audrain Hospital and the

 3   Callaway Hospital from SSM?

 4      A.    No.

 5      Q.    Who did they buy the Callaway Hospital from?

 6      A.    I don't know.

 7      Q.    Okay.

 8      A.    That happened prior to me -- or without me.  I

 9   don't know when.

10      Q.    Okay.

11      A.    I felt like when I got there in February they owned

12   it.  But I don't know.

13      Q.    Okay.  And so you got to Audrain Medical Center in

14   February 2021, but Noble didn't actually buy them until March

15   of 2021.

16      A.    Correct.

17      Q.    So did you work for SSM for a period of time?

18      A.    No.

19      Q.    Kind of like a transition month?

20      A.    Yes.  So they put me on the Noble Corporate

21   payroll.

22      Q.    Did they start paying you in February 2021?

23      A.    Yes.

24      Q.    When you started with Noble Corporate in February

25   of 2021 were they paying you by paper check or electronic
```

1  deposit?

2      A.   I think they were always electronic.

3      **Q.   Do you know what bank it was drawn out of?**

4          MR. STROMBERG:  Could I just interject really

5  quick?  And I apologize.  When you're saying Noble Corporate

6  are you talking Noble Health Corporation?  Or is that just

7  like the generic term with Noble Corporate like corporate

8  people?  I just want some clarity for everybody here.

9          THE WITNESS:  Yeah, I just knew that that was --

10  you know, we had -- at the end it was Audrain, Callaway and

11  Corporate.  So when I refer to Corporate, that's the people

12  that worked at the Leawood office -- the corporate staff.

13  And that was -- they were on Humana Health Care.  So I was on

14  Humana Health Care because I was brought on before the health

15  insurance for Audrain happened.  That started April 1st.  So

16  they just left me on the Corporate thing.

17          MR. STROMBERG:  I'm sorry for derailing you there.

18          MR. WERTS:  Oh, no.

19          THE WITNESS:  It probably does matter.  But I don't

20  really know.  So --

21      **Q.   (By Mr. Werts)  And for now I'm just trying to kind**

22  **of block off the time.  And then we will actually spend some**

23  **time drilling into this.  It will be horrible.  But we'll get**

24  **to that later.  But for now just --**

25      A.   It could be a bunch of I don't know's.  But we'll

1    see.

2        Q.    I almost assume it would be.  You know, that

3    basically here to here is the reports listing out different

4    entities.

5        A.    Okay.

6        Q.    But it's not going to be horrible.  These guys like

7    to pay filing fees with the Secretary of State.

8              Okay.  So that's an interesting question.  So you

9    were always getting paid electronically from the folks at

10   Noble's corporate office.  Was that coming out of the Central

11   Bank account in Lee's Summit that we were talking about

12   earlier?

13       A.    I don't know.

14       Q.    Okay.  Did that ever change?  Where you were

15   getting paid from Noble?

16       A.    Not to my knowledge.

17       Q.    Okay.  Now, I do want to talk about the entities a

18   little bit.  We already looked at a document -- there is an

19   entity called Noble People, LLC.   Have you ever seen that

20   name before?

21       A.    Yes.

22       Q.    So tell me about that.  What is that?

23       A.    So, to my knowledge that was a professional

24   employment organization created to employ all the people.

25   And by doing that for payroll, purposes we could have staff

1  that work at one or the other, and we were able to charge the

2  entity's general ledger for the hours.  You know.  But on the

3  payroll system you track that employee's over time in one

4  way.  So, I agreed with that setup.  And so everybody was

5  employed through Noble People.

6        Q.    Okay.  Including yourself?

7        A.    Yes.

8        Q.    Okay.  And --

9        A.    Yeah.  My W-2 from 2021 came from Noble People.

10       Q.    Okay.  And do you have an understanding of who

11  owned Noble People?

12       A.    So, I didn't have an understanding of that until

13  last week when I -- I found an application for an Iowa Works

14  grant for Noble People.  And it had who owned Noble People.

15       Q.    Okay.  And who was that?

16       A.    So it had the three owners.  Don, Tom and Drew.

17  And then -- I may actually have that in the car.

18       Q.    We're at a breaking point.  You want to go look?

19       A.    Yeah.

20       Q.    Okay.

21       A.    I mean I can do that.  That was just the first time

22  I saw it.  It was interesting.

23            MR. WERTS:  All right.  Let's take a break and go

24  look.  And then -- let's go off the record first.  He will

25  read a little thing.

 1          THE VIDEOGRAPHER:  The time is 11:30 a.m.  We are

 2    off the record.

 3          (OFF THE RECORD.)

 4          (Exhibit 6 was marked for the purpose of

 5    identification herein.)

 6          THE VIDEOGRAPHER:  The time is 12:20 p.m.  We're

 7    back on the record.

 8      Q.   (By Mr. Werts)  All right.  We're back on the

 9    record after a short break for lunch.  And it's 12:20.  I

10    think you indicated that we could try to get you into Fulton

11    before 4:30.

12      A.   Correct.

13      Q.   We'll try to make that happen.  We also had just a

14    brief conversation before we went on about a supplemental

15    subpoena.  And you would be okay with accepting service of

16    that by e-mail as opposed to personal service?

17      A.   Yes.

18      Q.   And that subpoena by way of preview will have some

19    specific documents that you have described that you have at

20    home -- but you don't have with you -- including electronic

21    documents and instructions on how to upload those.

22          MR. WERTS:  We will serve notices of subpoena to

23    anybody that is entered on the case, and mail it to the other

24    entities as well for the addresses that we have.  And there

25    will be a date on the subpoena asking you to upload -- if you

1   haven't heard from any of us.

2           Just to be fair to Matt's client -- he should have

3   the opportunity to object if they want to.  Then we'll fight

4   about it.  Then you will still have to do it.  But they at

5   least get a chance to be heard.  So we don't want to be

6   pulling fast ones on you.  But that will probably be early

7   next week is when that e-mail will probably come.

8       **Q.    (By Mr. Werts) And so you brought us a new document**

9   **while we were out at lunch, which has been marked Exhibit 6.**

10  **I'm going to hand you that -- which is a photocopy of what**

11  **you brought.  Is that correct that you brought Exhibit 6 to**

12  **us here today?**

13      A.   Yes.

14      **Q.   Tell me what this is.**

15      A.   So, in my studying for my new job for Economic

16  Development, I found that Missouri Works is one of the State

17  programs.  And I was going to Google it, and my cursor was

18  actually in my e-mail, and I typed Missouri Works, and this

19  popped up.

20      **Q.   Okay.**

21      A.   And apparently I had gotten this by e-mail at some

22  point.  And I saw what it was.  And it was Noble People

23  applying for a Missouri Works grant.  And it had information

24  on it that I don't remember ever seeing.

25      **Q.   Okay.  And what information is that that you don't**

1    remember ever seeing?

2         A.   I didn't remember seeing who owned Noble People.

3         Q.   **Okay.**

4         A.   And so it says Tom Carter, William Solomon, Don

5    Peterson.  NHC Stock Irrevocable Trust owns 16.1 percent.

6    And Value Health, LLC owns 46.7.  And I had never heard of

7    Value Health.

8         Q.   **Okay.  Had you heard of NHC Stock Irrevocable**

9    **Trust?**

10        A.   No.  No.

11        Q.   **Have you since learned anything about who either of**

12   **those two entities are?**

13        A.   No, I have not.

14        Q.   **Do you know whether Noble People got this grant?**

15        A.   I don't think they did.  So to my knowledge, no.

16        Q.   **There is another name on here under Mr. Solomon's**

17   **name under contact information.**

18        A.   Uh-huh.

19        Q.   **And just so the record is clear, we were going**

20   **through a list of owners.  You referred to William Andrew**

21   **Solomon as Drew earlier, is that correct?**

22        A.   Correct.

23        Q.   **So if you say Drew, you're talking about William**

24   **Solomon?**

25        A.   Yes.

1      Q.     Okay.  There is another name -- Sophia Binder.  Do

2  you recognize that name?

3      A.     Yes.

4      Q.     Tell me about that person.

5      A.     She was the HC Director hired in the corporate

6  office.  And Christy Smiley, the HR Manager, reported to

7  Sophia.

8      Q.     And so if you turn to the second page of what has

9  been marked as Exhibit 6, it talks about the health insurance

10  company, Meritain --

11      A.     Yes.

12      Q.     -- Health.  Are you familiar with that

13  organization?

14      A.     Yes.

15      Q.     Who is that?

16      A.     They were the -- I guess the third-party

17  administrator for our self-funded health plan.

18      Q.     And was that health plan -- did that cover the

19  employees both at Audrain and Callaway?

20      A.     Yes.

21      Q.     And all of the clinics?

22      A.     Yes.

23      Q.     And so it also has an employee count -- kind of a

24  big number -- of 351 across nine facilities.  Do you see

25  that?

```
1        A.    Yes.

2        Q.    Do those numbers look correct to you for the total

3    number of employees at locations that we have been talking

4    about when we talk about the hospitals and the clinics?

5        A.    Yes.

6        Q.    Okay.  Can you tell me what all nine of the

7    facilities were?

8        A.    So we had two hospitals.  Seven rural health

9    clinics.  That's nine.

10       Q.    Okay.  And the two hospitals were Audrain Medical

11   Center and Callaway Community Hospital, right?

12       A.    Yes.

13       Q.    Can you tell me the names of the seven clinics?

14       A.    Fulton Rural Health Clinic.

15       Q.    Okay.

16       A.    Montgomery City -- which under Noble it was called

17   Noble Health Montgomery City.  Noble Health Wellsville, Noble

18   Health Perry, Noble Health Madison, and Noble Health Walk-in

19   Family Medicine and Walk-in Clinic.

20       Q.    Okay.

21       A.    Did I get them all?

22       Q.    That didn't seem like seven.

23       A.    Okay.  Let me write them down.

24       Q.    Okay.

25       A.    All right.  So we had the Noble -- the Fulton Rural
```

1  Health Clinic.  To the best of my knowledge that's what that

2  was called.  We had Noble Health Montgomery City, Noble

3  Health Wellsville, Noble Health Auxvasse, Noble Health Perry,

4  Noble Health Medicine in Mexico.  And Noble Health Family

5  Medicine and Walk-in in Mexico.

6       **Q.   Got it.  Okay.  So we talked about when you were**

7  **hired you started in February until March.  So -- and that**

8  **was March of 2021, correct?**

9       A.   Correct.

10      **Q.   When did Noble Health first fail to make premium**

11 **payments on any insurance plan?**

12      A.   So I'm not going to know the answer to that.

13      **Q.   Okay.**

14      A.   Because those payments came from the corporate

15 office.

16      **Q.   In Leawood?**

17      A.   In Leawood.  So I don't know -- I don't know.

18      **Q.   Okay.  And there is the Meritain Health Insurance.**

19 **Is that who those payments would have been made to?  Or some**

20 **other insurer?**

21      A.   I'm not sure if Meritain only did the health

22 insurance.  And so HUB International -- I do remember getting

23 e-mails from them.  I don't remember the guy's name.  But I

24 believe HUB was the broker, and Meritain was the third-party

25 administrator for the health.  Then there was the dental, and

 1  a vision, and a 401-K, and life insurance.  So I think HUB

 2  managed all of that under Noble in 2021.

 3      **Q.   Okay.  When did you first become aware that the**

 4  **corporate office had missed payments on the employee benefits**

 5  **program?**

 6      A.   So, August -- Don Peterson sent an e-mail that had

 7  I believe it was Meritain invoices on it.  And he e-mailed it

 8  to Drew and I and said, I hope you guys are taking care of

 9  this.  How I was going to take care of it, I don't know.

10  Because I didn't have any money.  You know.  But that was

11  what the e-mail said.  I hope you're taking care of this.

12      **Q.   And that was in August of 2021?**

13      A.   Yes.

14      **Q.   And that would have been to your NobleHC.org**

15  **e-mail?**

16      A.   Yes.

17      **Q.   Okay.  And so do you remember who the insurance**

18  **carrier was that Noble was working with on in 2021?  Like you**

19  **said you had Humana.  Who was the carrier they had?**

20      A.   So the corporate office had Humana.

21      **Q.   Right.**

22      A.   And then HUB International was the broker for

23  Meritain, which was the third-party administrator.  So,

24  Meritain sent invoices for claims and administrative fees.

25  And I never really saw the -- I don't think I saw the dental

1    and vision and all that kind stuff.

2         Q.    Okay.

3         A.    I don't know who that went to.

4         Q.    Okay.  And was their actual insurance behind it or

5    was it a self-insurance fund?

6         A.    May have been Principal.  What was the question?

7         Q.    I'm sorry.  Was there as actual insurance policy or

8    was it a self-insurance fund that was being administered?

9         A.    It was a self-insurance plan.

10        Q.    And I think you mentioned that there was -- was

11   there insurance for the dental or was that also

12   self-insurance?

13        A.    I think there was insurance.  And I think it was

14   run through Principal.

15        Q.    Okay.  What about the vision?

16        A.    And I think that maybe Principal did both of those.

17   But I'm not clear.

18        Q.    Okay.  What about the life insurance?

19        A.    I know that was through a different company.  I

20   believe it was the Hartford.

21        Q.    What about the 401-K?

22        A.    That was Principal.

23        Q.    And so in August of 2021 there were concerns about

24   whether the health insurance premiums were being paid,

25   correct?

1      A.   Yes.

2      Q.   At some point is it true that health insurance

3   premiums were not being passed on and paid?

4      A.   Yes.

5      Q.   During that time period were health insurance

6   premiums still being withheld from the employees' paychecks?

7      A.   Yes.

8      Q.   You had mentioned ADP's -- or the company ADP

9   earlier.  What was ADP's role in the payroll processing?

10      A.   So in 2021 we had Kronos OC Pro.  UKG was the

11   company name, I believe.  And they were our payroll

12   processor, as well as employees sign on to their portal and

13   did all the pre-employment work.

14      Q.   When did that change?

15      A.   December 31st.

16      Q.   Why did it change?

17      A.   Meritain dropped us for non-payment.

18      Q.   Okay.  Do you know where Meritain's offices are?

19      A.   No.

20      Q.   Did you ever have to send correspondence or any

21   mail to or from Meritain?

22      A.   Mail?

23      Q.   Yes.

24      A.   No.  Not U.S. mail, no.

25      Q.   What about e-mail?

1      A.   Yes, I did -- I know that I did send a request to

2   them probably toward the end of 2021 to try and get a listing

3   of the outstanding claims.  And they wouldn't give it to me.

4   But they did give it to Sophia.

5      Q.   **Did you ever learn the total amount of what those**

6   **outstanding claims were?**

7      A.   She did send me a copy of that spread sheet.  So it

8   will be in one of those e-mails.

9      Q.   **Okay.  Do you remember what the number is?**

10     A.   I think -- is it okay if I just --

11     Q.   **Sure.  Give me your best --**

12     A.   Or should I say I don't know?

13     Q.   **Give me your best estimate.**

14     A.   I think it was 800,000.

15     Q.   **Okay.  And that's a great question.  If you're not**

16  **sure -- but you have a good estimate -- just tell us that**

17  **you're estimating.**

18     A.   Yes.

19     Q.   **And then that way we're not going to hold you to**

20  **it.**

21     A.   Yeah.

22     Q.   **And that was 800,000 in unpaid claims as of the end**

23  **of 2021?**

24     A.   Yes.

25     Q.   **Did that include the amount of the unpaid premiums**

1    or just the amount of the unpaid claims?

2        A.    What I believe that was was the claims that

3    Meritain had on hand.  Not the withholdings.

4        **Q.    Do you know or have an estimate of about when in**

5    **the process premiums that were being withheld stopped being**

6    **passed on to Meritain?**

7        A.    I don't know.

8        **Q.    Who would know?**

9        A.    I would guess Corey Gibboney, the Controller, or

10   Sophia Binder.  Let's see.  Steve Parks -- we haven't talked

11   about him.

12       **Q.    No.  Who is that?**

13       A.    So, Steve when I came on was the President of Noble

14   Health.  And he was who I reported to.  And he was the CFO, I

15   believe.  I think that was his role.  I'm not sure.

16             And so he was in the Leawood office.  And so all of

17   that was happening up there -- you know, the discussions, the

18   payments.

19       **Q.    Did Mr. Parks ever leave that role?**

20       A.    He left in -- I think it was July 26th of '21.

21       **Q.    Do you know why he left that role?**

22       A.    Health issues.

23       **Q.    His own?**

24       A.    Yes.

25       **Q.    Was he replaced by anyone?**

```
 1      A.    So I believe it was October, David Kitchens came on
 2  board.
 3      Q.    Who is that?
 4      A.    I think he was the Corporate Controller, was his
 5  title.
 6      Q.    He worked in the Leawood office?
 7      A.    Uh-huh.  Yes.
 8      Q.    How long did Mr. Kitchens hold the role of
 9  Corporate Controller?
10      A.    I believe he left in May after Platinum came on.
11  And then Platinum furloughed the corporate staff.
12      Q.    When did that happen that Platinum furloughed the
13  corporate staff?
14      A.    I think it was in May.  But I don't know the exact
15  day.
16      Q.    May of 2022?
17      A.    '21 -- oh, no.  '22.
18      Q.    Was there ever a time that 401-K withholdings were
19  being withheld from the employees, but they were not being
20  paid into the 401-K fund?
21      A.    No.
22      Q.    So is it a true or untrue statement that from when
23  you first set foot in Audrain Community -- or Audrain
24  Hospital until today, to your knowledge any 401-K payments
25  that were withheld were passed on to the 401-K fund.
```

```
 1      A.    To my knowledge.

 2      Q.    And do you believe you know the answer to that?

 3      A.    I do.  Because mine is current.  And I don't think

 4  they would have just paid mine.

 5      Q.    Did the employer make their match throughout the

 6  time period?

 7      A.    We didn't have a match.

 8      Q.    After premiums were being withheld, but not paid to

 9  Meritain, was there ever a time that premiums started being

10  paid into some other insurance plan?

11      A.    Yes.

12      Q.    When did that start?

13      A.    In January of '22.  It switched to -- the broker

14  was Mid Missouri Cooperative.  And the third-party

15  administrator was called Health EZ.

16      Q.    And at that time was it an insurance plan, a

17  self-funded plan or a combination of the two?

18      A.    A self-funded plan.  And I believe that Principal

19  still carried the dental, and the vision, and the 401-K.  And

20  that's -- and the Hartford still had the life insurance.

21      Q.    Okay.  At some point in early 2022 before the sale

22  to Platinum, were payments missed for the health insurance

23  premiums --

24      A.    To?

25      Q.    -- to the new carrier?
```

```
 1        A.    Yes.  Yes.

 2        Q.    When did that happen?

 3        A.    I would guess -- I don't know for sure -- but I'm

 4   guessing March.

 5        Q.    Were premiums still being withheld from employees

 6   at that time?

 7        A.    Yes.

 8        Q.    So it's a true statement that premiums were

 9   withheld from employees that were not passed on to the

10   insurance carrier.

11        A.    I do believe that to be true.

12        Q.    You indicated that Noble stopped using Kronos at

13   the end the year in 2021.  And they started using a new

14   system at the beginning of 2022.

15        A.    Yes.  ADP.

16        Q.    Did Noble Health use that throughout the remainder

17   of the Noble time?

18        A.    ADP's last payroll was the March 4th payroll.

19   Noble paid one more payroll on March 18th -- but we were not

20   able to send it through ADP due to non-payment.  So that was

21   it under Noble.

22        Q.    Okay.  And so after the payroll of March 18, 2022

23   were there any employees that went unpaid in that payroll?

24        A.    After the payroll of March 18th, everyone went

25   unpaid.  There were three payrolls in April that were missed.
```

1      Q.   Okay.  And that's a great clarification.  Let me

2   ask a better question.  Were there any employees that were

3   left unpaid in the March 18, 2022 payroll?

4      A.   Not to my knowledge.

5      Q.   Okay.

6      A.   There may be a physician that didn't get their

7   quarterly extra payment for going to the Perry Clinic or

8   supervision of advanced practice providers.  So I think some

9   of those extra pays didn't get paid.

10      Q.   Okay.  And then after -- and then there were three

11   payrolls that were missed?

12      A.   Yes.

13      Q.   Were any employees furloughed in March of 2022?

14      A.   Not to my knowledge.

15      Q.   Okay.  Were employees furloughed in April of 2022?

16      A.   Yes.

17      Q.   How many?

18      A.   Initially 175.  And then we had people request to

19   furlough because they needed to go get a job.

20      Q.   Okay.  How many more people was that?

21      A.   I won't know the exact answer.  But probably 25

22   more.

23      Q.   So, of the 175 people that were furloughed, how was

24   the decision made as to who would be furloughed?

25      A.   So, again Platinum had shown up that week and said

1    we're going to get you guys open.  And so the hospital staff

2    then didn't have anybody to take care of -- we furloughed all

3    of them.  And we tried to keep as many department leaders as

4    we could because we were going to need them to kind of just

5    keep everything going in the department.  I think there was a

6    lot happening all at once.  But there may have been some

7    leaders that needed to furlough.  And so then we kept

8    somebody else.

9         Q.    In the 175 -- was that just at the Audrain Hospital

10   or across all of the facilities?

11        A.    I think it was both hospitals.

12        Q.    Okay.  Was anyone furloughed from any of the

13   clinics?

14        A.    No.  Because of the missed payroll they began to

15   request.  So I think they were some of the first ones -- you

16   know, it just seems like the lower paid ones needed to go get

17   a paycheck or unemployment.  And so as they requested to be

18   furloughed, we allowed that, and then found somebody to fill

19   in.

20        Q.    Who made the decision to furlough employees?

21        A.    You mean the overall decision to furlough?

22        Q.    Uh-huh.

23        A.    That's where the discussion that Noble owners had

24   with the Polsinelli Law Firm on how to do this.  And they had

25   John Parigi, a consultant, working with them on the finances.

1     Q.    Okay.

2     A.    And you know -- so I would have also been on those

3    calls where we were talking about what we needed to do.  And

4    obviously, everybody continuing to show up and have nothing

5    to do didn't seem like a good idea.

6     Q.    **Right.**

7     A.    And we had no way to pay anybody.

8     Q.    **And that kind of answers it.  So the decision came**

9    **down from the owners and management of the Noble Health in**

10    **Leawood, is that right?**

11    A.    Yes.

12    Q.    **The same question as to the decision to not issue**

13    **checks after the March 18, 2022 payroll.  Who made that**

14    **decision?**

15    A.    I would say it was the owners, since there was no

16    money in the bank.

17          MR. STROMBERG:  Just to get an objection in here.

18    Are talking about owners of Noble?  Can you identify that for

19    us so we understand who you're talking about?

20          THE WITNESS:  Drew, Tom and Don.

21    Q.    **(By Mr. Werts) Okay.**

22    A.    And Don actually retired or something like that in

23    August.  And so he was not actively in these conversations in

24    March.

25    Q.    **And that would be August of 2021?**

 1      A.    Yes.

 2      Q.    **Do you know one way or other whether or not anyone**

 3  **else was involved in the decisions to not issue payroll after**

 4  **March 18, 2021 other than Drew, Tom and Don?**

 5      A.    Yeah, I don't think Don was involved in that

 6  decision at that time.  So, I think it was just Drew and Tom.

 7      Q.    **Okay.**

 8      A.    And we just didn't have the money.

 9      Q.    **And my question is a little bit different.  Which**

10  **is do you know whether there was anyone else?  Or it was just**

11  **100 percent those two?**

12      A.    As far as I know it was just those two.

13      Q.    **How were the employees told they were being**

14  **furloughed in April of 2022?**

15      A.    We had an all employee meeting.  We had a call-in

16  number.  So if you weren't on site in Mexico in the

17  cafeteria, we had a call-in number.

18            So they hired a communications person to help Jeff

19  and I script words to say.  And Polsinelli was on those

20  calls.  And so I believe that I'm the one that read that

21  script.  Because we couldn't figure out -- we were trying to

22  split it between Jeff and I.  But we couldn't get the

23  technology to work because we didn't have wi-fi.

24      Q.    **And was anyone from the corporate office present**

25  **for that meeting?**

1      A.    I honestly cannot remember that.

2      Q.    **Okay.  Do you know whether anyone from the**

3  **corporate office was on the electronic connection.**

4            MR. STROMBERG:  I will just objection for vague and

5  ambiguous.  I'm trying to figure out what corporate office

6  we're referring to.  But go ahead.

7      Q.    **(By Mr. Werts)  Sure.  Go ahead.**

8      A.    So I think that Drew and Tom were there with me.  I

9  really do think that.  I feel sure they were on that day.  It

10  would have either been the 31st or the 1st when that

11  happened.  And I feel like they were there with me.  But I

12  really can't remember.

13     Q.    **Okay.**

14     A.    But if they weren't there with me in person, they

15  were on the call.

16     Q.    **Do you know whether there was anyone else from**

17  **Kansas City on the call?**

18     A.    I don't know.

19     Q.    **Was there any sort of minutes or roster kept of who**

20  **was on that call?**

21     A.    No.

22     Q.    **Was that call run through Zoom?**

23     A.    No.  It was through a Free Conference line.

24     Q.    **Was that the name of the vendor, Free Conference?**

25     A.    I don't know.

1     **Q.   Do you know who set up the call?**

2     A.   It could have been Jeff Stone or it could have been

3  Beth Ellefsen, who was the marketing person.

4     **Q.   Beth is a new name.  Who is that?**

5     A.   Beth Ellefsen.  She was the marketing website -- I

6  think her title was Director of Marketing.

7     **Q.   Director of Marketing for whom?**

8     A.   Noble Health.

9     **Q.   Where was her office?**

10    A.   In Leawood.

11    **Q.   When did you first hear about Platinum?**

12    A.   I believe we closed on a Friday.  And I believe it

13  was the Monday.  So, like the 28th of March.

14    **Q.   How did you hear about them?**

15    A.   Drew Solomon brought Cory Countryman into my office

16  Monday morning, and he said take Cory through the hospital,

17  give him a tour and answer any questions that he has.

18    **Q.   And did you do that?**

19    A.   First I said well, can we sit down so I understand

20  what we're -- who are you and what are we doing?  And he told

21  me that he was with Platinum.  And he was the President.  And

22  that they are interested in buying the hospital.

23    **Q.   Okay.  Did you give him that tour?**

24    A.   I did.

25    **Q.   How long did that take?**

1    A.    About two hours.

2    Q.    **Did you talk about the unpaid payroll during that**

3  **discussion?**

4    A.    This was March.  Probably not.  Because I think

5  that was before it happened.

6    Q.    **Okay.  Do you know whether you ever talked to Cory**

7  **about the unpaid payroll before April 20 of 2022?**

8    A.    Yes.

9    Q.    **You seem very sure about that.  How do you know**

10  **that?**

11    A.    Because if it wasn't that week when we told the

12  employees we were furloughing them, it would have been the

13  next week.  Because we were having weekly all employee

14  meetings where they call in to get an update.  That Cory

15  Countryman came and said we know that that's the most

16  important thing, and we need to get that taken care of.

17    Q.    **When did payroll start getting run again?**

18    A.    In May, under Platinum.  And they started with

19  whoever was on after April 20th.

20    Q.    **At some point did Platinum wind up missing payroll?**

21    A.    Yes.

22    Q.    **When did that first occur?**

23    A.    August 19th.

24    Q.    **How many payrolls did Platinum miss?**

25    A.    Coincidentally, three.

1      Q.    And those were all two week payrolls?

2      A.    Yes.

3      Q.    The same thing for Noble, the ones we talked about.

4      A.    Yes.

5      Q.    At some point during the Platinum regime were

6   employee benefits payments being withheld from the employees,

7   but not passed on to the appropriate vendors?

8      A.    Yes.

9      Q.    When did that first occur?

10      A.    The first time that they withheld premiums they had

11   been negotiating with Blue Cross Blue Shield and -- for the

12   month of July.  And so I believe that it was the first

13   paycheck that we got from them in July, they withheld the

14   whole month's worth of premiums.  Which should have been half

15   and half.  You know.  They withheld the whole thing in that

16   first paycheck in July.  And then the next paycheck in July

17   they withheld the whole month of August.  And that's all they

18   did.

19      Q.    Okay.  And those withholdings were made.  But were

20   those ever paid to the vendors?

21      A.    I don't believe so.  Because we never got

22   insurance.

23      Q.    Did you ever investigate how much total

24   withholdings were made by Platinum in July that were never

25   paid to the appropriate vendors?

1        A.   I never added that up.

2        Q.   **Do you think that's on the thumb drive?**

3        A.   It could be on one those payroll files.  It could

4   be.

5        Q.   **Did you ever investigate how much in total claims**

6   **got ran up during the Platinum regime for folks that were**

7   **expecting to have insurance?**

8        A.   No.  Because we never got any filed.

9        Q.   **What were employees told about what insurance was**

10  **going to be available under Platinum?**

11       A.   So, in June they gave us a letter that said if you

12  have any health claims, send them through Platinum.  And I

13  think they were going to withhold whatever our premium was,

14  and then they were going to like self fund it.  But they

15  never withheld those premiums and they never, to my

16  knowledge, ever paid any of those.

17            We did have employees try to call them at the

18  number they had on the letter.  I don't think anyone was

19  successful to my knowledge.  But did that answer the

20  question?

21       Q.   **It does, actually.**

22       A.   I'm starting to lose what I've said.

23       Q.   **No, this stuff is a little technical.  And you're**

24  **doing great actually on that.**

25            **I want to bounce back.  Under the period of time**

1    that Noble was withholding but not paying the health

2    insurance, were the employees ever notified about that?

3         A.    No.

4         Q.    Why not?

5         A.    So, we had applied for the HRSA grant.  And

6    previously SSM in 2020 received -- I believe 10.7 million

7    dollars.  And so Drew thought in 2021 we were going to get

8    10.7 million dollars in November or December.  Because we

9    reapplied for the HRSA funds.

10        Q.    What is HRSA?

11        A.    I don't know.  It's a federal thing.  And the

12   American -- or the provider relief funds -- ARPA also.  Maybe

13   it's American Recovery -- I don't know.  Anyway, it's the

14   federal government.

15        Q.    Okay.

16        A.    And so Drew was just sure that -- and he was

17   telling Meritain and everybody else that when we get these

18   moneys then we're going to pay everything we owe.  And we got

19   a rural health payment of 1.38 million in November.  And to

20   the best of my knowledge that went to payroll and to buy

21   immediate supply needs.  And then in December another 1.3

22   million dollar payment again went to payroll and supply

23   needs, to my knowledge.  And that's all we got.

24        Q.    In those two 1.3 million dollars payments -- was

25   that for Audrain Hospital, all facilities --

1      A.    Audrain.

2      Q.    Okay.  Do you know whether or not Callaway Hospital

3  got a similar payment?

4      A.    They did not.

5      Q.    Do you know why not?

6      A.    I don't know why.  But they never got their funds.

7      Q.    Okay.  Were you at Audrain Medical Center during

8  the time that the federal government was administering the

9  Payroll Protection Act or PPP loans?

10     A.    So I came in February of '21.  And I know that

11  Audrain got a PPP forgiveness.

12     Q.    Okay.

13     A.    So, yes.

14     Q.    Okay.  And was that forgiveness for the first loan

15  or second loan or both?

16     A.    I don't know that.

17     Q.    Okay.  Do you know how much the forgiveness was?

18     A.    To the best of my knowledge that I can remember I

19  think it was 3.2 million.

20     Q.    Okay.  Do you know whether or not the Audrain or

21  any of these facilities received any of what is called an

22  Eidl or an E-I-D-L loan?

23     A.    I have not heard of that.

24     Q.    Were there any other government Corona virus

25  related benefits programs that you're aware of that Audrain

1    Medical Center got that I have not brought up?

2         A.    I believe we got a -- I know we got $600,000.  And

3    I think it was for the clinics to do Covid testing.

4         Q.    Okay.  Anything else?

5         A.    That's all I know of.

6         Q.    So, August 19, 2022 Platinum misses its first

7    payroll, correct?

8         A.    Correct.  Yes.

9         Q.    At some point thereafter were a group of employees

10   furloughed?

11        A.    So, in the first round of furloughs I gave

12   everybody a letter that said we were furloughing them.  I

13   don't remember doing that under Platinum.

14        Q.    Okay.

15        A.    You know, we had only brought back what we would

16   have considered the essential people to get the hospital

17   open.  So I don't remember furloughing -- so, your question

18   was after August 19?

19        Q.    Yes.

20        A.    So, Platinum at one point made the decision they

21   were not going to reopen Callaway.  And so I do think there

22   was some Callaway.  But that wasn't -- I didn't do them.

23        Q.    Okay.

24        A.    So --

25        Q.    Do you --

```
 1        A.    I believe that happened before the September 9th.
 2        Q.    Okay.
 3        A.    Yeah.
 4        Q.    Do you know who made that decision?
 5        A.    Cory Countryman.
 6        Q.    Was anyone else involved in that decision?
 7        A.    Probably Melissa Upshaw.  But I don't know for
 8   sure.
 9        Q.    And then what happened on September 9th?
10        A.    They didn't get -- they were trying to get funds
11   and investors, I guess, and were not successful.  So they
12   just sent the e-mail out to everybody that we were all
13   terminated.
14              (Exhibit 7 was marked for the purpose of
15   identification herein.)
16        Q.    (By Mr. Werts)  I'm going to hand you what has been
17   marked as Deposition Exhibit No. 7.  Have you ever seen this
18   before?
19        A.    No.
20        Q.    Do you recognize the name Jerry Goh?
21        A.    No.
22        Q.    Do you recognize the name Jeannette Quinn?
23        A.    Yes.
24        Q.    Who is Jeannette Quinn?
25        A.    She was the pharmacist at Callaway.
```

 1      Q.   And so she was one of the employees that did not

 2   receive payment after March 18, 2022, is that correct?

 3      A.   Yes.

 4      Q.   For employees that weren't furloughed, under the

 5   Platinum time were any efforts ever made to make payments to

 6   catch up some of the payrolls that were missed in March and

 7   April of 2022?

 8      A.   That was the one time where we almost made a

 9   partial payment for the April 1st.  They were going to pay

10   one week of that missed payroll.  And I believe we told

11   employees they could pick it up on July 6th.  But the funding

12   didn't come, so we did not release those checks.

13      Q.   Okay.  And so anybody who didn't get paid after mid

14   March 2022, they all -- nobody ever got paid back any of that

15   money, right?

16      A.   No.

17      Q.   And they are all just kind in the same boat, right?

18      A.   Yeah.  I'm in there.

19      Q.   You're there, too.

20      A.   I'm in the boat.

21      Q.   And it was the same policy and decision that led to

22   all of those employees not being paid at the same time,

23   correct?

24      A.   Yes.

25      Q.   And that's true for both the six weeks of missed

1  pay in March and April of 2022, as well as the six weeks of

2  missed pay starting in mid August of 2022, right?

3      A.   Yes.

4      Q.   Correct.  It's not a situation where someone went

5  through and decided this person is getting paid, that person

6  is not getting paid.

7      A.   They did not.

8      Q.   It's just everybody is treated the same.

9      A.   Everybody is treated the same.

10      Q.   And that is also true as to the insurance benefits

11  that were withheld, but not passed on to the appropriate

12  vendors, correct?

13      A.   Correct.

14      Q.   And that's true for both times that happened both

15  in March as well as in the late summer of 2022.

16      A.   Correct.

17      Q.   Are you aware of any conflicts of interest that Ms.

18  Quinn may have with the other employees at either the

19  Callaway or Audrain Medical Center?

20      A.   I'm not.

21      Q.   All right.  You can set that aside for now.  I may

22  come back to it.

23          (Exhibit 8 was marked for the purpose of

24  identification herein.)

25      Q.   (By Mr. Werts)  I'm going to hand you now what has

1   been marked as Deposition Exhibit No. 8.  Have you ever seen

2   this before?

3       A.   Was that included with my subpoena?

4       Q.   This was not included with your subpoena.

5       A.   Oh.

6       Q.   When the original lawsuit was filed it was served

7   on a number of entities.  And what has been marked as Exhibit

8   8 was included in that packet.

9       A.   Oh, okay.  It's a little bit different, yeah.  No,

10  I have not seen this before.

11      Q.   Okay.  Has anyone ever asked you to look for

12  documents in response to a document request that we have made

13  in this lawsuit?

14      A.   No.

15      Q.   When did you first become aware of this lawsuit?

16      A.   On January 17th -- oh, of the class action lawsuit?

17      Q.   Yeah.

18      A.   I heard that, yeah.  I don't know when I first

19  became aware of it.  I heard it was happening.

20      Q.   Okay.  And I'll represent to you this was filed in

21  August of 2022 is when the lawsuit was first filed.  Did

22  anyone at Platinum ever tell you that the class action

23  lawsuit had been filed?

24      A.   No.

25      Q.   Did anyone at Saint Pio ever tell you about the

1    class action?

2        A.    No.

3        Q.    Did anyone at Pasture Medical?

4        A.    No.

5            (Exhibit 9 was marked for the purpose of

6    identification herein.)

7        Q.    (By Mr. Werts)  I'm going to hand you what has been

8    marked as Deposition Exhibit No. 9.  Have you ever seen this

9    before?  This was also included with the service packet of

10   the original lawsuit.

11       A.    I have not seen this before.

12       Q.    Okay.

13           (Exhibit 10 was marked for the purpose of

14   identification herein.)

15       Q.    (By Mr. Werts)  I'll hand you now what has been

16   marked as Deposition Exhibit No. 10.  Have you ever seen this

17   before?

18       A.    I have not.

19       Q.    Have you ever seen this letterhead before?

20       A.    No.

21       Q.    Okay.  If you will look in the fourth paragraph

22   that starts, as a full-time employee --

23       A.    Uh-huh.

24       Q.    -- do you see that?

25       A.    Yes.

1       Q.    There is something called an EAP.  Do you know what

2    that is?

3       A.    Employee assistance program.

4       Q.    Was that a benefit that was offered under either

5    Noble Health or Platinum?

6       A.    I do believe in our benefits booklet we had an

7    employee assistance program.  It was a phone number to call.

8       Q.    Do you know whether or not that program was ever

9    discontinued due to lack of funding?

10       A.    I don't know the answer to that.

11       Q.    During your time with either Noble or Platinum was

12    paid time off a benefit that was offered?

13       A.    Yes.

14       Q.    How did that work?

15       A.    So, in the beginning they had PTO, and there was a

16    schedule based on your years of service, how much PTO you

17    got.  I had a contract that stated what I had.  And then

18    there was holiday pay.  And then at some point during the

19    year -- probably November or December -- we did the work to

20    start 2022 with only PTO.  Not PTO and holidays.  So we

21    passed the Board resolution for that.  We did it at Audrain.

22    I can't tell you whether Callaway did it or not.

23       Q.    And so under the PTO and holiday pay system, were

24    employees required to take it as time off or could they be

25    paid out to kind of empty out their banks?

1      A.   So, I don't know when Noble changed.  But it was at

2  some point they changed to a maximum of 80 hours paid out.

3      **Q.   Okay.**

4      A.   But I don't know if I started under that or since

5  mine has no -- I don't accrue like that and I had no cash

6  value.  So I didn't pay attention to it.  But I do know that

7  it did change at some point.

8      **Q.   Okay.  But would you say that the other employees**

9  **other than yourself -- that their PTO had a cash value?**

10      A.   Yes.  Up to 80 hours.

11      **Q.   And was that something that was tracked by someone?**

12      A.   It was in the payroll system.  And in the Kronos

13  system I kept hearing it was never tracking it correctly.

14  And they kept trying to work with Kronos.  And they couldn't

15  track it correctly.  So they had a spread sheet that they

16  were tracking it.

17      **Q.   When you say they, who are you referring to?**

18      A.   The payroll office.

19      **Q.   Was that in Leawood?**

20      A.   No.  It was at Callaway.  And then they moved the

21  Audrain.

22      **Q.   Did the holiday pay have a cash value?**

23      A.   No.  I mean other than when you got paid for not

24  working that day.

25      **Q.   Okay.**

1     A.    Yeah.

2     Q.    Okay. I guess that makes sense.

3     A.    Yeah.

4     Q.    So a holiday comes.  You don't have to work.  But

5  you get paid for that day.

6     A.    Yes.

7     Q.    Paid time off, you could take it or it had a cash

8  value the employees could draw on.

9     A.    Yes.  I'm trying -- I don't know if they could cash

10  it out.  I don't think so.

11     Q.    Okay.

12     A.    I think it was if you left -- like if you left

13  employment, you could get paid out up to 80 hours.  But I

14  don't think you could choose to cash it in.

15     Q.    I see.  Unless you quit your job.

16     A.    Unless you quit.

17     Q.    But if you quit your job, the normal practice was

18  to pay out the PTO.

19     A.    Correct.

20     Q.    Was there ever a time that the employees weren't

21  paid out PTO at the conclusion of their employment?

22     A.    Not -- when we furloughed everybody, we didn't pay

23  out PT.

24     Q.    You didn't pay anything.

25     A.    We didn't pay anything.

1      Q.   Right.

2      A.   But up until then when people left, as far as I

3  know they got their PTO.

4           (Exhibit 11 was marked for the purpose of

5  identification herein.)

6      Q.   **(By Mr. Werts) I'm now going to hand you what has**

7  **been marked Deposition Exhibit 10.**

8           **(OFF THE RECORD.)**

9           MR. WERTS:  Go off the record just a moment.

10          THE VIDEOGRAPHER:  The time is 1:18 p.m.  We are

11  off the record.

12          (OFF THE RECORD.)

13          THE VIDEOGRAPHER:  The time is 1:19 p.m.  We're

14  back on the record.

15     Q.   **(By Mr. Werts)  Okay.  Back on the record after a**

16  **short break.  We decided it's Exhibit 11, not Exhibit 10 as I**

17  **previously said.**

18     A.   Yes.

19     Q.   **Are you familiar with the format of Exhibit 11?**

20     A.   Yes.

21     Q.   **What are we looking at here?**

22     A.   It's an electronic pay stub out of.  2021 this is

23  out of Kronos.

24     Q.   **And every employee at all nine of the facilities we**

25  **have been talking about would have gotten pay stubs in this**

1    format for every payroll, correct?

2         A.    Yes.

3         Q.    I want to just make sure I'm not making

4    assumptions.  When you start under earnings it says eve diff

5    $1.25.  Do you see that?

6         A.    Yes.

7         Q.    Do you know what that is referring to?

8         A.    Evening differential.  So, if they work -- I don't

9    know the exact hours of the evening differential -- but if

10   your hours calculated whatever that time frame was you got

11   $1.25 an hour extra.

12        Q.    Okay.  And then holiday -- that's just the holiday

13   pay we were previously talking about?

14        A.    Uh-huh.

15        Q.    Is that yes?

16        A.    Yes.

17        Q.    What is the difference between that and holiday

18   worked?

19        A.    Holiday worked, you get time and a half.  Where

20   holiday you just got time for not working.

21        Q.    Okay.  And then if we kind skip over overtime and

22   regular pay -- because those are self-explanatory.  There is

23   one that says WE plus EV $2.5.

24        A.    That would be weekend plus evening.  So, that would

25   be the weekend differential of 1.25, and then the evening

1   differential of 1.25.  So, if you worked a weekend in the

2   evening you got that.

3        Q.   Got it.  And the last one is just the $1.25

4   differential.

5        A.   Yes.

6        Q.   We look at the deductions -- we have talked about

7   the 401-K, the dental, and medical co-pay, the vision --

8   there is three more on here we didn't talk about earlier.

9   Basic life, ADD -- that's the life insurance you were talking

10  about through the Hartford?

11       A.   Yes.

12       Q.   And then there is also a long term disability and

13  short term disability.  Is that also insurance that was

14  offered?

15       A.   It was.

16       Q.   Who was that through?

17       A.   I don't think I know.

18       Q.   Was there ever a time that premiums were withheld

19  for long term or short term disability that were not passed

20  on to the vendor?

21       A.   I would believe so.

22       Q.   How would we find out?

23       A.   Well, if we knew who the vendor was we probably

24  haven't -- I mean we could look and see if there is an

25  outstanding -- I would imagine it would have all gone to the

1    broker.

2         Q.    Okay.

3         A.    And then it would have been on the broker's

4    invoice.

5         Q.    Okay.  **And then there is e-mails between you and**

6    **the broker inside your e-mail accounts, correct?**

7         A.    I believe -- I don't remember seeing this level of

8    detail from HUB.  So if it wasn't the Hartford, it might be

9    Principal.  I just don't know.

10        Q.    Okay.

11        A.    I don't know where those fell.

12        Q.    Okay.

13              **(Exhibit 12 was marked for the purpose of**

14   **identification herein.)**

15        Q.    **(By Mr. Werts)  All right.  I'm handing you what we**

16   **are marking as Exhibit 12.  Do you recognize this?**

17        A.    Yes.

18        Q.    **What is this?**

19        A.    This was the furlough letter sent to the employees.

20        Q.    **And this is what was sent to April of 2022?**

21        A.    Correct.

22        Q.    **Is that your signature at the bottom?**

23        A.    Yes, it is.

24        Q.    **And the same letter went to every employee that was**

25   **furloughed, correct?**

1      A.    From Audrain.

2      Q.    And I guess this is Audrain.  Did each facility use

3  their own letterhead?

4      A.    As far as I know.

5      Q.    Were you assisted with counsel in putting together

6  this letter?

7      A.    Yes.

8      Q.    Who was the lawyer that helped you with this?

9      A.    Well, it was Polsinelli.  I don't remember their

10  name.

11      Q.    Okay.  Was it a guy named Jay Dade?

12      A.    If you said the name I would remember it.  But I

13  know that wasn't it.

14          MR. STROMBERG:  There is a few lawyers over there.

15          MR. WERTS:  There is a lot.

16          MR. STROMBERG:  Could narrow it down a bit.

17      Q.    (By Mr. Werts) I spent both summers in law school

18  working for Jay.  He's the head of the employment department

19  now.  So --

20      A.    I want to say it was three women.

21      Q.    They have plenty of folks over there.  It's funny

22  -- in 20 years I haven't had case yet with Jay.  I keep

23  looking for one.

24          Okay.  And I don't have an example of it.  But

25  looking at Exhibit 11, which is the payroll stub --

```
 1      A.   Yes.
 2      Q.   -- was there something like that that was used by
 3  ADP whenever they were doing the payroll?
 4      A.   Yes.
 5      Q.   All of the same basic information?
 6      A.   Yes.
 7      Q.   None of the benefits or categories of time changed,
 8  correct?
 9      A.   Correct.  To my knowledge anyway.
10      Q.   Okay.  What about the time that you were using
11  handwritten checks from Platinum?  Were employees given some
12  sort of a stub?
13      A.    They were on the check.  So it was like they tore
14  it off and deposited your check.
15      Q.   Did it have all the same information?
16      A.   I don't know.
17      Q.   Did all the employees get the same basic
18  information under the hand-signed Platinum checks?
19      A.   Everybody got -- so those checks came from
20  different entities from time to time.
21      Q.   Okay.
22      A.   And that's why I don't know the bank and I don't
23  know -- I don't know what they were doing.  But everybody got
24  the same as far as I know.
25      Q.   Okay.
```

1        A.    You know, it came in either Fed Ex or Cory

2   Countryman handed them to us.

3        Q.    **Okay.  And you said sometimes there were different**

4   **entities writing the checks.**

5        A.    Well, the name that was on the check -- like I'm

6   pretty sure I got one that said Callaway Community Hospital.

7   I know I got one that said Platinum Neighbors.  And then I

8   started getting Noble Health Audrain, Inc.

9        Q.    **Okay.**

10       A.    I don't believe that under Platinum they called it

11  Noble People.

12       Q.    **Okay.**

13       A.    To the best of my knowledge.

14       Q.    **Okay.  But regardless of the entity, they were**

15  **always kind signed by Ryan Cole.**

16       A.    Yes.  As far as I know.

17       Q.    **Okay.**

18       A.    Things I don't pay attention to.

19       Q.    **You actually remember it better than most do.  We**

20  **have talked about Neuterra a little bit today.  Other than**

21  **being at their building in Leawood a few times, had you ever**

22  **-- did you ever come across their name in any of the other**

23  **documents that you were looking at?**

24       A.    No.

25       Q.    **Were you aware that Don Peterson had previously**

1    been charged with Medicare fraud?

2        A.    Yes.

3        Q.    **Tell me about that, please.**

4        A.    It was probably right about the time we were going

5    the switch to owning from SSM.  I remember we were meeting at

6    the bed and breakfast conference table, and Don made the

7    comment that after next Tuesday I can't come in the building.

8    And Steve Parks was there.  And so after that meeting I said

9    why can't Don come in the building?  And he said well, he has

10   an issue with Medicare.  And so he can't be in operations.

11       Q.    **Did Mr. Peterson continue to be involved in**

12   **operations?**

13       A.    He did.

14       Q.    **How so?**

15       A.    He would participate on our phone calls.  Teams

16   meetings.  He would come to town and participate in meetings.

17   He would e-mail me.

18       Q.    **Okay.  Did Mr. Solomon, Mr. Peterson and Mr. Carter**

19   **kind of divide up the responsibilities of how they were**

20   **helping with management?**

21       A.    Yes.

22       Q.    **Tell me about that, please.**

23       A.    So, after we opened Drew took on the leadership

24   role of the operations.  But Don had more experience in

25   health care than Drew did.  So he was constantly trying to

1    help move things along.

2       Q.    And Mr. Carter?

3       A.    He was more public relations.  Setting up community

4    meetings and things like that.

5       Q.    **Okay.  We have talked about a couple of trips to**

6    **the Leawood corporate office.  How often did you have other**

7    **interactions with the Leawood corporate office?**

8       A.    Well, almost every day we had a Teams call.

9       Q.    **Tell me about that.**

10      A.    So once we opened -- so from March 16th until

11   probably April 16th was a real blur.  I don't know if I did

12   phone calls with them or not.  And I can't tell you who was

13   on the phone or not.  We had switched to a new electronic

14   record.  And the company, Azalea Health could not travel here

15   because of Covid.  And so we were putting it in basically

16   ourselves with them on a computer telling us what to do.  And

17   we had patients in the hospital.  So that was priority number

18   one is, you know, I was trying to support the staff to do the

19   work to make sure we had everybody safe.

20         So for that first month I can't tell you what

21   happened.  But somewhere after we got to a point where we

22   needed to start worrying about trying to get bills out the

23   door, we started having daily Teams meetings to talk about

24   setting up the billing.

25      Q.    **And who all would be on these calls?**

1      A.   In the beginning Aaron Gash was the senior revenue

2    director out of the Leawood office.  And so Don, and Aaron,

3    and me and Jeff -- Jeff Stone.  And there were probably other

4    people on there.  Where we would be talking -- oh the

5    registration -- Jan Hoyt was over registration at Audrain.

6    And then Betty -- I cannot remember Betty's last name right

7    now -- Loggerman -- was on Callaway with Jeff.

8           And so we were on phone calls every day just

9    talking about the problems that we were seeing, and trying to

10   get billing set up.

11          (Exhibit 13 was marked for the purpose of

12   identification herein.)

13      **Q.   (By Mr. Werts)  All right.  I have handed you now**

14   **what has been marked as Deposition Exhibit 13.  Do you**

15   **recognize this?**

16      A.   Yes.

17      **Q.   Tell me what this is, please.**

18      A.   This was a copy of the e-mail that we all got from

19   Platinum.

20      **Q.   Okay.  And when you say we all, do you mean**

21   **everyone at all nine facilities?**

22      A.   Yes.

23      **Q.   And so it was on Noble Health letterhead, but**

24   **signed Platinum Hospital Systems, correct?**

25      A.   I didn't remember it being on Noble -- I mean I

1   don't remember seeing that on my e-mail.  You know, I

2   probably just read the words.  But I had already heard it.

3   We didn't all get it at the exact same time.  It was kind of

4   weird.

5       Q.   **Okay.**

6       A.   It came in waves.

7       Q.   **Do you know the name Terry Blakely?**

8       A.   Yes.

9       Q.   **Who is that?**

10      A.   He's a pharmacist at Audrain.

11      Q.   **And any reason to dispute that this was a letter**

12  **that Mr. Blakely received?**

13      A.   No.  I just don't remember it being on letterhead.

14      Q.   **And was this the letterhead that was being used**

15  **consistently by management at the end?**

16      A.   No.

17      Q.   **Was there some other letterhead being used?**

18      A.   Yes.

19      Q.   **What did it say?**

20      A.   Platinum Health Systems.

21      Q.   **Did it have an address for Platinum Health Systems?**

22      A.   I don't remember seeing a corporate one.  So, we

23  had one for Audrain and one for Callaway.

24      Q.   **Were all nine facilities using the Platinum Health**

25  **Systems letterhead?**

1      A.   I don't know what the clinics -- I don't know if

2  they ever sent letters.  We didn't have letterhead printed

3  up.  So anything would have been done off of a template on

4  the computer.

5      **Q.   Did you have other templates besides the Platinum**

6  **Health Systems template for letterhead?**

7      A.   Just the Noble Health one.

8      **Q.   This Noble Health one?**

9      A.   It said Audrain Community Hospital.

10      **Q.   So it looked like Exhibit 12?**

11      A.   Yes.

12      **Q.   Okay.  How long had you been using the letterhead**

13  **as shown on Exhibit 12?**

14      A.   My secretary probably designed that.  I don't know.

15  I don't know when she would have done it.  After the

16  transition.

17          We weren't sure how things were going.  You know.

18  So she got this -- the N -- this part -- from Beth Ellefsen.

19  Maybe the whole Noble Health part.  And then she probably put

20  the Audrain Community Hospital on there.

21      **Q.   Okay.**

22      A.   Or maybe Beth did it.  Beth could have done it.

23      **Q.   Okay.  And so the stylized N on Exhibit 12 in the**

24  **logo -- that's what you were pointing to, is that right?**

25      A.   Yes.

 1       Q.    And when you say that you started using it during

 2    the transition -- are you referring to the transition from

 3    SSM to Noble Health?

 4       A.    Correct.

 5       Q.    Okay.

 6       A.    We stopped using SSM logo and removed all of that

 7    from the building.  And then we had some of these vinyl N's

 8    -- and Noble Health created to put on signage or banners.

 9    The banners outside of the clinics.

10       Q.    Okay.  Where else was that stylized N used?

11       A.    As far as I know the hospital -- the website.

12    Signage -- billboards on I-70.  That's all I know.

13       Q.    Okay.

14       A.    Logowear.

15       Q.    Okay.  Like polo shirts and that sort of thing?

16       A.    Uh-huh.

17             (Exhibit 14 was marked for the purpose of

18    identification herein.)

19       Q.    (By Mr. Werts)  I'll hand you what has been marked

20    as Deposition Exhibit 14.  And on Exhibit 14 there is kind of

21    a large chunk at the top that is redacted out.  What that is

22    -- this was an e-mail that got forwarded to us from a client.

23    So it has like the e-mail -- like the paralegal's -- so this

24    is an e-mail from you, is that correct?

25       A.    Yes.

1      Q.    And that's the a.obrien@platinumhealthsys.org --

2  that e-mail we talked about, correct?

3      A.    Yes.

4      Q.    And do you remember sending this e-mail?

5      A.    Yes.

6      Q.    Tell me about it.

7      A.    So this would -- this is the next day -- no, it was

8  that night.  We had received the e-mail in different waves.

9  And I just felt like after all we had been through, I needed

10 to say something.  So I sent this out.  Owen Schuler

11 presented down at Platinum Health on August 15th, and came to

12 Audrain on the 17th of August, and was interested in

13 purchasing the hospital.  And so I put that in there.

14 Possibly still talking with him.

15          Corey Gibboney was the Controller.  And she sent

16 out an e-mail -- or sent me what she had done to request her

17 payroll according to Missouri law.  And then so we created

18 that template for other people to use.

19     Q.    Okay.  Did you receive claims like this from

20 different folks?

21     A.    Did I receive it?

22     Q.    Uh-huh.

23     A.    They sent it to Platinum.

24     Q.    They sent it straight to Platinum.  You weren't

25 copied on any of that?

```
 1       A.    Yeah, I have a lot them that I helped with.

 2       Q.    Okay.  And are they somewhere in your e-mail?

 3       A.    Yeah, they should be in my sent.  Uh-huh.

 4       Q.    And which account?  The Platinum Health --

 5       A.    Probably the Noble.

 6       Q.    Noble.

 7       A.    Well, I don't know.

 8       Q.    Okay.

 9       A.    I don't know.

10       Q.    In one of the two?

11       A.    Yeah.  At this point I'm not sure which one I was

12  using.

13       Q.    Okay.  Do you know whether any of these people ever

14  got paid anything?

15       A.    To my knowledge they did not.

16       Q.    Did you ever undertake to add up what the total

17  amount that was owed after the August and September payrolls

18  were missed?

19       A.    It surprises me if I didn't.  But I don't remember

20  that right now.

21       Q.    Okay.  Did you ever undertake to add up how much in

22  withheld employee benefits amounts were not passed on?

23       A.    I looked at one payroll when I was preparing the

24  March 18th one to send to the current owners, so they could

25  try to get the W-2's for 2022.  And it was around 37,000 for
```

1    one payroll.

2        Q.   Okay.  And would you expect that to be relatively

3    linear across the missed payrolls?

4        A.   So that would have been the March 18th.  We would

5    have had a higher number of employees then because no one had

6    been let go yet.  So that's probably higher than the last

7    three would have been.

8            So the Noble ones -- that might be consistent.  But

9    then the Platinum ones is probably more like 20,000 would be

10   my guess.

11       Q.   Okay.  And you say -- lawyers hate the word guess.

12   Is that a guess or is that kind of an educated estimate?

13       A.   I would say to the best of my knowledge.

14       Q.   Okay.  Did you ever get any response from the folks

15   at Platinum after sending out -- or as a result of this of

16   the mail you sent out December 9, 2022?

17       A.   So, no, I don't know if they got this e-mail.  But,

18   like I sent my request for payroll certified, and I got my

19   return receipt.  A lot of -- they quit picking them up after

20   a while, and everybody got theirs back.

21       Q.   Do you remember how much you said that you were

22   owed?

23       A.   It's right at 100,000.

24       Q.   Did that include the 30,000 in credit card

25   expenses?

1      A.   Yes.  It did not include the additional 60 days.

2   So the Missouri law says if you don't pay, then you have got

3   the keep paying me for 60 days.  It did not include that

4   either.

5      Q.   **Okay.  Have you had any contact with anyone at**

6   **Platinum since you were let go on September 9th?**

7      A.   Yes.

8      Q.   **Tell me about that.**

9      A.   Because they kept asking me to do things.  And in

10  early November -- so the walk-in clinic was still open.  And

11  in early November Cory Countryman brought two other

12  individuals to look at the hospital to buy it.  And then the

13  two individuals who came to look to buy it wanted a lot

14  information.  And I said to Cory Countryman, can I share with

15  them?  Yes.  Yes.

16     Q.   **Okay.  What types of information did you give them?**

17     A.   A listing of the outstanding payables and

18  liabilities, which would includeded the past payroll.

19     Q.   **Who were those folks?**

20     A.   Who were they?

21     Q.   **Uh-huh.**

22     A.   One was Herman Ure.  U-r-e I believe was his last

23  name.  And the other one was -- actually I'm not exactly sure

24  of the other guy's name.

25     Q.   **Okay.**

```
 1        A.    But you will see that Herman Ure is who I was

 2   e-mailing, too.

 3        Q.    I want to run some different entity names past you.

 4        A.    Okay.

 5        Q.    Have you ever heard of Noble Health Audrain Care?

 6        A.    Yes.

 7        Q.    What is that?

 8        A.    Audrain Community Hospital.

 9        Q.    Have you ever heard of Noble Health Real Estate,

10   LLC?

11        A.    Yes.

12        Q.    What is that?

13        A.    I just found out that that's the one that owned

14   Callaway.

15        Q.    Okay.  And so did it own the hospital or just the

16   land and the building?  Or do you know?

17        A.    I believe the land and the building.

18        Q.    Okay.  Have you ever heard of Noble Health Real

19   Estate II, LLC?

20        A.    Yes.

21        Q.    What is that?

22        A.    So I believe that's the one that owns the Audrain

23   land and building.

24        Q.    Okay.  Have you ever heard the entity Platinum Team

25   Management, Inc.?
```

1    A.   Yes.

2    Q.   **Who is Platinum Team Management, Inc.?**

3    A.   I'm not sure.

4    Q.   **Do you know what their relationship is to Platinum**

5 **Health Systems?**

6    A.   I believe it's sort of all the same.  Because their

7 e-mails they had Platinumteam.org, were some people's.  And

8 then Platinumhealthsys were some.  So, Platinumneighbors were

9 some.

10    Q.   **And all that would be in your e-mail account,**

11 **right?**

12    A.   Yes.

13    Q.   **Okay.  Did some people have multiple e-mail**

14 **addresses?**

15    A.   Yes.

16    Q.   **Okay.  And could you ever discern any pattern of**

17 **when they were send e-mails from one entity versus another?**

18    A.   Not really.

19    Q.   **Have you ever heard of something called FMC**

20 **Holdings, LLC?**

21    A.   No.

22    Q.   **Have you ever heard of TechWeek, LLC?**

23    A.   I haven't.  But I have seen that on some mail.  And

24 I don't know what that is.

25    Q.   **Okay.  Have you ever heard DJA Distribution, LLC?**

 1      A.    DJA.  No.

 2      Q.    **Have you ever heard of Center for Rural Health**

 3  **Innovation?**

 4      A.    Yes.

 5      Q.    **Tell me about that.**

 6      A.    So shortly after the transition, Drew and Tom came

 7  down and said that I believe the State had awarded us -- so I

 8  don't know if us was Noble Health or -- anyway, I believe it

 9  was a two million dollar grant to build a Center for Rural

10  Health Innovation into the third floor of the Stribling

11  Building.

12      Q.    **What is the Stribling Building?**

13      A.    It is the medical office building that is on the

14  campus of Audrain Community Hospital.  But something

15  happened, and the funding got disappropriated, and nothing

16  ever happened.

17           I did meet with -- there was a group called -- I

18  think it was called Bio STL that came down.  And it was going

19  to be a part of this Center for Innovation.

20      Q.    **When you say disappropriated, meaning Noble never**

21  **got it?  Or it was used for something else?**

22      A.    As far as I know Noble never got it.

23      Q.    **Have you ever heard of the W.A. Solomon Land and**

24  **Cattle, LLC?**

25      A.    I have only seen that in some of the legal

1    materials.

2         Q.    **Have you ever heard of a different entity called**

3    **Noble Health Corporation?**

4         A.    Well, I believe that would be Noble Health at the

5    Leawood office.

6         Q.    **Had you ever heard of Noble Health Fulton, Inc.?**

7         A.    Yes.  That's the Callaway Community Hospital.

8         Q.    **And then we have already talked about Noble People,**

9    **LLC.**

10        A.    Yes.

11        Q.    **Okay.  Have you ever heard of FMC Clinic, LLC?**

12        A.    I just did last week when Pasture was filing that

13   bankruptcy.  They were included in that.

14        Q.    **Okay.**

15             **(Exhibit 15 was marked for the purpose of**

16   **identification herein.)**

17        Q.    **(By Mr. Werts)  All right.  I'm handing you now**

18   **what has been marked as Exhibit 15.  Have you ever seen this**

19   **before?**

20        A.    I don't think I have seen this -- I may have.  I

21   don't think I have seen this exact thing.

22        Q.    **Okay.  And so looking at the first paragraph, it**

23   **references a couple of different companies, Noble Health Corp**

24   **and Noble Health Services, Inc.  Do you know what the**

25   **difference between those two things are?**

1      A.   I don't.

2      Q.   So if you turn to Page 6 -- actually 5 of 8 -- I

3   don't know.   There are lot of those.   Sorry.   Page 4 of 8.

4   And so do you see NC Holdings, LLC, as shareholder with the

5   name Jeremy Tasset?

6      A.   Yes.

7      Q.   Were you aware of any role Mr. Tasset had in the

8   management of the hospital under the Noble regime?

9      A.   No.   In fact Don and Drew made it a point several

10  times to say that Nueterra has nothing to do with Noble.

11     Q.   Okay.   Had you ever heard the name Jeremy Tasset

12  before we started looking at documents here today?

13     A.   Yes.   Yes.

14     Q.   And I think you actually talked about that -- that

15  you had met him whenever you went to the Leawood office.   Had

16  you heard that name before you got to the office that day?

17     A.   Yes.

18     Q.   How so?

19     A.   Drew had mentioned his name from time to time.   I

20  don't know in the context.   It's possible he even came to

21  Audrain once.   I think they may have been going to St. Louis

22  or something, and stopped in.

23     Q.   Okay.

24     A.   And maybe I met him there.

25     Q.   Okay.   Any other interactions with Mr. Tasset?

1    A.   No.  I never talked to him on the phone or

2  anything.

3    Q.   **Turn to Page 5 of 8.  It says Noble Health Audrain,**

4  **Inc.  There is a name Sheila Ennis.  Do you see that?**

5    A.   Uh-huh.

6    Q.   **Who is that?**

7    A.   She was a Board member.   I believe her first Board

8  meeting was February of '22.

9    Q.   **And is she from Mexico?**

10   A.   Vandalia, I think.

11   Q.   **Dr. Joseph Carrado.**

12   A.   Yes.  He's a general surgeon.

13   Q.   **Steve Hobbes?**

14   A.   He was a community board member.

15   Q.   **And then if you will look at the first page --**

16  **going back to that --**

17   A.   Okay.

18   Q.   **In the first paragraph it lists off a variety of**

19  **clinics.  Are those all -- it appears that the names are**

20  **slightly different -- some of the facilities that we**

21  **described earlier.**

22   A.   Let's see.  All right.  So, what we described

23  earlier, we were looking at the Missouri Works application.

24   Q.   **Right.**

25   A.   And when Noble bought from SSM, that is all the

1    clinics we had.  So let me show you this one.  The Stribling

2    Building which has medical office clinics -- we put a pain

3    management, orthopaedic clinic in there.

4         Q.    Okay.

5         A.    And that one was actually at essentially 515 East

6    Promenade instead of 6. And then the cancer center building

7    -- 713 East Jackson is attached to the main building.  You

8    know.  So we don't ever -- it's just there.

9         Q.    Got it.

10        A.    The Cornerstone Clinic is a building that we owned.

11   And that's at 605 East Promenade.  They started in August of

12   '21.

13            The Vandalia Medical Clinic is owned by -- the

14   building is owned -- but we did not have a clinic there.  It

15   wasn't staffed.

16            Then we had Montgomery City Medical Clinic.  We had

17   the Wellsville Medical Clinic, Perry Medical Clinic.  And

18   then the East Summit Clinic admin office -- 626 -- it was

19   vacant.  The Suite K.  And then we had a Women's Health

20   Clinic -- they employed the GYN surgeon there.  And he was in

21   Suite J upstairs on that clinic.  Both of those are vacant

22   now.

23        Q.    And when we're talking about the furloughs and the

24   missed payments -- everything we talked about for those

25   facilities would have impacted all of the employees at all

1    the facilities.

2         A.    That were employed at that time, yes.

3         Q.    **They all would have been treated the same way,**

4    **correct?**

5         A.    Yes.

6         Q.    **Under the same policy?**

7         A.    Yes.

8         Q.    **How many total employees do you think were**

9    **terminated in September of 2022?**

10        A.    My best guess is probably around 200.

11        Q.    **Have you ever heard of Platinum Medical Management,**

12   **Incorporated?**

13        A.    Well, I think that's who we sent all of our

14   Certified Letters to.  And I really don't know why.  I think

15   maybe that's who Corey Gibboney had sent hers to.  And we all

16   did the same thing.  I'm not really sure.

17        Q.    **Have you ever heard of TJ Holdings, Incorporated?**

18        A.    No.

19        Q.    **Crystal Green Management, Incorporated?**

20        A.    No.

21        Q.    **HC Management?**

22        A.    No.

23        Q.    **Harmonized Group, LLC?**

24        A.    No.

25        Q.    **Fortune 8?**

```
 1      A.    No.

 2      Q.    Paramount Real Estate Holdings, LLC?

 3      A.    No.

 4      Q.    Devine Grace Family Clinic, Inc.?

 5      A.    No.

 6      Q.    The District Lifestyle, LLC?

 7      A.    No.

 8      Q.    Heritage Property Management, LLC?

 9      A.    No.

10      Q.    Joe Traders, LLC?

11      A.    No.

12      Q.    Go Bar, Inc.?

13      A.    No.

14      Q.    Jab Medical Systems, Inc.?

15      A.    No.

16      Q.    Platinum Senior Life, LLC?

17      A.    No.

18      Q.    NRG Investments, Inc.?

19      A.    No.

20      Q.    Daydra Management, LLC?

21      A.    Yes.

22      Q.    That's spelled D-a-y-d-r-a.

23      A.    Yes.

24      Q.    Tell me about that.

25      A.    I believe that to be his construction company.
```

1      Q.    His who?

2      A.    Ryan Cole's construction company.

3      Q.    Okay.

4      A.    And I believe that in the beginning Daydra was

5   paying some of the expenses.  But I'm not sure.

6      Q.    Okay.

7      A.    I just believe that.

8      Q.    Why do you believe that?

9      A.    I think that was the only operating account they

10  had at the time.

11     Q.    Okay.  Did Daydra Management, LLC, do any

12  construction work at any of the facilities?

13     A.    No.

14     Q.    They were just paying bills?

15     A.    I believe so.  In the beginning.

16     Q.    Piku Enterprises?

17     A.    No.

18     Q.    That's P-i-k-u.  Monmouth General Health Group,

19  LLC?

20     A.    No.

21     Q.    The District Lifestyle, II, LLC?

22     A.    Is the question have I heard of it?

23     Q.    Yes.

24     A.    I have heard of it.  And I think it's because I

25  read some things on line about that project going bust or

```
 1   something.

 2       Q.   Studio 28/28, Inc.?

 3       A.   No.

 4       Q.   Kosh Kesh, Inc.?

 5       A.   No.

 6       Q.   That's K-o-s-h K-e-s-h.  Metroplex Dermatology

 7   Clinics, Inc?

 8       A.   No.

 9       Q.   Big World Development, Inc.?

10       A.   No.

11       Q.   Nanak, N-a-n-a-k, International Trade, Inc?

12       A.   No.

13       Q.   Diamond Investment Group, LLC?

14       A.   No.

15       Q.   Magahai, LLC?

16       A.   No.

17       Q.   That is M-a-g-a-h-a-i.  Best Americare Visiting

18   Doctors, Inc.?

19       A.   No.

20       Q.   Full House Investments, Inc.?

21       A.   No.

22       Q.   Cotton Weave Estates, LLC?

23       A.   No.

24       Q.   Platnium Heights, LLC?

25       A.   I don't think I have heard of that one.
```

1      Q.   Platinum Concepts, LLC?

2      A.   No.

3      Q.   Neighbors Visiting Doctors, LLC?

4      A.   No.

5      Q.   Stray Tower Services, LLC?

6      A.   No.

7      Q.   Paramount Real Estate Holdings, LLC?

8      A.   No.

9      Q.   Platinum Senior Living Wylie, LLC?

10     A.   No.

11     Q.   NG Investments, LLC?

12     A.   No.

13     Q.   SGG Construction Material?

14     A.   No.

15     Q.   Perryville Investments, LLC?

16     A.   No.

17     Q.   Pampered Princess?

18     A.   No.

19     Q.   Platinum In-patient, LLC?

20     A.   No.

21     Q.   New Edge?

22     A.   No.

23     Q.   Platinum Height Hospital, LLC?

24     A.   No.

25     Q.   Big World Entertainment, LLC?

```
 1      A.   No.

 2      Q.   Platinum Neighborhood Services, Inc.?

 3      A.   I think Platinum Neighbors is what I have seen.

 4      Q.   Okay. Platinum Neighbors you think you have seen.

 5      A.   Yes.  But not Neighborhood Services, no.

 6      Q.   Got it.  Have you ever heard of New Health

 7  Management Services, LLC?

 8      A.   I must have heard of it before.  Because I knew it

 9  was part -- or somehow affiliated with Nueterra.

10      Q.   Do you know whether it is in any way affiliated

11  with Noble?

12      A.   And when I say -- I want to say that's what I have

13  heard.  So, I know nothing about a fact of that.

14      Q.   Okay.  Have you ever heard of the name Kevin

15  Standover?

16      A.   No.

17      Q.   David Eyers?

18      A.   No.

19      Q.   Scott Bleck?

20      A.   No.

21      Q.   Ronald Baker?

22      A.   No.

23      Q.   Travis Tasset?

24      A.   No.

25      Q.   Karen Moore?
```

1    A.    No.

2    Q.    Ron Baker?

3    A.    No.

4    Q.    Denise Mayhew?

5    A.    No.

6    Q.    Dan Tasset?

7    A.    I have heard the name.  And I believe that's

8    Jeremy's dad.  But I have not met him or talked to him.

9    Q.    **How do you know that Dan Tasset in Jeremy's dad?**

10   A.    I think John Parigi told me that.  And I don't know

11   how John Parigi knows.  So it's hearsay.

12   Q.    **That's all right.  We're not worried about hearsay**

13   **here today.  Dennis Mayhew?**

14   A.    I don't know.

15   Q.    **Denise Mayhew?**

16   A.    I don't know.

17   Q.    **Have you ever heard of New Health Performance, LLC?**

18   A.    No.

19   Q.    **Have you ever heard of Nueterra Health Care Group**

20   **-- let me start over.**

21        **Nueterra Health Care Group Health and Welfare**

22   **Benefit?**

23   A.    No.

24   Q.    **Under Noble when it was a self-funded insurance**

25   **plan, did the plan have a name?**

```
 1        A.   Not that I know of.

 2        Q.   Have you ever heard of something called a Form

 3   5500?

 4        A.   I have heard of it.

 5        Q.   Were you ever involved in completing one?

 6        A.   No.

 7        Q.   Have you ever heard of Neuterra WC Holdings, LLC?

 8        A.   Not really at that name that I can remember.

 9        Q.   Have you ever heard of Nueterra MF Holdings, LLC?

10        A.   No.

11        Q.   Have you ever heard of Nueterra Capital?

12        A.   I think that's what I have heard.

13        Q.   In what context?

14        A.   I mean I think that's just the name that I have

15   heard.  Neuterra Capital.  It never had anything to do with

16   Audrain.  I just have heard it.

17        Q.   Have you ever heard of Nupay, LLC?

18        A.   No.

19        Q.   N-u-p-a-y.

20        A.   No.

21        Q.   Have you ever heard of Health Care Partners Group,

22   LLC?

23        A.   No.

24        Q.   Have you ever heard of Highland Hill Capital?

25        A.   Yes.
```

1     Q.    What is that?

2     A.    I have seen it on a lot of lawsuits.

3     Q.    Okay.

4     A.    But that's all I know.

5     Q.    Okay.  Do you know why they would be involved in a

6    lawsuit?

7     A.    I don't know if they were one of the lenders that

8    Drew borrowed from.  As aggressive as they had been, it makes

9    me think that.

10     Q.    What do you mean aggressive?

11     A.    They garnished the bank account -- the United

12    Health Care payments -- when they were one of the first out

13    of the shoot to do that.

14     Q.    When you say United Health Care payments, what are

15    you referring to?

16     A.    From the accounts receivable.

17     Q.    Have you ever heard of IV Xpress, Incorporated?

18     A.    So I believe that was Don Peterson's company.

19     Q.    It's spelled IV Xpress.  Do you know is that

20    company still in business?

21     A.    I don't know.

22     Q.    Have you ever heard of ASD Specialty Health Care,

23    Incorporated?

24     A.    I don't think so.  It sort of rings a bell.  But I

25    can't bring it up as to why that is.

1          Q.    Have you ever heard of TriMedx Holdings, LLC?

2          A.    TriMedx?   I think.  I think they did our biomeds.

3     TriMedx.  I don't know if it was holdings though.

4          Q.    Okay.  What is TriMedx?

5          A.    They were -- I think they were the service company

6     that fixed our equipment.  And they filed a suit against us,

7     too.

8          Q.    Okay.

9          A.    That's who that name comes to mind.

10         Q.    **TriMedx is spelled T-r-i-m-e-d-x.**

11         A.    Yeah.

12               MR. WERTS:  All right.  Let's go off the record,

13     please.

14               THE VIDEOGRAPHER:  The time is 2:15 p.m.  We are

15     off the record.

16               (OFF THE RECORD.)

17               THE VIDEOGRAPHER:  The time is 2:23 p.m.  We're

18     back on the record.

19         Q.    **(By Mr. Werts)  All right.  Back on the record**

20     **after a short break.**

21               **We spoke a little bit earlier about the attorney**

22     **that you spoke to prior to the other deposition.**

23         A.    Yes.

24         Q.    **Would his name have possibly been Richard Brown**

25     **instead of John Brown?**

1      A.   There was a Richard --

2      Q.   **Okay.**

3      A.   -- that was an employee of Platinum that was an

4  attorney.  And I did speak to him first.  But he left

5  Platinum.  I don't know why or when.  And so I think at the

6  time that I was doing the deposition it was an outside

7  attorney.  And I thought his name was John Brown.

8      Q.   **Okay.  Fair enough.  Have you ever heard the name**

9  **Ryan Gordon?**

10     A.   No.

11     Q.   **We talked a little bit about the documents that you**

12 **brought in today.  And we'll go through those.  Included on**

13 **that list were -- of what we requested -- were information**

14 **necessary to figure out who the different employees were.**

15 **Like their names and addresses.**

16     A.   Right.

17     Q.   **All of that was included in the file that you**

18 **provided, correct?**

19     A.   I don't know if their addresses are on there or

20 not.

21     Q.   **Okay.  But that's something that we should be able**

22 **to figure out from the files at the hospital, correct?**

23     A.   I don't know where I would get -- you know, if they

24 are not on that, I don't know where else I would go to get

25 that.

1       Q.   Okay.

2       A.   When an employee signed up, everything went into

3    ADP -- or before it was UKG -- we would have paper copies in

4    our HR department.

5       Q.   Okay.

6       A.   So, yes.

7       Q.   Okay.  It exists somewhere, if it's not on that

8    thumb drive.

9       A.   Yes.  Please don't make me go do that.

10      Q.   Okay.  I'm going the try to leave you alone.

11      A.   For $25, please.

12      Q.   $67.  So we have talked about a number of other

13   lawsuits.  Are you aware of any other lawsuits that have been

14   filed to recover the wages that have been unpaid to all the

15   employees in this case?

16      A.   I am not.

17      Q.   Are you aware of any other lawsuits that have been

18   filed to recover the value of the unpaid employment benefits

19   in this case?

20      A.   So, I mean the Department of Labor has sent me a

21   thing.  But I don't know who filed that -- or I don't know

22   how that works.

23      Q.   Okay.

24      A.   So I'm familiar with the Department of Labor --

25   that talked to them about pay, and the other ones about

1  benefits.

2       Q.   Okay.

3       A.   So those are the only other two.

4       Q.   Okay.  And so then lawyers -- at least I tend to

5  draw a distinction between government investigations and

6  lawsuits.

7       A.   Okay.  Okay.

8       Q.   And so I just want to narrow it down to lawsuits.

9  Are you aware of any other lawsuits besides this one?

10      A.   No.

11      Q.   And you said there are two different

12 investigations, one from the wage and hour people for the

13 unpaid pay, and the other from the ERISA people for the

14 unpaid benefits.

15      A.   Yes.

16      Q.   Have formal charges been filed in either of those

17 investigations yet as far as you know?

18      A.   Not as far as I know.

19      Q.   What did do to get ready for your deposition today?

20      A.   I copied this for you.

21      Q.   Okay.  Thank you.

22      A.   And I found those -- I mean I read the list of

23 things that you wanted.  And those were the things that I

24 thought I had.

25      Q.   Did you talk to anyone about the deposition?

1       A.   Like did I tell people I was coming?

2       **Q.   Yeah.**

3       A.   In the letter --

4       **Q.   Those people?**

5       A.   Yeah, those people for sure.

6       **Q.   Anyone else?**

7       A.   This morning I told Jeff Stone -- I asked if he was

8    going to be here.  I didn't know how these things worked --

9    whether it's a party or --

10      **Q.   We usually do them one at a time.**

11      A.   Okay.  And he told me he didn't get a notice.  I

12   think that's all.

13      **Q.   Have we talked about all the different payroll**

14   **companies that you worked with at your work at the hospitals**

15   **here today?  Kronos and ADP?**

16      A.   Yes.  I didn't work directly with them.

17      **Q.   Sure.**

18      A.   But that's who we used.

19      **Q.   Were there any accountancy firms that the hospitals**

20   **or the facilities worked with while you were CEO?**

21      A.   For payroll?

22      **Q.   Or any sort of accounting?**

23      A.   Yes.  BKD.  And I believe they did the cost report

24   for Fulton.  We did not get one done for Audrain.  Yes.  And

25   then oh, my goodness.  It's another big firm.  And I believe

 1   it's in Kansas City.  And I believe it starts with a C.  Any

 2   thoughts on that one?  There will be an e-mail from them.

 3       **Q.   Okay.**

 4       A.   Because that's who did the ERC filing.  I just

 5   can't think of their name.

 6       **Q.   Okay.  Any others?**

 7       A.   Those are the only ones that I'm aware of.

 8       **Q.   Okay.**

 9       A.   Clifton, Larson, Allen.

10       **Q.   Any other accountancy firms?**

11       A.   Not that I know of.

12       **Q.   Did you or the hospitals while you were CEO work**

13   **with any tax advisors that you're aware of?**

14       A.   Not that I'm aware of.

15       **Q.   What did you use for time keeping software?**

16       A.   Kronos.  And then I guess ADP.

17       **Q.   And then what after ADP stopped doing it, how was**

18   **time kept?**

19       A.   That should have been on paper.

20       **Q.   Was that the same for all the employees?**

21       A.   No.  Some employees were still able to track their

22   time in ADP.  And then we would print those time cards and

23   send them to Texas.  But some couldn't get into ADP, and

24   obviously we couldn't add new people or anything or get them

25   fixed.  So they kept theirs on paper, and then we sent those

1    with the batch.

2         Q.   But essentially it was all reduced to paper that

3    was sent down to Texas for processing.

4         A.   Yes.

5         Q.   And who would you send those to in Texas?

6         A.   Molly.  And she had somebody helping her.  So they

7    all went probably to our payroll department.  And then they

8    sent them all to Platinum.

9         Q.   All right.  As we have talked about kind of

10   throughout the day, the goal of this lawsuit is to get the

11   employees, frankly including you, paid.

12        A.   I hope we win.

13        Q.   Is there anything else that you think that I need

14   to know that I haven't asked you about today to get that

15   done?

16        A.   The only thing that I don't know is if the ERC

17   credits -- so those have been processed.  Can those funds be

18   used by the current owners to pay the people?

19        Q.   Do you know how much is expected in ERC credits?

20        A.   You will see that in the e-mail.  I believe that

21   it's going to be around four million dollars.

22        Q.   Okay.  Anything else?

23        A.   That's all.

24             MR. WERTS:  Okay.  Well, thank you very much for

25   your time and patience today.  I think he has couple of

1    questions.  But I'm going to stop for now.

2              THE WITNESS:  Okay.

3                        - - -

4                    EXAMINATION

5    QUESTIONS BY MR. STROMBERG:

6        Q.    Thank you for your patience.  You have been

7    answering a lot of very technical questions today.  And I

8    don't want to keep you very long.  I just have a few things I

9    just need some clarification on.   As you know, I represent

10   New Health Management Services, LLC, and I'll just kind of

11   ask you a few questions.

12             You told us your e-mail addresses you had while you

13   worked at the Audrain facility.  You didn't have a New Health

14   Management e-mail address, did you?

15       A.    No.

16       Q.    You didn't have any kind of Nueterra e-mail

17   address, is that correct?

18       A.    No.

19       Q.    And you talked about Dave Kitchens as a Corporate

20   Controller.

21       A.    Correct.

22       Q.    My recollection is correct on that?

23       A.    Yes.

24       Q.    And who is employed by?

25       A.    I'm guessing Noble People.

1      Q.    Okay.  The reason I ask is just there were a couple

2  of times where there were references to the corporate office

3  being in Leawood.  And when we're referring -- in your

4  testimony when you are referring in your testimony to the

5  corporate office in Leawood, you're talking about the Noble

6  People office in Leawood, is that correct?

7      A.    Yes.  Yeah.  All of the -- like I believe that the

8  Noble Health rented that space as cubicles from Neuterra.  I

9  believe that.  Because their name was out on the building.

10  That's the only reason I would think that.

11      Q.    But in your testimony today when you're referring

12  to the corporate office, you're referring to one of the Noble

13  entities.

14      A.    Yes.

15      Q.    There was some discussion about the various

16  decisions to furlough employees over the course of time.  Now

17  in April 2020, was that the first --

18      A.    '21.

19      Q.    I'm sorry?

20      A.    '22.  April of '22.

21      Q.    Well, I'm glad you corrected me.  April 2022, that

22  decision, at that point Noble is operating the facilities, is

23  that correct?

24      A.    On April 20th of '22 Noble sold it to Platinum.

25      Q.    Okay.  But did the furlough decision happen after

1     the sale?

2          A.    No.  The furlough decision happened on April 1st.

3          Q.    **Okay.  I just wanted to make sure my time line was**

4     **correct.**

5          A.    Yes.

6          Q.    **And I believe you said you had met with the Noble**

7     **owners and Polsinelli --**

8          A.    Uh-huh.

9          Q.    **-- to discuss that decision, is that correct?**

10         A.    Yes.

11         Q.    **And again to make sure we're clear, when you were**

12    **referring to Noble owners at that time, were you referring to**

13    **Drew Solomon, Tom Carter and Don Peterson?**

14         A.    At that time it was just Drew and Tom.

15         Q.    **Okay.  And because was John Parigi another person**

16    **that was involved in those conversations?**

17         A.    He was a consultant.  So he was involved.  And

18    Polsinelli lawyers.

19         Q.    **And I don't want to ask you what you said in those**

20    **conversations.  But is it fair to say that no one from New**

21    **Health Management Services was taking part in that decision**

22    **making process?**

23         A.    No.  No, they did not.

24         Q.    **And would the same be true for the later furlough**

25    **when that was with Platinum, and Platinum was making the**

1  decision to furlough employees later on in 2022?  Was anybody

2  from my client, New Health Management Services involved?

3      A.   No.  No.  I never had anyone from New Health

4  Services involved in any operational discussions with me.

5      Q.   So that would include any discussions ever about

6  payroll or benefits planning.

7      A.   Correct.

8      Q.   Excuse me.  I'm going to jump around a little bit

9  little bit here.  I don't get to go down a nice direct list

10  here.  I have got to kind of go off what we've found.

11          I think you testified earlier that you had at some

12  point daily Teams calls with the corporate office.

13      A.   Yes.

14      Q.   And I think you named Aaron, and Don, Jeff Stone,

15  Jan Hoyt and Betty Loggerman.

16      A.   Yes.  There were other people, too.

17      Q.   Do you remember any other names?

18      A.   Yeah.  David Kitchens was on there.  And Bill --

19  Bill from the corporate billing office.

20      Q.   And is it fair to say that these are all Noble

21  employees.  Not anybody from New Health Management Services.

22      A.   Correct.

23      Q.   Did you sign any employment agreements with any of

24  these folks -- either the Noble entities or the Platinum

25  group?

 1      A.   Yes.  The Noble Health Corp is who my contract is

 2   with.

 3      Q.   **And I think your testimony was that you were being**

 4   **paid by Noble People.**

 5      A.   Correct.

 6      Q.   **And it's fair to say you've never been employed by**

 7   **New Health Management Services in any way.**

 8      A.   No.

 9      Q.   **Not by any of the Neuterra entities?**

10      A.   No.

11      Q.   **When Noble was operating Audrain, do you think --**

12   **as a CEO is it a fair assessment to say that the buck on any**

13   **major decision stopped with Drew and Tom?**

14      A.   Yes.

15      Q.   **And then I guess at some point also Don, early on.**

16      A.   Early on.  And then he dropped out in August.  And

17   it was Drew, mostly.

18      Q.   **You touched a little bit on this earlier about, you**

19   **know, who is the decision maker to hire and fire employees.**

20   **Let's start first when Noble is operating Audrain.  If**

21   **someone needed to be hired or fired, who is making that**

22   **decision?**

23      A.   In the beginning?  The very beginning?

24      Q.   **Sure.  Kind of take us through the history.**

25      A.   In the very beginning for Noble Audrain, if I was

1  bringing on -- so I hired a Vice-President of Patient Care

2  Services.  And I did that -- I mean I told them I needed to

3  fill that position because I couldn't run the whole hospital.

4  And so they said sure, go ahead.  And I hired that person.

5        As we began to have financial constraints -- which

6  probably started in June -- then every position had to be

7  approved by Drew.

8        **Q.   Drew was the ultimate decision maker on that?**

9        A.   Yes.

10       **Q.   And then in the day-to-day operations of the**

11  **hospital, who is supervising the workers?**

12       A.   Generally the department leader of the various

13  clinic departments that they would have been supervising.

14       **Q.   And that person would have been employed by Noble**

15  **People?**

16       A.   Correct.

17       **Q.   Is that your understanding?**

18       A.   Yes.

19       **Q.   And as far as who made the decisions as far as**

20  **pay -- like the rate of pay and how people were going to be**

21  **paid?**

22       A.   So a lot of our positions, you know, for nursing

23  and tech positions, they have a wage range already

24  established at the hospital.  If we were going to be hiring

25  anything new -- especially in the professional position --

1    then we would talk it over with Drew and say, you know, do

2    you think we can offer this?  They need this much.  And he

3    would either approve it or decline it.

4         Q.   And then now let's say -- I think in the last

5    **couple of questions we have gone through we have talked about**

6    **the Noble time period.  In the subsequent time period of**

7    **Platinum -- I'll kind run these back a little bit -- who had**

8    **the power to hire and fire?**

9         A.   So, Cory Countryman kind of replaced Drew in that

10   approval process.  If I wanted to retain a nurse practitioner

11   who got offered more money somewhere else, I had to fill out

12   the paperwork and have Cory and Ryan sign off on it.

13        Q.   **So, Platinum has to give you the seal of approval**

14   **on hiring and firing?**

15        A.   Yes.

16        Q.   **And the same idea when you try to supervise**

17   **workers.  Is that at that point still the supervisors of each**

18   **department?**

19        A.   Yeah, on site here.  Because, you know, those

20   people were either in Kansas City or Texas.  So, on site it

21   was the leaders.  And then they would come to me with

22   whatever issues they would have.

23        Q.   **And the leaders at that time are employees of**

24   **Platinum.**

25        A.   Yes.  At that time.

```
1        Q.    Is that correct?

2        A.    Yes.

3        Q.    You know, that's a poor question.  During the

4   Platinum time period --

5        A.    Yes.

6        Q.    -- when Platinum was the entity that was operating

7   the hospital, is the fair to say that Platinum employees were

8   also the supervisors of each department?

9        A.    Yes.

10       Q.    And the same concept while Platinum is operating

11  the hospital, they are the ones determining the rate of

12  pay?

13       A.    Yes.

14       Q.    And then as far as recordkeeping, who was in charge

15  of the records during the Noble operation period?  Just the

16  work records like the employee files?

17       A.    So, those were kept -- if it was paper records they

18  were kept -- we had an employee health file on the Audrain

19  campus for both facilities.  And the employee file -- if

20  there were any disciplinary things -- those were also at the

21  Audrain campus.  So Christy Smiley, the manager, was at the

22  Audrain campus.  And she would go back -- and she had time at

23  Callaway and time at Audrain.

24       Q.    And the pay records would be kept through the

25  vendor system?
```

1      A.    On the electronic, yes.

2      **Q.    And who was in control of those both paper files at**

3  **the Audrain facility and then the vendor?**

4      A.    So the paper files were in the HR department, which

5  was in a different location than the payroll office, which

6  was in the accounting department.  So payroll has the

7  information from payroll.  And Human Resources has the

8  employment -- pre-employment, I-9 stuff.  Disciplinary

9  stuff.

10     **Q.    And it's your understanding that's during the Noble**

11 **People time period -- those are employees of Noble People who**

12 **are controlling that information.**

13     A.    Yes.  Yes.

14     **Q.    And then when Platinum took over is it Platinum**

15 **employees who were doing the same function?**

16     A.    Yes.

17     MR. STROMBERG:  I don't think I have any further

18 questions at this time.

19                         - - -

20                      EXAMINATION

21 QUESTIONS BY MR. WERTS:

22     **Q.    Do you know one way or another whether New Health**

23 **Management Services is a subsidiary or has any relationship**

24 **to Nueterra?**

25     A.    I don't know.

1        MR. WERTS:  I think those are the questions I have

2   for you today.  Thank you very much.

3        THE VIDEOGRAPHER:  The time is 2:45 p.m.  We're off

4   the record.

5        MR. WERTS:  So after a deposition you have the

6   right to review the deposition and to sign and make any

7   corrections to anything that you want.  You also have the

8   right to waive that right in which case we will send you a

9   copy of the transcript.

10       THE WITNESS:  So if I waive the right, I don't get

11  a copy?  Is that what you said?

12       MR. WERTS:  Correct.  Well, actually I'll send you

13  -- if you want one I'll send you one.  I will send you one

14  either way.  But you have the right to review it and make any

15  corrections on what is called an errata sheet.

16       THE WITNESS:  I don't want to do that.

17       MR. WERTS:  Okay.

18       THE WITNESS:  So I want to waive that.  I can't

19  think of anything that I --

20       MR. WERTS:  Okay.

21       THE WITNESS:  I mean I just told the truth.  So --

22       MR. WERTS:  Oh, sure.

23       THE WITNESS:  I don't think it's going to change.

24       MR. WERTS:  It's more like a spelling type thing --

25  you're double-checking J.D.'s work is what it is.  Or you can

1    just agree to trust him.  A lot of people waive.  Like every

2    doctor in the universe waives.

3              THE WITNESS:  Yeah.

4              MR. WERTS:  But some people do like to check it.

5              THE WITNESS:  I remember waiving it the last time,

6    too.

7              MR. WERTS:  Okay.

8              (OFF THE RECORD.)

9

10             (Deposition concluded at 2:45 p.m.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    NOTARIAL CERTIFICATE

2

3          I, J.D. Martin, Certified Court Reporter for the

4    State of Missouri and a duly commissioned Notary Public

5    within and for the State of Missouri, do hereby certify that

6    the witness whose testimony appears in the foregoing

7    deposition was duly sworn by me; that the testimony of said

8    witness was taken by me to the best of my ability and

9    thereafter reduced to typewriting under my direction; that I

10   am neither counsel for, related to, nor employed by any of

11   the parties to the action in which this deposition was taken,

12   and further that I am not a relative or employee of any

13   attorney or counsel employed by the parties thereto, nor

14   financially or otherwise interested in the outcome of the

15   action.

16

17

18

19          _____

20                    J.D. Martin, CCR (MO)

21

22

23

24

25

1          IN THE CIRCUIT COURT OF CALLAWAY COUNTY
                    STATE OF MISSOURI

2

JEANNETTE QUINN, individually  )
3   and on behalf of all others   ) Case No. 22CW-CV00644
similarly situated             )
4        v.                      )
PLATINUM TEAM MANAGEMENT,       )
5   INC., et al.                 )

6               CERTIFICATE OF DEPOSITION

7   Comes now J.D. Martin and pursuant to Rule 57.03(g)(2)(a)
states as follows:

8

The deposition of AMY O'BRIEN was taken on FEBRUARY 22,
9   2023. The name and address of person or firm having
custody of the original transcript:
10  TODD C. WERTS
Lear Werts, LLP
11  103 Ripley Street
Columbia, Missouri  65201

12

At the time of delivery of the transcript the deposition
13  charges had not been paid. Payment status will be updated

14  at the request of the Court pursuant to Section 492.590(2)

15  RSMo.

16

17

18  _____

19  J.D. Martin

20

21                  LEXITAS LEGAL

22              711 N. 11th Street

23          St. Louis, Missouri 63101

24              (800) 280-3376

25

**A**

**a.m** 1:21
3:14 39:16
39:19,23
78:1
**a.obrien...**
125:1
**Aaron** 121:1
121:2
155:14
**ability** 61:7
61:11 62:8
163:8
**able** 14:22
30:18,19
48:7 60:8
61:12 64:9
77:1 91:20
146:21
150:21
**AC** 10:1
**accepting**
19:25 34:8
78:15
**access** 12:19
13:3 15:17
16:9 42:22
47:8 49:13
63:10,13
63:15
**accidental**
35:14
**account**
15:11,13
15:19,24
15:25
24:13,15
25:2,6
26:3 29:24
30:9 42:12
49:10,14
50:10,16
58:6 62:21
63:11,15
65:8 76:11
126:4
130:10
138:9
144:11

**accountancy**
149:19
150:10
**accounting**
53:10 55:7
55:24
149:22
160:6
**accounts**
24:19,24
25:9 28:11
55:8 62:25
64:4 115:6
144:16
**accrue** 110:5
**ACH** 58:6
**acquired**
22:1
**Act** 102:9
**action**
107:16,22
108:1
163:11,15
**active** 15:16
32:3,4,8
**actively**
15:13
94:23
**actual** 85:4
85:7
**add** 114:9
126:16,21
150:24
**added** 36:20
100:1
**additional**
128:1
**address** 8:10
8:12 15:11
33:15 44:4
66:20,22
68:11,18
68:23 69:8
69:12,13
69:21
122:21
152:14,17
164:9
**addresses**

69:16,18
78:24
130:14
146:15,19
152:12
**adjective**
43:19
**admin** 135:18
**administ...**
85:8
**administ...**
102:8
**administ...**
84:24
**administ...**
63:19
81:17
83:25
84:23
90:15
**ADP** 47:8
86:8 91:15
91:20
117:3
147:3
149:15
150:16,17
150:22,23
**ADP's** 86:8,9
91:18
**advance** 8:7
**advanced**
92:8
**advisors**
150:13
**affiliated**
141:9,10
**afford** 68:1
**afternoon**
32:16 43:4
**age** 5:9
**Agent** 66:19
**Agent's**
68:22
**aggressive**
144:8,10
**ago** 7:9
10:23
**agree** 162:1

**agreed** 5:1
77:4
**agreement**
20:16
**agreements**
61:22 62:9
155:23
**ahead** 96:6,7
157:4
**al** 1:7 3:7
3:21 164:5
**Allen** 150:9
**allowed**
93:18
**ambiguous**
96:5
**American**
101:12,13
**Americare**
139:17
**amount** 11:12
87:5,25
88:1
126:17
**amounts**
126:22
**Amy** 1:18 2:2
3:12 5:8
5:16 26:11
164:8
**amy.obri...**
15:12
24:10
**Andrew** 80:20
**answer** 9:15
9:16,17
14:1 33:25
83:12 90:2
92:21
97:17
100:19
109:10
**answering**
152:7
**answers** 9:11
10:4 12:7
20:9 94:8
**ANTHONY** 4:3
**anybody**

78:23 93:2
94:7
105:13
155:1,21
**anymore**
43:16 47:9
63:21
**anytime** 54:7
54:25
**anyway** 62:16
68:22
101:13
117:9
131:8
**aobrien@...**
25:5
**apologize**
75:5
**apostrophe**
24:20
**app** 25:13,24
26:2 27:9
64:17
**apparently**
79:21
**appear** 18:17
**APPEARANCES**
4:1
**appears**
134:19
163:6
**appliances**
64:14
**application**
30:12 39:6
41:5 77:13
134:23
**applicat...**
64:15
**applied**
101:5
**apply** 39:2
**applying**
79:23
**appreciate**
20:11
**appropriate**
99:7,25
106:11

approval
  158:10,13
approve
  158:3
approved
  56:16 57:8
  157:7
apps 27:7
April 42:20
  43:20
  46:21,23
  47:14,21
  50:6 70:9
  70:10,11
  70:12,14
  70:16
  75:15
  91:25
  92:15
  95:14 98:7
  98:19
  105:7,9
  106:1
  115:20
  120:11
  153:17,20
  153:21,24
  154:2
archive 64:5
ARPA 101:12
arrangement
  18:10 34:1
  34:5
arrangem...
  62:13,14
ASD 144:22
aside 106:21
asked 14:22
  14:24
  18:23
  30:13 36:4
  36:5 42:11
  68:4 73:12
  107:11
  149:7
  151:14
asking 18:5
  37:16
  67:13

78:25
128:9
assessment
  156:12
assistance
  109:3,7
assisted
  116:5
associated
  15:25 23:3
  23:5 32:24
  38:21 51:1
  57:13 65:3
  66:22
assume 76:2
assumptions
  113:4
attached
  2:25 11:9
  135:7
Attachment
  14:17,18
attention
  110:6
  118:18
attorney 6:5
  6:11,13
  8:19 9:7
  23:6 31:21
  31:21 32:1
  32:7 65:17
  145:21
  146:4,7
  163:13
Audrain 8:4
  8:22 26:19
  40:22
  60:16 61:6
  73:22,23
  74:2,13
  75:10,15
  81:19
  82:10
  89:23,23
  93:9
  101:25
  102:1,7,11
  102:20,25
  106:19

109:21
110:21
116:1,2
118:8
121:5
122:10,23
123:9,20
125:12
129:5,8,22
131:14
133:21
134:3
143:16
149:24
152:13
156:11,20
156:25
159:18,21
159:22,23
160:3
August 20:21
  25:10,12
  27:16,19
  59:25 84:6
  84:12
  85:23
  94:23,25
  98:23
  99:17
  103:6,18
  106:2
  107:21
  125:11,12
  126:17
  135:11
  156:16
Aussie 73:18
automatic
  29:13,19
  64:5
Auxvasse
  51:20 83:3
available
  100:10
awarded
  131:7
aware 19:4
  38:21
  40:23 51:5

56:18 64:7
64:10 84:3
102:25
106:17
107:15,19
118:25
133:7
147:13,17
148:9
150:7,13
150:14
Azalea
  120:14

_____
        **B**
B 2:7 24:22
back 14:13
  14:14
  21:14
  25:10,12
  34:12
  35:23
  36:20,22
  39:20,21
  39:24,25
  47:2,20
  48:5,7,25
  51:21 52:6
  52:12,19
  53:3,5,12
  53:13
  54:22 60:1
  61:12,15
  61:17 71:8
  73:3 78:7
  78:8
  100:25
  103:15
  105:14
  106:22
  112:14,15
  127:20
  134:16
  145:18,19
  158:7
  159:22
background
  9:6
bad 31:2

bag 20:7
Baker 141:21
  142:2
bank 49:10
  49:11,14
  49:15,17
  50:8,10,12
  50:14,14
  50:16,17
  51:1,5
  58:10,19
  75:3 76:11
  94:16
  117:22
  144:11
Bank's 49:18
banking 50:5
  50:6
bankrupt...
  29:17
bankruptcy
  28:9,13,19
  28:23
  132:13
banks 51:1
  109:25
banners
  124:8,9
Bar 137:12
based 29:10
  44:23
  109:16
basic 114:9
  117:5,17
basically
  49:19 76:3
  120:15
basis 16:12
batch 151:1
bed 119:6
began 47:12
  93:14
  157:5
beginning
  49:1 91:14
  109:15
  121:1
  138:4,15
  156:23,23

156:25
**behalf** 1:3
  3:3,19,21
  5:9 61:7
  62:9 164:3
**belabor** 9:6
**belief** 37:4
**believe** 6:4
  7:6 16:17
  18:1,4
  22:4 31:17
  31:18
  37:11,13
  42:19 46:5
  46:12,13
  46:25
  49:22,22
  51:19,21
  52:7 57:3
  57:5 61:9
  70:25
  72:15
  83:24 84:7
  85:20
  86:11 88:2
  88:15 89:1
  89:10 90:2
  90:18
  91:11
  95:20
  97:12,12
  99:12,21
  101:6
  103:2
  104:1
  105:10
  109:6
  114:21
  115:7
  118:10
  128:22
  129:17,22
  130:6
  131:7,8
  132:4
  134:7
  137:25
  138:4,7,8
  138:15

142:7
  144:18
  149:23,25
  150:1
  151:20
  153:7,9
  154:6
**bell** 144:24
**benefit** 38:6
  109:4,12
  142:22
**benefits**
  6:23 7:5
  36:1 41:1
  48:21
  54:22
  55:15 84:4
  99:6
  102:25
  106:10
  109:6
  117:7
  126:22
  147:18
  148:1,14
  155:6
**best** 9:14
  83:1 87:11
  87:13
  101:20
  102:18
  118:13
  127:13
  136:10
  139:17
  163:8
**bet** 14:12
**Beth** 97:3,4
  97:5
  123:18,22
  123:22
**better** 9:17
  21:22
  55:14
  64:12 92:2
  118:19
**Betty** 121:6
  155:15
**Betty's**

121:6
**beverages**
  9:23
**big** 81:24
  139:9
  140:25
  149:25
**biggest**
  18:13
**Bill** 155:18
  155:19
**billboards**
  124:12
**billing** 72:8
  72:10
  120:24
  121:10
  155:19
**bills** 60:8
  120:22
  138:14
**Binder** 81:1
  88:10
**Bio** 131:18
**biomeds**
  145:2
**bit** 14:11
  21:22
  40:10,13
  65:2 76:18
  95:9 107:9
  116:16
  118:20
  145:21
  146:11
  155:8,9
  156:18
  158:7
**BKD** 149:23
**Blakely**
  122:7,12
**Bleck** 141:19
**block** 75:22
**Blue** 99:11
  99:11
**blur** 120:11
**board** 89:2
  109:21
  134:7,7,14

**boat** 105:17
  105:20
**booklet**
  109:6
**borrowed**
  144:8
**bottle** 9:22
**bottom** 60:22
  115:22
**bought** 21:18
  42:20
  73:19,21
  134:25
**bounce**
  100:25
**branch** 49:20
**Brandon** 65:5
  65:6,15
  66:18
  69:23
**break** 9:21
  9:24 13:22
  29:19,20
  37:25 38:1
  39:14,22
  40:1 77:23
  78:9
  112:16
  145:20
**breakfast**
  119:6
**breaking**
  77:18
**brief** 78:14
**bright** 10:2
**bring** 12:15
  12:16
  19:14
  48:16
  61:16
  144:25
**bringing**
  55:12
  157:1
**Broadway**
  4:21
**broker** 83:24
  84:22
  90:13

115:1,6
**broker's**
  115:3
**brought** 9:22
  12:25 37:5
  75:14 79:8
  79:11,11
  97:15
  103:1,15
  128:11
  146:12
**Brown** 6:15
  7:17,20,22
  65:16
  145:24,25
  146:7
**buck** 156:12
**buckets**
  38:10
**build** 131:9
**building**
  56:2 60:25
  72:3,19,22
  72:23
  118:21
  119:7,9
  124:7
  129:16,17
  129:23
  131:11,12
  131:13
  135:2,6,7
  135:10,14
  153:9
**bunch** 14:6
  28:3 75:25
**bundles**
  59:23
**burned** 40:8
**business**
  32:6 33:6
  35:20
  52:24 73:5
  144:20
**bust** 138:25
**buy** 73:10,25
  74:2,5,14
  101:20
  128:12,13

**buying** 97:22

---

**C**

**C** 4:3  150:1
164:10
**C-o-r-y** 46:4
46:5
**c.countr...**
45:25
**c.county...**
46:6
**cafeteria**
46:24
95:17
**calculated**
113:10
**call** 6:10
17:17
19:24  24:1
24:2  32:16
32:22  54:4
54:5  55:20
64:23  68:3
73:5,7
96:15,17
96:20,22
97:1  98:14
100:17
109:7
120:8
**call-in**
95:15,17
**Callaway** 1:1
3:1,18  8:2
8:5,22
26:19  28:8
28:10,10
28:14
40:22
73:22  74:3
74:5  75:10
81:19
82:11
102:2
103:21,22
104:25
106:19
109:22
110:20

118:6
121:7
122:23
129:14
132:7
159:23
164:1
**called** 14:20
16:17
17:16
20:18
25:21,24
31:22,22
31:25  33:2
33:5,19
44:2  46:2
46:15
49:16
67:25
76:19
82:16  83:2
90:15
102:21
109:1
118:10
130:19
131:17,18
132:2
143:2
161:15
**calling**
31:25
**calls** 24:5
41:13  68:8
94:3  95:20
119:15
120:12,25
121:8
155:12
**camera** 10:3
**campus**
131:14
159:19,21
159:22
**cancer** 135:6
**Capital**
143:11,15
143:24
**car** 77:17

**card** 35:20
37:19
57:23
127:24
**cards** 150:22
**care** 21:14
43:18
46:19  64:2
75:13,14
84:8,9,11
93:2  98:16
119:25
129:5
142:19,21
143:21
144:12,14
144:22
157:1
**Carrado**
134:11
**carried**
90:19
**carrier**
84:18,19
90:25
91:10
**carry** 29:14
**Carter** 66:10
70:5  71:17
73:16  80:4
119:18
120:2
154:13
**case** 1:5  3:5
6:3  78:23
116:22
147:15,19
161:8
164:3
**cases** 24:22
**cash** 11:15
110:5,9,22
111:7,9,14
**catch** 105:6
**categories**
117:7
**Catholic**
32:14,17
**Cattle**

131:24
**cause** 3:17
**CCR** 4:20  5:4
163:20
**cell** 33:5
65:11
**center** 74:13
82:11
102:7
103:1
106:19
131:2,9,19
135:6
**Central**
49:10,11
49:14,15
49:17,18
50:8  76:10
**CEO** 8:2
55:23
60:14,15
61:6  73:11
149:20
150:12
156:12
**certain** 3:17
64:6  66:19
**CERTIFICATE**
163:1
164:6
**certified**
3:16  19:4
67:14,17
67:19
127:18
136:14
163:3
**certify**
163:5
**CFO** 88:14
**chance** 79:5
**change** 56:8
56:9,19,22
57:4,8
73:24
76:14
86:14,16
110:7
161:23

**changed** 15:7
110:1,2
117:7
**changes**
12:18
**charge** 11:22
17:14
22:12,15
55:9  77:1
159:14
**charged**
119:1
**charges**
148:16
164:13
**charities**
32:17,24
**chart** 49:19
**chat** 27:5
64:23,25
**check** 11:12
11:15  29:6
29:20
48:11
57:20  58:3
58:7,12
74:25
117:13,14
118:5
162:4
**checks** 48:6
48:17
50:17,19
53:21
55:11  59:6
59:9,16,22
94:13
105:12
117:11,18
117:19
118:4
**chief** 61:23
**choose**
111:14
**CHRIS** 4:14
**Christmas**
20:23  21:1
**Christy** 8:3
81:6

159:21
chunk 124:21
church 35:22
circle 14:13
Circuit 1:1
3:1,18
164:1
cities 40:22
citizen 32:3
32:4,8
city 41:16
49:9,15
52:16
82:16,17
83:2 96:17
135:16
150:1
158:20
claims 84:24
87:3,6,22
88:1,2
100:5,12
125:19
clarific...
92:1 152:9
clarity 75:8
class 107:16
107:22
108:1
clean 61:5
clear 73:22
80:19
85:17
154:11
cleared
58:16
client 79:2
124:22
155:2
Cliff 17:19
22:8 31:23
32:15,23
39:9,11
57:3
Clifton
150:9
clinic 29:1
29:2,3
43:1,3,5

51:18,18
51:19,20
53:8,12
82:14,19
83:1 92:7
128:10
132:11
135:3,10
135:13,14
135:16,17
135:17,18
135:20,21
137:4
157:13
clinics
26:17
54:13 62:2
62:3,5
81:21 82:4
82:9,13
93:13
103:3
123:1
124:9
134:19
135:1,2
139:7
close 63:1
closed 46:12
47:18
97:12
Club 66:8
co-pay 114:7
Coincide...
98:25
Cole 31:22
32:12
33:23 34:2
46:15
51:14,23
51:25 53:4
53:22,25
55:13 59:6
59:10,16
69:13
118:15
Cole's 138:2
Columbia
3:15 4:5

4:22 52:4
52:6
164:11
combination
90:17
combined
37:2
come 27:9
36:17
40:15
41:11
44:25 48:6
48:15 51:9
51:10
66:11,23
71:8 79:7
105:12
106:22
118:22
119:7,9,16
158:21
comes 111:4
145:9
164:7
coming 60:3
76:10
149:1
comment
119:7
commissi...
163:4
communicate
62:25
communic...
24:4
communic...
26:21 45:9
62:11
64:14
communic...
55:6 95:18
community
21:14,15
32:6 33:24
43:17
60:16 61:3
61:6 82:11
89:23
118:6

120:3
123:9,20
129:8
131:14
132:7
134:14
companies
8:25 23:3
68:17
132:23
149:14
company
16:22
54:12
73:10
81:10
85:19 86:8
86:11
120:14
137:25
138:2
144:18,20
145:5
completing
143:5
compliance
61:15
computer
19:16
64:12,21
120:16
123:4
concept
159:10
Concepts
140:1
conceptual
37:16
concern 63:7
concerns
85:23
concluded
162:10
conclusion
111:21
conference
96:23,24
119:6
conflicts

106:17
Congratu...
20:2
Congressman
11:19
connection
96:3
considered
103:16
consistent
127:8
consiste...
122:15
constant
62:11
constantly
119:25
constraints
157:5
construc...
56:15
137:25
138:2,12
140:13
consultant
72:9,9
93:25
154:17
contact
31:13
32:12
44:20
63:18
80:17
128:5
contacted
21:9,10
45:20 73:2
contacts
55:23
content
40:10
contest 9:13
context
133:20
143:13
continue
42:22
119:11

continuing
43:6 94:4
contract
18:10
57:25
60:12
109:17
156:1
contracted
19:17
20:13
41:18 42:2
contracting
16:11
contracts
61:7 62:15
62:17
control
160:2
Controller
14:20
51:14,25
54:24 55:6
88:9 89:4
89:9
125:15
152:20
controlling
160:12
conversa...
21:12
55:22
78:14
conversa...
49:4 55:5
94:23
154:16,20
Cooperative
90:14
copied
125:25
148:20
copies 13:21
15:9 40:1
70:7 147:3
copy 7:12
11:8 15:4
19:13,15
40:7 58:12

63:20,23
64:1 87:7
121:18
161:9,11
Corey 88:9
125:15
136:15
Cornerstone
135:10
Corona
102:24
Corp 2:10
13:15
132:23
156:1
corporate
68:6 70:24
71:25
72:12,13
72:14,16
74:20,24
75:5,7,7
75:11,11
75:12,16
76:10 81:5
83:14 84:1
84:20 89:4
89:9,11,13
95:24 96:3
96:5 120:6
120:7
122:22
152:19
153:2,5,12
155:12,19
corporation
16:24 71:1
75:6 132:3
correct 8:17
8:18 10:11
16:7,8
19:18
22:11
33:20
35:16,17
41:13,19
42:13
53:14
57:17

58:14
62:22
63:22
70:10,15
70:17
71:12,13
74:16
78:12
79:11
80:21,22
82:2 83:8
83:9 85:25
103:7,8
105:2,23
106:4,12
106:13,16
111:19
113:1
115:6,21
115:25
117:8,9
121:24
124:4,24
125:2
136:4
146:18,22
152:17,21
152:22
153:6,23
154:4,9
155:7,22
156:5
157:16
159:1
161:12
corrected
153:21
corrections
161:7,15
correctly
110:13,15
correspo...
34:22 35:1
86:20
Cory 44:21
46:4,13,25
48:14
53:11 54:5
54:5 55:18

55:23
61:10,12
66:10,11
97:15,16
98:6,14
104:5
118:1
128:11,14
158:9,12
cory@pla...
46:2
cost 149:23
Cotton
139:22
counsel 5:2
5:2 18:23
19:2 40:9
67:13 68:1
116:5
163:10,13
count 81:23
Country 66:8
Countryman
44:21 45:4
45:21,23
46:7 47:1
48:14,16
48:20 51:9
53:11
55:11 59:9
66:10
97:15
98:15
104:5
118:2
128:11,14
158:9
county 1:1
3:1,18
8:22 40:22
41:16
68:18
164:1
couple 13:4
25:20
31:18 54:4
120:5
132:23
151:25

153:1
158:5
course
153:16
Court 1:1
3:1,16,18
163:3
164:1,14
cover 81:18
Covid 103:3
120:15
CPA 23:23
crack 10:1
created 63:3
76:24
124:8
125:17
credit 40:25
57:23
127:24
credits
30:11
151:17,19
Creek 4:9
cringing
12:12
Cross 99:11
Crystal
136:19
cubicles
153:8
current 8:10
16:11,15
67:12 68:4
90:3
126:24
151:18
currently
18:9 19:17
24:24
47:11 58:1
cursor 79:17
custodian
12:16
custody
164:9

_____
D
_____
D 2:1

| | | | | |
|---|---|---|---|---|
| D-a-y-d-r-a | 25:5 | 114:6 | deposes 5:10 | determining |
| 137:22 | deadline | Defendants | deposit | 159:11 |
| dad 142:8,9 | 53:18 | 1:8 3:8 | 58:14,15 | development |
| Dade 116:11 | deal 37:23 | 4:7 5:2,10 | 59:2 75:1 | 19:23 73:5 |
| daily 45:5 | dealing | 29:5 | deposited | 79:16 |
| 45:10,10 | 17:22 | definitely | 117:14 | 139:9 |
| 55:6 | 38:25 62:6 | 46:15 | depositing | Devine 137:4 |
| 120:23 | 64:15 | Deiters 65:5 | 58:6 | Diamond |
| 155:12 | dealings | 65:6,15,22 | deposition | 139:13 |
| Dallas 69:13 | 65:4 | 66:1,18,25 | 1:18,21 | diff 113:4 |
| Dan 142:6,9 | debts 36:19 | 67:23 | 3:12 5:3 | difference |
| date 5:23 | December | 69:23 | 5:17,25 | 113:17 |
| 10:22 | 17:5 21:6 | deletion | 6:7,10,22 | 132:25 |
| 20:17 21:7 | 21:7 22:13 | 64:5 | 7:7,10,13 | different |
| 21:7 31:17 | 22:15 | deliver | 7:17,19,21 | 6:24 10:8 |
| 72:2 78:25 | 31:15 | 48:14 59:9 | 8:8,17 9:5 | 11:24 13:4 |
| dated 70:9 | 33:19 39:4 | delivered | 12:7 18:17 | 38:9 52:15 |
| Dave 152:19 | 41:19 58:3 | 59:12 | 18:20 67:7 | 52:20 56:2 |
| David 89:1 | 58:4 73:13 | delivery | 70:8 | 76:3 85:19 |
| 141:17 | 73:21 | 164:12 | 104:17 | 95:9 107:9 |
| 155:18 | 86:15 | denied 39:4 | 107:1 | 117:20 |
| day 3:14 | 101:8,21 | 57:9 | 108:8,16 | 118:3 |
| 7:21 12:8 | 109:19 | Denise 142:4 | 112:7 | 125:8,20 |
| 33:3,24 | 127:16 | 142:15 | 121:14 | 129:3 |
| 34:16 | decide 14:9 | Dennis | 124:20 | 132:2,23 |
| 45:11,13 | decided | 142:13 | 145:22 | 134:20 |
| 46:22 48:6 | 106:7 | dental 83:25 | 146:6 | 146:14 |
| 49:8 52:2 | 112:16 | 84:25 | 148:19,25 | 148:11 |
| 52:12 | decision | 85:11 | 161:5,6 | 149:13 |
| 89:15 96:9 | 92:24 | 90:19 | 162:10 | 160:5 |
| 110:24 | 93:20,21 | 114:7 | 163:7,11 | differen... |
| 111:5 | 94:8,12,14 | department | 164:6,8,12 | 113:8,9,25 |
| 120:8 | 95:6 | 6:4,13,16 | derailing | 114:1,4 |
| 121:8 | 103:20 | 6:17,17,18 | 75:17 | direct 59:2 |
| 125:7 | 104:4,6 | 6:21,24 | Dermatology | 155:9 |
| 133:16 | 105:21 | 41:9 53:10 | 139:6 | direction |
| 151:10 | 153:22,25 | 55:7 57:1 | described | 163:9 |
| day-to-day | 154:2,9,21 | 68:7 69:15 | 14:6 78:19 | directly |
| 157:10 | 155:1 | 93:3,5 | 134:21,22 | 149:16 |
| Daydra | 156:13,19 | 116:18 | description | director |
| 137:20 | 156:22 | 147:4,20 | 14:7 | 19:23 81:5 |
| 138:4,11 | 157:8 | 147:24 | designed | 97:6,7 |
| days 31:18 | decisions | 151:7 | 123:14 | 121:2 |
| 52:3 53:8 | 70:13 95:3 | 157:12 | desire 21:13 | disability |
| 53:12,13 | 153:16 | 158:18 | desk 27:20 | 114:12,13 |
| 53:15,16 | 157:19 | 159:8 | 60:20 | 114:19 |
| 56:10 | decline | 160:4,6 | detail 115:8 | disappro... |
| 128:1,3 | 158:3 | departments | deteriorate | 131:15,20 |
| deactivated | deductions | 157:13 | 61:4 | discern |

130:16
discipli...
  159:20
  160:8
disconti...
  109:9
discovery
  12:10
discuss
  35:25 53:5
  154:9
discussing
  38:5
discussion
  34:11
  93:23 98:3
  153:15
discussions
  48:20
  88:17
  155:4,5
disk 12:20
dispute 11:1
  122:11
distinction
  31:5 40:19
  69:14
  148:5
distribute
  48:7
distribu...
  48:11
  59:11
  130:25
District
  137:6
  138:21
dive 37:24
divide
  119:19
divisions
  6:24
DJA 130:25
  131:1
doctor 53:1
  162:2
doctors
  11:22
  52:16

139:18
140:3
document
  13:3,5
  71:5 76:18
  79:8
  107:12
documents
  8:8 11:5,9
  12:15,17
  13:5,6
  14:18,19
  15:5,8
  78:19,21
  107:12
  118:23
  133:12
  146:11
doing 30:25
  31:3 62:10
  68:5,10,20
  76:25
  97:20
  100:24
  103:13
  117:3,23
  146:6
  150:17
  160:15
dollar 38:4
  101:22
  131:9
dollars
  36:10
  101:7,8,24
  151:21
domain 65:9
Don 73:7,9
  73:16
  77:16 80:4
  84:6 94:20
  94:22 95:4
  95:5
  118:25
  119:6,9,24
  121:2
  133:9
  144:18
  154:13

155:14
156:15
Donald 70:3
  71:11 73:1
door 120:23
double-c...
  161:25
Dr 134:11
draw 111:8
  148:5
drawn 50:17
  58:10,19
  75:3
Drew 77:16
  80:21,23
  84:8 94:20
  95:4,6
  96:8 97:15
  101:7,16
  119:23,25
  131:6
  133:9,19
  144:8
  154:13,14
  156:13,17
  157:7,8
  158:1,9
drilling
  75:23
drive 2:12
  12:25
  14:10,23
  16:9 37:5
  37:9 40:1
  40:2,8,10
  100:2
  147:8
drop 43:4
dropped
  86:17
  156:16
drove 49:9
due 56:9,15
  91:20
  109:9
duly 163:4,7
dumb 6:7
  67:10

**E**

E 2:1,7 46:4
E-I-D-L
  102:22
e-mail 2:21
  2:22 15:10
  15:11,13
  15:19,23
  15:24,25
  24:5,11,13
  24:19,24
  25:2,6,9
  27:11
  29:24 30:8
  33:15
  34:22,25
  35:8,14,19
  42:12,16
  44:4 45:6
  45:23
  62:21
  63:11,15
  64:2,8
  65:24,25
  67:17
  78:16 79:7
  79:18,21
  84:6,11,15
  86:25
  104:12
  115:6
  119:17
  121:18
  122:1
  124:22,23
  124:24
  125:2,4,8
  125:16
  126:2
  127:17
  130:10,13
  150:2
  151:20
  152:12,14
  152:16
e-mailed
  47:16 84:7
e-mailing
  129:2

e-mails 64:6
  67:21
  83:23 87:8
  115:5
  130:7,17
EAP 109:1
earlier 41:1
  76:12
  80:21 86:9
  114:8
  134:21,23
  145:21
  155:11
  156:18
early 59:24
  79:6 90:21
  128:10,11
  156:15,16
earnings
  113:4
easier 63:5
easily 12:13
east 4:21
  68:17
  135:5,7,11
  135:18
Economic
  19:23
  79:15
Edge 140:21
educated
  127:12
effective
  70:10
efforts
  105:5
Eidl 102:22
eight 18:12
  18:13
either 8:22
  22:24 23:3
  23:11,20
  24:19 30:8
  40:21 45:5
  48:13,13
  51:16
  61:23
  62:17,24
  64:4 68:1

96:10
106:18
109:4,11
118:1
128:4
148:16
155:24
158:3,20
161:14
**electronic**
2:19 25:13
58:17,22
64:14
74:25 75:2
78:20 96:3
112:22
120:13
160:1
**electron...**
47:8 58:6
76:9
**Ellefsen**
97:3,5
123:18
**employ** 76:24
**employed**
15:15 16:7
16:10
41:21
42:15,21
43:25
44:11 77:5
135:20
136:2
152:24
156:6
157:14
163:10,13
**employee**
2:15,16
12:2 30:10
36:1 40:25
46:24 53:9
72:20
81:23 84:4
95:15
98:13 99:6
108:22
109:3,7

112:24
115:24
126:22
146:3
147:2
159:16,18
159:19
163:12
**employee's**
77:3
**employees**
34:12 43:2
43:3,17
46:16 47:1
47:16 49:2
61:11
70:13
81:19 82:3
86:12
89:19 91:5
91:9,23
92:2,13,15
93:20
95:13
98:12 99:6
100:9,17
101:2
103:9
105:1,4,11
105:22
106:18
109:24
110:8
111:8,20
115:19
117:11,17
127:5
135:25
136:8
146:14
147:15
150:20,21
151:11
153:16
155:1,21
156:19
158:23
159:7
160:11,15

**employees'**
86:6
**employer**
43:21 47:5
90:5
**employment**
8:21 42:17
42:23 47:6
76:24
111:13,21
116:18
147:18
155:23
160:8
**empty** 109:25
**ended** 42:23
**endurance**
9:20
**Ennis** 134:4
**enrolled**
47:11
**enter** 62:8
**entered**
78:23
**Enterprises**
138:16
**Entertai...**
140:25
**entirely**
23:12
**entities**
17:12 23:2
38:13,17
38:23
66:19 70:1
76:4,17
78:24
80:12
107:7
117:20
118:4
153:13
155:24
156:9
**entity** 16:25
43:21 44:1
44:11
65:19
69:25 71:4

76:19
118:14
129:3,24
130:17
132:2
159:6
**entity's**
77:2
**equipment**
145:6
**ERC** 150:4
151:16,19
**ERISA** 148:13
**errata**
161:15
**especially**
157:25
**essential**
103:16
**essentially**
135:5
151:2
**establish**
51:4
**established**
16:22
157:24
**Estate** 28:20
129:9,19
137:2
140:7
**Estates**
139:22
**estimate**
87:13,16
88:4
127:12
**estimating**
87:17
**et** 1:7 3:7
3:21 164:5
**EV** 113:23
**eve** 113:4
**evening**
113:8,9,24
113:25
114:2
**eventually**
37:15

**everybody**
35:20
69:17 75:8
77:4 94:4
101:17
103:12
104:12
106:8,9
111:22
117:19,23
120:19
127:20
**Ex** 48:13
59:15
118:1
**exact** 5:23
65:7 89:14
92:21
113:9
122:3
132:21
**exactly** 10:7
10:10
15:22
46:22
48:22
49:12
128:23
**Examination**
2:3,4,5
5:11 152:4
160:20
**examined**
3:13 5:9
**example**
116:24
**excited**
21:15
**Excuse** 44:9
155:8
**Exhibit**
10:15,18
10:18,20
11:5 13:13
13:14,16
13:17
14:14 67:2
67:4,7
70:8,19

71:3 78:4
79:9,11
81:9
104:14,17
106:23
107:1,7
108:5,8,13
108:16
112:4,7,16
112:16,19
115:13,16
116:25
121:11,14
123:10,13
123:23
124:17,20
124:20
132:15,18
**Exhibits**
2:25 13:10
13:12
**exists** 147:7
**expect** 127:2
**expectation**
31:10
**expected**
29:9
151:19
**expecting**
47:20 49:2
49:9 100:7
**expenses**
127:25
138:5
**experience**
119:24
**expert** 11:23
**explanat...**
18:7
**expressly**
5:6
**extend** 41:5
**extension**
39:2,6
56:9,15
57:4,8
**extra** 92:7,9
113:11
**Eyers** 141:17

**EZ** 90:15

─── **F** ───

**Facebook**
27:2
**facilities**
56:16 57:1
81:24 82:7
93:10
101:25
102:21
112:24
121:21
122:24
134:20
135:25
136:1
138:12
149:20
153:22
159:19
**facility** 8:5
8:5 51:17
116:2
152:13
160:3
**fact** 71:14
133:9
141:13
**fail** 83:10
**fair** 10:23
14:7 40:19
58:16
71:24 79:2
146:8
154:20
155:20
156:6,12
159:7
**fairly** 69:10
**familiar**
17:19 30:4
45:25 46:1
71:3 81:12
112:19
147:24
**Family** 82:19
83:4 137:4
**far** 9:15

59:17
95:12
112:2
116:4
117:24
118:16
124:11
131:22
148:17,18
157:19,19
159:14
**fast** 79:6
**father** 60:21
**February**
1:19 3:13
15:21,22
28:17,18
74:11,14
74:22,24
83:7
102:10
134:8
164:8
**Fed** 48:13
59:15
118:1
**federal**
40:25
101:11,14
102:8
**feel** 10:3
46:23 96:9
96:11
**fees** 76:7
84:24
**fell** 115:11
**felt** 74:11
125:9
**female** 23:18
23:19,21
**fight** 79:3
**figure** 36:15
36:17 37:5
49:20
95:21 96:5
146:14,22
**file** 14:10
30:1,2
146:17

159:18,19
**filed** 28:13
28:16,19
30:11,13
56:20,23
57:3,4
68:6 100:8
107:6,20
107:21,23
145:6
147:14,18
147:21
148:16
**files** 12:20
14:1,2,3
14:12,24
15:2 37:18
40:9 100:3
146:22
159:16
160:2,4
**filing** 28:8
28:23
68:21 76:7
132:12
150:4
**filings**
40:21,24
**fill** 93:18
157:3
158:11
**finances**
93:25
**financial**
157:5
**financially**
163:14
**find** 12:3,19
14:22 26:6
30:18 64:9
64:13
114:22
**fine** 28:6
**fire** 156:19
158:8
**fired** 156:21
**firing**
158:14
**firm** 93:24

149:25
164:9
**firms** 149:19
150:10
**first** 10:20
15:6 20:12
20:14,15
20:16 21:2
21:9,10
31:13
42:19
46:11,13
47:14
51:22 56:7
57:20
63:10
70:18,21
71:5 73:2
73:5 77:21
77:24
83:10 84:3
89:23
93:15
97:11,19
98:22 99:9
99:10,12
99:16
102:14
103:6,11
107:15,18
107:21
120:20
132:22
134:7,15
134:18
144:12
146:4
153:17
156:20
**fixed** 145:6
150:25
**flash** 37:5,9
**flew** 52:5,6
**floor** 131:10
**FMC** 130:19
132:11
**focused**
73:23
**folder** 37:13

| | | | | |
|---|---|---|---|---|
| 37:13,17 | 31:24 54:5 | 64:23,23 | **G** | **giving** 18:20 |
| **folders** 14:2 | **forwarded** | 64:25 | **g-mail** 24:15 | 36:14 |
| 14:3 | 124:22 | 160:15 | 62:24 65:8 | **glad** 153:21 |
| **folks** 8:7 | **Foulston** 4:9 | **fund** 85:5,8 | **G-r-o-n-e-r** | **go** 9:14,24 |
| 17:22 | **found** 10:21 | 89:20,25 | 17:17 | 12:3,13 |
| 18:10 | 15:2 77:13 | 100:14 | **gambit** 60:24 | 26:9 35:23 |
| 23:10,16 | 79:16 | **funding** | **garnished** | 36:20 52:1 |
| 24:5,14 | 93:18 | 47:19 | 144:11 | 60:23 61:5 |
| 27:3,5 | 129:13 | 105:11 | **Gary** 17:17 | 72:22 |
| 28:2 30:8 | 148:22 | 109:9 | 22:17 23:5 | 77:18,23 |
| 30:22 | 155:10 | 131:15 | 36:6,7 | 77:24 |
| 31:14 36:1 | **four** 18:14 | **funds** 30:12 | 58:9 | 92:19 |
| 40:13 43:7 | 18:14 24:3 | 49:11,13 | **Gash** 121:1 | 93:16 96:6 |
| 44:17 | 44:8 51:24 | 59:5 60:7 | **general** | 96:7 112:9 |
| 51:24 56:3 | 59:13 | 101:9,12 | 49:25 77:2 | 127:6 |
| 57:17 59:5 | 70:18 | 102:6 | 134:12 | 128:6 |
| 61:21 | 151:21 | 104:10 | 138:18 | 137:12 |
| 62:20,25 | **fourth** | 151:17 | **Generally** | 145:12 |
| 64:15 76:9 | 108:21 | **funny** 116:21 | 157:12 | 146:12,24 |
| 100:6 | **frame** 113:10 | **furlough** | **generic** 75:7 | 147:9 |
| 116:21 | **frames** 21:8 | 2:20 92:19 | **gentleman** | 155:9,10 |
| 125:20 | **frankly** | 93:7,20,21 | 73:4 | 157:4 |
| 127:14 | 151:11 | 115:19 | **gentlemen** | 159:22 |
| 128:19 | **fraud** 119:1 | 153:16,25 | 72:25 | **goal** 151:10 |
| 155:24 | **free** 20:20 | 154:2,24 | **getting** | **Goh** 104:20 |
| **follow-up** | 20:20 | 155:1 | 19:21 44:5 | **going** 6:6,11 |
| 49:4 | 96:23,24 | **furloughed** | 55:7 60:2 | 9:1 10:22 |
| **follows** | **frequently** | 46:22 | 60:6 76:9 | 12:3,9 |
| 164:7 | 37:23 | 70:14 | 76:15 | 13:9,19,24 |
| **foot** 89:23 | **Friday** 28:17 | 89:11,12 | 83:22 | 14:13 16:5 |
| **foregoing** | 43:4 46:12 | 92:13,15 | 98:17 | 18:2 19:7 |
| 163:6 | 97:12 | 92:23,24 | 106:5,6 | 20:17 |
| **foremost** | **friends** | 93:2,12,18 | 118:8 | 23:11 |
| 48:25 | 35:18 | 95:14 | **Gibboney** | 25:10,12 |
| **forget** 25:21 | **front** 14:15 | 103:10 | 88:9 | 27:7 28:5 |
| **forgiveness** | 49:1 60:20 | 105:4 | 125:15 | 29:11,11 |
| 102:11,14 | **full** 10:5 | 111:22 | 136:15 | 31:3,11,24 |
| 102:17 | 139:20 | 115:25 | **give** 30:19 | 32:13,14 |
| **forgot** 27:9 | **full-time** | **furloughing** | 32:16 34:4 | 32:20 34:2 |
| **Form** 143:2 | 108:22 | 70:13 | 34:7 36:14 | 34:8 39:13 |
| **formal** | **Fulton** 29:1 | 98:12 | 40:4 69:8 | 40:4 43:2 |
| 148:16 | 29:3 40:22 | 103:12,17 | 87:3,4,11 | 45:15 47:2 |
| **format** | 51:20 52:5 | **furloughs** | 87:13 | 47:13 48:5 |
| 112:19 | 78:10 | 103:11 | 97:17,23 | 49:21 |
| 113:1 | 82:14,25 | 135:23 | 128:16 | 53:11,13 |
| **former** 67:13 | 132:6 | **further** | 158:13 | 60:2 61:14 |
| **Fortune** | 149:24 | 48:20 | **given** 5:17 | 61:14,22 |
| 136:25 | **function** | 160:17 | 9:5 59:2 | 63:12 |
| **forward** | 26:14 | 163:12 | 117:11 | 72:10,20 |

73:10 76:6
79:10,17
80:19
83:12 84:9
87:19 92:7
93:1,4,5
100:10,13
100:14
101:7,18
103:21
104:16
105:9
106:25
108:7
112:6
119:4
123:17
131:18
133:21
134:16
138:25
147:10
149:8
151:21
152:1
155:8
157:20,24
161:23
**good** 5:13,14
9:15 10:7
43:19 60:5
63:5 87:16
94:5
**goodness**
149:25
**goofy** 18:3
**Google** 79:17
**Googled** 23:4
23:5
**Gordon** 146:9
**gotten** 30:23
68:22 72:8
79:21
112:25
**government**
101:14
102:8,24
148:5
**governme...**

**governments**
41:16
**Grace** 137:4
**grant** 2:14
77:14
79:23
80:14
101:5
131:9
**granted**
56:10
**great** 21:21
87:15 92:1
100:24
**Green** 136:19
**Greenstein**
17:18
22:17 23:6
23:14
40:14 58:9
68:15
**Greenste...**
22:22
**Groner** 17:17
21:11 23:4
23:14
40:14
68:15
**Groner's**
22:12,19
**group** 6:5
16:18
22:12 23:9
41:22,25
51:17,24
53:10
57:11
103:9
131:17
136:23
138:18
139:13
142:19,21
143:21
155:25
**groups** 12:2
**guess** 34:17
34:21

40:18 45:3
45:5 63:12
64:11
66:14
68:20
81:16 88:9
91:3
104:11
111:2
116:2
127:10,11
127:12
136:10
150:16
156:15
**guessing**
66:2 91:4
152:25
**guy** 10:21
116:11
**guy's** 83:23
128:24
**guys** 76:6
84:8 93:1
**GYN** 135:20

-----

**H**

**H** 2:7
**half** 99:14
99:15
113:19
**hand** 79:10
88:3
104:16
106:25
108:7,15
112:6
124:19
**hand-signed**
117:18
**handed** 12:25
67:6 118:2
121:13
**handing**
10:17 70:7
115:15
132:17
**handle** 26:2
**handwritten**

117:11
**happen** 28:5
61:5 78:13
89:12 91:2
153:25
**happened**
49:12 52:7
53:14
73:23 74:8
75:15
96:11 98:5
104:1,9
106:14
120:21
131:15,16
154:2
**happening**
88:17 93:6
107:19
**happens** 9:25
**Harmonized**
136:23
**Hartford**
85:20
90:20
114:10
115:8
**hate** 127:11
**hats** 32:5
**Hawthorne**
66:8,20
**HC** 81:5
136:21
**head** 9:14
10:6 36:7
116:18
**headings**
13:5
**health** 2:10
2:11 7:2
13:15,18
21:14
30:11
31:23 41:9
43:18 44:2
44:3,5,6,7
44:9,9,10
44:12,22
57:2 64:1

67:13
68:19 73:1
75:6,13,14
75:14 80:6
80:7 81:9
81:12,17
81:18 82:8
82:14,17
82:17,18
82:18,18
83:1,2,3,3
83:3,4,4
83:10,18
83:21,25
85:24 86:2
86:5 88:14
88:22
90:15,22
91:16 94:9
97:8
100:12
101:1,19
109:5
118:8
119:25
120:14
121:23
122:20,21
122:24
123:6,7,8
123:19
124:3,8
125:11
126:4
129:5,9,18
130:5
131:2,8,10
132:3,4,6
132:23,24
134:3
135:19
138:18
141:6
142:17,19
142:21,21
143:21
144:12,14
144:22
152:10,13

153:8
154:21
155:2,3,21
156:1,7
159:18
160:22
**Healthcare**
74:1
**hear** 31:20
69:4 97:11
97:14
**heard** 22:24
23:2 29:9
31:17,18
66:21
72:17 79:1
79:5 80:6
80:8
102:23
107:18,19
122:2
129:5,9,18
129:24
130:19,22
130:25
131:2,23
132:2,6,11
133:11,16
136:11,17
138:22,24
139:25
141:6,8,13
141:14
142:7,17
142:19
143:2,4,7
143:9,11
143:12,15
143:16,17
143:21,24
144:17,22
145:1
146:8
**hearing**
110:13
**hearsay**
142:11,12
**heat** 61:2
**Height**

140:23
**Heights**
139:24
**held** 73:17
**help** 16:12
16:13
20:10
21:14,16
24:10 26:8
95:18
120:1
**helped** 54:17
54:20
116:8
126:1
**helping**
119:20
151:6
**Heritage**
137:8
**Herman**
128:22
129:1
**hey** 53:11
**higher** 127:5
127:6
**Highland**
143:24
**Hill** 143:24
**hire** 61:11
61:12
156:19
158:8
**hired** 61:21
72:9,20
81:5 83:7
95:18
156:21
157:1,4
**hiring** 59:25
157:24
158:14
**history**
156:24
**Hobbes**
134:13
**hold** 45:15
87:19 89:8
**holding** 20:7

**holdings**
70:25 71:1
71:4
130:20
133:4
136:17
137:2
140:7
143:7,9
145:1,3
**holiday** 48:2
48:3
109:18,23
110:22
111:4
113:12,12
113:17,19
113:20
**holidays**
47:18 48:5
109:20
**home** 8:14
63:23,25
64:2 78:20
**honest** 12:6
**honestly**
6:25 96:1
**hope** 50:2
84:8,11
151:12
**horrible**
75:23 76:6
**hospital** 8:3
15:8 16:1
21:13,16
21:24 28:7
28:8,14
31:24
32:10 34:1
34:2 36:19
42:20 45:9
46:12,14
46:15
48:17
51:20 53:9
57:14,22
60:1,16
61:6 62:4
63:24

73:22 74:2
74:3,5
82:11
89:24 93:1
93:9 97:16
97:22
101:25
102:2
103:16
118:6
120:17
121:24
123:9,20
124:11
125:13
128:12
129:8,15
131:14
132:7
133:8
140:23
146:22
157:3,11
157:24
159:7,11
**hospitals**
8:23 17:25
22:2 25:14
25:22,25
26:14,17
26:17
32:25
38:14,22
41:6 42:9
42:22 49:7
73:10,19
82:4,8,10
93:11
149:14,19
150:12
**hour** 7:23
11:22
18:16
39:14
113:11
148:12
**hourly** 16:12
58:5
**hours** 3:13

7:11 18:13
77:2 98:1
110:2,10
111:13
113:9,10
**house** 66:7
66:12,20
139:20
**Hoyt** 121:5
155:15
**HR** 8:3,4
81:6 147:4
160:4
**HRSA** 30:12
101:5,9,10
**HUB** 83:22,24
84:1,22
115:8
**huh-uh** 7:14
10:8
**Human** 160:7
**Humana** 75:13
75:14
84:19,20
**hundred** 28:5
**husband** 8:16

**I**
**I-70** 124:12
**I-9** 47:6
160:8
**idea** 94:5
158:16
**identifi...**
10:16
13:11 67:5
78:5
104:15
106:24
108:6,14
112:5
115:14
121:12
124:18
132:16
**identify**
94:18
**II** 129:19
138:21

| | | | | |
|---|---|---|---|---|
| imagine | 164:2 | 91:10 | 148:5,12 | Jackson |
| 114:25 | individuals | 99:22 | 148:17 | 135:7 |
| immediate | 128:12,13 | 100:7,9 | Investment | Jan 121:5 |
| 101:21 | infinity | 101:2 | 139:13 | 155:15 |
| immediately | 27:8 | 106:10 | Investments | January 11:1 |
| 46:17 | information | 114:9,13 | 137:18 | 11:9 19:7 |
| impacted | 14:25 | 142:24 | 139:20 | 44:15 |
| 135:25 | 16:10,12 | insurer | 140:11,15 | 47:17,23 |
| important | 20:19,25 | 83:20 | investors | 47:23 |
| 35:19 | 28:3,7 | intended | 104:11 | 90:13 |
| 98:16 | 29:23 30:2 | 10:2 | invoice | 107:16 |
| impression | 30:10,12 | intending | 115:4 | Jay 116:11 |
| 22:11 | 30:17,18 | 38:5 | invoices | 116:18,22 |
| In-patient | 30:19 | intentio... | 84:7,24 | jdmrepor... |
| 140:19 | 32:11 34:4 | 35:12 | involved | 4:23 |
| include | 35:5 36:15 | interact... | 12:17 | Jeannette |
| 26:17 | 37:4,9 | 120:7 | 32:10,19 | 1:2 3:2,19 |
| 87:25 | 39:5 41:2 | 133:25 | 58:1 95:3 | 104:22,24 |
| 127:24 | 42:4,8 | interest | 95:5 104:6 | 164:2 |
| 128:1,3 | 47:7,7 | 21:23 | 119:11 | Jeff 8:2 |
| 155:5 | 55:8 59:3 | 106:17 | 143:5 | 95:18,22 |
| included | 79:23,25 | interested | 144:5 | 97:2 121:3 |
| 107:3,4,8 | 80:17 | 73:6,12 | 154:16,17 | 121:3,7 |
| 108:9 | 117:5,15 | 97:22 | 155:2,4 | 149:7 |
| 128:18 | 117:18 | 125:12 | Iowa 73:3 | 155:14 |
| 132:13 | 128:14,16 | 163:14 | 77:13 | Jeremy 70:21 |
| 146:12,17 | 146:13 | interesting | ironic 7:2 | 70:24 |
| includes | 160:7,12 | 12:7 76:8 | Irrevocable | 133:5,11 |
| 37:9 | initial | 77:22 | 80:5,8 | Jeremy's |
| including | 48:19 | interject | issue 53:5 | 142:8,9 |
| 77:6 78:20 | Initially | 75:4 | 94:12 95:3 | jerk 10:11 |
| 151:11 | 92:18 | internal | 119:10 | Jerry 104:20 |
| Incorpor... | Innovation | 51:19 53:7 | issued 30:12 | Jersey 16:22 |
| 13:18 | 131:3,10 | Internat... | issues 88:22 | 68:14 |
| 136:12,17 | 131:19 | 83:22 | 158:22 | job 9:15 |
| 136:19 | inside 115:6 | 84:22 | items 63:21 | 19:21,22 |
| 144:17,23 | instruct... | 139:11 | IV 144:17,19 | 19:25 |
| Indian 4:9 | 18:6 78:21 | interrog... | | 22:24 |
| indicated | insurance | 10:2 | **J** | 60:10,17 |
| 16:5 21:23 | 7:2 75:15 | interview | J 4:3 135:21 | 73:6 79:15 |
| 41:4 57:16 | 81:9 83:11 | 73:14,17 | J.D 3:16 | 92:19 |
| 78:10 | 83:18,22 | interviewed | 4:20 5:4 | 111:15,17 |
| 91:12 | 84:1,17 | 73:13 | 10:7 12:12 | Joe 4:13 |
| indicating | 85:4,7,11 | investigate | 40:4 163:3 | 8:16,19,21 |
| 19:1 | 85:13,18 | 99:23 | 163:20 | 8:21 20:2 |
| indication | 85:24 86:2 | 100:5 | 164:7,19 | 20:5 |
| 34:7 | 86:5 90:10 | investig... | J.D.'s | 137:10 |
| individu... | 90:16,20 | 6:20 | 161:25 | John 6:14 |
| 1:2 3:2,19 | 90:22 | investig... | Jab 137:14 | 7:17,20 |

65:16
93:25
142:10,11
145:25
146:7
154:15
**Joseph**
134:11
**journey** 12:9
**July** 5:23,25
47:24 48:1
48:2 53:17
88:20
99:12,13
99:16,16
99:24
105:11
**jump** 155:8
**June** 53:15
56:7,13,13
63:12
100:11
157:6
**June-ish**
63:12

___

**K**

**K** 135:19
**K-a-l-m-a-n**
17:17
**K-e-s-h**
139:6
**K-o-s-h**
139:6
**Kalman** 17:17
21:11 23:4
36:4,5,13
**Kangaroo**
23:5
**Kansas** 4:10
49:9,15
68:6 70:24
71:25
96:17
150:1
158:20
**Karen** 141:25
**keep** 29:11
40:4 93:3

93:5
116:22
128:3
152:8
**keeping**
150:15
**keeps** 64:11
**kept** 49:3
60:13 93:7
96:19
110:13,14
128:9
150:18,25
159:17,18
159:24
**Kesh** 139:4
**Kevin** 141:14
**keys** 66:10
**kind** 9:6
10:4 12:6
13:19 16:6
20:6 21:5
22:10 25:9
29:10,11
30:14 32:5
37:12 38:9
50:2 60:2
61:19 70:7
74:19
75:21
81:23 85:1
93:4 94:8
105:17
109:25
113:21
118:15
119:19
122:3
124:20
127:12
151:9
152:10,16
155:10
156:24
158:7,9
**kinds** 15:9
**Kitchens**
89:1,8
152:19

155:18
**Klingler**
73:4
**knew** 15:6
75:9
114:23
141:8
**know** 5:23
6:19,24
7:8 8:9
9:14,15,16
9:23 10:10
10:22 12:7
12:22 13:8
14:1 17:1
17:13,13
17:24
18:20,22
20:3,8,18
22:3,9,19
22:22
23:15,25
26:6,7
28:7,9,10
28:19,25
30:21 31:4
31:8 33:7
33:8 35:4
35:10,10
37:1,2,3
38:7 39:5
39:8 40:24
41:2,3,15
42:10 43:7
43:24
45:20
46:22 47:1
47:13,19
48:22,25
49:12,24
50:3,10,11
50:13 51:2
51:3,18
52:1,15
53:10,11
53:15
54:20 55:7
56:19,21
56:22,24

56:25
57:24 58:1
58:7,10,19
58:21,24
59:17 60:4
61:2,3,13
65:7,10
66:1,13
67:11,21
68:4,9,10
68:20,21
69:9,21
71:1,2,8
71:10,14
71:16,23
74:6,9,12
75:3,10,20
76:2,13
77:2 80:14
83:12,17
83:17 84:9
84:10 85:3
85:19
86:18 87:1
87:12 88:4
88:7,8,17
88:21
89:14 90:2
91:3 92:21
93:16 94:2
95:2,10,12
96:2,16,18
96:25 97:1
98:6,9,15
99:15
101:11,13
102:2,5,6
102:10,16
102:17,20
103:2,5,15
104:4,7
107:18
109:1,8,10
110:1,4,6
111:9
112:3
113:7,9
114:17
115:9,11

116:4,13
117:16,22
117:23,23
117:24
118:1,7,16
120:11,18
122:1,7
123:1,1,14
123:15,17
124:11,12
126:7,9,13
127:17
129:16
130:4,24
131:8,22
132:24
133:3,20
135:8
136:14
141:10,13
142:9,10
142:14,16
143:1
144:4,5,7
144:19,21
145:3
146:5,19
146:23,23
146:24
147:21,21
148:17,18
149:8
150:11
151:14,16
151:19
152:9
156:19
157:22
158:1,19
159:3
160:22,25
**know's** 75:25
**knowledge**
28:13
40:18
41:12,17
51:4,6,8
57:13,15
62:16

66:23
76:16,23
80:15 83:1
89:24 90:1
92:4,14
100:16,19
101:20,23
102:18
117:9
118:13
126:15
127:13
knows 12:12
20:2
142:11
Kosh 139:4
Kronos 86:10
91:12
110:12,14
112:23
149:15
150:16

**L**

Labor 6:4,13
6:16,17,18
6:18,21,24
68:7 69:16
147:20,24
lack 109:9
land 129:16
129:17,23
131:23
Lane 8:11
large 124:21
Larson 150:9
late 106:15
law 3:14
93:24
116:17
125:17
128:2
lawful 5:9
lawsuit
68:21
107:6,13
107:15,16
107:21,23
108:10

144:6
151:10
lawsuits
144:2
147:13,13
147:17
148:6,8,9
lawyer 6:7
18:3 67:10
69:4 116:8
lawyers
116:14
127:11
148:4
154:18
leader
157:12
leaders 93:3
93:7
158:21,23
leadership
119:23
Lear 3:14
4:4 164:10
learn 9:10
50:2 87:5
learned
60:25
80:11
learning
21:16
lease 66:9
leased 72:15
leave 88:19
147:10
leaving 62:3
Leawood
70:24
71:24
75:12
83:16,17
88:16 89:6
94:10
97:10
110:19
118:21
120:6,7
121:2
132:5

133:15
153:3,5,6
led 105:21
ledger 77:2
Lee's 49:16
49:20
76:11
left 20:7
22:10
75:16
88:20,21
89:10 92:3
111:12,12
112:2
146:4
legal 4:15
4:21 18:23
19:1 65:19
67:13 68:1
131:25
164:21
legislature
11:20
lenders
144:7
Leonatti
31:22,25
32:19
68:18
let's 10:13
35:23
39:14
40:13
56:12 67:2
72:24
77:23,24
88:10
134:22
145:12
156:20
158:4
letter 2:13
2:18,20
19:4,6,13
65:18,23
67:12
69:16
100:11,18
103:12

115:19,24
116:6
122:11
149:3
letterhead
2:18
108:19
116:3
121:23
122:13,14
122:17,25
123:2,6,12
letters
123:2
136:14
level 34:13
115:7
LEXITAS 4:15
4:21
164:21
liabilities
34:8 58:2
65:19
128:18
license 39:3
39:3 41:5
56:3
licensing
38:13
licensure
15:9
lien 68:21
life 63:5
84:1 85:18
90:20
114:9,9
137:16
Lifestyle
137:6
138:21
lights 10:2
line 33:6
96:23
138:25
154:3
linear 127:3
link 26:21
Linked 26:13
26:20

list 11:5,9
27:7 80:20
146:13
148:22
155:9
listed 66:18
listing 2:23
76:3 87:2
128:17
lists 134:18
little 21:21
40:13 65:2
76:18
77:25 95:9
100:23
107:9
118:20
145:21
146:11
155:8,9
156:18
158:7
lived 72:21
Living 140:9
LLC 16:24
71:4 76:19
80:6
129:10,19
130:20,22
130:25
131:24
132:9,11
133:4
136:23
137:2,6,8
137:10,16
137:20
138:11,19
138:21
139:13,15
139:22,24
140:1,3,5
140:7,9,11
140:15,19
140:23,25
141:7
142:17
143:7,9,17
143:22

145:1
152:10
**LLP** 4:4
164:10
**loaded** 47:15
47:22
**loan** 102:14
102:15,22
**loaned** 68:19
**loans** 102:9
**located** 66:1
**location**
160:5
**locations**
82:3
**lock** 44:18
**Loggerman**
121:7
155:15
**logo** 123:24
124:6
**Logowear**
124:14
**long** 7:7,10
7:22 8:12
15:19
34:15
37:24
40:12 89:8
97:25
114:12,19
123:12
152:8
**longer** 12:13
16:7,10
**look** 8:8
15:5 26:5
33:10
36:21
37:15
40:12
42:13
50:18
59:18
77:18,24
82:2
107:11
108:21
114:6,24

128:12,13
134:15
**looked** 16:3
36:23 64:8
64:13
69:20
76:18
123:10
126:23
**looking** 6:21
14:14,14
14:18,19
30:15 71:3
112:21
116:23,25
118:23
132:22
133:12
134:23
**looks** 26:11
**lose** 100:22
**lot** 10:21
20:18
35:15
37:19 45:7
45:9 47:4
47:13
48:23 50:3
55:5 60:25
62:2 93:6
116:15
126:1
127:19
128:13
133:3
144:2
152:7
157:22
162:1
**lots** 18:3,6
18:6
**Lou** 31:21
32:19
68:18,25
69:9
**Louis** 74:1
133:21
164:23
**lower** 93:16

**lunch** 65:13
78:9 79:9

————————
**M**
**M-a-g-a-...**
139:17
**ma'am** 19:11
**machines**
61:15
**mad** 29:15
**Madison**
82:18
**Magahai**
139:15
**mail** 66:23
67:14,18
67:19
78:23
86:21,22
86:24
127:16
130:23
**main** 44:20
135:7
**major** 63:7
156:13
**maker** 156:19
157:8
**making** 38:22
40:1 113:3
154:22,25
156:21
**male** 23:18
23:19,21
23:23
**managed** 84:2
**management**
1:6 3:6,21
26:25 94:9
119:20
122:15
129:25
130:2
133:8
135:3
136:11,19
136:21
137:8,20
138:11

141:7
152:10,14
154:21
155:2,21
156:7
160:23
164:4
**manager** 8:3
8:4 81:6
159:21
**March** 15:20
15:21
44:15
46:21,21
46:23
56:13
70:12
73:24
74:14 83:7
83:8 91:4
91:18,19
91:22,24
92:3,13
94:13,24
95:4 97:13
98:4 105:2
105:6,14
106:1,15
120:10
126:24
127:4
**mark** 13:9
67:2
**marked** 10:15
13:10 67:4
67:7 70:8
78:4 79:9
81:9
104:14,17
106:23
107:1,7
108:5,8,13
108:16
112:4,7
115:13
121:11,14
124:17,19
132:15,18
**marketing**

97:3,5,6,7
**marking**
10:17
115:16
**Martin** 3:16
4:20 5:4
163:3,20
164:7,19
**match** 90:5,7
**Material**
2:15,16,17
140:13
**materials**
132:1
**Matt** 13:21
28:23
**Matt's** 79:2
**matter** 10:11
75:19
**matters**
32:10
**MATTHEW** 4:8
**maximum**
110:2
**Mayhew** 142:4
142:13,15
**mean** 8:9
10:10
26:17,20
30:4 35:12
43:14 45:8
46:16
48:10,22
49:22
55:20 61:1
71:5,20
77:21
93:21
110:23
114:24
121:20,25
143:14
144:10
147:20
148:22
157:2
161:21
**meaning**
131:20

means 12:12
meant 38:2
  47:24 48:1
Mechanic...
  57:19
medi-spas
  54:13
medical
  16:17,20
  16:24 17:2
  17:7,15,22
  17:25
  18:11
  19:18
  20:13
  21:10,18
  22:12,20
  23:11,13
  24:14 28:2
  29:2,3,23
  30:21
  35:23 36:1
  38:12,17
  38:22
  40:14
  41:18 51:7
  51:22
  56:23
  57:17,24
  62:18
  74:13
  82:10
  102:7
  103:1
  106:19
  108:3
  114:7
  131:13
  135:2,13
  135:16,17
  135:17
  136:11
  137:14
Medicare
  119:1,10
medicine
  51:19 53:7
  82:19 83:4
  83:5

meet 7:20
  51:23
  53:18,22
  54:6,24
  131:17
meeting 8:1
  32:14,20
  32:24
  46:11,24
  48:19
  51:21
  52:16,22
  52:24 53:1
  53:5 65:16
  72:3,4,6
  72:17
  95:15,25
  119:5,8
  134:8
meetings
  98:14
  119:16,16
  120:4,23
Melissa
  51:11,13
  51:15,24
  51:25
  52:14 54:9
  54:17,17
  54:21
  55:18,24
  62:13
  64:20
  104:7
Melissa's
  54:11
member 134:7
  134:14
memorized
  71:21
memory 9:13
  36:21
mentioned
  85:10 86:8
  133:19
Meritain
  81:10
  83:18,21
  83:24 84:7

  84:23,24
  86:17,21
  88:3,6
  90:9
  101:17
Meritain's
  86:18
messaging
  25:13
messenger
  26:14 27:2
met 7:17
  51:17,18
  52:14
  70:23 72:1
  72:3,21
  133:15,24
  142:8
  154:6
Metroplex
  139:6
Mexico 8:11
  19:23
  31:21 32:3
  32:6 40:22
  51:21 52:5
  61:3 73:11
  73:18 83:4
  83:5 95:16
  134:9
MEYER 4:3
MF 143:9
Microsoft
  63:16
mid 90:14
  105:13
  106:2
middle 13:19
  36:18 48:2
Midwest
  49:17 50:9
million
  36:10,17
  38:4 101:6
  101:8,19
  101:22,24
  102:19
  131:9
  151:21

mind 27:9
  145:9
mine 30:23
  90:3,4
  110:5
Ministries
  32:14
minutes
  34:17
  96:19
missed 6:23
  37:1,1
  38:6 46:19
  47:14,22
  84:4 90:22
  91:25
  92:11
  93:14
  105:6,10
  105:25
  106:2
  126:18
  127:3
  135:24
misses 103:6
missing
  98:20
Missouri 1:1
  2:14 3:1
  3:15,17,19
  4:5,22
  6:17 8:11
  11:20
  40:15 41:8
  41:11
  44:25
  50:12 51:5
  51:9 53:6
  56:4 59:10
  66:4,17,25
  73:11
  79:16,18
  79:23
  90:14
  125:17
  128:2
  134:23
  163:4,5
  164:1,11

  164:23
MO 4:20
  163:20
mobile 27:13
Molly 51:14
  51:14,25
  54:6,24
  55:10,15
  55:17,20
  55:24 60:9
  151:6
moment 35:24
  60:7 65:23
  112:9
Monday 46:13
  97:13,16
money 48:4,4
  49:6 53:19
  57:21 60:3
  60:6 62:12
  68:19
  84:10
  94:16 95:8
  105:15
  158:11
moneys
  101:18
Monmouth
  138:18
Montgomery
  52:16
  82:16,17
  83:2
  135:16
month 7:9
  10:23
  74:19
  99:12,17
  120:20
month's
  99:14
months 20:5
Moore 141:25
morning 5:13
  5:14 52:6
  97:16
  149:7
move 46:16
  120:1

moved 14:5
  110:20
mstrombe...
  4:11
multiple
  45:10 52:2
  130:13

——— N ———
N 2:1 123:18
  123:23
  124:10
  164:22
N's 124:7
N-a-n-a-k
  139:11
N-u-p-a-y
  143:19
name 5:15
  6:12,15
  17:4,5,16
  17:19 20:8
  23:8 25:20
  26:2 43:20
  51:15,16
  52:1 66:22
  70:21,22
  71:11
  72:22
  76:20
  80:16,17
  81:1,2
  83:23
  86:11
  96:24 97:4
  104:20,22
  116:10,12
  118:5,22
  121:6
  122:7
  128:23,24
  133:5,11
  133:16,19
  134:4
  141:14
  142:7,25
  143:8,14
  145:9,24
  146:7,8

150:5
153:9
164:9
named 73:4
  116:11
  155:14
names 17:3
  23:15
  70:19
  71:12
  82:13
  129:3
  134:19
  146:15
  155:17
naming 49:18
Nanak 139:11
narrow
  116:16
  148:8
nature 6:3
  6:20 14:10
  34:5,25
  72:6
NC 70:25
  71:4 133:4
near 45:10
necessary
  37:4
  146:14
need 9:23
  12:22
  16:12 40:3
  47:2 56:15
  61:13,14
  61:16
  65:12 69:1
  93:4 98:16
  151:13
  152:9
  158:2
needed 20:18
  20:25
  21:16 28:9
  28:12
  35:18
  43:18
  46:19 47:9
  54:18 61:2

73:11
92:19 93:7
93:16 94:3
120:22
125:9
156:21
157:2
needs 101:21
  101:23
negotiate
  11:18 62:9
negotiating
  99:11
Neighbor...
  141:2,5
Neighbors
  43:22,23
  44:7,8,12
  118:7
  140:3
  141:3,4
neither
  163:10
Neuterra
  118:20
  143:7,15
  153:8
  156:9
never 47:20
  48:10
  53:14,19
  53:21
  55:22
  60:12
  62:11
  66:13,23
  66:25 80:6
  84:25
  99:21,24
  100:1,8,15
  100:15
  102:6
  110:13
  131:20,22
  134:1
  143:15
  155:3
  156:6
new 16:22

19:21,22
19:25 22:4
23:8 47:6
65:19
68:14,16
70:22 71:7
72:20 79:8
79:15
90:25
91:13 97:4
120:13
140:21
141:6
142:17
150:24
152:10,13
154:20
155:2,3,21
156:7
157:25
160:22
NG 140:11
NHC 80:5,8
nice 155:9
night 52:4,5
  125:8
nine 81:24
  82:6,9
  112:24
  121:21
  122:24
no's 10:5
Noble 2:10
  2:11 13:14
  13:17 15:7
  15:20,23
  15:25 19:4
  28:20
  30:11 37:1
  37:2,10,13
  44:4,6,7,9
  44:9,15,17
  44:21
  57:21
  60:13
  62:12 63:2
  64:1 65:1
  65:9 66:9
  67:13

68:19 70:2
70:4,6
71:1 72:9
72:15,25
73:1,4
74:14,20
74:24 75:5
75:6,7
76:15,19
77:5,9,11
77:14,14
79:22 80:2
80:14
82:16,17
82:17,17
82:18,18
82:25 83:2
83:2,3,3,4
83:4,10
84:2,18
88:13
91:12,16
91:17,19
91:21
93:23 94:9
94:18 97:8
99:3 101:1
109:5,11
110:1
118:8,11
121:23,25
123:7,8,19
124:3,8
126:5,6
127:8
129:5,9,18
131:8,20
131:22
132:3,4,6
132:8,23
132:24
133:8,10
134:3,25
141:11
142:24
152:25
153:5,8,12
153:22,24
154:6,12

155:20,24
156:1,4,11
156:20,25
157:14
158:6
159:15
160:10,11
**Noble's**
72:13
76:10
**NobleHC** 30:8
62:21 65:9
**NobleHC.org**
35:8 84:14
**non-payment**
86:17
91:20
**normal**
111:17
**normally**
12:7
**NOTARIAL**
163:1
**Notary** 3:16
5:4 163:4
**note** 68:19
**notice** 28:22
29:12
69:15
149:11
**notices**
78:22
**notified**
101:2
**November**
72:2,18
101:8,19
109:19
128:10,11
**NRG** 137:18
**Nueterra**
70:25 71:7
72:16,17
133:10
141:9
142:19,21
143:9,11
152:16
160:24

**Nueterra's**
72:13
**number** 13:2
26:12 27:8
27:12,13
27:25
32:15 33:5
33:8,12
36:14 38:4
38:6 41:13
45:20 47:2
81:24 82:3
87:9 95:16
95:17
100:18
107:7
109:7
120:17
127:5
147:12
**numbers**
27:15,18
82:2
**Nupay** 143:17
**nurse** 158:10
**nurses** 62:3
**nursing**
61:23
157:22

— O —
**O** 24:22
**O'Brien** 1:18
2:2 3:12
4:13 5:8
5:16,17
20:5 24:17
24:20
26:11
164:8
**oath** 9:11
**object** 79:3
**objection**
94:17 96:4
**obrien55...**
24:16
**obrien55...**
25:1
**obviously**

94:4
150:24
**OC** 86:10
**occur** 98:22
99:9
**October**
63:14 89:1
**od** 33:24
**offer** 158:2
**offered**
109:4,12
114:14
158:11
**office** 28:11
66:2,4
68:6 70:24
71:25
72:12,13
72:14,16
75:12
76:10 81:6
83:15 84:4
84:20
88:16 89:6
95:24 96:3
96:5 97:9
97:15
110:18
120:6,7
121:2
131:13
132:5
133:15,16
135:2,18
153:2,5,6
153:12
155:12,19
160:5
**officer**
61:23
**offices** 3:15
86:18
**official**
40:5
**oh** 7:16,20
15:6 19:25
36:13 40:6
44:19
47:25

71:10
75:18
89:17
107:5,9,16
121:4
149:25
161:22
**okay** 5:20
6:16,20
7:2,7,10
8:10 9:3
9:13,18,19
10:12,13
10:20,25
11:8,17
12:5,11,21
12:24 13:7
13:9,16
14:4,6,9
14:13,14
14:16,21
15:1,5,17
16:3,19
17:2,14
18:6 19:6
19:9,15,17
19:20,22
19:25
20:12 21:2
21:9,17
22:5,7,10
22:15,19
23:7,10,16
23:24 24:4
25:16,18
25:20
26:13,19
26:23
27:12,21
27:23 28:5
28:5,22
29:20,22
30:7,16
31:5,7,9
31:13,20
32:9,21
33:2,19
34:4,15,18
34:25 35:3

35:5,11,21
35:23 37:8
37:21 38:3
38:9 39:8
39:10,15
39:25 40:5
40:13,19
41:4 43:7
43:10,14
43:19
44:17,19
44:20
47:21,25
48:1,9,12
48:16,24
49:23 51:4
52:18,21
52:24 53:4
53:20,22
53:25 54:3
54:6,15,19
54:21
55:19 56:1
56:17 57:6
58:21 59:2
60:5 61:11
61:16,18
61:25 62:8
63:5,20
65:13,14
65:22
66:14,25
67:2,14,20
67:22
68:11,24
69:2,7,9
69:12,19
69:22,25
70:12
71:11,22
72:4,12,24
73:8 74:7
74:10,13
76:5,8,14
76:17 77:6
77:8,10,15
77:20
78:15
79:20,25

| | | | | |
|---|---|---|---|---|
| 80:3,8 | 124:13,15 | 147:25 | **outcome** | 57:4,8 |
| 81:1 82:6 | 125:19 | 150:7 | 163:14 | 73:24 |
| 82:10,15 | 126:2,8,13 | 159:11 | **Outlook** | **owning** 119:5 |
| 82:20,23 | 126:21 | **open** 21:13 | 63:16,17 | **owns** 80:5,6 |
| 82:24 83:6 | 127:2,11 | 46:17 60:1 | **outside** | 129:22 |
| 83:13,18 | 127:14 | 62:2,11 | 72:23 | **Ozark** 50:14 |
| 84:3,17 | 128:5,16 | 93:1 | 124:9 | **OZK** 50:10,14 |
| 85:2,4,15 | 128:25 | 103:17 | 146:6 | 50:16 51:1 |
| 85:18 | 129:4,15 | 128:10 | **outstanding** | |
| 86:18 87:9 | 129:18,24 | **opened** 50:9 | 87:3,6 | **P** |
| 87:10,15 | 130:13,16 | 119:23 | 114:25 | **P-i-k-u** |
| 90:21 | 130:25 | 120:10 | 128:17 | 138:18 |
| 91:22 92:1 | 132:11,14 | **opening** | **overall** | **p.m** 3:14 |
| 92:5,10,15 | 132:22 | 50:16 | 93:21 | 78:6 |
| 92:20 | 133:11,23 | **operating** | **Overland** | 112:10,13 |
| 93:12 94:1 | 133:25 | 138:9 | 4:10 | 145:14,17 |
| 94:21 95:7 | 134:17 | 153:22 | **overtime** | 161:3 |
| 96:2,13 | 135:4 | 156:11,20 | 113:21 | 162:10 |
| 97:23 98:6 | 138:3,6,11 | 159:6,10 | **owe** 101:18 | **packet** 2:17 |
| 99:19 | 141:4,14 | **operation** | **owed** 34:12 | 107:8 |
| 101:15 | 144:3,5 | 159:15 | 54:22 | 108:9 |
| 102:2,7,12 | 145:4,8 | **operational** | 62:12 | **packets** 47:6 |
| 102:14,17 | 146:2,8,21 | 43:5 155:4 | 126:17 | **page** 2:1 |
| 102:20 | 147:1,5,7 | **operations** | 127:22 | 11:4 14:11 |
| 103:4,14 | 147:10,23 | 54:20 60:2 | **Owen** 125:10 | 70:18 81:8 |
| 103:23 | 148:2,4,7 | 119:10,12 | **owned** 74:11 | 133:2,3 |
| 104:2 | 148:7,21 | 119:24 | 77:11,14 | 134:3,15 |
| 105:13 | 149:11 | 157:10 | 80:2 | **paid** 48:10 |
| 107:9,11 | 150:3,6,8 | **opportunity** | 129:13 | 53:8 57:22 |
| 107:20 | 151:22,24 | 79:3 | 135:10,13 | 60:9 76:9 |
| 108:12,21 | 152:2 | **opposed** | 135:14 | 76:15 |
| 110:3,8,25 | 153:1,25 | 78:16 | **owner** 31:23 | 85:24 86:3 |
| 111:2,11 | 154:3,15 | **organiza...** | 57:1 | 89:20 90:4 |
| 112:15 | 161:17,20 | 34:8 60:22 | **owners** 16:11 | 90:8,10 |
| 113:12,21 | 162:7 | 76:24 | 16:15 19:4 | 91:19 92:9 |
| 115:2,5,10 | **Oklahoma** | 81:13 | 22:4 26:23 | 93:16 |
| 115:12 | 72:21 | **orient** 16:6 | 67:13 73:9 | 99:20,25 |
| 116:11,24 | **old** 64:6,8 | **orientation** | 77:16 | 100:16 |
| 117:10,21 | 66:7,20 | 72:22 | 80:20 | 105:13,14 |
| 117:25 | **once** 93:6 | **original** | 93:23 94:9 | 105:22 |
| 118:3,9,12 | 120:10 | 17:4 107:6 | 94:15,18 | 106:5,6 |
| 118:14,17 | 133:21 | 108:10 | 126:24 | 109:12,25 |
| 119:18 | **ones** 56:18 | 164:9 | 151:18 | 110:2,23 |
| 120:5 | 59:20,24 | **originally** | 154:7,12 | 111:5,7,13 |
| 121:20 | 61:12,24 | 70:8 | **ownership** | 111:21 |
| 122:5 | 62:12 79:6 | **orthopaedic** | 12:18 13:2 | 126:14 |
| 123:12,21 | 93:15,16 | 135:3 | 15:6,7 | 151:11 |
| 123:23 | 99:3 127:8 | **Outback** | 49:8 56:8 | 156:4 |
| 124:5,10 | 127:9 | 73:18 | 56:9,19,22 | 157:21 |

164:13
**pain** 135:2
**Pampered**
  140:17
**paper** 48:11
  50:19 58:7
  59:6 74:25
  147:3
  150:19,25
  151:2
  159:17
  160:2,4
**paperwork**
  49:8 56:4
  158:12
**paragraph**
  108:21
  132:22
  134:18
**paralegal's**
  124:23
**Paramount**
  137:2
  140:7
**Parigi** 93:25
  142:10,11
  154:15
**Park** 4:10
**parking**
  10:21
**Parks** 88:10
  88:19
  119:8
**Parkway** 4:9
**part** 32:13
  57:20
  123:18,19
  131:19
  141:9
  154:21
**partial**
  105:9
**participate**
  72:4
  119:15,16
**particular**
  16:13
**particul...**
  9:6

**parties**
  163:11,13
**partners**
  22:9 23:5
  143:21
**party** 149:9
**passed** 86:3
  88:6 89:25
  91:9 99:7
  106:11
  109:21
  114:19
  126:22
**Pasture**
  16:17,20
  16:24 17:2
  17:7,15,22
  17:25
  18:11
  19:17
  20:13 21:9
  21:18
  22:12,20
  23:11,13
  24:14 26:1
  28:2 29:23
  30:8,21
  35:6,23
  36:1 38:12
  38:17,21
  40:14
  41:18 51:7
  56:23
  57:17,24
  62:18 68:5
  68:12
  108:3
  132:12
**Pat** 73:4,5
**patience**
  151:25
  152:6
**Patient**
  157:1
**patients**
  43:4
  120:17
**pattern**
  130:16

**pay** 2:19
  42:19
  43:15 47:2
  47:9,14,17
  47:20
  49:10,11
  53:3,5,12
  53:13
  57:19 58:2
  60:8 76:7
  94:7
  101:18
  105:9
  106:1,2
  109:18,23
  110:6,22
  111:18,22
  111:24,25
  112:22,25
  113:13,22
  118:18
  128:2
  147:25
  148:13
  151:18
  157:20,20
  159:12,24
**payable**
  28:11 55:8
**payables**
  128:17
**paycheck**
  20:5 93:17
  99:13,16
  99:16
**paychecks**
  44:5,8
  50:18,21
  86:6
**paying** 16:20
  18:15,17
  43:12
  47:12,20
  60:13,13
  74:22,25
  101:1
  128:3
  138:5,14
**payment**

20:14
  47:23
  62:13,14
  92:7
  101:19,22
  102:3
  105:2,9
  164:13
**payments**
  38:7 57:10
  57:14,16
  58:17
  83:11,14
  83:19 84:4
  88:18
  89:24
  90:22 99:6
  101:24
  105:5
  135:24
  144:12,14
**payroll** 6:23
  7:3,5
  12:20 14:3
  14:23 15:2
  16:10
  30:19
  34:12
  35:25 36:8
  37:1,1,9
  38:6,6
  47:11,14
  47:22
  48:21
  49:10,11
  54:22 55:7
  55:9,16,24
  57:25
  74:21
  76:25 77:3
  86:9,11
  91:18,18
  91:19,22
  91:23,24
  92:3 93:14
  94:13 95:3
  98:2,7,17
  98:20
  100:3

101:20,22
  102:9
  103:7
  105:10
  110:12,18
  113:1
  116:25
  117:3
  125:17
  126:23
  127:1,18
  128:18
  149:13,21
  151:7
  155:6
  160:5,6,7
**payrolls**
  36:20 46:8
  46:19
  91:25
  92:11
  98:24 99:1
  105:6
  126:17
  127:3
**pays** 92:9
**pending** 3:18
**people** 7:3,3
  16:14
  25:21
  43:17
  44:16
  46:23 47:5
  47:10 48:6
  55:25
  59:25 60:8
  61:16 62:3
  75:8,11
  76:19,24
  77:5,9,11
  77:14,14
  79:22 80:2
  80:14
  92:18,20
  92:23
  103:16
  112:2
  118:11
  121:4

125:18
126:13
130:13
132:8
148:12,13
149:1,4,5
150:24
151:18
152:25
153:6
155:16
156:4
157:15,20
158:20
160:11,11
162:1,4
**people's**
23:21
130:7
**percent** 80:5
95:11
**perfectly**
28:6
**Performance**
142:17
**period** 27:16
27:19
38:17
44:18
60:10 64:6
74:17 86:5
90:6
100:25
158:6,6
159:4,15
160:11
**Perry** 82:18
83:3 92:7
135:17
**Perryville**
140:15
**person** 14:20
17:14 20:8
53:22 55:1
55:9 70:22
73:2 81:4
95:18
96:14 97:3
106:5,5

154:15
157:4,14
164:9
**personal**
24:15
35:15
57:22
78:16
**personally**
59:12
**Peterson**
70:3 71:11
73:7,16
80:5 84:6
118:25
119:11,18
154:13
**Peterson's**
71:15 73:1
144:18
**pharmacist**
104:25
122:10
**Pharmacy**
62:1
**phone** 26:4
26:12
27:12,15
27:20,25
32:15 33:5
33:9,12
41:13 45:5
45:17,19
45:20
55:20
64:10
65:11,23
68:8 109:7
119:15
120:12,13
121:8
134:1
**photocopy**
79:10
**phrase** 26:16
**physical**
62:1
**physician**
92:6

**pick** 48:6
105:11
**picking**
127:19
**Pietrelcina**
17:5,8
**Piku** 138:16
**Pio** 17:4,8
17:20,24
31:14 39:1
39:2,11
51:4 56:20
57:3 62:17
107:25
**Pio's** 21:7
**place** 49:19
**Plaintiff**
1:4 3:4,21
4:2 5:2
**plan** 81:17
81:18
83:11 85:9
90:10,16
90:17,18
142:25,25
**planning**
155:6
**Platinum** 1:6
3:6,20
6:14 15:7
25:2,6
31:23 34:9
37:1,10,14
42:16,18
43:7,20,22
43:23,25
44:2,3,7,8
44:9,12,12
44:18,20
44:22 47:4
47:9 48:10
50:5 51:2
51:10 54:1
56:3,25
59:6 60:3
60:6,7,11
61:8,9
62:9,10,12
62:16,20

63:3,4,10
63:15
64:15 65:1
65:3,10
66:2,7,9
66:19 70:9
89:10,11
89:12
90:22
92:25
97:11,21
98:18,20
98:24 99:5
99:24
100:6,10
100:12
103:6,13
103:20
105:5
107:22
109:5,11
117:11,18
118:7,10
121:19,24
122:20,21
122:24
123:5
125:11,23
125:24
126:4
127:9,15
128:6
129:24
130:2,4
136:11
137:16
140:1,9,19
140:23
141:2,3,4
146:3,5
151:8
153:24
154:25,25
155:24
158:7,13
158:24
159:4,6,7
159:10
160:14,14

164:4
**Platinum's**
47:11
**Platinum...**
130:8
**Platinum...**
65:8
**Platinum...**
130:8
**Platinum...**
130:7
**Platnium**
139:24
**playing** 36:6
**please** 5:15
15:11
31:16
32:18 56:6
67:11
119:3,22
121:17
145:13
147:9,11
**plenty** 16:5
116:21
**plus** 113:23
113:24
**point** 21:17
30:2 42:21
44:2 72:10
77:18
79:22 86:2
90:21
98:20 99:5
103:9,20
109:18
110:2,7
120:21
126:11
133:9
153:22
155:12
156:15
158:17
**pointing**
123:24
**policy** 85:7
105:21
136:6

polo 124:15
Polsinelli
 93:24
 95:19
 116:9
 154:7,18
poor 159:3
popped 79:19
portal 86:12
position
 8:22,25
 22:19,22
 157:3,6,25
positions
 60:21
 157:22,23
positive
 37:20
possible
 53:3
 133:20
possibly
 125:14
 145:24
power 72:10
 158:8
PPP 102:9,11
practice
 92:8
 111:17
practices
 72:10
practiti...
 158:10
prayer 33:25
 33:25
pre-empl...
 86:13
 160:8
premium
 83:10
 100:13
premiums 7:3
 85:24 86:3
 86:6 87:25
 88:5 90:8
 90:9,23
 91:5,8
 99:10,14

100:15
114:18
preparing
 126:23
present 4:13
 7:25 27:16
 95:24
presented
 125:11
President
 44:21
 88:13
 97:21
pretty 37:23
 118:6
preview
 78:18
previous
 47:7
previously
 101:6
 112:17
 113:13
 118:25
primary
 27:13
Princess
 140:17
Principal
 85:6,14,16
 85:22
 90:18
 115:9
print 150:22
printed
 123:2
printing 5:5
prior 15:24
 71:3 74:8
 145:22
priority
 47:3
 120:17
Pro 86:10
probably
 5:23 7:9
 7:23 21:8
 24:15
 35:10

59:13,24
61:24
64:24
75:19 79:6
79:7 87:2
92:21 98:4
104:7
109:19
114:23
119:4
120:11
121:3
122:2
123:14,19
126:5
127:6,9
136:10
151:7
157:6
problems
 121:9
process
 10:25 88:5
 154:22
 158:10
processed
 151:17
processing
 86:9 151:3
processor
 86:12
produced
 3:12 5:9
professi...
 26:21
 76:23
 157:25
program
 25:13,21
 25:24 26:7
 84:5 109:3
 109:7,8
programs
 64:18
 79:17
 102:25
project
 138:25
Promenade

135:6,11
promissory
 68:19
Property
 137:8
Protection
 102:9
protocol
 64:5
provide 9:10
 32:11 40:8
 42:4
provided
 30:12 42:8
 146:18
provider
 101:12
providers
 92:8
providing
 60:7
PT 111:23
PTO 109:15
 109:16,20
 109:20,23
 110:9
 111:18,21
 112:3
public 3:16
 5:4 120:3
 163:4
pulling 79:6
purchased
 44:4
purchasing
 125:13
purple 37:5
 37:9
purpose 9:9
 10:15
 13:10 67:4
 78:4
 104:14
 106:23
 108:5,13
 112:4
 115:13
 121:11
 124:17

132:15
purposes
 76:25
pursuant
 164:7,14
pushing
 53:16
put 12:20
 14:5 36:19
 49:9 74:20
 123:19
 124:8
 125:13
 135:2
putting
 116:5
 120:15

———
Q
quarterly
 92:7
question
 9:17,20
 13:25
 17:10
 21:21
 26:22 31:2
 36:7 55:14
 58:16 60:5
 66:14 76:8
 85:6 87:15
 92:2 94:12
 95:9
 100:20
 103:17
 138:22
 159:3
questions
 5:12 6:7
 9:10 12:8
 18:3 37:16
 38:25
 42:11
 67:11
 71:17
 97:17
 152:1,5,7
 152:11
 158:5

160:18,21
161:1
**quick** 75:5
**QuickBooks**
58:22
**Quinn** 1:2
3:2,19
104:22,24
106:18
164:2
**quit** 111:15
111:16,17
127:19
**quite** 14:11
40:10
**quoting**
36:21

**R**

**radiology**
61:14,16
61:21,24
**ran** 100:6
**range** 157:23
**rate** 11:18
11:19,20
157:20
159:11
**reach** 61:20
**read** 77:25
95:20
122:2
138:25
148:22
**ready** 7:19
55:7
148:19
**real** 28:20
120:11
129:9,18
137:2
140:7
**realized**
35:24 43:3
**really** 10:7
12:9 13:25
35:7 37:3
43:18
49:24

55:23
71:20 75:4
75:20
84:25 96:9
96:12
130:18
136:14,16
143:8
**reapplied**
101:9
**reason** 11:1
66:17
122:11
153:1,10
**recall** 6:12
63:1
**receipt**
127:19
**receivable**
144:16
**receive**
57:10,14
59:5 67:23
105:2
125:19,21
**received**
28:22
57:16
63:21
101:6
102:21
122:12
125:8
**receptio...**
60:20
**recognize**
67:8 70:19
71:18 81:2
104:20,22
115:16
121:15
**recollec...**
152:22
**reconsid...**
30:13
**record** 2:12
39:17,18
39:20,21
39:24,25

40:5 57:1
77:24 78:2
78:3,7,9
80:19
112:8,9,11
112:12,14
112:15
120:14
145:12,15
145:16,18
145:19
161:4
162:8
**recordke...**
159:14
**records**
159:15,16
159:17,24
**recover**
147:14,18
**Recovery**
101:13
**redacted**
124:21
**reduced**
151:2
163:9
**refer** 40:12
75:11
**referenced**
2:7 50:15
**references**
132:23
153:2
**referred**
80:20
**referring**
16:16
32:18 96:6
110:17
113:7
124:2
144:15
153:3,4,11
153:12
154:12,12
**refinance**
49:7
**refuses**

11:21
**regard** 28:8
56:20,23
**regardless**
118:14
**regime** 99:5
100:6
133:8
**Registered**
66:19
68:22
**registra...**
62:2 121:5
121:5
**regular**
113:22
**related** 5:25
25:13
40:24 42:9
70:1
102:25
163:10
**relations**
120:3
**relation...**
17:7,11
22:9 28:14
41:24
130:4
160:23
**relation...**
50:6
**relative**
163:12
**relatively**
127:2
**release**
105:12
**relief** 30:12
101:12
**remainder**
91:16
**remember** 6:6
6:25 19:7
20:17,22
20:24 23:8
25:4 28:21
35:2,7
36:9,25

38:8 42:10
46:2,22
47:16 48:2
52:19,22
55:21 57:7
62:10
64:20
65:21 72:2
79:24 80:1
80:2 83:22
83:23
84:17 87:9
96:1,12
102:18
103:13,17
115:7
116:9,12
118:19
119:5
121:6,25
122:1,13
122:22
125:4
126:19
127:21
143:8
155:17
162:5
**remembering**
36:8 51:15
51:16
**remote** 72:21
**removed**
124:6
**rented** 153:8
**reopen**
103:21
**reopened**
34:1,3
45:9
**reopening**
21:23
**replaced**
88:25
158:9
**replied** 68:9
**report**
149:23
**reported**

4:19 81:6
88:14
**Reporter**
  3:16 163:3
**reports** 76:3
**represent**
  107:20
  152:9
**represen...**
  29:10
**represen...**
  21:17
**represented**
  73:9
**represen...**
  6:14 43:15
  43:16 44:7
**request**
  56:14 57:4
  87:1 92:18
  93:15
  107:12
  125:16
  127:18
  164:14
**requested**
  56:8 93:17
  146:13
**required**
  109:24
**reschedu...**
  65:13
**resolution**
  2:10,11
  13:14,17
  109:21
**Resources**
  160:7
**respond** 68:8
  69:24
**responded**
  65:18,22
**response**
  30:14
  36:11
  67:23,24
  107:12
  127:14
**responsi...**

119:19
**responsi...**
  58:2
**responsive**
  14:18
**rest** 58:17
**restaurant**
  73:18
**result**
  127:15
**retain** 53:2
  158:10
**retained**
  40:7
**retention**
  30:11
  40:25
**retired**
  31:21 32:7
  69:3 94:22
**return**
  127:19
**revenue**
  121:1
**review** 72:9
  161:6,14
**revisit**
  11:21
**Richard**
  145:24
  146:1
**rid** 64:6
**ridiculous**
  11:19
**right** 6:12
  9:5 15:15
  16:15
  20:22 21:1
  33:3 38:10
  39:13,21
  40:6 43:12
  45:14,16
  51:15
  53:15
  59:19 67:2
  67:6,10,15
  69:20
  77:23 78:8
  82:11,25

84:21 94:6
  94:10
  105:15,17
  106:2,21
  112:1
  115:15
  119:4
  121:6,13
  123:24
  126:20
  127:23
  130:11
  132:17
  134:22,24
  142:12
  145:12,19
  146:16
  151:9
  161:6,8,8
  161:10,14
**rings** 65:11
  144:24
**Ripley** 3:15
  4:4 164:11
**role** 23:21
  54:12 73:1
  86:9 88:15
  88:19,21
  89:8
  119:24
  133:7
**roles** 23:25
**Ron** 142:2
**Ronald**
  141:21
**room** 9:25
**roster** 96:19
**roughly**
  34:20 40:9
  59:22
**round** 103:11
**routinely**
  35:13
**RSMo** 164:15
**rule** 11:24
  49:25
  164:7
**run** 57:22
  85:14

96:22
  98:17
  129:3
  157:3
  158:7
**running**
  57:21
**rural** 82:8
  82:14,25
  101:19
  131:2,9
**Ryan** 31:22
  33:23 34:2
  46:15
  51:14,23
  51:25 53:4
  53:18,22
  55:13 59:6
  59:10
  69:12
  118:15
  138:2
  146:9
  158:12

——————————
**S**
——————————
**S** 2:7
**safe** 120:19
**Saint** 17:4,8
  17:20,24
  21:7 31:14
  38:25 39:2
  39:10 51:4
  56:20 57:3
  62:17
  107:25
**sale** 13:3
  15:6 31:17
  90:21
  154:1
**sat** 46:18
**save** 10:12
**saw** 15:3
  17:4 23:4
  59:20
  66:13,22
  66:25 71:6
  71:12
  77:22

79:22
  84:25,25
**saying** 75:5
**says** 5:10
  14:3 63:18
  80:4 113:4
  113:23
  128:2
  134:3
**schedule**
  109:16
**scheduling**
  24:5
**school**
  116:17
**Schuler**
  125:10
**Scott** 141:19
**script** 95:19
  95:21
**seal** 158:13
**second** 81:8
  102:15
**secretary**
  66:17 76:7
  123:14
**Section**
  164:14
**see** 9:21
  10:20 11:5
  35:19 39:7
  50:17,19
  52:8 56:12
  70:12 73:6
  76:1 81:24
  88:10
  108:24
  111:15
  113:5
  114:24
  129:1
  133:4
  134:4,22
  151:20
**seeing** 45:24
  57:7 64:20
  79:24 80:1
  80:2 115:7
  121:9

**seen** 7:12
10:18
16:18  17:3
17:5  18:1
28:24
71:20
76:19
104:17
107:1,10
108:8,11
108:16,19
130:23
131:25
132:18,20
132:21
141:3,4
144:2
**self** 100:14
**self-exp...**
113:22
**self-funded**
81:17
90:17,18
142:24
**self-ins...**
85:5,8,9
85:12
**send** 19:6
29:23
35:18  58:3
58:22
67:17
68:16
86:20  87:1
87:7  91:20
100:12
126:24
130:17
150:23
151:5
161:8,12
161:13,13
**sending** 15:8
29:22  35:5
125:4
127:15
**senior** 57:2
121:1
137:16

140:9
**sense** 7:4
47:25
49:18
54:11
111:2
**sent** 19:3
30:7  35:4
42:10
63:21
67:12,14
69:16  84:6
84:24
104:12
115:19,20
123:2
125:10,15
125:16,23
125:24
126:3
127:16,18
136:13,15
147:20
150:25
151:3,8
**separate** 7:8
**separated**
37:12
**September**
42:16,23
56:13,14
60:19
104:1,9
126:17
128:6
136:9
**series** 38:25
**serve** 78:22
**served** 11:9
19:10
107:6
**server** 10:25
63:18
**service** 2:17
78:15,16
108:9
109:16
145:5
**Services**

2:11  4:15
4:21  13:18
41:9  44:3
57:2
132:24
140:5
141:2,5,7
152:10
154:21
155:2,4,21
156:7
157:2
160:23
**set** 11:20
13:19  65:8
65:16  73:6
89:23  97:1
106:21
121:10
**setting**
120:3,24
**settings**
26:9
**setup** 77:4
**seven** 82:8
82:13,22
**SGG** 140:13
**shakes** 10:6
**share** 30:2,2
128:14
**shareholder**
2:23  133:4
**sharehol...**
73:15
**sheet** 87:7
110:15
161:15
**Sheila** 134:4
**Shield** 99:11
**shirts**
124:15
**shoot** 144:13
**short** 39:14
39:22  40:1
78:9
112:16
114:13,19
145:20
**shortest**

18:14
**shorthand**
5:3
**shortly**
131:6
**show** 43:6
94:4  135:1
**showed** 43:6
46:14
58:25  59:1
**showing** 43:8
43:16
**shown** 92:25
123:13
**shut** 27:22
**Siefkin** 4:9
**sign** 61:7
86:12
155:23
158:12
161:6
**signage**
124:8,12
**signature**
5:5  71:9
71:15
115:22
**signatures**
70:18
71:19,21
**signed** 49:8
55:11  58:7
59:7,10,16
61:9,10
118:15
121:24
147:2
**similar** 35:5
102:3
**similarly**
1:3  3:3,20
164:3
**sit** 12:8
40:11
97:19
**site** 95:16
158:19,20
**sitting**
63:17

**situated** 1:3
3:3,20
164:3
**situation**
43:18
57:20
106:4
**situations**
68:9
**six** 20:5
105:25
106:1
**skip** 45:13
113:21
**skipped**
35:24
**Slack** 25:22
64:18
**slightly**
134:20
**small** 61:3
**Smiley** 8:3,4
81:6
159:21
**Snap** 27:5
**Social** 41:9
**software**
150:15
**sold** 17:24
65:18
153:24
**Solomon**
67:25
69:25
71:18  80:4
80:21,24
97:15
119:18
131:23
154:13
**Solomon's**
80:16
**somebody**
26:21  93:8
93:18
151:6
**soon** 49:2
53:3
**Sophia** 81:1

| | | | | |
|---|---|---|---|---|
| 81:7 87:4 | 23:13 | 120:23 | **stop** 152:1 | 124:10 |
| 88:10 | **spread** 87:7 | 124:1 | **stopped** | **submission** |
| **sorry** 7:16 | 110:15 | 133:12 | 60:17 88:5 | 39:8 |
| 33:2 48:1 | **Square** 58:23 | 135:11 | 91:12 | **submissions** |
| 75:17 85:7 | **SSM** 74:1,3 | 157:6 | 124:6 | 38:13,16 |
| 133:3 | 74:17 | **starting** | 133:22 | 38:23 |
| 153:19 | 101:6 | 1:21 40:11 | 150:17 | 41:16 |
| **sort** 37:23 | 119:5 | 70:9 | 156:13 | 56:11 |
| 41:24 | 124:3,6 | 100:22 | **straight** | **submit** 40:21 |
| 46:23 | 134:25 | 106:2 | 24:22 | 56:3 |
| 52:25 64:4 | **St** 74:1 | **starts** | 125:24 | **submitted** |
| 96:19 | 133:21 | 108:22 | **strange** | 39:5 41:5 |
| 117:12 | 164:23 | 150:1 | 43:18 | 41:8 56:8 |
| 124:15 | **staff** 43:6 | **state** 1:1 | **Stray** 140:5 | 56:14 |
| 130:6 | 51:19,22 | 3:1,17,18 | **Street** 3:15 | **subpoena** 2:9 |
| 144:24 | 62:2 68:6 | 11:20 23:7 | 4:4 164:11 | 11:8,10 |
| 149:22 | 75:12 | 41:8 56:4 | 164:22 | 78:15,18 |
| **sounds** 45:25 | 76:25 | 56:10 57:5 | **Stribling** | 78:22,25 |
| 69:9 | 89:11,13 | 66:18 76:7 | 131:10,12 | 107:3,4 |
| **space** 72:16 | 93:1 | 79:16 | 135:1 | **subsequent** |
| 153:8 | 120:18 | 131:7 | **Stromberg** | 158:6 |
| **spanned** | **staffed** | 163:4,5 | 2:4 4:8 | **subsidiary** |
| 60:24 | 135:15 | 164:1 | 13:23 | 17:3 |
| **speak** 7:22 | **Standover** | **stated** | 28:24 29:1 | 160:23 |
| 34:15,18 | 141:15 | 109:17 | 29:4,6,8 | **successful** |
| 39:10 55:2 | **start** 10:13 | **statement** | 29:13,18 | 100:19 |
| 146:4 | 12:24 | 29:20 49:1 | 75:4,17 | 104:11 |
| **Specialty** | 23:11 | 89:22 91:8 | 94:17 96:4 | **suggested** |
| 144:22 | 47:20 | **statements** | 116:14,16 | 32:15 |
| **specific** | 74:22 | 29:13 | 152:5 | **suit** 145:6 |
| 55:22 | 90:12 | 54:21 | 160:17 | **Suite** 4:10 |
| 78:19 | 98:17 | **states** 6:17 | **stub** 2:19 | 135:19,21 |
| **specific...** | 109:20 | 164:7 | 50:22 | **Sullivan** |
| 14:17 | 113:4 | **status** | 112:22 | 17:19,21 |
| **spelled** | 120:22 | 164:13 | 116:25 | 22:8 31:23 |
| 137:22 | 142:20 | **stay** 66:11 | 117:12 | 32:12 33:3 |
| 144:19 | 156:20 | **stayed** 52:19 | **stubs** 50:23 | 33:13,15 |
| 145:10 | **started** | **Steve** 88:10 | 112:25 | 33:19 |
| **spelling** | 15:21 | 88:13 | **Studio** 139:2 | 34:11,14 |
| 10:8 17:9 | 17:21 | 119:8 | **studying** | 34:15,18 |
| 161:24 | 20:18,23 | 134:13 | 79:15 | 34:23 39:9 |
| **spend** 16:5 | 23:10 | **stipulated** | **stuff** 9:6 | 39:11 41:4 |
| 52:4 75:22 | 43:20 44:5 | 5:1 | 13:25 14:7 | 41:11,15 |
| **spent** 52:5 | 74:24 | **STL** 131:18 | 35:15 85:1 | 42:2,5,9 |
| 116:17 | 75:15 83:7 | **Stock** 80:5,8 | 100:23 | 57:10,14 |
| **split** 95:22 | 90:9 91:13 | **Stone** 8:2 | 160:8,9 | **Sullivan's** |
| **spoke** 7:25 | 98:18 | 97:2 121:3 | **stuffy** 9:25 | 32:15 |
| 145:21,22 | 110:4 | 149:7 | **stylized** | 41:21,25 |
| **spoken** 17:21 | 118:8 | 155:14 | 123:23 | **summer** 65:4 |

66:5
106:15
**summers**
116:17
**Summit** 49:16
49:20
76:11
135:18
**Sunset** 8:11
**supervise**
158:16
**supervising**
157:11,13
**supervision**
92:8
**supervisors**
158:17
159:8
**suppleme...**
78:14
**supplies**
54:18
**supply** 18:23
19:1
101:21,22
**support** 9:3
65:14
120:18
**supposed**
30:24 31:8
**sure** 6:23
15:22 22:6
22:8 26:18
38:11
43:24
45:12 48:4
49:24
54:16 71:7
83:21
87:11,16
88:15 91:3
96:7,9
98:9
101:16
104:8
113:3
118:6
120:19
123:17

126:11
128:23
130:3
136:16
138:5
149:5,17
154:3,11
156:24
157:4
161:22
**surgeon**
134:12
135:20
**surprises**
126:19
**suspended**
41:5
**suspension**
39:3 56:9
56:15
**switch** 119:5
**switched**
63:3 90:13
120:13
**sworn** 3:13
5:9 163:7
**system** 40:8
47:10,11
47:15
49:18
58:21,22
77:3 91:14
109:23
110:12,13
159:25
**Systems** 44:3
44:12,22
121:24
122:20,21
122:25
123:6
130:5
137:14

_____
**T**
_____

**T** 2:7
**T-r-i-m-...**
145:10
**table** 119:6

**take** 9:21,24
37:24,24
38:1 39:14
65:12
70:10
77:23 84:9
93:2 97:16
97:25
109:24
111:7
156:24
**taken** 5:3
46:19
98:16
163:8,11
164:8
**takes** 12:13
**talk** 9:7
17:16 27:2
27:5 36:3
40:13 46:7
52:10
55:15
72:24
76:17 82:4
98:2 114:8
120:23
148:25
158:1
**talked** 7:21
17:20
22:18 35:6
36:9 42:7
42:8 46:18
47:4,13
48:23
55:17,18
55:24
57:23
62:22
65:17
67:22
68:14 70:9
83:6 88:10
98:6 99:3
114:6
118:20
120:5
125:2

132:8
133:14
134:1
135:24
142:8
146:11
147:12,25
149:13
151:9
152:19
158:5
**talking** 7:1
7:4 8:7
9:1 23:10
24:13
29:24
31:24
36:11 41:1
47:21 49:3
50:5 62:20
64:22
69:13
71:25 72:8
75:6 76:11
80:23 82:3
94:3,18,19
112:25
113:13
114:9
121:4,9
125:14
135:23
153:5
**talks** 81:9
**Tasset** 70:21
70:24 72:1
133:5,7,11
133:25
141:23
142:6,9
**Tasset's**
71:9
**tax** 40:25
150:13
**Team** 1:6 3:6
3:20
129:24
130:2
164:4

**Teams** 25:15
27:11
64:17,19
64:22,25
119:15
120:8,23
155:12
**tech** 157:23
**technical**
13:25
100:23
152:7
**technology**
95:23
**TechWeek**
130:22
**tell** 5:15
7:24 8:10
9:17,21,25
13:12
14:19
21:12 22:1
31:16
33:22
46:10
48:22 56:6
61:13
67:11 69:2
69:5 76:22
79:14 81:4
82:6,13
87:16
107:22,25
109:22
119:3,22
120:9,12
120:20
121:17
125:6
128:8
131:5
137:24
149:1
**telling** 20:3
36:9 53:2
101:17
120:16
**template**
123:3,6

| | | | | |
|---|---|---|---|---|
| 125:18 | 37:23 | 52:11,11 | 151:13,25 | 46:25 |
| **templates** | 60:13 | 52:15 | 153:10 | **time** 1:21 |
| 123:5 | 61:19 62:5 | 54:14,16 | 155:11,14 | 5:21 7:1 |
| **ten** 45:3 | 63:18 | 54:23 | 156:3,11 | 7:22 10:12 |
| **tend** 148:4 | 75:16 | 55:17,17 | 158:2,4 | 14:24 16:6 |
| **tenure** 54:1 | 77:25 | 57:7 61:9 | 160:17 | 18:9 21:5 |
| **term** 71:7 | 98:16 99:3 | 61:23 | 161:1,19 | 21:8 27:11 |
| 75:7 | 99:15 | 62:15 63:4 | 161:23 | 27:15,18 |
| 114:12,13 | 101:11 | 63:14 | **thinking** | 37:17,18 |
| 114:19,19 | 124:15 | 64:12 | 31:15 | 37:19 |
| **terminated** | 132:21 | 65:17 | 73:20 | 38:17,23 |
| 43:2 | 136:16 | 67:19 68:5 | **third** 11:4 | 39:16,19 |
| 104:13 | 147:21 | 72:15 75:2 | 131:10 | 39:23 |
| 136:9 | 151:16 | 78:10 | **third-party** | 41:21,25 |
| **terminating** | 161:24 | 80:15 84:1 | 81:16 | 44:13,18 |
| 42:17 | **things** 9:10 | 84:25 | 83:24 | 46:13 48:5 |
| **Terry** 122:7 | 15:9 18:5 | 85:10,13 | 84:23 | 48:11 |
| **testified** | 24:6 30:14 | 85:13,16 | 90:14 | 51:13,23 |
| 155:11 | 35:24 | 87:10,14 | **Thomas** 70:5 | 52:13 54:2 |
| **testifying** | 37:19 | 88:15,20 | 73:16 | 54:10 56:7 |
| 11:23,25 | 57:22 60:8 | 89:4,14 | **thought** 36:4 | 60:10 63:2 |
| **testimony** | 61:2,4 | 90:3 92:8 | 36:9 68:15 | 64:6,11 |
| 153:4,4,11 | 118:18 | 93:5,11,15 | 101:7 | 65:4 66:4 |
| 156:3 | 120:1,4 | 95:5,6 | 146:7 | 66:18 68:5 |
| 163:6,7 | 123:17 | 96:8,9 | 148:24 | 71:6 72:1 |
| **testing** | 128:9 | 97:6 98:4 | **thoughts** | 73:19 |
| 103:3 | 132:25 | 100:2,13 | 150:2 | 74:17 |
| **Texas** 44:24 | 138:25 | 100:18 | **thousand** | 75:22,23 |
| 47:12,15 | 148:23,23 | 102:19 | 14:12 | 77:3,21 |
| 48:14 | 149:8 | 103:3,21 | **three** 7:11 | 78:1,6 |
| 54:14 60:9 | 152:8 | 111:10,12 | 34:21 44:8 | 86:5 89:18 |
| 66:3 69:14 | 159:20 | 111:14 | 46:19 | 90:6,9,16 |
| 150:23 | **think** 6:14 | 114:17 | 59:14 | 91:6,17 |
| 151:3,5 | 6:19 8:2 | 131:18 | 72:24 73:9 | 95:6 99:10 |
| 158:20 | 11:20 | 132:20,21 | 73:15 | 100:25 |
| **thank** 13:23 | 15:20 | 133:14,21 | 77:16 | 102:8 |
| 148:21 | 16:23 | 134:10 | 91:25 | 105:5,8,22 |
| 151:24 | 18:12 21:1 | 136:8,13 | 92:10 | 109:11,12 |
| 152:6 | 21:7 25:5 | 136:14 | 98:25 | 109:24 |
| 161:2 | 25:19 29:1 | 138:9,24 | 114:8 | 111:7,20 |
| **theinves...** | 29:4,8 | 139:25 | 116:20 | 112:10,13 |
| 33:18 | 34:13 36:5 | 141:3,4 | 127:7 | 113:10,19 |
| **theirs** | 36:13,22 | 142:10 | **thumb** 2:12 | 113:20 |
| 127:20 | 37:7,17,18 | 143:12,14 | 12:25 | 114:18 |
| 150:25 | 37:22 39:9 | 144:9,24 | 14:10 40:1 | 117:7,10 |
| **therapy** 62:1 | 44:8 47:17 | 145:2,2,5 | 40:2,8,10 | 117:20,20 |
| **thereto** | 49:16 | 146:5 | 100:2 | 119:4 |
| 163:13 | 50:25 | 149:12 | 147:8 | 122:3 |
| **thing** 10:4 | 51:13 52:4 | 150:5 | **Thursday** | 133:19,19 |

| | | | | |
|---|---|---|---|---|
| 136:2 | 133:12 | **tour** 46:14 | 91:11 | 34:21 38:9 |
| 138:10 | 142:13 | 97:17,23 | 105:25 | 44:6 60:21 |
| 145:14,17 | 146:12 | **toured** 51:17 | 106:10,14 | 63:4 73:10 |
| 146:6 | 148:19 | 53:9 | 154:24 | 80:12 82:8 |
| 149:10 | 149:15 | **Tower** 140:5 | **trust** 80:5,9 | 82:10 |
| 150:15,18 | 151:14,25 | **town** 119:16 | 162:1 | 90:17 |
| 150:22,22 | 152:7 | **track** 77:3 | **truth** 20:3 | 95:11,12 |
| 151:25 | 153:11 | 110:15 | 161:21 | 98:1 99:1 |
| 153:16 | 161:2 | 150:21 | **truthfully** | 101:24 |
| 154:3,12 | **TODD** 4:3 | **tracked** | 9:16 | 126:10 |
| 154:14 | 164:10 | 110:11 | **try** 12:13 | 128:11,13 |
| 158:6,6,23 | **told** 10:25 | **tracking** | 16:13 | 131:9 |
| 158:25 | 14:23 | 110:13,16 | 21:21 | 132:25 |
| 159:4,22 | 19:19 21:6 | **Trade** 139:11 | 78:10,13 | 148:3,11 |
| 159:23 | 31:23 | **Traders** | 87:2 | **type** 16:25 |
| 160:11,18 | 43:13 48:6 | 137:10 | 100:17 | 62:5 |
| 161:3 | 60:21 69:2 | **transcribed** | 126:25 | 161:24 |
| 162:5 | 95:13 | 5:5 | 147:10 | **typed** 79:18 |
| 164:12 | 97:20 | **transcript** | 158:16 | **types** 30:4 |
| **times** 18:14 | 98:11 | 7:12 161:9 | **trying** 10:11 | 128:16 |
| 26:8 28:6 | 100:9 | 164:9,12 | 12:18 14:9 | **typewriting** |
| 34:20,21 | 105:10 | **transfer** | 14:25 25:4 | 163:9 |
| 45:2,10 | 142:10 | 30:1,2 | 36:19 45:8 | **typically** |
| 54:4 59:9 | 149:7,11 | 70:16 | 48:3 49:6 | 45:17 |
| 59:14 | 152:12 | **transition** | 49:7 53:1 | |
| 64:19 | 157:2 | 74:19 | 53:17 | **U** |
| 106:14 | 161:21 | 123:16 | 57:21 | **U-r-e** 128:22 |
| 118:21 | **Tom** 66:10 | 124:2,2 | 75:21 | **U.S** 86:24 |
| 133:10 | 77:16 80:4 | 131:6 | 95:21 96:5 | **uh-huh** 10:8 |
| 153:2 | 94:20 95:4 | **travel** 52:12 | 104:10 | 24:7 55:10 |
| **title** 60:10 | 95:6 96:8 | 120:14 | 110:14 | 80:18 89:7 |
| 60:18 65:7 | 131:6 | **Travis** | 111:9 | 93:22 |
| 65:10 89:5 | 154:13,14 | 141:23 | 119:25 | 108:23 |
| 97:6 | 156:13 | **treated** | 120:18,22 | 113:14 |
| **titles** 22:24 | **top** 17:15 | 106:8,9 | 121:9 | 124:16 |
| **TJ** 136:17 | 60:22 | 136:3 | **Tuesday** | 125:22 |
| **to's** 36:11 | 124:21 | **tried** 54:4 | 119:7 | 126:3 |
| **TOBIN** 4:14 | **topic** 16:6 | 93:3 | **turn** 10:1 | 128:21 |
| **today** 8:16 | **tore** 117:13 | **TriMedx** | 11:4 81:8 | 134:5 |
| 9:1,9 | **total** 36:4,5 | 145:1,2,3 | 133:2 | 154:8 |
| 10:18 | 36:8,19,25 | 145:4,10 | 134:3 | **UKG** 86:10 |
| 11:25 12:9 | 40:9 57:23 | **trip** 52:2,13 | **turned** 18:12 | 147:3 |
| 12:15 13:1 | 82:2 87:5 | 52:20 | **twice** 51:13 | **ultimate** |
| 18:3,18,20 | 99:23 | 53:23 54:7 | **two** 6:24 | 157:8 |
| 28:6 37:6 | 100:5 | 71:24 | 7:25 13:5 | **ultimately** |
| 70:22 71:8 | 126:16 | **trips** 120:5 | 13:6,8 | 18:15 |
| 79:12 | 136:8 | **true** 11:10 | 15:8 17:12 | **unanimous** |
| 89:24 | **touched** | 11:11 86:2 | 23:17,25 | 13:14,17 |
| 118:20 | 156:18 | 89:22 91:8 | 24:25 32:5 | **understand** |

10:9 20:6
31:5 94:19
97:19
**understa...**
9:11 17:6
23:20
30:24 31:2
31:9 37:8
72:25
77:10,12
157:17
160:10
**understood**
33:24
**undertake**
126:16,21
**unemploy...**
93:17
**unfortun...**
18:3 20:9
**United** 6:17
144:11,14
**universe**
162:2
**unknown**
23:21
**unpaid** 35:25
46:8 48:20
55:15
87:22,25
88:1 91:23
91:25 92:3
98:2,7
147:14,18
148:13,14
**unterminate**
43:13,14
**untermin...**
43:3
**untrue** 89:22
**update** 98:14
**updated**
164:13
**upload** 78:21
78:25
**Upshaw** 51:11
51:24
52:14
54:17

62:13
64:20
104:7
**upstairs**
40:8
135:21
**Ure** 128:22
129:1
**use** 17:2
27:5 30:1
35:8 49:11
62:24
63:16,18
64:14,17
64:25
91:16
116:2
125:18
150:15
**user** 26:2
**usually**
45:20
149:10

_____
**V**
**v** 164:4
**vacant**
135:19,21
**vacation**
54:17
**vague** 96:4
**value** 80:6,7
110:6,9,22
111:8
147:18
**Vandalia**
134:10
135:13
**variety** 9:22
134:18
**various** 12:2
12:17
153:15
157:12
**vendor** 62:8
96:24
114:20,23
159:25
160:3

**vendors** 28:9
28:10,11
62:6 99:7
99:20,25
106:12
**verbalized**
53:18
157:23
**versus**
130:17
**Vice-Pre...**
157:1
**video** 5:19
10:3 64:23
64:24
**VIDEOGRA...**
4:14 38:1
38:3 39:16
39:19,23
78:1,6
112:10,13
145:14,17
161:3
**VIDEOTAPED**
1:18 3:12
**vinyl** 124:7
**virus** 102:24
**vision** 84:1
85:1,15
90:19
114:7
**visit** 45:4
45:17
53:25
**visiting**
53:4
139:17
140:3
**voicemail**
54:5
**volunteer**
60:19
**vs** 1:5 3:5
3:20

_____
**W**
**W-2** 30:17,18
77:9
**W-2's** 12:19
14:25

16:13
30:22 44:6
126:25
**W-9's** 47:6
**W.A** 131:23
**wage** 148:12
157:23
**wages** 147:14
**waive** 161:8
161:10,18
162:1
**waived** 5:6
**waives** 162:2
**waiving**
162:5
**walk-in** 43:1
43:5 53:12
82:18,19
83:5
128:10
**want** 7:24
9:20 21:6
26:5 28:6
29:16 38:1
40:11
44:18
46:15 50:9
69:4 75:8
76:17
77:18 79:3
79:5
100:25
113:3
116:20
129:3
141:12
148:8
152:8
154:19
161:7,13
161:16,18
**wanted** 28:2
28:7 30:10
30:11
33:25
42:13 62:4
128:13
148:23
154:3

158:10
**wasn't** 21:21
22:8 49:12
98:11
103:22
115:8
116:13
115:15
**watch** 61:4
**water** 9:22
61:3
**waves** 122:6
125:8
**way** 10:3
11:18
12:19 17:6
19:2,3
31:10
45:18 77:4
78:18
87:19 94:7
95:2 136:3
141:10
156:7
160:22
161:14
**WC** 143:7
**we'll** 9:24
44:17 52:1
65:23 71:8
75:23,25
78:13 79:3
146:12
**we're** 8:25
12:3 13:19
14:13 16:5
29:21
39:16,19
39:23,25
47:21 50:5
53:11,13
61:14
77:18 78:6
78:8 87:19
93:1 96:6
97:20
101:18
112:13
135:23

145:17
153:3
154:11
161:3
**we've** 24:3
155:10
**wears** 32:5
**Weave** 139:22
**website** 97:5
124:11
**websites**
30:1,5
**week** 7:21
18:9,13
19:11,19
68:7 77:13
79:7 92:25
98:11,13
99:1
105:10
132:12
**weekend**
113:24,25
114:1
**weekly** 98:13
**weeks** 18:14
105:25
106:1
**weird** 21:5
37:16
122:4
**Welfare**
142:21
**Wellsville**
82:17 83:3
135:17
**went** 14:19
15:10
28:10
51:18,19
53:10,12
68:25
70:23 72:2
78:14 85:3
91:23,24
101:20,22
106:4
115:24
133:15

147:2
151:7
**weren't**
43:12 48:7
95:16
96:14
105:4
111:20
123:17
125:24
**Werts** 2:3,5
3:14 4:3,4
5:12 10:13
10:17 13:9
13:12,21
13:24 17:9
17:11 20:3
20:6,11,12
28:22,25
29:5,7,9
29:15,19
29:22 38:2
38:4 39:13
39:21,25
67:2,6
75:18,21
77:23 78:8
78:22 79:8
94:21 96:7
104:16
106:25
108:7,15
112:6,9,15
115:15
116:15,17
121:13
124:19
132:17
145:12,19
151:24
160:21
161:1,5,12
161:17,20
161:22,24
162:4,7
164:10,10
**werts@le...**
4:6
**wi-fi** 95:23

**William**
69:25 80:4
80:20,23
**willing**
20:10
**win** 151:12
**wind** 98:20
**window** 10:1
**withheld**
86:6 88:5
89:19,25
90:8 91:5
91:9 99:6
99:10,13
99:15,17
100:15
106:11
114:18
126:22
**withhold**
100:13
**withholding**
101:1
**withhold...**
88:3 89:18
99:19,24
**witness** 5:5
17:10 20:4
20:10 29:3
39:15 75:9
75:19
94:20
152:2
161:10,16
161:18,21
161:23
162:3,5
163:6,8
**women** 116:20
**Women's**
135:19
**word** 127:11
**words** 10:5
22:3,6
95:19
122:2
**work** 6:1
15:14,25
20:15

25:14,22
25:25
26:14,16
26:20
27:18
32:25 34:2
35:9 49:19
50:9 61:21
62:4 63:21
72:20
74:17 77:1
86:13
95:23
109:14,19
110:14
111:4
113:8
120:19
138:12
149:14,16
150:12
159:16
161:25
**worked** 34:1
57:11
69:23 73:4
75:12 89:6
113:18,19
114:1
149:8,14
149:20
152:13
**workers**
157:11
158:17
**working**
18:10
20:20
27:24
33:23
38:12 47:6
47:11 53:2
58:5 62:3
62:4,13
73:3 84:18
93:25
110:24
113:20
116:18

**works** 2:14
77:13
79:16,18
79:23
134:23
147:22
**World** 139:9
140:25
**worried**
142:12
**worrying**
120:22
**worth** 99:14
**wouldn't**
35:12 87:3
**write** 11:19
82:23
**writing**
118:4
**wrong** 22:11
**Wylie** 44:24
66:2 69:13
140:9
**Wyoming**
16:22
68:12,16

**X**
**X** 2:1,7
**Xpress**
144:17,19

**Y**
**Yahoo** 62:24
**yeah** 19:12
19:16 20:4
21:4,6
26:10
29:18 32:7
35:22
40:20 45:8
45:8 50:1
50:4 63:6
63:9 64:20
69:5 75:9
77:9,19
87:21 95:5
104:3
105:18

107:9,17
107:18
111:1,3
126:1,3,11
145:11
149:2,5
153:7
155:18
158:19
162:3
**year** 21:2,3
47:23
91:13
109:19
**years** 109:16
116:22
**Yes's** 10:5
**York** 23:8
68:16

---

**Z**

**Zoom** 5:21
6:10,11
24:1,2,5
25:17
45:17
64:19
96:22

---

**0**

---

**1**

1 2:9  10:15
10:18,18
10:20  11:5
13:2  14:14
70:10
**1.25** 113:5
113:11,25
114:1,3
**1.3** 101:21
101:24
**1.38** 101:19
**1:18** 112:10
**1:19** 112:13
**10** 2:9,18
108:13,16
112:7,16
**10.7** 101:6,8

**10:22** 39:19
**10:23** 39:23
**100** 59:24
95:11
**100,000**
127:23
**103** 3:15  4:4
164:11
**104** 2:15
**106** 2:16
**108** 2:17,18
**10th** 28:18
28:18
**11** 2:19
112:4,16
112:19
116:25
**11:30** 78:1
**111** 4:21
**112** 2:19
**115** 2:20
**11th** 164:22
**12** 2:20
115:13,16
123:10,13
123:23
**12:20** 78:6,9
**121** 2:21
**124** 2:22
**13** 2:10,11
2:21
121:11,14
**132** 2:23
**13th** 28:17
**14** 2:22
124:17,20
124:20
**15** 2:23
132:15,18
**150** 18:16
**152** 2:4
**15th** 15:22
125:11
**16** 25:10,12
27:16,19
73:24
**16.1** 80:5
**160** 2:5
**16th** 120:10

120:11
**17** 11:1
18:13
**175** 92:18,23
93:9
**17th** 11:9
19:10
107:16
125:12
**18** 91:22
92:3  94:13
95:4  105:2
**18th** 91:19
91:24
126:24
127:4
**19** 103:6,18
**19th** 98:23
**1st** 46:21,23
47:14,22
70:14
75:15
96:10
105:9
154:2

---

**2**

2 2:10  13:10
13:12,13
13:14  70:8
70:19  71:3
**2.3** 36:10,17
38:4
**2.5** 113:23
**2:15** 145:14
**2:23** 145:17
**2:45** 3:14
161:3
162:10
**20** 70:12
98:7
116:22
**20,000** 127:9
**200** 59:25
136:10
**2019** 25:10
25:12
27:16,19
**2020** 54:25

73:13,21
101:6
153:17
**2021** 72:18
72:20
73:24
74:14,15
74:22,25
77:9  83:8
84:2,12,18
85:23
86:10  87:2
87:23
91:13
94:25  95:4
101:7
112:22
**2022** 5:25
22:16
30:20
33:20
41:19
42:23
43:20  50:7
52:13
63:12  65:4
66:5  89:16
90:21
91:14,22
92:3,13,15
94:13
95:14  98:7
103:6
105:2,7,14
106:1,2,15
107:21
109:20
115:20
126:25
127:16
136:9
153:21
155:1
**2023** 1:19
3:13  11:1
164:9
**20th** 39:4
42:20  56:7
56:14  70:9

70:11,16
98:19
153:24
**21** 8:13
15:21  72:2
88:20
89:17
102:10
135:12
153:18
**214-502-...**
45:22
**22** 1:19  3:13
5:24  89:17
90:13
134:8
153:20,20
153:24
164:8
**22CW-CV0...**
1:5  3:5
164:3
**25** 92:21
147:11
**25th** 19:8
**26** 52:13
54:25
**26th** 19:8
51:23
53:16  54:7
88:20
**27th** 52:8,10
52:20
**28** 22:15
**28/28** 139:2
**280-3376**
164:24
**28th** 21:6
22:13
73:13
97:13

---

**3**

3 2:11  13:10
13:12,16
13:17
**3,100** 40:9
**3.2** 102:19
**30** 34:17

| | | |
|---|---|---|
| 53:8,12,13 | **572-58** 28:1 | 136:25 |
| 53:15,16 | **573-449-...** | **8:59** 1:21 |
| **30,000** 57:23 | 4:22 | 3:14 |
| 127:24 | **573-582-...** | **80** 110:2,10 |
| **319-208-...** | 28:1 | 111:13 |
| 26:12 | **573-875-...** | **800** 164:24 |
| 27:12 | 4:5 | **800,000** |
| **31st** 46:21 | **5th** 47:17 | 87:14,22 |
| 46:24 | 59:25 | |
| 70:12 | | **9** |
| 86:15 | **6** | **9** 2:17 33:20 |
| 96:10 | **6** 2:14 78:4 | 42:23 |
| **351** 81:24 | 79:9,11 | 108:5,8 |
| **37,000** | 81:9 133:2 | 127:16 |
| 126:25 | 135:6 | **9:53** 39:16 |
| | **60** 128:1,3 | **90** 56:10 |
| **4** | **60's** 11:21 | **913-498-...** |
| **4** 2:12 133:3 | **600** 4:10 | 4:11 |
| **4:30** 43:4 | **600,000** | **9225** 4:9 |
| 78:11 | 103:2 | **9th** 31:15 |
| **401-K** 84:1 | **605** 135:11 | 42:16 |
| 85:21 | **626** 135:18 | 60:19 |
| 89:18,20 | **63101** 164:23 | 104:1,9 |
| 89:24,25 | **65201** 4:5 | 128:6 |
| 90:19 | 164:11 | |
| 114:7 | **65203** 4:22 | |
| **46.7** 80:6 | **66210** 4:10 | |
| **492.5** 90(2) | **67** 2:13 | |
| 164:14 | 147:12 | |
| **4th** 48:2 | **69.77** 11:13 | |
| 53:17 | **6th** 47:18 | |
| 91:18 | 105:11 | |
| | | |
| **5** | **7** | |
| **5** 2:3,13 | **7** 2:15 | |
| 67:3,4,7 | 104:14,17 | |
| 133:2 | **711** 164:22 | |
| 134:3 | **713** 135:7 | |
| **5,000** 58:3,8 | **714** 8:11 | |
| **500** 11:22 | **78** 2:14 | |
| **503-358-...** | **7th** 21:7 | |
| 33:11 | 31:17 | |
| **515** 135:5 | | |
| **53** 24:17 | **8** | |
| **55-53** 24:18 | **8** 2:16 | |
| **5500** 143:3 | 106:23 | |
| **5553** 24:18 | 107:1,8 | |
| **57.03(g)...** | 133:2,3 | |
| 164:7 | 134:3 | |