# RE: Information on Audrain and Callaway employees Owed & Local Loans

**From:** Amy O'Brien <no address>  Thu, Dec 8, 2022 at 4:23 PM CST (GMT-06:00)
To: Cliff Sullivan <theinvestmentguy@gmail.com>
Cc: <korman.mark@gmail.com>

This is the most current list I have. I do think we have new utility invoices that have not been updated.

**From:** Cliff Sullivan <theinvestmentguy@gmail.com>
**Sent:** Thursday, December 8, 2022 4:17 PM
**To:** Amy O'Brien <amy.obrien@noblehc.org>
**Cc:** korman.mark@gmail.com
**Subject:** Re: Information on Audrain and Callaway employees Owed & Local Loans

**EXHIBIT 2**

Thank you for the information. I appreciate you sending this over.

Do you have a list of all utilities, vendors, and any other people money is owed to?

Cliff

On Thu, Dec 8, 2022 at 2:15 PM Amy O'Brien <amy.obrien@noblehc.org> wrote:

> Cliff,
>
> I talked with Mark Korman, and he asked that I give you the dollar amounts owed to employees and community loans.
>
> 443 Employees are owed approximately $2,185,173.14
> Employees Health Claims that were unfunded but health premiums withheld   $1,148,780
> Loans from 8 Community Members to help fund payroll  $805,000
> Loan from Hospital Foundation to help fund payroll $600,000
> Loan from Audrain County to help fund payroll $1,800,000
>
> Total for employee pay/benefits/community loans **= $6,538,953.14**
>
> **Amy O'Brien**
> 319-208-4382
> amy.obrien@noblehc.org
> obrien5553@gmail.com

## Attachments

- Total Debts Known Noble Health.xlsx

Worksheet: **Summary of all Debts**

Summary of all known Debts
Noble Health Audrain, Inc.
Noble Health Fulton, Inc
Noble Health Corporate
Noble People, LLC
Noble Real Estate

| | | |
|---|---:|---|
| Audrain Hospital Mortgage | $ 7,500,000.00 | |
| Callaway Hospital Mortgage | $ 4,800,000.00 | |
| Callaway Bank Commercial Loan | $ 62,771.82 | |
| Due to SSM | $ 1,896,997.00 | |
| Due to Audrain County | $ 1,800,000.00 | |
| Due to Community Members | $ 805,000.00 | |
| Due to Foundation | $ 600,000.00 | |
| PayDay Loans (Estimate) | $ 6,131,827.00 | |
| Due to WPS (Medicare) Audrain | $ 8,300,000.00 | When Cost Report is filed, this will go away or significantly reduced |
| Due to WPS (Medicare) Callaway 2018 Cost Report Settlement | $ 328,000.00 | |
| Due to WPS (Medicare) Callaway (see tab) | $ 1,786,991.00 | Advanced Medicare pmts received in 2020. Can be recouped with billing |
| Due to IRS - 2021 | $ 1,009,983.39 | |
| Due to IRS - 2022 (estimate) | $ 1,006,163.00 | |
| Due to MO/KS 2021 (estimate) | $ 450,000.00 | |
| Due to MO/KS 2022 (estimate) | $ 198,961.00 | |
| Back Payroll (Audrain, Callaway, Corporate) | $ 2,185,173.14 | |
| Health Claims from Self Funded Plan - Unfunded (Est) | $ 1,148,780.32 | |
| AP Audrain | $ 17,917,684.81 | |
| AP Callaway | $ 4,120,788.72 | |
| | $ 62,049,121.20 | |