| FILE # | Name | Location | Gross Pay | Federal Tax | Social Security | Medicare | MO State Tax | KS State Tax | Medical | Garnishment | Net Pay double check | Net Pay | Cornerstone |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 100066 | Aaron Steffenauer | Callaway | 1,638.50 | 186.37 | 97.83 | 22.88 | 50.00 | | 60.58 | | - | 1,220.84 | |
| 101256 | Abigail Fulkerson | Audrain | 495.88 | - | 30.74 | 7.19 | - | | - | | - | 457.95 | |
| 100747 | Abigail Schulte | Audrain | 455.70 | 28.84 | 28.25 | 6.61 | - | | - | | - | 392.00 | |
| 101093 | Adrian Chen | Audrain | 10,540.62 | 2,428.47 | 653.52 | 152.84 | 525.00 | 45.62 | - | | 0.00 | 6,735.17 | |
| 100054 | Airel Gohring | Callaway | 1,226.25 | 119.17 | 76.03 | 17.78 | 32.00 | | - | | - | 981.27 | |
| 101118 | Alexander Finck | Audrain | 9,615.38 | 2,600.61 | 581.82 | 136.07 | 464.00 | | 231.27 | | - | 5,601.61 | |
| 100744 | Alexandra Schuckenbrock | Audrain | 213.75 | 15.00 | 13.25 | 3.10 | - | | - | | - | 182.40 | |
| 101113 | Alicia Shaw | Audrain | 3,846.16 | 414.15 | 238.46 | 55.77 | 170.00 | | - | | - | 2,967.78 | |
| 101244 | Alisha Johnson | Audrain | 423.63 | 25.00 | 26.26 | 6.14 | 50.00 | | - | | - | 316.23 | |
| 100720 | Allison Pike | Audrain | 2,175.51 | 247.92 | 113.66 | 26.58 | 114.00 | | 342.27 | | - | 1,331.08 | |
| 100025 | Alucious Simmons | Callaway | 1,112.07 | 58.51 | 65.19 | 15.24 | 22.00 | | 60.58 | | - | 890.55 | |
| 101037 | Amanda Eastman | Audrain | 2,410.25 | 178.89 | 149.43 | 34.95 | 119.00 | | - | | - | 1,927.98 | |
| 101234 | Amanda Gowin | Audrain | 602.50 | 50.00 | 37.36 | 8.73 | 27.00 | | - | | - | 479.41 | |
| 101174 | Amanda Ingersoll | Callaway | 6,942.64 | - | 430.45 | 100.67 | - | | - | | - | 6,411.52 | |
| 101120 | Amanda Jones | Audrain | 154.38 | - | 9.57 | 2.24 | 25.00 | | - | | - | 117.57 | |
| 100753 | Amanda Segraves | Audrain | 1,024.00 | - | 59.73 | 13.97 | 18.00 | | 60.58 | | - | 871.72 | |
| 101164 | Amanda Walker | Audrain | 925.57 | 43.40 | 57.39 | 13.42 | 16.00 | | - | | - | 795.36 | |
| 100801 | Amanda Walker | Audrain | 2,545.84 | 236.64 | 145.07 | 33.93 | 91.00 | | 205.85 | | - | 1,833.35 | |
| 100625 | Amy Hilderman | Audrain | 1,241.89 | - | 77.00 | 18.01 | 32.00 | | - | | - | 1,114.88 | |
| 101218 | Amy Johnson | Callaway | 350.00 | - | 21.70 | 5.07 | - | | - | | - | 323.23 | |
| 100092 | Amy Kemper | Callaway | 2,426.25 | 37.81 | 129.20 | 30.22 | 77.00 | | 342.27 | | - | 1,809.75 | |
| 100084 | Amy McKay | Callaway | 1,374.88 | 95.93 | 64.02 | 14.98 | 46.00 | | 342.27 | | - | 811.68 | |
| 100181 | Amy O'Brien | Audrain | 11,538.46 | 2,055.95 | 715.39 | 167.31 | 552.00 | | - | | - | 8,047.81 | |
| 100182 | Amy Swan | Callaway | 3,081.25 | 399.72 | 191.04 | 44.68 | 130.00 | | - | | - | 2,315.81 | |
| 101058 | Amy Wells | Callaway | 2,807.69 | 288.66 | 159.74 | 37.35 | 103.00 | | 231.27 | | - | 1,987.67 | |
| 100126 | Andrea Burns | Callaway | 5,570.00 | 980.18 | 345.34 | 80.77 | 269.00 | | - | | - | 3,894.71 | |
| 100594 | Andrea Feger | Audrain | 3,846.16 | 326.19 | 238.47 | 55.77 | 170.00 | | - | | - | 3,055.73 | |
| 100156 | Angel Hoilman | Corp | 5,283.75 | 911.48 | 327.59 | 76.61 | 247.00 | | - | | - | 3,721.07 | |
| 100502 | Angela Andrews | Audrain | 1,983.11 | 202.63 | 122.95 | 28.75 | 102.00 | | - | | - | 1,526.78 | |
| 101011 | Angela Creed | Audrain | 518.75 | 150.00 | 32.17 | 7.52 | 20.00 | | - | | - | 309.06 | |
| 100003 | Angela Harris | Corp | 3,134.38 | 145.31 | 194.33 | 45.45 | 119.00 | 84.39 | - | | - | 2,545.90 | |
| 101025 | Angela Kamp | Callaway | 1,815.00 | 125.43 | 99.76 | 23.33 | 62.00 | | 205.85 | | - | 1,298.63 | |
| 101191 | Angela Wolken | Corp | 652.50 | 15.44 | 40.46 | 9.46 | 3.00 | 13.05 | - | | - | 571.09 | |
| 100827 | Angela Woodhurst | Audrain | 1,259.35 | 115.87 | 74.33 | 17.39 | 35.00 | | 60.58 | | - | 956.18 | |
| 101257 | Anna Gangloff | Audrain | 534.76 | 3.67 | 33.16 | 7.75 | 1.00 | | - | | - | 489.18 | |
| 100816 | Anna Willer | Audrain | 400.41 | - | 24.83 | 5.80 | - | | - | | - | 369.78 | |
| 100155 | Arlene Desmith | Callaway | 788.13 | 29.01 | 48.86 | 11.43 | 9.00 | | - | | - | 689.83 | |
| 100835 | Ashlee Brown | Audrain | 218.75 | - | 13.56 | 3.17 | - | | - | | - | 202.02 | |
| 100179 | Ashlee Dougherty | Audrain | 3,846.15 | 445.79 | 225.60 | 52.79 | 159.00 | | 205.85 | | - | 2,757.02 | |
| 100743 | Ashleigh Schoneboom | Audrain | 657.88 | - | 40.78 | 9.54 | 3.00 | | - | | - | 604.56 | |
| 100505 | Ashley Arens | Audrain | 3,610.00 | 102.94 | 202.60 | 47.38 | 140.00 | | 342.27 | | - | 2,774.81 | |
| 101075 | Ashley Woolfolk | Audrain | 1,041.25 | 54.51 | 64.56 | 15.10 | 1.00 | | - | | - | 906.08 | |
| 101136 | Ashton Troxel | Audrain | 492.19 | - | 30.51 | 7.13 | 5.00 | | - | | - | 449.55 | |
| 100538 | Audrey Broom-Bartlett | Audrain | 1,392.94 | 139.48 | 86.37 | 20.19 | 65.00 | | - | | - | 1,081.90 | |
| 100584 | Ava Eicher | Audrain | 1,438.28 | 97.65 | 85.42 | 19.97 | 40.00 | | 60.58 | | - | 1,134.66 | |
| 100836 | Bailee Alexander | Audrain | 872.85 | 6.61 | 50.36 | 11.78 | 1.00 | | 60.58 | | - | 742.52 | |
| 100610 | Barbara Gregory | Audrain | 3,570.93 | 481.57 | 207.06 | 48.42 | 169.00 | | 231.27 | | - | 2,433.61 | |
| 100106 | Barbara Otey | Audrain | 1,309.33 | 129.14 | 81.18 | 18.98 | 61.00 | | - | | - | 1,019.03 | |
| 100710 | Bernice Oliver | Audrain | 1,979.89 | 94.97 | 119.00 | 27.83 | 42.00 | | 60.58 | | - | 1,635.51 | |
| 100172 | Beth Epperson | Corp | 3,846.16 | 568.00 | 238.46 | 55.77 | 170.00 | | - | | - | 2,813.93 | |
| 100048 | Bonnie Branson | Callaway | 960.00 | 72.53 | 59.52 | 13.92 | 42.00 | | - | | - | 772.03 | |
| 100068 | Brandee Narancich | Callaway | 1,878.38 | 150.46 | 112.70 | 26.36 | 93.00 | | 60.58 | | - | 1,435.28 | |
| 101192 | Brandon Miller | Audrain | 956.25 | - | 59.29 | 13.87 | 17.00 | | - | | - | 866.09 | |
| 100582 | Brandy Eckman | Audrain | 3,006.78 | 380.80 | 165.20 | 38.64 | 108.00 | | 342.27 | | - | 1,971.87 | |
| 101062 | Brenda Hull | Audrain | 1,943.38 | 155.12 | 116.73 | 27.30 | 63.00 | | 60.58 | | - | 1,520.65 | |
| 100074 | Brenda Peterson | Callaway | 1,660.00 | 66.38 | 102.92 | 24.07 | 55.00 | | - | | - | 1,411.63 | |
| 100771 | Brian Speer | Audrain | 1,967.23 | 161.13 | 118.21 | 27.65 | 68.00 | | 60.58 | | - | 1,531.66 | |
| 101222 | Brianna Horn | Callaway | 172.50 | - | 10.70 | 2.50 | - | | - | | - | 159.30 | |
| 100162 | Brianna Vuagniaux | Callaway | 2,164.38 | 184.78 | 130.44 | 30.50 | 78.00 | | 60.58 | | - | 1,680.08 | |
| 101173 | Brittney Gerhardt | Audrain | 357.94 | - | 22.20 | 5.19 | - | | - | | - | 330.55 | |
| 100645 | Brooke Johnson | Audrain | 1,632.50 | 206.75 | 97.46 | 22.79 | 50.00 | | 60.58 | | - | 1,194.92 | |
| 100633 | Bryce Hopkins | Audrain | 2,250.00 | 236.84 | 139.50 | 32.63 | 106.00 | | - | | - | 1,735.03 | |
| 100069 | Caitlin Wells | Callaway | 1,182.50 | 106.65 | 69.56 | 16.27 | 26.00 | | 60.58 | | - | 903.44 | |
| 101088 | Candice Grant | Audrain | 995.50 | - | 61.72 | 14.43 | - | | - | | - | 919.35 | |
| 100064 | Carla Berry | Callaway | 1,335.09 | 127.54 | 82.77 | 19.36 | 72.00 | | - | | - | 1,033.42 | |
| 100708 | Carmen Oberlag | Audrain | 2,777.24 | 392.28 | 168.43 | 39.39 | 111.00 | | 60.58 | | - | 2,005.56 | |
| 100756 | Carol Shelden | Audrain | 794.38 | 23.57 | 45.49 | 10.64 | 6.00 | | 60.58 | | - | 648.10 | |
| 100534 | Caroline Bradshaw | Audrain | 1,525.23 | 92.91 | 94.56 | 22.11 | 87.00 | | - | | - | 1,228.65 | |

| FILE # | Name | Location | Gross Pay | Federal Tax | Social Security | Medicare | MO State Tax | KS State Tax | Medical | Garnishment | Net Pay double check | Net Pay | Cornerstone |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 101000 | Caroline Coffman | Callaway | 1,196.00 | 68.58 | 70.40 | 16.46 | 27.00 | | 60.58 | | - | 952.98 | |
| 100551 | Carolyn Canterbury | Audrain | 4,552.59 | 557.69 | 261.04 | 61.05 | 190.00 | | 342.27 | | - | 3,140.54 | |
| 101141 | Cassandra Blockton | Audrain | 1,223.50 | 2.23 | 75.86 | 17.74 | - | | - | | - | 1,127.67 | |
| 101155 | Cassandra Toombs | Audrain | 1,102.95 | - | 68.38 | 15.99 | 25.00 | | - | | - | 993.58 | |
| 101232 | Cassidy Brown | Audrain | 1,222.50 | 79.03 | 75.80 | 17.73 | 31.00 | | - | | - | 1,018.94 | |
| 101221 | Catherine Exendine | Audrain | 1,382.26 | 38.80 | 85.70 | 20.05 | 38.00 | | - | | - | 1,199.71 | |
| 101131 | Cathy Coble | Audrain | 1,923.08 | 143.87 | 119.24 | 27.89 | 68.00 | | - | | - | 1,564.08 | |
| 101147 | Cedric Galadja Wendieuwo | Audrain | 5,426.00 | 708.57 | 314.92 | 73.65 | 236.00 | | 342.27 | | - | 3,750.59 | |
| 100603 | Celestine Fox | Audrain | 1,144.18 | - | 67.18 | 15.71 | 11.00 | | 60.58 | | - | 989.71 | |
| 101210 | Chad Brown | Audrain | 4,297.51 | 520.93 | 266.45 | 62.32 | 194.00 | | - | | - | 3,253.81 | |
| 100764 | Charla Smith | Audrain | 3,757.84 | 7.90 | 232.99 | 54.49 | 166.00 | | - | | - | 3,296.46 | |
| 101055 | Charlea Schafer | Audrain | 1,513.13 | 107.18 | 90.34 | 21.13 | 44.00 | | 56.01 | | - | 1,194.47 | |
| 101175 | Charlene Main | Audrain | 1,267.90 | 46.58 | 75.14 | 17.57 | 18.00 | | 56.01 | | - | 1,054.60 | |
| 100040 | Chelsee Robinson | Callaway | 1,102.19 | 57.32 | 64.58 | 15.11 | 22.00 | | 60.58 | | - | 882.60 | |
| 100525 | Cheryl Blair | Audrain | 1,298.77 | 135.60 | 76.77 | 17.95 | 47.00 | | 60.58 | | - | 960.87 | |
| 100596 | Cheryl Fisk | Audrain | 202.50 | 25.00 | 8.80 | 2.06 | 25.00 | | 60.58 | | - | 81.06 | |
| 100609 | Cheryl Graupman | Audrain | 1,509.08 | 45.23 | 89.81 | 21.00 | 17.00 | | 60.58 | | - | 1,275.46 | |
| 101016 | Cheryl McConnell | Audrain | 1,144.00 | - | 70.93 | 16.59 | 27.00 | | - | | - | 1,029.48 | |
| 100844 | Christeen Early | Audrain | 1,467.75 | 108.46 | 91.00 | 21.29 | 59.00 | | - | | - | 1,188.00 | |
| 100522 | Christina Birkner | Audrain | 1,105.31 | 124.96 | 55.77 | 13.04 | 19.00 | | 205.85 | | - | 686.69 | |
| 101096 | Christina Crump | Audrain | 5,692.31 | 695.99 | 352.92 | 82.54 | 268.00 | | - | | - | 4,292.86 | |
| 101017 | Christina Curtis | Audrain | 3,092.50 | 402.19 | 191.73 | 44.84 | 140.00 | | - | | - | 2,313.74 | |
| 100684 | Christina Maxwell | Audrain | 1,721.50 | 91.07 | 93.97 | 21.97 | 39.00 | | 205.85 | | - | 1,269.64 | |
| 101211 | Christine Warden | Audrain | 6,446.88 | 1,190.63 | 399.71 | 93.47 | 308.00 | | - | | - | 4,455.07 | |
| 100738 | Christopher Rodgers | Audrain | 1,088.00 | 95.31 | 63.70 | 14.90 | 21.00 | | 60.58 | | - | 832.51 | |
| 100763 | Christy Smiley | Audrain | 4,009.64 | 591.15 | 244.84 | 57.26 | 176.00 | | 60.58 | | - | 2,879.81 | |
| 101263 | Cilicia Fullenwider | Audrain | 1,025.54 | 55.39 | 63.58 | 14.87 | 21.00 | | - | | - | 870.70 | |
| 101260 | Coleen Howard | Audrain | 912.94 | 41.88 | 56.60 | 13.24 | 15.00 | | - | | - | 786.22 | |
| 100703 | Colette Niekamp | Audrain | 1,165.61 | 10.89 | 68.51 | 16.02 | 25.00 | | 60.58 | | - | 984.61 | |
| 100108 | Connie Rogers-Clay | Callaway | 2,906.25 | - | 176.43 | 41.26 | 104.00 | | 60.58 | | - | 2,523.98 | |
| 100786 | Connie Thoenen | Audrain | 2,294.29 | 213.26 | 138.49 | 32.39 | 95.00 | | 60.58 | | - | 1,754.57 | |
| 100132 | Corey Giboney | Callaway | 2,692.31 | 373.59 | 163.17 | 38.16 | 106.00 | | 60.58 | | - | 1,950.81 | |
| 100569 | Courtney Dalton | Audrain | 102.88 | 10.00 | 6.37 | 1.49 | 10.00 | | - | | - | 75.02 | |
| 100641 | Courtney Jensen | Audrain | 2,258.86 | 128.45 | 136.29 | 31.88 | 83.00 | | 60.58 | | - | 1,818.66 | |
| 101060 | Crystal Morris | Callaway | 123.50 | - | 7.66 | 1.79 | - | | - | | - | 114.05 | |
| 100541 | Cynthia Buck | Audrain | 840.26 | 105.58 | 48.34 | 11.31 | 208.00 | | 60.58 | | - | 406.45 | |
| 100564 | Cynthia Crowder | Audrain | 1,585.44 | 53.87 | 94.54 | 22.11 | 57.00 | | 60.58 | | - | 1,297.34 | |
| 100736 | Cynthia Roberts | Audrain | 1,400.80 | 27.34 | 72.51 | 16.96 | 34.00 | | 231.27 | | - | 1,018.72 | |
| 100761 | Cynthia Sisneros Goodman | Audrain | 293.13 | - | 18.17 | 4.25 | 10.00 | | - | | - | 260.71 | |
| 101196 | Dakota Maxwell | Audrain | 1,266.94 | - | 78.55 | 18.37 | 21.00 | | - | | - | 1,149.02 | |
| 100644 | Daniel Jamison | Audrain | 1,301.04 | - | 80.67 | 18.86 | 9.00 | | - | | - | 1,192.51 | |
| 101143 | Daniel Pabst | Callaway | 1,113.38 | 25.00 | 54.69 | 12.79 | - | | 231.27 | | - | 789.63 | |
| 101230 | Danielle Bryson | Audrain | 2,135.25 | 125.89 | 132.38 | 30.96 | 90.00 | | - | | - | 1,756.02 | |
| 100198 | Danielle Steffenauer | Callaway | 668.00 | 20.00 | 37.66 | 8.81 | 22.00 | | 60.58 | | - | 518.95 | |
| 100783 | Darla Taylor | Audrain | 2,168.59 | 271.70 | 134.45 | 31.45 | 81.00 | | - | | - | 1,649.99 | |
| 100082 | Darren Hedges | Callaway | 2,265.25 | 206.87 | 136.69 | 31.96 | 83.00 | | 60.58 | | - | 1,746.15 | |
| 100526 | David Blair | Audrain | 1,143.56 | - | 56.56 | 13.23 | 15.00 | | 231.27 | | - | 827.50 | |
| 101176 | David Kitchens | Corp | 3,846.15 | 568.00 | 238.46 | 55.77 | 170.00 | 23.96 | | | - | 2,789.96 | |
| 100671 | David Lewis | Audrain | 2,910.00 | 534.81 | 180.42 | 42.19 | 171.00 | | - | | - | 1,981.58 | |
| 100704 | David Niekamp | Audrain | 2,615.79 | 171.28 | 158.42 | 37.05 | 76.00 | | 60.58 | | - | 2,112.46 | |
| 100748 | David Schulte | Audrain | 2,748.75 | 281.28 | 157.66 | 36.87 | 121.00 | | 205.85 | | - | 1,946.09 | |
| 100547 | Davina Busken | Audrain | 2,405.52 | 179.92 | 127.62 | 29.92 | 76.00 | | 342.27 | | - | 1,649.49 | |
| 100678 | Deana Maiden | Audrain | 2,077.40 | 118.67 | 125.04 | 29.24 | 83.00 | | 60.58 | | - | 1,660.87 | |
| 100705 | Deanna Nordwald | Audrain | 1,305.41 | 47.91 | 59.72 | 13.96 | 18.00 | | 342.27 | | - | 823.55 | |
| 101031 | Deanna Peak | Audrain | 1,200.00 | - | 74.40 | 17.40 | 30.00 | | - | | - | 1,078.20 | |
| 100772 | Deborah Spurling | Audrain | 4,243.56 | 377.27 | 263.10 | 61.53 | 191.00 | | - | | - | 3,350.66 | |
| 101233 | Deborah Wood | Callaway | 1,538.47 | 116.95 | 95.39 | 22.31 | 48.00 | | - | | - | 1,255.82 | |
| 100500 | Debra Abbott | Audrain | 792.69 | 67.14 | 49.15 | 11.49 | 9.00 | | - | | - | 655.91 | |
| 101056 | Debra Overfelt | Audrain | 2,960.00 | 359.72 | 179.76 | 42.04 | 120.00 | | 60.58 | | - | 2,197.90 | |
| 100717 | Debra Pease | Audrain | 1,432.55 | 37.58 | 85.06 | 19.89 | 39.00 | | 60.58 | | - | 1,190.44 | |
| 100765 | Debra Smith | Audrain | 2,268.75 | 164.17 | 136.90 | 32.02 | 70.00 | | 60.58 | | - | 1,805.08 | |
| 100661 | Deirdre Knipp | Audrain | 1,717.60 | 131.17 | 102.74 | 24.03 | 54.00 | | 60.58 | | - | 1,345.08 | |
| 101231 | Devonte Daniels | Audrain | 1,167.38 | 72.41 | 72.38 | 16.93 | 28.00 | | - | | - | 977.66 | |
| 100588 | Diana Enslen | Audrain | 1,357.60 | 101.97 | 80.42 | 18.81 | 35.00 | | 60.58 | | - | 1,060.82 | |
| 100646 | Diana Johnson | Audrain | 504.49 | 27.66 | 27.52 | 6.44 | - | | 60.58 | | - | 382.29 | |
| 101239 | Diana Rosenburg | Audrain | 1,080.00 | - | 45.74 | 10.70 | 41.00 | | 342.27 | | - | 640.29 | |
| 100642 | Diane Jacobi | Audrain | 3,125.00 | 182.45 | 174.13 | 40.72 | 115.00 | | 316.45 | | - | 2,296.25 | |
| 101195 | Dolly Giles | Audrain | 3,903.85 | 333.12 | 242.04 | 56.60 | 173.00 | | - | | - | 3,099.09 | |

| FILE # | Name | Location | Gross Pay | Federal Tax | Social Security | Medicare | MO State Tax | KS State Tax | Medical | Garnishment | Net Pay double check | Net Pay | Cornerstone |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 101029 | Donna Yeager | Audrain | 1,078.75 | 81.78 | 66.88 | 15.64 | 44.00 | | - | | - | 870.45 | |
| 101139 | Doris Davis | Audrain | 4,423.08 | 704.91 | 274.23 | 64.14 | 201.00 | | - | | - | 3,178.80 | |
| 100749 | Doris Schulte | Audrain | 1,090.39 | 55.91 | 63.85 | 14.93 | 21.00 | | 60.58 | | - | 874.12 | |
| 101261 | Dulcie Salazar | Audrain | 3,465.00 | 484.14 | 214.83 | 50.24 | 150.00 | | - | | - | 2,565.79 | |
| 100659 | Elaina Knipfel | Audrain | 3,040.00 | 377.32 | 184.73 | 43.20 | 132.00 | | 60.58 | | - | 2,242.17 | |
| 101007 | Elijah Haahr | Corp | 7,692.31 | 1,541.83 | 476.92 | 111.54 | 374.00 | | | | - | 5,188.02 | |
| 101243 | Elizabeth Enloe | Audrain | 4,359.38 | 402.75 | 270.26 | 63.21 | 171.00 | | - | | - | 3,452.14 | |
| 100127 | Elizabeth Logerman | Callaway | 2,400.00 | 236.52 | 145.04 | 33.92 | 91.00 | | 60.58 | | - | 1,832.94 | |
| 100762 | Elizabeth Sjoberg | Audrain | 2,623.65 | 285.72 | 158.91 | 37.17 | 102.00 | | 60.58 | | - | 1,979.27 | |
| 100124 | Elizabeth Wansing | Callaway | 1,728.00 | 139.69 | 107.14 | 25.06 | 98.00 | | - | | - | 1,358.11 | |
| 100591 | Emily Evans | Audrain | 1,954.90 | 91.97 | 117.45 | 27.47 | 82.00 | | 60.58 | | - | 1,575.43 | |
| 100780 | Emily Stuart | Audrain | 2,541.16 | 308.38 | 144.79 | 33.86 | 90.00 | | 205.85 | | - | 1,758.28 | |
| 100663 | Eric Kondro | Audrain | 6,490.39 | 1,186.53 | 398.65 | 93.23 | 307.00 | | 60.58 | | - | 4,444.40 | |
| 100002 | Erin Gash | Corp | 4,423.08 | 754.91 | 274.24 | 64.14 | 201.00 | | | | - | 3,128.79 | |
| 100616 | Evelyn Haefling | Audrain | 1,093.25 | 56.80 | 64.31 | 15.04 | 21.00 | | 56.01 | | - | 880.09 | |
| 100669 | Evelyn Lear | Audrain | 1,099.39 | 96.68 | 64.41 | 15.06 | 22.00 | | 60.58 | | - | 840.66 | |
| 100546 | Frances Busby | Audrain | 550.62 | 38.33 | 34.14 | 7.99 | 1.00 | | - | | - | 469.16 | |
| 100677 | Francis Lynch | Audrain | 2,195.24 | 254.80 | 136.11 | 31.83 | 93.00 | | - | | - | 1,679.50 | |
| 100164 | Francis Trawick | Callaway | 532.50 | - | 33.02 | 7.72 | 1.00 | | - | 55.76 | - | 435.00 | |
| 100732 | Franklin Reynolds | Audrain | 1,533.60 | 111.66 | 82.32 | 19.25 | 37.00 | | 205.85 | | - | 1,077.52 | |
| 101135 | Gabriel Ellefsen | Audrain | 540.00 | 4.19 | 33.48 | 7.83 | 1.00 | | - | | - | 493.50 | |
| 101125 | Geoffrey Allen | Audrain | 1,179.38 | 67.13 | 69.65 | 16.29 | 26.00 | | 56.01 | 201.54 | - | 742.76 | |
| 101121 | Gracie Huelskamp | Audrain | 876.82 | 37.88 | 54.36 | 12.72 | 13.00 | | - | | - | 758.86 | |
| 100567 | Gretchen Curtis | Audrain | 3,119.20 | 212.89 | 172.17 | 40.26 | 116.00 | | 342.27 | | - | 2,235.61 | |
| 101043 | Haley Mittag | Audrain | 1,774.50 | 145.27 | 110.02 | 25.73 | 61.00 | | - | | - | 1,432.48 | |
| 100052 | Hannah Dechant | Callaway | 1,200.00 | 108.75 | 70.64 | 16.52 | 27.00 | | 60.58 | | - | 916.51 | |
| 100083 | Hannah Henke | Callaway | 102.00 | 10.00 | 6.32 | 1.48 | 10.00 | | - | | - | 74.20 | |
| 101069 | Heather Davis | Audrain | 1,326.00 | 61.93 | 78.46 | 18.35 | 30.00 | | 60.58 | | - | 1,076.68 | |
| 100843 | Heather McHatton | Callaway | 1,710.00 | 137.53 | 106.02 | 24.79 | 57.00 | | - | | - | 1,384.66 | |
| 100807 | Heather Welch | Audrain | 1,968.86 | 143.89 | 109.31 | 25.56 | 60.00 | | 205.85 | | - | 1,424.25 | |
| 100540 | Herbert Bruce | Audrain | 1,808.00 | 124.59 | 99.34 | 23.23 | 51.00 | | 205.85 | | - | 1,303.99 | |
| 101178 | Ivy Allen | Audrain | 3,371.88 | 1,176.71 | 209.06 | 48.90 | 195.00 | | - | | - | 1,742.21 | |
| 100781 | Ivy Tallman | Audrain | 1,304.03 | 101.54 | 77.09 | 18.03 | 42.00 | | 60.58 | | - | 1,004.79 | |
| 100140 | Jack Wenkel | Callaway | 4,421.54 | 262.58 | 274.14 | 64.11 | 201.00 | | - | | - | 3,619.71 | |
| 100553 | Jacob Carlisle | Audrain | 1,519.75 | 40.00 | 94.22 | 22.03 | 87.00 | | - | | - | 1,276.50 | |
| 100037 | Jacqueline Dixon | Callaway | 1,326.88 | 84.83 | 78.79 | 18.43 | 34.00 | | 56.01 | | - | 1,054.82 | |
| 100087 | Jacquelyn Harmon | Callaway | 907.00 | 41.17 | 56.24 | 13.15 | 15.00 | | - | | - | 781.44 | |
| 101024 | Jacquelyn Slick | Corp | 5,000.00 | 553.09 | 310.00 | 72.50 | - | | | | - | 4,064.41 | |
| 100615 | James Gusewelle | Audrain | 1,158.38 | 86.32 | 59.05 | 13.81 | 17.00 | | 205.85 | | - | 776.35 | |
| 100117 | James Marshall | Callaway | 2,627.50 | 349.89 | 162.90 | 38.10 | 156.00 | | - | | - | 1,920.61 | |
| 100767 | Jami Smith | Audrain | 1,221.77 | 25.00 | 62.99 | 14.73 | 40.00 | | 205.85 | | - | 873.20 | |
| 101181 | Jamie Hogan | Audrain | 1,755.01 | - | 108.81 | 25.45 | 85.00 | | - | | - | 1,535.75 | |
| 100005 | Jamie Longston | Corp | 2,168.75 | 122.05 | 134.47 | 31.44 | 81.00 | 7.49 | | | - | 1,792.30 | |
| 101082 | Jamie Sweazea | Callaway | 1,322.00 | 10.00 | 78.21 | 18.29 | 33.00 | | 60.58 | | - | 1,121.92 | |
| 100636 | Jan Hoyt | Audrain | 1,451.32 | 78.73 | 75.64 | 17.69 | 31.00 | | 231.27 | | - | 1,016.99 | |
| 100600 | Jana Wolthuis | Audrain | 2,367.53 | 297.41 | 134.02 | 31.34 | 111.00 | | 205.85 | | - | 1,587.91 | |
| 100044 | Jane Newcomb | Callaway | 1,302.19 | 88.59 | 80.74 | 18.88 | 36.00 | | - | | - | 1,077.98 | |
| 101203 | Janet Barnes | Audrain | 2,009.61 | 398.48 | 124.59 | 29.14 | 73.00 | | - | | - | 1,384.40 | |
| 101046 | Janice Jones | Audrain | 1,548.75 | 59.20 | 92.27 | 21.57 | 55.00 | | 60.58 | | - | 1,260.13 | |
| 100725 | Janice Pritchett | Audrain | 3,515.06 | 517.05 | 203.59 | 47.61 | 141.00 | | 231.27 | | - | 2,374.54 | |
| 101229 | Jason Bostic | Audrain | 721.13 | - | 44.71 | 10.45 | 6.00 | | - | | - | 659.97 | |
| 100141 | Jeanette Quinn | Callaway | 4,615.38 | 736.53 | 282.40 | 66.05 | 208.00 | | 60.58 | | - | 3,261.82 | |
| 100042 | Jeania Lowe | Callaway | 1,109.50 | 68.20 | 65.04 | 15.21 | 11.00 | | 60.58 | | - | 889.47 | |
| 100791 | Jeanine Treadway | Audrain | 2,948.19 | 479.04 | 179.03 | 41.87 | 140.00 | | 60.58 | | - | 2,047.67 | |
| 100837 | Jeanne Hobbs | Audrain | 1,491.87 | 139.57 | 92.49 | 21.63 | 66.00 | | - | | - | 1,172.18 | |
| 101036 | Jeff Stone | Callaway | 6,730.77 | 829.92 | 396.08 | 92.63 | 279.00 | | 342.27 | | - | 4,790.87 | |
| 100548 | Jennifer Buswell | Audrain | 2,611.02 | 102.05 | 161.88 | 37.86 | 105.00 | | - | | - | 2,204.23 | |
| 101207 | Jennifer Gibson | Callaway | 372.00 | - | 23.07 | 5.39 | - | | - | | - | 343.54 | |
| 101041 | Jennifer Key | Audrain | 1,229.00 | 15.00 | 72.44 | 16.95 | 30.00 | | 60.58 | | - | 1,034.03 | |
| 100073 | Jennifer Miles | Callaway | 2,839.75 | 406.03 | 172.31 | 40.30 | 114.00 | | 60.58 | | - | 2,046.53 | |
| 101258 | Jennifer Thudium | Audrain | 1,035.00 | - | 64.17 | 15.01 | 21.00 | | - | | - | 934.82 | |
| 100070 | Jennifer Walker | Callaway | 2,793.25 | 175.14 | 160.42 | 37.51 | 144.00 | | 205.85 | | - | 2,070.33 | |
| 100178 | Jennifer Wallace | Corp | 1,795.50 | 147.79 | 111.33 | 26.03 | 62.00 | | - | | - | 1,448.35 | |
| 101111 | Jennifur Widebrook | Audrain | 1,091.25 | - | 67.66 | 15.82 | 24.00 | | - | | - | 983.77 | |
| 100768 | Jenny Smith | Audrain | 2,152.51 | 268.16 | 133.46 | 31.21 | 81.00 | | - | | - | 1,638.68 | |
| 100792 | Jesse Trigg | Audrain | 1,816.81 | 150.35 | 112.64 | 26.35 | 63.00 | | - | | - | 1,464.47 | |
| 100825 | Jill Winterhalter | Audrain | 755.34 | 76.80 | 46.83 | 10.95 | 27.00 | | - | | - | 593.76 | |
| 101059 | Joan Felber | Callaway | 2,282.25 | 138.53 | 141.50 | 33.09 | 87.00 | | - | | - | 1,882.13 | |

| FILE # | Name | Location | Gross Pay | Federal Tax | Social Security | Medicare | MO State Tax | KS State Tax | Medical | Garnishment | Net Pay double check | Net Pay | Cornerstone |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 100602 | Joann Foster | Audrain | 117.25 | - | 3.52 | 0.82 | - | | 60.58 | | - | 52.33 | |
| 100701 | Joann Nengel | Audrain | 1,883.54 | 151.08 | 113.02 | 26.43 | 63.00 | | 60.58 | | - | 1,469.43 | |
| 100687 | Joanna McClarey | Audrain | 1,511.70 | 73.66 | 72.50 | 16.96 | 39.00 | | 342.27 | | - | 967.31 | |
| 100160 | Joanna Schwartze | Audrain | 2,559.47 | 305.89 | 154.93 | 36.23 | 106.00 | | 60.58 | | - | 1,895.84 | |
| 100589 | Joel Enslen | Audrain | 1,623.75 | 133.91 | 96.91 | 22.67 | 49.00 | | 60.58 | | - | 1,260.68 | |
| 100515 | Johanna Beamer | Audrain | 1,046.36 | - | 43.65 | 10.21 | 5.00 | | 342.27 | | - | 645.23 | |
| 100664 | John Koonce | Audrain | 2,055.28 | 246.77 | 127.42 | 29.81 | 75.00 | | - | | - | 1,576.28 | |
| 100754 | Joni Sharp | Audrain | 1,715.49 | 170.61 | 102.61 | 24.00 | 74.00 | | 60.58 | | - | 1,283.69 | |
| 100080 | Jordan Napolis | Callaway | 1,793.50 | 140.28 | 107.44 | 25.13 | 73.00 | | 60.58 | | - | 1,387.07 | |
| 101179 | Jordan Rust | Audrain | 741.50 | 18.29 | 42.22 | 9.87 | 4.00 | | 60.58 | | - | 606.54 | |
| 101168 | Joshua Patterson | Audrain | 2,316.89 | 231.56 | 143.65 | 33.59 | 89.00 | | - | | - | 1,819.09 | |
| 100612 | Joyce Groves | Audrain | 1,499.97 | 130.06 | 89.24 | 20.87 | 43.00 | | 60.58 | | - | 1,156.22 | |
| 100829 | Judith Wright | Audrain | 1,423.48 | 113.15 | 88.26 | 20.64 | 47.00 | | - | | - | 1,154.43 | |
| 101045 | Julie Adams | Audrain | 1,487.50 | 43.08 | 88.47 | 20.69 | 16.00 | | 60.58 | | - | 1,258.68 | |
| 101245 | Julie Huffman | Callaway | 4,230.77 | 475.84 | 249.55 | 58.36 | 167.00 | | 205.85 | | - | 3,074.17 | |
| 100648 | Julie Johnson | Audrain | 654.37 | 1.00 | 36.82 | 8.61 | 10.00 | | 60.58 | | - | 537.36 | |
| 100699 | Julie Mudd | Callaway | 216.00 | 4.87 | 13.39 | 3.13 | - | | - | | - | 194.61 | |
| 101140 | Julie Pehle | Audrain | 567.75 | 6.97 | 35.20 | 8.23 | 1.00 | | - | | - | 516.35 | |
| 101014 | Julie Rowe | Audrain | 2,474.40 | 112.37 | 153.41 | 35.87 | 98.00 | | - | | - | 2,074.75 | |
| 100085 | June Wilder | Callaway | 1,994.63 | 104.01 | 123.66 | 28.92 | 72.00 | | - | | - | 1,666.04 | |
| 101251 | Justin Bell | Audrain | 8,060.63 | 1,221.27 | 499.76 | 116.88 | 367.00 | | - | | - | 5,855.72 | |
| 100819 | Justin Williams | Audrain | 2,058.80 | - | 114.88 | 26.87 | 85.00 | | 205.85 | | - | 1,626.20 | |
| 101019 | Kalyn Rentschler | Audrain | 1,546.50 | 117.91 | 95.89 | 22.43 | 48.00 | | - | | - | 1,262.27 | |
| 100722 | Karen Potter | Audrain | 1,226.01 | 22.99 | 76.02 | 17.78 | 6.00 | | - | | - | 1,103.22 | |
| 101057 | Kari Wilson | Audrain | 8,480.77 | 1,794.14 | 525.81 | 122.97 | 416.00 | | - | | - | 5,621.85 | |
| 100153 | Katherine Casagrande | Callaway | 1,014.50 | 54.07 | 62.90 | 14.71 | 20.00 | | - | | - | 862.82 | |
| 100032 | Kathryn Ziese | Callaway | 430.50 | - | 26.69 | 6.24 | - | | - | | - | 397.57 | |
| 100575 | Kathy Dubbert | Audrain | 2,546.00 | 354.73 | 157.85 | 36.91 | 101.00 | | - | | - | 1,895.51 | |
| 101119 | Kathy Dugan | Audrain | 1,628.79 | 120.51 | 97.23 | 22.74 | 50.00 | | 60.58 | | - | 1,277.73 | |
| 101237 | Katie Jordan | Audrain | 1,358.76 | - | 84.24 | 19.70 | 12.00 | | - | | - | 1,242.82 | |
| 100733 | Katie Riechmann | Audrain | 2,906.45 | 442.89 | 167.43 | 39.15 | 135.00 | | 205.85 | | - | 1,916.13 | |
| 101252 | Katy Deener | Audrain | 656.00 | - | 40.67 | 9.51 | 3.00 | | - | | - | 602.82 | |
| 100053 | Kay Garbison | Callaway | 1,211.25 | 90.41 | 71.35 | 16.69 | 28.00 | | 60.58 | | - | 944.22 | |
| 100745 | Kayla Schudel | Audrain | 2,578.13 | 77.88 | 159.85 | 37.39 | 103.00 | | - | | - | 2,200.01 | |
| 101241 | Kaylann White | Callaway | 858.75 | 56.07 | 53.24 | 12.45 | 12.00 | | - | | - | 724.99 | |
| 101086 | Kaylee Jones | Audrain | 340.88 | - | 21.14 | 4.95 | - | | - | | - | 314.79 | |
| 100673 | Kellie Livingston | Audrain | 1,311.20 | 82.40 | 77.54 | 18.13 | 43.00 | | 60.58 | | - | 1,029.55 | |
| 101216 | Kelly Nelson | Callaway | 776.00 | 27.79 | 48.11 | 11.25 | 8.00 | | - | | - | 680.85 | |
| 100047 | Kelsi Giboney | Callaway | 1,280.00 | 78.66 | 75.61 | 17.69 | 31.00 | | 60.58 | | - | 1,016.46 | |
| 101042 | Kendra Washington | Audrain | 3,237.75 | 126.46 | 200.74 | 46.95 | 138.00 | | - | | - | 2,725.60 | |
| 100539 | Kimberly Brown | Audrain | 2,759.06 | 171.04 | 158.30 | 37.02 | 102.00 | | 205.85 | | - | 2,084.85 | |
| 100542 | Kimberly Bull | Audrain | 1,307.72 | 31.16 | 81.07 | 18.96 | 36.00 | | - | | - | 1,140.53 | |
| 100688 | Kimberly McCurdy | Audrain | 2,705.75 | 197.08 | 164.00 | 38.35 | 127.00 | | 60.58 | | - | 2,118.74 | |
| 100692 | Kimberly Menefee | Audrain | 3,688.56 | 302.58 | 215.93 | 50.50 | 171.00 | | 205.85 | | - | 2,742.70 | |
| 101032 | Kristen Layman | Audrain | 1,207.14 | - | 71.09 | 16.63 | 14.00 | | 60.58 | | - | 1,044.84 | |
| 101061 | Kristin Jurgesmeyer | Audrain | 2,960.00 | 359.72 | 179.76 | 42.04 | 120.00 | | 60.58 | | - | 2,197.90 | |
| 100697 | Kristin Mongler | Audrain | 126.72 | - | 7.85 | 1.83 | - | | - | | - | 117.04 | |
| 101217 | Kristina Jackson | Callaway | 1,933.88 | 15.00 | 98.67 | 23.08 | 66.00 | | 342.27 | | - | 1,388.86 | |
| 100634 | Kristy Hopper | Audrain | 4,038.46 | 609.84 | 229.17 | 53.59 | 162.00 | | 342.27 | | - | 2,641.59 | |
| 100691 | Kristy Melton | Audrain | 2,293.36 | 132.59 | 138.44 | 32.37 | 85.00 | | 60.58 | | - | 1,844.38 | |
| 100750 | Kristy Schulte | Audrain | 1,319.70 | 90.69 | 81.82 | 19.13 | 36.00 | | - | | - | 1,092.06 | |
| 101079 | Krystle Wetterer | Callaway | 3,301.13 | 260.79 | 204.67 | 47.86 | 141.00 | | - | | - | 2,646.81 | |
| 100029 | Kylie Atterberry | Callaway | 1,520.00 | 127.46 | 90.49 | 21.16 | 44.00 | | 60.58 | | - | 1,176.31 | |
| 100021 | Landon Smith | Callaway | 1,037.63 | 56.84 | 64.33 | 15.05 | 22.00 | | - | | - | 879.41 | |
| 101220 | Lanie Exendine | Audrain | 1,361.25 | - | 64.78 | 15.15 | 22.00 | | 316.45 | | - | 942.87 | |
| 100579 | Lary Dye | Audrain | 220.36 | - | 13.67 | 3.19 | - | | - | | - | 203.50 | |
| 101152 | Latara Collins | Corp | 2,730.00 | 207.56 | 169.26 | 39.59 | 98.00 | | - | | - | 2,215.59 | |
| 100518 | Laura Bergmann | Audrain | 280.65 | - | 17.40 | 4.07 | - | | - | | - | 259.18 | |
| 101097 | Laura Keim | Audrain | 1,923.08 | 163.10 | 119.23 | 27.89 | 78.00 | | - | | - | 1,534.86 | |
| 100618 | Leah Haerer | Audrain | 1,997.46 | 164.75 | 120.09 | 28.08 | 69.00 | | 60.58 | | - | 1,554.96 | |
| 100614 | Lee Gullion | Audrain | 539.00 | 47.17 | 33.42 | 7.82 | 6.00 | | - | | - | 444.59 | |
| 100714 | Lina Peacock | Audrain | 1,908.12 | 96.36 | 114.55 | 26.78 | 38.00 | | 60.58 | | - | 1,571.85 | |
| 100511 | Linda Barnes | Audrain | 1,980.00 | 75.26 | 108.42 | 25.35 | 43.00 | | 231.27 | | - | 1,496.70 | |
| 100652 | Linda Kable | Audrain | 1,779.58 | 78.34 | 110.33 | 25.80 | 34.00 | | - | | - | 1,531.11 | |
| 100670 | Linda Lehenbauer | Audrain | 2,297.61 | 238.99 | 138.70 | 32.44 | 105.00 | | 60.58 | | - | 1,721.90 | |
| 101003 | Lindsey Peterson | Callaway | 1,091.63 | 76.05 | 63.93 | 14.95 | 21.00 | | 60.58 | | - | 855.12 | |
| 100102 | Lisa Dinger | Callaway | 2,467.50 | 251.37 | 149.23 | 34.90 | 94.00 | | 60.58 | | - | 1,877.42 | |
| 101240 | Lisa Lee | Audrain | 296.25 | 40.00 | 18.36 | 4.29 | 10.00 | | - | | - | 223.60 | |

| FILE # | Name | Location | Gross Pay | Federal Tax | Social Security | Medicare | MO State Tax | KS State Tax | Medical | Garnishment | Net Pay double check | Net Pay | Cornerstone |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 100788 | Lisa Thurman | Audrain | 1,435.89 | 103.25 | 67.81 | 15.86 | 24.00 | | 342.27 | | - | 882.70 | |
| 101065 | Loren Littrell Finck | Audrain | 1,380.00 | 164.53 | 85.56 | 20.01 | 40.00 | | - | | - | 1,069.90 | |
| 100784 | Lori Terry | Audrain | 262.44 | - | 16.27 | 3.80 | - | | - | | - | 242.37 | |
| 100100 | Lorie Buchanan | Audrain | 867.00 | 36.89 | 53.75 | 12.57 | 27.00 | | - | | - | 736.79 | |
| 100755 | Louise Shaw | Audrain | 2,185.53 | 263.11 | 132.03 | 30.88 | 79.00 | | 56.01 | | - | 1,624.50 | |
| 101185 | Lucinda Clark | Callaway | 3,066.82 | 396.54 | 190.14 | 44.47 | 129.00 | | - | | - | 2,306.67 | |
| 101122 | Mackenzie Davis | Audrain | 143.82 | - | 8.92 | 2.08 | - | | - | | - | 132.82 | |
| 101068 | Madison Meyer | Audrain | 1,065.75 | - | 66.07 | 15.46 | 23.00 | | - | | - | 961.22 | |
| 100036 | Makayla Dickison | Audrain | 1,073.50 | 61.15 | 66.55 | 15.57 | 23.00 | | - | | - | 907.23 | |
| 101033 | Malena Gansmann | Audrain | 333.82 | - | 20.70 | 4.84 | - | | - | | - | 308.28 | |
| 100622 | Marcia Hampton | Audrain | 1,419.18 | 145.36 | 84.23 | 19.70 | 69.00 | | 60.58 | | - | 1,040.31 | |
| 101235 | Maria Rentas Monzon | Corp | 1,692.00 | 135.37 | 104.90 | 24.54 | 56.00 | 15.18 | | | - | 1,356.01 | |
| 101200 | Marissa Blocker-Strassner | Audrain | 671.13 | 17.31 | 41.61 | 9.73 | 4.00 | | - | | - | 598.48 | |
| 100619 | Marissa Hagedorn | Audrain | 2,001.97 | 3.27 | 111.36 | 26.04 | 62.00 | | 205.85 | | - | 1,593.45 | |
| 101188 | Marjorie Milleza | Callaway | 1,664.01 | 132.01 | 103.17 | 24.12 | 55.00 | | - | | - | 1,349.71 | |
| 101248 | Mark Epperson | Audrain | 1,086.63 | 2.99 | 63.62 | 14.88 | 31.00 | | 60.58 | | - | 913.56 | |
| 100533 | Mary Braden | Audrain | 1,780.34 | 178.39 | 106.62 | 24.94 | 78.00 | | 60.58 | | - | 1,331.81 | |
| 100088 | Mary Harrison | Callaway | 2,104.00 | 212.20 | 117.68 | 27.52 | 67.00 | | 205.85 | | - | 1,473.75 | |
| 100838 | Mary Meeks | Audrain | 1,460.39 | 120.31 | 86.78 | 20.30 | 41.00 | | 60.58 | | - | 1,131.42 | |
| 100555 | Maura Breting | Audrain | 869.18 | 319.05 | 50.14 | 11.73 | 19.00 | | 60.58 | | - | 408.68 | |
| 101110 | Maya Bradford | Audrain | 1,671.88 | 132.95 | 103.66 | 24.24 | 55.00 | | - | | - | 1,356.03 | |
| 100065 | Meaghan Foster | Callaway | 1,985.88 | 102.96 | 123.12 | 28.80 | 72.00 | | - | | - | 1,659.00 | |
| 100078 | Megan Jewett | Audrain | 1,867.25 | 192.08 | 112.01 | 26.20 | 62.00 | | 60.58 | | - | 1,414.38 | |
| 100555 | Melanie Carr | Audrain | 1,866.45 | 101.36 | 111.97 | 26.19 | 46.00 | | 60.58 | | - | 1,520.35 | |
| 101051 | Melinda Boyce | Audrain | 195.75 | 25.00 | 12.14 | 2.84 | - | | - | | - | 155.77 | |
| 101095 | Melissa Beabout | Audrain | 2,418.13 | - | 149.92 | 35.06 | 95.00 | | - | | - | 2,138.15 | |
| 101013 | Melissa Bruggeman | Audrain | 2,818.13 | 328.51 | 170.97 | 39.98 | 113.00 | | 60.58 | | - | 2,105.09 | |
| 100544 | Melissa Burton | Audrain | 1,490.14 | 59.40 | 92.39 | 21.61 | 55.00 | | - | | - | 1,261.74 | |
| 100098 | Melissa Cassidy | Callaway | 2,744.00 | 365.52 | 170.13 | 39.79 | 152.00 | | - | | - | 2,016.56 | |
| 101183 | Melissa Griffin | Audrain | 4,281.88 | - | 265.47 | 62.09 | 193.00 | | - | | - | 3,761.32 | |
| 100640 | Melissa Hutcheson | Audrain | 1,605.00 | 100.23 | 86.74 | 20.29 | 71.00 | | 205.85 | | - | 1,120.89 | |
| 100095 | Melonie Christopher | Callaway | 3,546.75 | 310.27 | 219.90 | 51.43 | 174.00 | | - | | - | 2,791.15 | |
| 101254 | Mendy Mackey | Audrain | 2,107.28 | 55.91 | 130.65 | 30.56 | 65.00 | | - | | - | 1,825.16 | |
| 100737 | Mercedes Roberts | Audrain | 1,456.15 | - | 90.28 | 21.11 | 44.00 | | - | | - | 1,300.76 | |
| 100820 | Meri Williams | Audrain | 1,752.01 | 157.56 | 95.86 | 22.42 | 108.00 | | 205.85 | | - | 1,162.32 | |
| 101246 | Meril Attwater | Corp | 7,692.24 | 1,327.83 | 476.92 | 111.53 | 361.00 | | - | | - | 5,414.96 | |
| 100114 | Michael Bonen | Audrain | 658.76 | 36.07 | 40.84 | 9.55 | 24.00 | | - | | - | 548.30 | |
| 100842 | Michael Jones | Audrain | 12,500.00 | 3,571.38 | 753.78 | 176.28 | 611.00 | | 342.27 | | - | 7,045.29 | |
| 100726 | Michael Quinlan | Audrain | 6,360.58 | 1,544.61 | 373.26 | 87.26 | 335.00 | | 342.27 | | - | 3,678.30 | |
| 101250 | Michaela Clay | Audrain | 1,245.01 | - | 77.19 | 18.05 | 33.00 | | - | | - | 1,116.77 | |
| 100034 | Michelle Basnett | Callaway | 577.50 | 7.94 | 35.80 | 8.38 | 1.00 | | - | | - | 524.38 | |
| 101107 | Michelle Qualls | Audrain | 2,035.07 | 181.54 | 126.17 | 29.51 | 74.00 | | - | | - | 1,623.85 | |
| 101223 | Mike Mulkey | Audrain | 13,461.54 | 3,808.11 | 831.14 | 194.38 | 677.00 | | 56.01 | | - | 7,894.90 | |
| 100058 | Milton Lawson | Callaway | 1,295.26 | 145.18 | 76.55 | 17.90 | 32.00 | | 60.58 | | - | 963.05 | |
| 101026 | Miranda Stewart | Audrain | 796.50 | - | 45.62 | 10.67 | - | | 60.58 | | - | 679.63 | |
| 101202 | Monique Caulk | Corp | 3,357.38 | 460.47 | 208.16 | 48.68 | 144.00 | | - | | - | 2,496.07 | |
| 101138 | Morgan Carter | Audrain | 1,093.34 | 63.53 | 67.79 | 15.85 | 24.00 | | - | | - | 922.17 | |
| 101262 | Nalani Straughter | Audrain | 614.25 | - | 38.08 | 8.91 | - | | - | | - | 567.26 | |
| 100503 | Nancy Anthony | Audrain | 859.13 | 77.85 | 49.51 | 11.58 | 19.00 | | 60.58 | | - | 640.61 | |
| 100839 | Nancy Kitson | Audrain | 1,130.50 | 68.29 | 57.33 | 13.41 | 26.00 | | 205.85 | | - | 759.62 | |
| 100560 | Nichole Cook | Audrain | 2,422.50 | 181.96 | 128.97 | 30.16 | 50.00 | | 342.27 | | - | 1,689.14 | |
| 101189 | Nicole Phillips | Audrain | 2,197.51 | 192.97 | 132.78 | 31.05 | 80.00 | | 56.01 | | - | 1,704.70 | |
| 100023 | Nikki Murrell | Callaway | 1,093.51 | 63.55 | 67.80 | 15.86 | 24.00 | | - | 109.78 | - | 812.52 | |
| 101038 | Paige Mills | Audrain | 2,737.44 | 324.08 | 169.72 | 39.70 | 112.00 | | - | | - | 2,091.94 | |
| 100581 | Pamela Early | Audrain | 4,230.77 | 644.22 | 258.55 | 60.47 | 188.00 | | 60.58 | | - | 3,018.95 | |
| 100028 | Pamela Franklin | Callaway | 1,135.00 | 61.26 | 66.61 | 15.58 | 23.00 | | 60.58 | | - | 907.97 | |
| 100620 | Patresa Hagedorn | Audrain | 2,556.45 | 263.98 | 145.74 | 34.08 | 116.00 | | 205.85 | | - | 1,790.80 | |
| 100565 | Patricia Cullom | Audrain | 1,470.81 | 141.25 | 87.43 | 20.45 | 41.00 | | 60.58 | | - | 1,120.10 | |
| 100173 | Patrick Klingler | Corp | 3,461.54 | 483.38 | 214.61 | 50.19 | 150.00 | | 1,666.18 | | - | 897.18 | |
| 100637 | Paul Huemann | Audrain | 1,480.40 | 128.26 | 88.31 | 20.66 | 57.00 | | 56.01 | | - | 1,130.16 | |
| 100516 | Paula Belcher | Audrain | 619.18 | - | 24.05 | 5.62 | 5.00 | | 231.27 | | - | 353.24 | |
| 101170 | Paula Dailey | Callaway | 745.88 | 46.24 | 10.81 | 10.00 | - | | - | | - | 678.83 | |
| 101091 | Paula Shaw | Audrain | 1,520.00 | 52.38 | 94.24 | 22.04 | 47.00 | | - | | - | 1,304.34 | |
| 100804 | Peggy Barjenbruch | Audrain | 7,230.77 | 2,417.65 | 444.55 | 103.97 | 447.00 | | 60.58 | | - | 3,757.02 | |
| 100785 | Penelope Thiel | Audrain | 1,731.75 | 179.83 | 107.37 | 25.11 | 58.00 | | - | | - | 1,361.44 | |
| 101074 | Penny Rea-Bailey | Corp | 1,155.00 | 215.03 | 71.61 | 16.75 | 28.00 | | - | | - | 823.61 | |
| 101150 | Rachel Ferguson | Callaway | 1,780.00 | 118.18 | 96.02 | 22.45 | 74.00 | | 231.27 | | - | 1,238.08 | |
| 100724 | Rachel Prior | Audrain | 1,440.49 | 137.61 | 85.56 | 20.00 | 40.00 | | 60.58 | | - | 1,096.74 | |

| FILE # | Name | Location | Gross Pay | Federal Tax | Social Security | Medicare | MO State Tax | KS State Tax | Medical | Garnishment | Net Pay double check | Net Pay | Cornerstone |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 100728 | Rachel Rakers | Audrain | 1,821.88 | 195.42 | 112.96 | 26.42 | 63.00 | | - | | - | 1,424.08 | |
| 100729 | Rebecca Ransdell | Audrain | 2,594.47 | 379.30 | 157.10 | 36.74 | 101.00 | | 60.58 | | - | 1,859.75 | |
| 100759 | Rebekah Kelly | Audrain | 652.75 | 20.00 | 40.47 | 9.47 | 23.00 | | - | | - | 559.81 | |
| 100628 | Regina Hill | Audrain | 4,009.21 | 292.48 | 235.81 | 55.15 | 155.00 | | 205.85 | | - | 3,064.92 | |
| 100142 | Rezwan Islam | Callaway | 12,211.67 | 2,141.57 | 737.50 | 172.48 | 671.00 | | 316.45 | | - | 8,172.67 | |
| 100815 | Rhoda Wieberg | Audrain | 271.83 | - | 13.09 | 3.06 | - | | 60.58 | | - | 195.10 | |
| 100683 | Rita Mauer | Audrain | 1,142.91 | 8.62 | 67.10 | 15.70 | 17.00 | | 60.58 | | - | 973.91 | |
| 100572 | Robbin Denham | Audrain | 2,625.05 | 177.14 | 149.99 | 35.08 | 100.00 | | 205.85 | | - | 1,956.99 | |
| 100741 | Robert Rottmann | Audrain | 2,282.10 | 110.75 | 127.15 | 29.74 | 75.00 | | 231.27 | | - | 1,708.19 | |
| 100775 | Roberta Stinnett | Audrain | 1,555.23 | 75.91 | 96.42 | 22.55 | 43.00 | | - | | - | 1,317.35 | |
| 101166 | Robin Allen | Audrain | 647.50 | - | 40.15 | 9.39 | 3.00 | | - | | - | 594.96 | |
| 100532 | Ronald Bracht | Audrain | 2,789.13 | 199.35 | 172.93 | 40.44 | 114.00 | | - | | - | 2,262.41 | |
| 100096 | Rose Taylor | Callaway | 2,203.68 | 213.33 | 132.88 | 31.07 | 100.00 | | 60.58 | | - | 1,665.82 | |
| 100137 | Ruth Deornellas | Callaway | 2,775.20 | 329.06 | 168.30 | 39.37 | 120.00 | | 60.58 | | - | 2,057.89 | |
| 100798 | Ruth Vanskike | Audrain | 2,538.47 | 128.20 | 136.17 | 31.84 | 83.00 | | 342.27 | | - | 1,816.99 | |
| 101066 | Sadie Hoyt | Audrain | 966.88 | 41.08 | 56.19 | 13.14 | 15.00 | | 60.58 | | - | 780.89 | |
| 101090 | Sadie Wear | Audrain | 2,102.80 | 184.66 | 130.37 | 30.49 | 78.00 | | - | | - | 1,679.28 | |
| 100668 | Sallee Lauer | Audrain | 1,201.05 | 116.15 | 74.46 | 17.42 | 30.00 | | - | | - | 963.02 | |
| 100574 | Samuel Douglas | Audrain | 1,708.00 | 65.13 | 102.14 | 23.89 | 54.00 | | 60.58 | | - | 1,402.26 | |
| 101236 | Sandra Anderson | Audrain | 168.19 | 10.00 | 10.43 | 2.44 | - | | - | | - | 145.32 | |
| 101134 | Sandra Ellefsen | Audrain | 3,076.92 | 334.25 | 178.01 | 41.64 | 119.00 | | 205.85 | | - | 2,198.17 | |
| 100794 | Sandra Turk | Audrain | 2,517.56 | 312.38 | 152.34 | 35.62 | 122.00 | | 60.58 | | - | 1,834.64 | |
| 100510 | Sara Baldwin | Audrain | 806.19 | 68.76 | 49.98 | 11.69 | 9.00 | | - | | - | 666.76 | |
| 100507 | Sarah Azdell | Audrain | 2,224.28 | 283.95 | 137.90 | 32.26 | 84.00 | | - | | - | 1,686.17 | |
| 100168 | Scott Dudley | Callaway | 18,450.00 | 5,153.88 | 1,122.68 | 262.56 | 926.00 | | 342.27 | | - | 10,642.61 | |
| 100658 | Scott Kline | Audrain | 2,118.40 | 71.88 | 117.00 | 27.36 | 40.00 | | 231.27 | | - | 1,630.89 | |
| 100063 | Seth Duncan | Callaway | 662.48 | 10.38 | 37.32 | 8.73 | 2.00 | | 60.58 | | - | 543.47 | |
| 100800 | Shahid Waheed | Audrain | 13,875.00 | 2,616.72 | 860.25 | 201.19 | 675.00 | | - | | - | 9,521.84 | |
| 101137 | Shannon Bell | Audrain | 2,574.15 | 275.83 | 156.12 | 36.51 | 100.00 | | 56.01 | | - | 1,949.68 | |
| 101253 | Shannon Grote | Audrain | 4,336.07 | 689.03 | 268.84 | 62.87 | 196.00 | | - | | - | 3,119.33 | |
| 101205 | Shannon Smith | Audrain | 1,160.00 | - | 59.16 | 13.83 | 5.00 | | 205.85 | | - | 876.16 | |
| 100167 | Sharon Rosinski | Callaway | 519.69 | 10.00 | 32.22 | 7.54 | 10.00 | | - | | - | 459.93 | |
| 101242 | Shawn Askey | Audrain | 5,633.13 | 1,095.33 | 349.25 | 81.68 | 365.00 | | - | | - | 3,741.87 | |
| 101130 | Shawna Fisher | Audrain | 3,600.00 | 462.96 | 208.86 | 48.84 | 145.00 | | 231.27 | | - | 2,503.07 | |
| 100632 | Shirley Hoover | Audrain | 904.37 | 15.00 | 56.07 | 13.12 | 10.00 | | - | | - | 810.18 | |
| 100690 | Simon McKeown | Audrain | 14,995.00 | 2,676.38 | 908.47 | 212.46 | 717.00 | | 342.27 | | - | 10,138.42 | |
| 101199 | Stacy Alman | Corp | 1,220.00 | - | 75.64 | 17.69 | 31.00 | | - | | - | 1,095.67 | |
| 100693 | Stephanie Meyer | Audrain | 1,281.97 | 15.45 | 65.15 | 15.24 | 22.00 | | 231.27 | | - | 932.86 | |
| 100712 | Stephanie Owings | Audrain | 2,496.60 | 164.25 | 154.79 | 36.21 | 99.00 | | - | | - | 2,042.35 | |
| 101162 | Stephen Sheridan | Audrain | 927.81 | 43.67 | 57.53 | 13.46 | 16.00 | | - | | - | 797.15 | |
| 100030 | Stephen Tate | Callaway | 847.13 | - | 52.52 | 12.28 | - | | - | | - | 782.33 | |
| 101132 | Steven Ellefsen | Audrain | 1,923.08 | 155.83 | 115.84 | 27.01 | 65.00 | | 60.58 | | - | 1,499.18 | |
| 100134 | Steven Simerl | Callaway | 2,880.00 | 163.27 | 164.22 | 38.40 | 81.00 | | 231.27 | | - | 2,201.84 | |
| 100556 | Susan Cinkay | Audrain | 1,619.36 | 119.38 | 96.65 | 22.61 | 49.00 | | 60.58 | | - | 1,271.14 | |
| 100592 | Susan Evans | Audrain | 1,304.49 | 108.87 | 80.88 | 18.91 | 56.00 | | - | | - | 1,039.83 | |
| 100631 | Susan Honaker | Audrain | 1,603.13 | 210.29 | 95.64 | 22.37 | 48.00 | | 60.58 | | - | 1,166.25 | |
| 100727 | Susan Quinlan | Audrain | 2,860.80 | 337.89 | 173.61 | 40.61 | 115.00 | | 60.58 | | - | 2,133.11 | |
| 100790 | Tami Trabue | Audrain | 3,075.02 | 226.39 | 186.89 | 43.71 | 100.00 | | 60.58 | | - | 2,457.45 | |
| 101226 | Tammy Doerhoff | Audrain | 4,038.47 | 399.27 | 250.39 | 58.56 | 211.00 | | - | | - | 3,119.25 | |
| 100576 | Tammy Dubbert | Audrain | 2,376.70 | 102.88 | 133.02 | 31.11 | 54.00 | | 231.27 | | - | 1,824.42 | |
| 100580 | Tammy Eady | Audrain | 1,863.25 | 191.20 | 111.76 | 26.13 | 62.00 | | 60.58 | | - | 1,411.58 | |
| 101193 | Tammy Huse | Audrain | 1,004.38 | 14.39 | 62.27 | 14.56 | 20.00 | | - | | - | 893.16 | |
| 100091 | Tammy Oligschlaeger | Callaway | 4,152.00 | 644.40 | 243.08 | 56.86 | 199.00 | | 231.27 | | - | 2,752.39 | 25.00 |
| 101227 | Taneisha Long | Callaway | 1,020.31 | 54.77 | 63.26 | 14.79 | 8.00 | | - | | - | 879.49 | |
| 101154 | Taylor Duncan | Callaway | 1,174.51 | 105.99 | 69.07 | 16.16 | 26.00 | | 60.58 | | - | 896.71 | |
| 100650 | Teresa Johnston | Audrain | 1,616.07 | 158.68 | 96.44 | 22.56 | 49.00 | | 60.58 | | - | 1,228.81 | |
| 100840 | Teresa Utterback | Audrain | 1,391.88 | 108.51 | 82.54 | 19.31 | 112.00 | | 60.58 | | - | 1,008.94 | |
| 100133 | Terri Herold | Callaway | 2,347.20 | 224.90 | 141.77 | 33.16 | 88.00 | | 60.58 | | - | 1,798.79 | |
| 100509 | Terry Bailey | Audrain | 1,201.56 | 14.48 | 70.74 | 16.55 | 3.00 | | 60.58 | | - | 1,036.21 | |
| 101040 | Terry Ballard | Audrain | 2,849.00 | 335.30 | 172.88 | 40.43 | 164.00 | | 60.58 | | - | 2,075.81 | |
| 100528 | Terry Blakley | Audrain | 5,981.36 | 1,054.17 | 356.51 | 83.38 | 271.00 | | 231.27 | | - | 3,985.03 | |
| 100823 | Thelma Wilson | Audrain | 1,105.07 | 97.36 | 64.76 | 15.15 | 22.00 | | 60.58 | | - | 845.22 | |
| 101103 | Thomas Boozer | Corp | 4,615.38 | 751.07 | 286.15 | 66.92 | 211.00 | 26.81 | - | | - | 3,273.43 | |
| 101071 | Thomas Gruer | Callaway | 1,255.00 | 82.93 | 77.81 | 18.20 | 33.00 | | - | | - | 1,043.06 | |
| 100057 | Tiffanie Lancaster | Callaway | 2,214.51 | 209.04 | 137.29 | 32.11 | 84.00 | | - | | - | 1,752.07 | |
| 100165 | Tiffany Martin-Quick | Callaway | 778.82 | - | 48.29 | 11.30 | 8.00 | | - | | - | 711.23 | |
| 101194 | Tiffany Miller | Audrain | 1,740.75 | 166.97 | 107.93 | 25.24 | 46.00 | | - | | - | 1,394.61 | |
| 100718 | Tiffany Peery | Audrain | 2,247.87 | 127.13 | 135.61 | 31.71 | 56.00 | | 60.58 | | - | 1,836.84 | |

| FILE # | Name | Location | Gross Pay | Federal Tax | Social Security | Medicare | MO State Tax | KS State Tax | Medical | Garnishment | Net Pay double check | Net Pay | Cornerstone |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 101151 | Tiffany Riley | Corp | 1,531.88 | - | 94.98 | 22.22 | 35.00 | | | | - | 1,379.68 | |
| 101115 | Tiffany Rudolph | Callaway | 4,028.13 | - | 249.75 | 58.40 | - | | - | | - | 3,719.98 | |
| 100639 | Tina Huntington | Audrain | 998.63 | 2.12 | 47.58 | 11.13 | - | | 231.27 | | - | 706.53 | |
| 100681 | Tonya Martincic | Audrain | 1,237.24 | 78.53 | 72.95 | 17.06 | 34.00 | | 60.58 | | - | 974.12 | |
| 101187 | Tonya Myers | Audrain | 1,294.25 | 29.81 | 80.24 | 18.77 | 35.00 | | - | | - | 1,130.43 | |
| 100803 | Tracy Walton | Audrain | 1,823.61 | 151.16 | 113.06 | 26.45 | 63.00 | | - | | - | 1,469.94 | |
| 100177 | Tyler Sanders | Audrain | 3,846.15 | 554.67 | 234.70 | 54.89 | 167.00 | | 60.58 | | - | 2,774.31 | |
| 100685 | Vandy May | Audrain | 3,736.87 | 625.07 | 227.93 | 53.31 | 181.00 | | 60.58 | | - | 2,588.98 | |
| 100809 | Vernon Welschmeyer | Audrain | 630.00 | 147.62 | 39.06 | 9.14 | 103.00 | | - | | - | 331.18 | |
| 101224 | Vershonna Givens | Audrain | 1,206.25 | 46.01 | 74.79 | 17.49 | 17.00 | | - | | - | 1,050.96 | |
| 100808 | Vicki Welch | Audrain | 1,678.36 | 173.42 | 104.06 | 24.33 | 55.00 | | - | | - | 1,321.55 | |
| 101159 | Victoria Witherspoon | Audrain | 2,217.55 | 131.76 | 137.48 | 32.16 | 84.00 | | - | | - | 1,832.15 | |
| 100024 | Virginia Ridinger | Callaway | 1,086.75 | 54.06 | 67.38 | 15.75 | 11.00 | | - | | - | 938.56 | |
| 100735 | Virginia Rivers | Audrain | 1,124.71 | 56.80 | 65.98 | 15.43 | 26.00 | | 60.58 | | - | 899.92 | |
| 100776 | Wannarat Stockdall | Audrain | 1,126.88 | 99.98 | 66.11 | 15.47 | 43.00 | | 60.58 | | - | 841.74 | |
| 100802 | Wayne Walker | Audrain | 587.90 | - | 36.45 | 8.52 | 10.00 | | - | | - | 532.93 | |
| 101126 | Wendy Behlmann | Audrain | 2,910.38 | 71.75 | 168.64 | 39.44 | 128.00 | | 190.32 | | - | 2,312.23 | |
| 101214 | Wendy Reno | Audrain | 1,814.94 | 142.85 | 108.77 | 25.44 | 60.00 | | 60.58 | | - | 1,417.30 | |
| 100552 | William Carline | Audrain | 2,103.56 | 89.33 | 116.08 | 27.14 | 59.00 | | 231.27 | | - | 1,580.74 | |
| 101100 | William Scott | Corp | 3,846.15 | 326.19 | 238.46 | 55.77 | 166.49 | | | | - | 3,059.24 | |
| 100136 | William Strawn | Callaway | 2,692.30 | 325.82 | 163.17 | 38.16 | 121.00 | | 60.58 | | - | 1,983.57 | |
| 100081 | Zachary Taylor | Callaway | 2,146.38 | 165.19 | 120.31 | 28.14 | 69.00 | | 205.85 | | - | 1,557.89 | |
| 101116 | Zachary Treat | Audrain | 9,615.38 | 2,094.41 | 596.15 | 139.43 | 476.00 | | - | | - | 6,309.39 | |
| 100758 | Zahir Sheth | Audrain | 5,116.75 | 494.07 | 296.02 | 69.23 | 220.00 | | 342.27 | | - | 3,695.16 | |
| | | Totals | 956,839.53 | 107,780.20 | 57,512.66 | 13,457.98 | 36,459.49 | 216.50 | 30,306.26 | 367.08 | 0.00 | 710,714.36 | 25.00 |