| FILE # | Name | Location | Gross Pay | Federal Tax | Social Security | Medicare | MO State Tax | KS State Tax | Medical | Garnishment | Net Pay double check | Net Pay | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 100066 | Aaron Steffenauer | Callaway | 680.00 | 71.35 | 38.40 | 8.98 | 2.00 | | 60.58 | | - | 498.69 | |
| 101093 | Adrian Chen | Audrain | 7,884.62 | 1,526.45 | 488.85 | 114.33 | 384.00 | 35.22 | - | | - | 5,335.77 | |
| 100054 | Airel Gohring | Callaway | 217.50 | 5.02 | 13.49 | 3.15 | - | | - | - | - | 195.84 | |
| 101118 | Alexander Finck | Audrain | 7,692.31 | 1,967.83 | 462.58 | 108.18 | 362.00 | | 231.27 | | - | 4,560.45 | |
| 101113 | Alicia Shaw | Audrain | 384.62 | - | 2.62 | 0.62 | - | | 342.27 | | - | 39.11 | |
| 101244 | Alisha Johnson | Audrain | 136.25 | 25.00 | 8.45 | 1.97 | 50.00 | | - | | - | 50.83 | |
| 100025 | Alucious Simmons | Callaway | 1,080.00 | 54.66 | 63.21 | 14.78 | 21.00 | | 60.58 | - | - | 865.77 | |
| 101037 | Amanda Eastman | Audrain | 286.75 | 25.00 | 17.78 | 4.16 | 25.00 | | - | | - | 214.81 | |
| 100753 | Amanda Segraves | Audrain | 1,286.00 | 22.93 | 75.98 | 17.76 | 31.00 | | 60.58 | | - | 1,077.75 | |
| 100801 | Amanda Walker | Audrain | 1,188.40 | 50.23 | 60.91 | 14.25 | 19.00 | | 205.85 | | - | 838.16 | |
| 100092 | Amy Kemper | Callaway | 1,152.00 | - | 50.20 | 11.74 | 10.00 | | 342.27 | | - | 737.79 | |
| 100084 | Amy McKay | Callaway | 172.50 | 0.52 | 10.70 | 2.50 | 25.00 | | - | - | - | 133.78 | **couldnt pay full medical insurance on this round- normally $342.27 but only would take 145.42 so not taking anything out this time.- Per Corey convo 4.13 at 7:12am |
| 100181 | Amy O'Brien | Audrain | 11,538.46 | 2,055.95 | 715.39 | 167.31 | 552.00 | | - | | - | 8,047.81 | |
| 101058 | Amy Wells | Callaway | 1,403.84 | 73.04 | 72.70 | 17.00 | 29.00 | | 231.27 | | - | 980.83 | |
| 100594 | Andrea Feger | Audrain | 3,846.16 | 326.19 | 238.47 | 55.77 | 170.00 | | - | | - | 3,055.73 | |
| 100156 | Angel Hoilman | Corp | 2,748.75 | 326.57 | 170.42 | 39.86 | 112.00 | - | - | | - | 2,099.90 | |
| 100502 | Angela Andrews | Audrain | 1,871.66 | 189.25 | 116.04 | 27.14 | 96.00 | | - | | - | 1,443.23 | |
| 100003 | Angela Harris | Corp | 1,368.75 | - | 84.87 | 19.85 | 26.00 | 76.75 | - | | - | 1,161.28 | |
| 101025 | Angela Kamp | Callaway | 3,129.50 | 365.05 | 181.26 | 42.39 | 131.00 | | 205.85 | - | - | 2,203.95 | |
| 101191 | Angela Wolken | Corp | 216.00 | - | 13.39 | 3.13 | - | 2.52 | - | | - | 196.96 | |
| 100827 | Angela Woodhurst | Audrain | 1,242.51 | 113.85 | 73.28 | 17.14 | 34.00 | | 60.58 | | - | 943.66 | |
| 100816 | Anna Willer | Audrain | 1,073.40 | 61.14 | 66.55 | 15.56 | 23.00 | | - | | - | 907.15 | |
| 100179 | Ashlee Dougherty | Audrain | 1,923.08 | 61.47 | 106.47 | 24.90 | 58.00 | | 205.85 | | - | 1,466.39 | |
| 101075 | Ashley Woolfolk | Audrain | 369.75 | 50.00 | 22.92 | 5.37 | - | | - | | - | 291.46 | |
| 101136 | Ashton Troxel | Audrain | 178.50 | - | 11.07 | 2.58 | 5.00 | | - | | - | 159.85 | |
| 100538 | Audrey Broom-Bartlett | Audrain | 585.44 | 48.74 | 36.30 | 8.49 | 27.00 | | - | | - | 464.91 | |
| 100584 | Ava Eicher | Audrain | 1,678.12 | 126.43 | 100.29 | 23.45 | 52.00 | | 60.58 | | - | 1,315.37 | |
| 100836 | Bailee Alexander | Audrain | 1,106.50 | 29.98 | 64.85 | 15.16 | 9.00 | | 60.58 | | - | 926.93 | |
| 100106 | Barbara Otey | Audrain | 1,070.68 | 100.50 | 66.39 | 15.52 | 48.00 | | - | | - | 840.27 | |
| 100172 | Beth Epperson | Corp | 3,846.16 | 568.00 | 238.46 | 55.77 | 170.00 | - | - | | - | 2,813.93 | |
| 100048 | Bonnie Branson | Callaway | 265.00 | 25.00 | 16.43 | 3.85 | 25.00 | | - | - | - | 194.72 | |
| 100068 | Brandee Narancich | Callaway | 1,840.00 | 145.86 | 110.32 | 25.80 | 91.00 | | 60.58 | - | - | 1,406.44 | |
| 100582 | Brandy Eckman | Audrain | 2,756.16 | 325.67 | 149.66 | 35.00 | 94.00 | | 342.27 | | - | 1,809.56 | |
| 101062 | Brenda Hull | Audrain | 3,378.70 | 382.90 | 209.48 | 49.00 | 142.00 | | - | | - | 2,595.32 | |
| 100074 | Brenda Peterson | Callaway | 830.00 | - | 51.46 | 12.03 | 11.00 | | - | - | - | 755.51 | |
| 100771 | Brian Speer | Audrain | 1,388.68 | 91.70 | 82.34 | 19.26 | 37.00 | | 60.58 | | - | 1,097.80 | |
| 101222 | Brianna Horn | Callaway | 540.00 | 4.19 | 33.48 | 7.83 | 1.00 | | - | - | - | 493.50 | |
| 101162 | Brianna Vuagniaux | Audrain | 1,064.00 | 52.74 | 62.22 | 14.55 | 20.00 | | 60.58 | - | - | 853.91 | |
| 101259 | Brittanie Cordell | Corp | 500.50 | 0.24 | 31.03 | 7.26 | - | 11.34 | - | | - | 450.63 | |
| 100645 | Brooke Johnson | Audrain | 1,440.00 | 164.40 | 85.52 | 20.00 | 40.00 | | 60.58 | | - | 1,069.50 | |
| 100633 | Bryce Hopkins | Audrain | 287.50 | 20.00 | 17.83 | 4.17 | 20.00 | | - | | - | 225.50 | |
| 101088 | Candice Grant | Audrain | 605.00 | - | 24.74 | 5.79 | - | | 205.85 | | - | 368.62 | |
| 100064 | Carla Berry | Callaway | 1,231.20 | 115.07 | 76.33 | 17.85 | 67.00 | | - | - | - | 954.95 | |
| 100708 | Carmen Oberlag | Audrain | 2,790.40 | 395.17 | 169.25 | 39.58 | 111.00 | | 60.58 | | - | 2,014.82 | |
| 100756 | Carol Shelden | Audrain | 493.38 | - | 26.83 | 6.28 | - | | 60.58 | | - | 399.69 | |
| 100534 | Caroline Bradshaw | Audrain | 1,295.09 | 69.89 | 80.29 | 18.78 | 75.00 | | - | | - | 1,051.13 | |
| 101000 | Caroline Coffman | Callaway | 1,080.00 | 54.66 | 63.21 | 14.78 | 21.00 | | 60.58 | - | - | 865.77 | |
| 100551 | Carolyn Canterbury | Audrain | 1,365.78 | - | 63.46 | 14.84 | 21.00 | | 342.27 | | - | 924.21 | |
| 101155 | Cassandra Toombs | Audrain | 125.17 | - | 7.76 | 1.82 | - | | - | | - | 115.59 | |
| 101232 | Cassidy Brown | Audrain | 1,185.00 | 74.53 | 73.47 | 17.18 | 29.00 | | - | | - | 990.82 | |
| 101131 | Cathy Coble | Audrain | 1,923.08 | 143.87 | 119.24 | 27.89 | 68.00 | | - | | - | 1,564.08 | |
| 101147 | Cedric Galadja Wendieuwo | Audrain | 2,265.00 | 66.30 | 140.43 | 32.84 | 87.00 | | 342.27 | | - | 1,596.16 | |
| 100603 | Celestine Fox | Audrain | 632.70 | 7.90 | 35.47 | 8.30 | - | | 60.58 | | - | 528.35 | |
| 100764 | Charla Smith | Audrain | 3,757.84 | - | 232.99 | 54.49 | 166.00 | | - | | - | 3,296.46 | |
| 101055 | Charlea Schafer | Audrain | 1,423.13 | 96.38 | 84.76 | 19.82 | 39.00 | | 56.01 | | - | 1,127.16 | |
| 101175 | Charlene Main | Audrain | 635.55 | - | 35.93 | 8.41 | - | | 56.01 | | - | 535.20 | |
| 100040 | Chelsea Robinson | Callaway | 373.13 | - | 19.38 | 4.54 | - | | 60.58 | - | - | 288.63 | |
| 100525 | Cheryl Blair | Audrain | 1,282.32 | 133.63 | 75.75 | 17.72 | 46.00 | | 60.58 | | - | 948.64 | |
| 100609 | Cheryl Graupman | Audrain | 1,492.03 | 43.53 | 88.75 | 20.75 | 16.00 | | 60.58 | | - | 1,262.42 | |
| 101016 | Cheryl McConnell | Audrain | 606.44 | - | 37.60 | 8.79 | 2.00 | | - | | - | 558.05 | |
| 100844 | Christeen Early | Audrain | 1,102.00 | 64.57 | 68.33 | 15.98 | 40.00 | | - | | - | 913.12 | |
| 100522 | Christina Birkner | Audrain | 1,080.00 | 121.92 | 54.20 | 12.67 | 18.00 | | 205.85 | | - | 667.37 | |
| 101096 | Christina Crump | Audrain | 5,692.31 | 645.11 | 338.59 | 79.18 | 256.00 | | 231.27 | | - | 4,142.16 | |
| 100684 | Christina Maxwell | Audrain | 1,468.50 | 61.65 | 78.29 | 18.30 | 25.00 | | 205.85 | | - | 1,079.41 | |
| 100738 | Christopher Rodgers | Audrain | 530.40 | 30.25 | 29.13 | 6.81 | - | | 60.58 | | - | 403.63 | |
| 100763 | Christy Smiley | Audrain | 4,009.64 | 591.15 | 244.84 | 57.26 | 176.00 | | 60.58 | | - | 2,879.81 | |
| 100703 | Colette Niekamp | Audrain | 1,101.86 | 4.51 | 64.56 | 15.10 | 22.00 | | 60.58 | | - | 935.11 | |
| 100108 | Connie Rogers-Clay | Callaway | 1,200.00 | - | 70.64 | 16.52 | 14.00 | | 60.58 | - | - | 1,038.26 | |
| 100786 | Connie Thoenen | Audrain | 2,662.98 | 294.37 | 161.35 | 37.73 | 114.00 | | 60.58 | | - | 1,994.95 | |
| 100132 | Corey Giboney | Callaway | 2,692.31 | 373.59 | 163.17 | 38.16 | 106.00 | | 60.58 | - | - | 1,950.81 | |
| 100641 | Courtney Jensen | Audrain | 1,039.34 | - | 60.68 | 14.20 | 18.00 | | 60.58 | | - | 885.88 | |
| 100541 | Cynthia Buck | Audrain | 2,130.44 | 289.98 | 128.33 | 30.02 | 276.00 | | 60.58 | | - | 1,345.53 | |
| 100564 | Cynthia Crowder | Audrain | 1,731.33 | 68.46 | 103.59 | 24.22 | 65.00 | | 60.58 | | - | 1,409.48 | |
| 100736 | Cynthia Roberts | Audrain | 1,400.80 | 27.34 | 72.51 | 16.96 | 34.00 | | 231.27 | | - | 1,018.72 | |
| 101196 | Dakota Maxwell | Audrain | 1,343.07 | - | 83.27 | 19.48 | 25.00 | | - | | - | 1,215.32 | |
| 100644 | Daniel Jamison | Audrain | 729.58 | - | 45.24 | 10.57 | - | | - | | - | 673.77 | |
| 101143 | Daniel Pabst | Callaway | 540.00 | 25.00 | 19.14 | 4.48 | - | | 231.27 | - | - | 260.11 | |
| 101230 | Danielle Bryson | Audrain | 871.00 | 5.00 | 54.00 | 12.63 | 23.00 | | - | | - | 776.37 | |
| 100783 | Darla Taylor | Audrain | 216.86 | 4.96 | 13.45 | 3.15 | - | | - | | - | 195.30 | |
| 100082 | Darren Hedges | Callaway | 910.00 | 35.14 | 52.66 | 12.31 | 12.00 | | 60.58 | - | - | 737.31 | |
| 105526 | David Blair | Audrain | 890.50 | - | 40.87 | 9.56 | 4.00 | | 231.27 | | - | 604.80 | |
| 101176 | David Kitchens | Corp | 3,846.15 | 568.00 | 238.46 | 55.77 | 170.00 | 23.96 | - | | - | 2,789.96 | |
| 100671 | David Lewis | Audrain | 3,200.00 | 598.61 | 198.40 | 46.40 | 186.00 | | - | | - | 2,170.59 | |
| 100704 | David Niekamp | Audrain | 4,294.69 | 375.19 | 262.51 | 61.40 | 165.00 | | 60.58 | | - | 3,370.01 | |
| 100748 | David Schulte | Audrain | 2,748.76 | 281.28 | 157.66 | 36.87 | 121.00 | | 205.85 | | - | 1,946.10 | |
| 100547 | Davina Busken | Audrain | 2,425.52 | 182.32 | 129.16 | 30.21 | 77.00 | | 342.27 | | - | 1,664.56 | |
| 100678 | Deana Maiden | Audrain | 1,925.96 | 100.50 | 115.65 | 27.05 | 75.00 | | 60.58 | | - | 1,547.18 | |
| 100705 | Deanna Nordwald | Audrain | 232.47 | - | 14.41 | 3.37 | - | | - | | - | 214.69 | ***not taking out medical because it will zero out her check. |
| 101031 | Deanna Peak | Audrain | 1,172.00 | - | 72.67 | 16.99 | 29.00 | | - | | - | 1,053.34 | |
| 100772 | Deborah Spurling | Audrain | 3,181.52 | 205.37 | 176.03 | 41.17 | 117.00 | | 342.27 | | - | 2,299.68 | |
| 101056 | Debra Overfelt | Audrain | 296.00 | - | 14.59 | 3.41 | - | | 60.58 | | - | 217.42 | |
| 100717 | Debra Pease | Audrain | 744.04 | - | 42.37 | 9.91 | 4.00 | | 60.58 | | - | 627.18 | |
| 100765 | Debra Smith | Audrain | 1,120.00 | 31.33 | 65.68 | 15.36 | 10.00 | | 60.58 | | - | 937.05 | |
| 100661 | Deirdre Knipp | Audrain | 1,720.10 | 131.47 | 102.69 | 24.07 | 54.00 | | 60.58 | | - | 1,347.09 | |
| 101231 | Devonte Daniels | Audrain | 594.38 | 9.63 | 36.85 | 8.62 | 2.00 | | - | | - | 537.28 | |
| 100588 | Diana Enslen | Audrain | 678.80 | 26.02 | 38.33 | 8.97 | 2.00 | | 60.58 | | - | 542.90 | |
| 100646 | Diana Johnson | Audrain | 420.40 | 19.25 | 22.30 | 5.22 | - | | 60.58 | | - | 313.05 | |
| 101239 | Diana Rosenburg | Audrain | 165.00 | - | 10.23 | 2.39 | 35.00 | | - | | - | 117.38 | ***not taking out medical because it will zero out her check. |
| 100642 | Diane Jacobi | Audrain | 3,384.62 | 213.60 | 190.23 | 44.49 | 129.00 | | 316.45 | | - | 2,490.85 | |
| 101029 | Donna Yeager | Audrain | 685.13 | 38.71 | 42.48 | 9.93 | 24.00 | | - | | - | 570.01 | |
| 101139 | Doris Davis | Audrain | 4,423.08 | 704.91 | 274.23 | 64.14 | 201.00 | | - | | - | 3,178.80 | |
| 100749 | Doris Schulte | Audrain | 496.13 | - | 27.00 | 6.32 | - | | 60.58 | | - | 402.23 | |
| 100659 | Elaina Knipfel | Audrain | 1,824.00 | 143.94 | 109.33 | 25.57 | 68.00 | | 60.58 | | - | 1,416.58 | |
| 101007 | Elijah Haahr | Corp | 7,692.31 | 1,541.83 | 476.92 | 111.54 | 374.00 | - | | | - | 5,188.02 | |
| 100127 | Elizabeth Logerman | Callaway | 2,400.00 | 236.52 | 145.04 | 33.92 | 91.00 | | 60.58 | - | - | 1,832.94 | |
| 100762 | Elizabeth Sjoberg | Audrain | 1,274.00 | 77.94 | 75.23 | 17.60 | 31.00 | | 60.58 | | - | 1,011.65 | |

EXHIBIT 4

| FILE # | Name | Location | Gross Pay | Federal Tax | Social Security | Medicare | MO State Tax | KS State Tax | Medical | Garnishment | Net Pay double check | Net Pay | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 100124 | Elizabeth Wansing | Callaway | 2,664.00 | 307.92 | 165.17 | 38.63 | 148.00 | | - | - | - | 2,004.28 | |
| 100591 | Emily Evans | Audrain | 1,028.40 | - | 60.01 | 14.03 | 33.00 | | 60.58 | | - | 860.78 | |
| 100780 | Emily Stuart | Audrain | 1,139.60 | 84.07 | 57.89 | 13.54 | 16.00 | | 205.85 | | - | 762.25 | |
| 100663 | Eric Kondro | Audrain | 7,692.31 | 1,522.45 | 473.17 | 110.66 | 371.00 | | 60.58 | | - | 5,154.45 | |
| 100005 | Erin Gash | Corp | 4,423.08 | 754.91 | 274.24 | 64.14 | 201.00 | - | | | - | 3,128.79 | |
| 100616 | Evelyn Haefling | Audrain | 776.25 | 22.22 | 44.66 | 10.45 | 6.00 | | 56.01 | | - | 636.91 | |
| 100669 | Evelyn Lear | Audrain | 540.00 | 31.21 | 29.73 | 6.95 | - | | 60.58 | | - | 411.53 | |
| 100546 | Frances Busby | Audrain | 99.42 | - | 6.17 | 1.44 | - | | - | | - | 91.81 | |
| 100677 | Francis Lynch | Audrain | 1,090.80 | 113.22 | 67.63 | 15.81 | 34.00 | | - | | - | 860.14 | |
| 100164 | Francis Trawick | Callaway | 847.50 | - | 52.55 | 12.29 | 11.00 | | - | 211.87 | - | 559.79 | |
| 100732 | Franklin Reynolds | Audrain | 613.44 | 20.00 | 25.27 | 5.91 | - | | 205.85 | | - | 356.41 | |
| 101135 | Gabriel Ellefsen | Audrain | 540.00 | 4.19 | 33.48 | 7.83 | 1.00 | | - | | - | 493.50 | |
| 101125 | Geoffrey Allen | Audrain | 705.50 | 15.14 | 40.27 | 9.42 | 3.00 | | 56.01 | 201.54 | - | 380.12 | |
| 101121 | Gracie Huelskamp | Audrain | 266.63 | - | 16.53 | 3.87 | - | | - | | - | 246.23 | |
| 100567 | Gretchen Curtis | Audrain | 1,440.55 | 25.21 | 68.09 | 15.92 | 27.00 | | 342.27 | | - | 962.06 | |
| 101043 | Haley Mittag | Audrain | 3,068.63 | 396.94 | 190.25 | 44.49 | 129.00 | | - | | - | 2,307.95 | |
| 100052 | Hannah Dechant | Callaway | 626.25 | 39.90 | 35.07 | 8.20 | 1.00 | | 60.58 | - | - | 481.50 | |
| 101069 | Heather Davis | Audrain | 776.00 | 10.00 | 44.36 | 10.38 | 10.00 | | 60.58 | | - | 640.68 | |
| 100843 | Heather McHatton | Audrain | 2,130.00 | 190.44 | 132.06 | 30.88 | 79.00 | | - | | - | 1,697.62 | |
| 100807 | Heather Welch | Audrain | 1,476.81 | 84.84 | 78.80 | 18.43 | 34.00 | | 205.85 | | - | 1,054.89 | |
| 100540 | Herbert Bruce | Audrain | 904.00 | 20.01 | 43.29 | 10.13 | 5.00 | | 205.85 | | - | 619.72 | |
| 100781 | Ivy Tallman | Audrain | 644.01 | 28.54 | 36.17 | 8.46 | 12.00 | | 60.58 | | - | 498.26 | |
| 100140 | Jack Wenkel | Callaway | 4,421.54 | 262.58 | 274.14 | 64.11 | 201.00 | | - | - | - | 3,619.71 | |
| 100553 | Jacob Carlisle | Audrain | 475.00 | 40.00 | 29.45 | 6.88 | 40.00 | | - | | - | 358.67 | |
| 100037 | Jacqueline Dixon | Callaway | 540.00 | - | 30.00 | 7.02 | - | | 56.01 | - | - | 446.97 | |
| 101024 | Jacquelyn Slick | Corp | 5,000.00 | 553.09 | 310.00 | 72.50 | - | - | | | - | 4,064.41 | |
| 100615 | James Gusewelle | Audrain | 908.00 | 56.28 | 43.53 | 10.18 | 5.00 | | 205.85 | | - | 587.16 | |
| 100117 | James Marshall | Callaway | 412.50 | 50.00 | 25.57 | 5.98 | 50.00 | | - | - | - | 280.95 | |
| 100767 | Jami Smith | Audrain | 720.04 | 25.00 | 31.88 | 7.46 | 20.00 | | 205.85 | | - | 429.85 | |
| 100005 | Jamie Longston | Corp | 668.75 | - | 41.47 | 9.69 | 4.00 | 7.19 | | | - | 606.40 | |
| 101282 | Jamie Sweazea | Callaway | 504.00 | 10.00 | 31.25 | 7.31 | - | | - | - | - | 455.44 | |
| 100636 | Jan Hoyt | Audrain | 3,096.15 | 352.12 | 177.62 | 41.54 | 118.00 | | 231.27 | | - | 2,175.60 | |
| 100600 | Jana Wolthuis | Audrain | 1,154.39 | 146.15 | 58.81 | 13.75 | 47.00 | | 205.85 | | - | 682.83 | |
| 101046 | Janice Jones | Audrain | 513.75 | 10.00 | 28.10 | 6.57 | 10.00 | | 60.58 | | - | 398.50 | |
| 100725 | Janice Pritchett | Audrain | 3,515.00 | 517.05 | 203.59 | 47.61 | 141.00 | | 231.27 | | - | 2,374.54 | |
| 101229 | Jason Bostic | Audrain | 121.50 | - | 7.53 | 1.76 | - | | - | | - | 112.21 | |
| 100141 | Jeanette Quinn | Callaway | 4,615.39 | 736.53 | 282.40 | 66.05 | 208.00 | | 60.58 | - | - | 3,261.83 | |
| 100042 | Jeania Lowe | Callaway | 560.00 | 10.13 | 30.97 | 7.24 | 10.00 | | 60.58 | - | - | 441.08 | |
| 100791 | Jeanine Treadway | Audrain | 1,556.80 | 201.11 | 92.76 | 21.69 | 66.00 | | 60.58 | | - | 1,114.66 | |
| 100837 | Jeanne Hobbs | Audrain | 1,536.40 | 144.02 | 95.25 | 22.27 | 68.00 | | - | | - | 1,206.86 | |
| 101036 | Jeffrey Stone | Callaway | 6,730.77 | 829.92 | 396.08 | 92.63 | 279.00 | | 342.27 | - | - | 4,790.87 | |
| 100548 | Jennifer Buswell | Audrain | 1,266.21 | 1.00 | 78.51 | 18.36 | 34.00 | | - | | - | 1,134.34 | |
| 101207 | Jennifer Gibson | Callaway | 502.82 | - | 31.18 | 7.29 | - | | - | - | - | 464.35 | |
| 101041 | Jennifer Key | Audrain | 592.00 | 15.00 | 32.95 | 7.71 | 15.00 | | 60.58 | | - | 460.76 | |
| 100073 | Jennifer Miles | Callaway | 2,160.00 | 256.48 | 130.17 | 30.44 | 78.00 | | 60.58 | - | - | 1,604.33 | |
| 100070 | Jennifer Walker | Callaway | 774.25 | - | 35.24 | 8.24 | 41.00 | | 205.85 | | - | 483.92 | |
| 100178 | Jennifer Wallace | Corp | 2,160.00 | 197.04 | 133.92 | 31.32 | 81.00 | - | | | - | 1,716.72 | |
| 101111 | Jennifur Widebrook | Audrain | 540.00 | - | 33.48 | 7.83 | 1.00 | | - | | - | 497.69 | |
| 100792 | Jesse Trigg | Audrain | 1,328.54 | 91.75 | 82.37 | 19.27 | 37.00 | | - | | - | 1,098.15 | |
| 101059 | Joan Felber | Callaway | 402.50 | - | 24.95 | 5.84 | - | | - | - | - | 371.71 | |
| 100602 | Joann Foster | Audrain | 677.51 | - | 38.25 | 8.95 | - | | 60.58 | | - | 569.73 | |
| 100701 | Joann Nengel | Audrain | 1,340.75 | 85.95 | 79.37 | 18.56 | 34.00 | | 60.58 | | - | 1,062.29 | |
| 100687 | Joanna McClarey | Audrain | 274.60 | 1.00 | 17.02 | 3.98 | 10.00 | | - | | - | 242.60 | ***not taking out medical because it will zero out her check. |
| 100160 | Joanna Schwartze | Audrain | 1,314.72 | 43.18 | 77.76 | 18.18 | 40.00 | | 60.58 | | - | 1,075.02 | |
| 100589 | Joel Enslen | Audrain | 1,274.49 | 92.00 | 75.26 | 17.60 | 31.00 | | 60.58 | | - | 998.05 | |
| 100515 | Johanna Beamer | Audrain | 1,522.18 | - | 94.38 | 22.07 | 47.00 | | - | | - | 1,358.73 | |
| 100754 | Joni Sharp | Audrain | 1,575.20 | 153.77 | 93.91 | 21.96 | 67.00 | | 60.58 | | - | 1,177.98 | |
| 101179 | Jordan Rust | Audrain | 455.00 | - | 24.45 | 5.72 | - | | 60.58 | | - | 364.25 | |
| 101160 | Jordon Bryant | Audrain | 2,115.36 | 145.70 | 127.40 | 29.79 | 67.00 | | 60.58 | | - | 1,684.89 | |
| 100612 | Joyce Groves | Audrain | 684.00 | 37.54 | 38.65 | 9.04 | 2.00 | | 60.58 | | - | 536.19 | |
| 100829 | Judith Wright | Audrain | 1,225.73 | 89.42 | 76.00 | 17.78 | 36.00 | | - | | - | 1,006.53 | |
| 101045 | Julie Adams | Audrain | 539.75 | - | 29.71 | 6.95 | - | | 60.58 | | - | 442.51 | |
| 101245 | Julie Huffman | Callaway | 4,230.40 | 475.76 | 249.53 | 58.36 | 167.00 | | 205.85 | - | - | 3,073.90 | |
| 100648 | Julie Johnson | Audrain | 362.25 | 1.00 | 18.70 | 4.38 | 10.00 | | 60.58 | | - | 267.59 | |
| 101140 | Julie Pehle | Audrain | 191.50 | - | 11.87 | 2.77 | - | | - | | - | 176.86 | |
| 101014 | Julie Rowe | Audrain | 1,237.20 | - | 76.70 | 17.93 | 32.00 | | - | | - | 1,110.57 | |
| 100819 | Justin Williams | Audrain | 1,756.88 | - | 96.16 | 22.49 | 69.00 | | 205.85 | | - | 1,363.38 | |
| 100722 | Karen Potter | Audrain | 1,773.70 | 71.70 | 106.22 | 24.85 | 31.00 | | 60.58 | | - | 1,479.35 | |
| 100153 | Katherine Casagrande | Callaway | 493.50 | - | 30.60 | 7.15 | - | | - | - | - | 455.75 | |
| 100032 | Kathryn Ziese | Callaway | 560.00 | 6.19 | 34.72 | 8.12 | 1.00 | | - | - | - | 509.97 | |
| 100575 | Kathy Dubbert | Audrain | 2,109.00 | 245.26 | 127.00 | 29.70 | 75.00 | | 60.58 | | - | 1,571.46 | |
| 101119 | Kathy Dugan | Audrain | 1,576.00 | 114.18 | 93.95 | 21.97 | 47.00 | | 60.58 | | - | 1,238.32 | |
| 100733 | Katie Riechmann | Audrain | 2,906.45 | 442.89 | 167.43 | 39.15 | 135.00 | | 205.85 | | - | 1,916.13 | |
| 101241 | Kaylann White | Callaway | 562.50 | 26.44 | 34.87 | 8.16 | 1.00 | | - | - | - | 492.03 | |
| 101086 | Kaylee Jones | Audrain | 320.63 | - | 19.88 | 4.65 | - | | - | | - | 296.10 | |
| 100673 | Kellie Livingston | Audrain | 655.60 | 9.70 | 36.90 | 8.63 | 12.00 | | 60.58 | | - | 527.79 | |
| 100047 | Kelsi Giboney | Callaway | 540.00 | - | 29.73 | 6.96 | - | | 60.58 | - | - | 442.73 | |
| 100539 | Kimberly Brown | Audrain | 1,360.40 | 15.84 | 71.58 | 16.74 | 28.00 | | 205.85 | | - | 1,022.39 | |
| 100688 | Kimberly McCurdy | Audrain | 1,782.50 | 87.58 | 106.75 | 24.97 | 78.00 | | 60.58 | | - | 1,424.62 | |
| 100692 | Kimberly Menefee | Audrain | 1,844.28 | 84.23 | 101.58 | 23.76 | 73.00 | | 205.85 | | - | 1,355.86 | |
| 100810 | Kimberly Wenzel | Audrain | 1,381.25 | 135.02 | 71.30 | 16.68 | 52.00 | | 231.27 | | - | 874.98 | |
| 101032 | Kristen Layman | Audrain | 1,063.92 | - | 62.21 | 14.55 | 7.00 | | 60.58 | | - | 919.58 | |
| 101061 | Kristin Jurgesmeyer | Audrain | 888.00 | 32.94 | 51.30 | 12.00 | 10.00 | | 60.58 | | - | 721.18 | |
| 101217 | Kristina Jackson | Callaway | 2,031.13 | 15.00 | 104.70 | 24.49 | 71.00 | | 342.27 | - | - | 1,473.67 | |
| 100634 | Kristy Hopper | Audrain | 4,038.46 | 609.84 | 229.17 | 53.59 | 162.00 | | 342.27 | | - | 2,641.59 | |
| 100691 | Kristy Melton | Audrain | 2,520.08 | 159.80 | 152.49 | 35.66 | 97.00 | | 60.58 | | - | 2,014.55 | |
| 100750 | Kristy Schulte | Audrain | 619.27 | 12.12 | 38.39 | 8.98 | 2.00 | | - | | - | 557.78 | |
| 101079 | Krystle Wetterer | Callaway | 375.00 | - | 23.25 | 5.44 | - | | - | - | - | 346.31 | |
| 100029 | Kylie Atterberry | Callaway | 1,520.00 | 127.46 | 90.49 | 21.16 | 44.00 | | 60.58 | - | - | 1,176.31 | |
| 100021 | Landon Smith | Callaway | 273.38 | - | 16.95 | 3.96 | - | | - | - | - | 252.47 | |
| 101220 | Lanie Exendine | Audrain | 1,278.75 | - | 59.66 | 13.95 | 18.00 | | 316.45 | | - | 870.69 | |
| 101152 | Latara Collins | Corp | 1,065.19 | 12.67 | 66.04 | 15.45 | 10.00 | - | | | - | 961.03 | |
| 100518 | Laura Bergmann | Audrain | 294.91 | - | 18.28 | 4.28 | - | | - | | - | 272.35 | |
| 101097 | Laura Keim | Audrain | 2,187.50 | 170.13 | 122.87 | 28.74 | 82.00 | | 205.85 | | - | 1,577.91 | |
| 101077 | Lauren Doyle | Audrain | 162.26 | 10.00 | 10.06 | 2.35 | 5.00 | | - | | - | 134.85 | |
| 100618 | Leah Haerer | Audrain | 1,032.72 | 48.99 | 60.28 | 14.09 | 18.00 | | 60.58 | | - | 830.78 | |
| 100614 | Lee Gullion | Audrain | 259.00 | 19.17 | 16.06 | 3.76 | 5.00 | | - | | - | 215.01 | |
| 100714 | Lina Peacock | Audrain | 1,890.40 | 94.23 | 113.45 | 26.53 | 37.00 | | 60.58 | | - | 1,558.61 | |
| 100511 | Linda Barnes | Audrain | 1,986.19 | 75.88 | 108.81 | 25.44 | 43.00 | | 231.27 | | - | 1,501.79 | |
| 100652 | Linda Kable | Audrain | 710.72 | - | 44.07 | 10.30 | - | | - | | - | 656.35 | |
| 100670 | Linda Lehenbauer | Audrain | 527.00 | 25.00 | 28.92 | 6.77 | 20.00 | | 60.58 | | - | 385.73 | |
| 100102 | Lisa Dinger | Callaway | 2,913.75 | 349.54 | 176.89 | 41.37 | 118.00 | | 60.58 | - | - | 2,167.37 | |
| 101240 | Lisa Lee | Audrain | 296.25 | 40.00 | 18.36 | 4.29 | 10.00 | | - | | - | 223.60 | |
| 100788 | Lisa Thurman | Audrain | 1,403.78 | 99.40 | 65.82 | 15.39 | 23.00 | | 342.27 | | - | 857.90 | |
| 101065 | Loren Littrell Finck | Audrain | 40.00 | - | 2.48 | 0.58 | - | | - | | - | 36.94 | |
| 100100 | Lorie Buchanan | Audrain | 476.00 | - | 29.51 | 6.90 | 15.00 | | - | | - | 424.59 | |

| FILE # | Name | Location | Gross Pay | Federal Tax | Social Security | Medicare | MO State Tax | KS State Tax | Medical | Garnishment | Net Pay double check | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 100755 | Louise Shaw | Audrain | 998.40 | 85.11 | 58.43 | 13.67 | 16.00 | | 56.01 | | - | 769.18 |
| 101185 | Lucinda Clark | Callaway | 1,268.75 | 84.58 | 78.66 | 18.39 | 34.00 | | - | - | - | 1,053.12 |
| 101068 | Madison Meyer | Audrain | 598.50 | - | 37.10 | 8.68 | 2.00 | | - | | - | 550.72 |
| 100036 | Makayla Dickison | Audrain | 303.75 | | 18.83 | 4.41 | - | | | | - | 280.51 |
| 100622 | Marcia Hampton | Audrain | 1,080.00 | 104.66 | 63.20 | 14.79 | 51.00 | | 60.58 | | - | 785.77 |
| 101235 | Maria Rentas Monzon | Corp | 1,530.00 | 115.93 | 94.86 | 22.19 | 48.00 | 13.94 | | | - | 1,235.08 |
| 100619 | Marissa Hagedorn | Audrain | 1,908.81 | - | 105.58 | 24.69 | 57.00 | | 205.85 | | - | 1,515.69 |
| 101188 | Marjorie Milleza | Callaway | 352.50 | | 21.85 | 5.11 | - | | | - | - | 325.54 |
| 101248 | Mark Epperson | Audrain | 783.00 | - | 44.79 | 10.48 | 16.00 | | 60.58 | | - | 651.15 |
| 100533 | Mary Braden | Audrain | 1,650.40 | 162.80 | 98.57 | 23.05 | 71.00 | | 60.58 | | - | 1,234.40 |
| 100088 | Mary Harrison | Callaway | 1,007.75 | 68.25 | 49.71 | 11.63 | 9.00 | | 205.85 | - | - | 663.31 |
| 100838 | Mary Meeks | Audrain | 777.45 | 41.88 | 44.44 | 10.40 | 6.00 | | 60.58 | | - | 614.15 |
| 100535 | Maura Breting | Audrain | 1,033.76 | 338.80 | 60.34 | 14.12 | 28.00 | | 60.58 | | - | 531.92 |
| 100065 | Meaghan Foster | Callaway | 2,103.63 | 117.09 | 130.42 | 30.50 | 78.00 | | - | - | - | 1,747.62 |
| 100078 | Megan Jewett | Audrain | 1,688.50 | 167.37 | 100.93 | 23.61 | 53.00 | | 60.58 | | - | 1,283.01 |
| 100555 | Melanie Carr | Audrain | 1,684.80 | 82.81 | 100.70 | 23.55 | 36.00 | | 60.58 | | - | 1,381.16 |
| 101013 | Melissa Bruggeman | Audrain | 720.00 | 16.14 | 40.89 | 9.56 | 4.00 | | 60.58 | | - | 588.83 |
| 100544 | Melissa Burton | Audrain | 1,327.88 | 43.17 | 82.33 | 19.25 | 47.00 | | - | | - | 1,136.13 |
| 100640 | Melissa Hutcheson | Audrain | 1,130.00 | 43.23 | 57.29 | 13.40 | 46.00 | | 205.85 | | - | 764.23 |
| 100095 | Melonie Christopher | Callaway | 3,456.00 | 299.38 | 214.27 | 50.11 | 170.00 | | - | - | - | 2,722.24 |
| 100737 | Mercedes Roberts | Audrain | 1,114.23 | - | 69.09 | 16.15 | 26.00 | | - | | - | 1,002.99 |
| 100820 | Meri Williams | Audrain | 2,072.29 | 205.23 | 115.72 | 27.06 | 125.00 | | 205.85 | | - | 1,393.43 |
| 101246 | Merrill Atwater | Corp | 7,692.24 | 1,327.83 | 476.92 | 111.53 | 361.00 | - | | | - | 5,414.96 |
| 100842 | Michael Jones | Audrain | 12,500.00 | 3,571.38 | 753.78 | 176.28 | 611.00 | | 342.27 | | - | 7,045.29 |
| 101223 | Michael Mulkey | Audrain | 13,461.54 | 3,808.11 | 831.14 | 194.38 | 677.00 | | 56.01 | | - | 7,894.90 |
| 100726 | Michael Quinlan | Audrain | 2,471.16 | 538.92 | 131.96 | 30.86 | 129.00 | | 342.27 | | - | 1,298.12 |
| 101250 | Michaela Clay | Audrain | 378.00 | - | 19.96 | 4.67 | - | | 56.01 | | - | 297.36 |
| 100034 | Michelle Basnett | Callaway | 131.25 | - | 8.14 | 1.91 | - | | - | - | - | 121.20 |
| 101107 | Michelle Qualls | Audrain | 3,539.50 | 505.53 | 219.44 | 51.32 | 154.00 | | - | | - | 2,609.21 |
| 100058 | Milton Lawson | Callaway | 558.00 | 58.01 | 30.84 | 7.21 | - | | 60.58 | - | - | 401.36 |
| 101026 | Miranda Stewart | Audrain | 64.13 | - | 0.22 | 0.05 | - | | 60.58 | | - | 3.28 |
| 101202 | Monique Caulk | Corp | 2,042.25 | 177.40 | 126.62 | 29.61 | 75.00 | - | | | - | 1,633.62 |
| 100503 | Nancy Anthony | Audrain | 212.63 | 10.00 | 9.43 | 2.20 | 10.00 | | 60.58 | | - | 120.42 |
| 100839 | Nancy Kitson | Audrain | 812.00 | 35.81 | 37.58 | 8.79 | 12.00 | | 205.85 | | - | 511.97 |
| 100560 | Nichole Cook | Audrain | 1,152.86 | 31.25 | 50.26 | 11.75 | - | | 342.27 | | - | 717.33 |
| 101189 | Nicole Phillips | Audrain | 1,513.44 | 107.22 | 90.36 | 21.13 | 44.00 | | 56.01 | | - | 1,194.72 |
| 100023 | Nikki Murrell | Callaway | 648.00 | 14.99 | 40.18 | 9.40 | 3.00 | | - | 162.00 | - | 418.43 |
| 100581 | Pamela Early | Audrain | 846.15 | 28.75 | 48.70 | 11.39 | 8.00 | | 60.58 | | - | 688.73 |
| 100028 | Pamela Franklin | Callaway | 212.63 | - | 9.43 | 2.21 | - | | 60.58 | - | - | 140.41 |
| 100090 | Pamela Tadlock | Callaway | 773.08 | 64.79 | 47.93 | 11.21 | 28.00 | | - | - | - | 621.15 |
| 100620 | Patresa Hagedorn | Audrain | 2,556.45 | 263.98 | 145.74 | 34.08 | 116.00 | | 205.85 | | - | 1,790.80 |
| 100565 | Patricia Cullom | Audrain | 1,474.88 | 141.74 | 87.68 | 20.51 | 41.00 | | 60.58 | | - | 1,123.37 |
| 100173 | Patrick Klingler | Corp | 3,461.54 | 483.38 | 214.61 | 50.19 | 150.00 | - | | 1,666.18 | - | 897.18 |
| 100637 | Paul Huemann | Audrain | 1,480.40 | 128.26 | 88.31 | 20.66 | 57.00 | | 56.01 | | - | 1,130.16 |
| 100516 | Paula Belcher | Audrain | 1,024.90 | 29.56 | 49.20 | 11.51 | 14.00 | | 231.27 | | - | 689.36 |
| 101091 | Paula Shaw | Audrain | 1,520.00 | 46.33 | 90.48 | 21.16 | 44.00 | | 60.58 | | - | 1,257.45 |
| 100804 | Peggy Barjenbruch | Audrain | 7,230.77 | 2,417.65 | 444.55 | 103.97 | 447.00 | | 60.58 | | - | 3,757.02 |
| 100785 | Penelope Thiel | Audrain | 520.63 | 35.33 | 32.28 | 7.55 | - | | - | | - | 445.47 |
| 101074 | Penny Rea-Bailey | Corp | 951.50 | 180.34 | 59.00 | 13.80 | 17.00 | - | | | - | 681.36 |
| 101072 | Philip Nelson | Callaway | 1,687.05 | 63.03 | 100.84 | 23.58 | 53.00 | | 60.58 | - | - | 1,386.02 |
| 101150 | Rachel Ferguson | Callaway | 1,606.88 | 97.40 | 85.29 | 19.94 | 64.00 | | 231.27 | - | - | 1,108.98 |
| 100724 | Rachel Prior | Audrain | 1,848.85 | 188.03 | 110.88 | 25.93 | 61.00 | | 60.58 | | - | 1,402.43 |
| 100729 | Rebecca Ransdell | Audrain | 1,414.67 | 194.82 | 83.95 | 19.63 | 38.00 | | 60.58 | | - | 1,017.69 |
| 100759 | Rebekah Kelly | Audrain | 1,087.50 | 20.00 | 67.43 | 15.77 | 44.00 | | - | | - | 940.30 |
| 100628 | Regina Hill | Audrain | 4,009.21 | 292.48 | 235.81 | 55.15 | 155.00 | | 205.85 | | - | 3,064.92 |
| 100142 | Rezwan Islam | Callaway | 12,211.67 | 2,141.57 | 737.50 | 172.48 | 671.00 | | 316.45 | - | - | 8,172.67 |
| 100815 | Rhoda Wieberg | Audrain | 1,052.26 | 24.55 | 61.48 | 14.38 | 7.00 | | 60.58 | | - | 884.27 |
| 100683 | Rita Mauer | Audrain | 1,101.60 | 4.49 | 64.54 | 15.10 | 16.00 | | 60.58 | | - | 940.89 |
| 100572 | Robbin Denham | Audrain | 1,306.41 | - | 68.23 | 15.96 | 30.00 | | 205.85 | | - | 986.37 |
| 100741 | Robert Rottmann | Audrain | 1,529.40 | 30.20 | 80.48 | 18.83 | 35.00 | | 231.27 | | - | 1,133.62 |
| 100775 | Roberta Stinnett | Audrain | 1,555.23 | 75.91 | 96.42 | 22.55 | 43.00 | | - | | - | 1,317.35 |
| 100532 | Ronald Bracht | Audrain | 1,285.61 | 28.95 | 79.71 | 18.64 | 35.00 | | - | | - | 1,123.31 |
| 100137 | Ruth Deornellas | Callaway | 2,775.20 | 329.06 | 168.30 | 39.37 | 120.00 | | 60.58 | - | - | 2,057.89 |
| 100798 | Ruth Vanskike | Audrain | 2,538.47 | 312.38 | 136.17 | 31.84 | 83.00 | | - | | - | 1,975.08 |
| 101066 | Sadie Hoyt | Audrain | 222.75 | - | 10.05 | 2.35 | - | | 60.58 | | - | 149.77 |
| 101090 | Sadie Wear | Audrain | 1,411.04 | 101.65 | 87.49 | 20.46 | 41.00 | | - | | - | 1,160.44 |
| 100668 | Sallee Lauer | Audrain | 973.40 | 88.83 | 60.35 | 14.12 | 18.00 | | - | | - | 792.10 |
| 100574 | Samuel Douglas | Audrain | 854.00 | 49.19 | - | 11.50 | 9.00 | | 60.58 | | - | 723.73 |
| 101134 | Sandra Ellefsen | Audrain | 3,076.92 | 334.25 | 178.01 | 41.64 | 119.00 | | 205.85 | | - | 2,198.17 |
| 100794 | Sandra Turk | Audrain | 2,262.00 | 256.16 | 136.49 | 31.92 | 108.00 | | 60.58 | | - | 1,668.85 |
| 100507 | Sarah Azdell | Audrain | 3,943.75 | 669.26 | 244.51 | 57.19 | 176.00 | | - | | - | 2,796.79 |
| 100168 | Scott Dudley | Callaway | - | | - | - | - | | - | - | - | - |
| 100658 | Scott Kline | Audrain | 2,118.40 | 71.88 | 117.00 | 27.36 | 40.00 | | 231.27 | | - | 1,630.89 |
| 100063 | Seth Duncan | Callaway | 357.34 | - | 18.40 | 4.30 | - | | 60.58 | - | - | 274.06 |
| 101137 | Shannon Bell | Audrain | 450.32 | - | 24.44 | 5.72 | - | | 56.01 | | - | 364.15 |
| 101253 | Shannon Grote | Audrain | 106.25 | 5.00 | 6.59 | 1.54 | - | | - | | - | 93.12 |
| 101205 | Shannon Smith | Audrain | 1,074.00 | - | 53.83 | 12.58 | 2.00 | | 205.85 | | - | 799.74 |
| 101130 | Shawna Fisher | Audrain | 3,600.00 | 462.96 | 208.86 | 48.84 | 145.00 | | 231.27 | | - | 2,503.07 |
| 100632 | Shirley Hoover | Audrain | 188.13 | 15.00 | 11.66 | 2.73 | 10.00 | | - | | - | 148.74 |
| 100690 | Simon McKeown | Audrain | 8,120.00 | 981.71 | 482.22 | 112.77 | 352.00 | | 342.27 | | - | 5,849.03 |
| 101199 | Stacy Alman | Corp | 732.00 | - | 45.38 | 10.62 | 6.00 | - | | | - | 670.00 |
| 101219 | Stacy Wells | Callaway | 1,672.00 | 99.79 | 103.66 | 24.24 | 42.00 | | - | - | - | 1,402.31 |
| 100693 | Stephanie Meyer | Audrain | 308.30 | 10.00 | 4.78 | 1.12 | - | | 231.27 | | - | 61.13 |
| 100712 | Stephanie Owings | Audrain | 457.71 | - | 28.38 | 6.64 | - | | - | | - | 422.69 |
| 101162 | Stephen Sheridan | Audrain | 135.00 | - | 8.37 | 1.96 | - | | - | | - | 124.67 |
| 100030 | Stephen Tate | Callaway | 850.50 | - | 52.73 | 12.33 | - | | - | - | - | 785.44 |
| 101132 | Steven Ellefsen | Audrain | 1,923.08 | 155.83 | 115.48 | 27.01 | 65.00 | | 60.58 | | - | 1,499.18 |
| 100134 | Steven Simerl | Callaway | 2,880.00 | 163.27 | 164.22 | 38.40 | 81.00 | | 231.27 | - | - | 2,201.84 |
| 100556 | Susan Cinkay | Audrain | 558.00 | - | 30.87 | 7.22 | - | | 60.58 | | - | 459.73 |
| 100592 | Susan Evans | Audrain | 643.20 | 34.51 | 39.88 | 9.33 | 23.00 | | - | | - | 536.48 |
| 100631 | Susan Honaker | Audrain | 1,368.00 | 158.56 | 81.06 | 18.96 | 36.00 | | 60.58 | | - | 1,012.84 |
| 100727 | Susan Quinlan | Audrain | 1,430.40 | 96.71 | 84.93 | 19.87 | 39.00 | | 60.58 | | - | 1,129.31 |
| 100790 | Tami Trabue | Audrain | 1,455.20 | 39.85 | 86.46 | 20.22 | 14.00 | | 60.58 | | - | 1,234.09 |
| 101226 | Tammy Doerhoff | Audrain | 4,038.40 | 399.26 | 250.38 | 58.56 | 211.00 | | - | | - | 3,119.20 |
| 100576 | Tammy Dubrett | Audrain | 2,278.65 | 91.11 | 126.94 | 29.68 | 49.00 | | 231.27 | | - | 1,750.65 |
| 100580 | Tammy Eady | Audrain | 1,599.12 | 156.64 | 95.39 | 22.30 | 48.00 | | 60.58 | | - | 1,216.21 |
| 100091 | Tammy Oligschlaeger | Callaway | 3,132.00 | 420.00 | 179.84 | 42.07 | 145.00 | | 231.27 | - | - | 2,113.82 |
| 101227 | Taneisha Long | Callaway | 318.75 | - | 19.77 | 4.62 | - | | - | - | - | 294.36 |
| 101154 | Taylor Duncan | Callaway | 529.25 | 22.40 | 29.06 | 6.80 | - | | 60.58 | - | - | 410.41 |
| 100650 | Teresa Johnston | Callaway | 1,110.50 | 98.01 | 65.09 | 15.23 | 22.00 | | 60.58 | - | - | 849.59 |
| 100840 | Teresa Utterback | Audrain | 1,372.75 | 106.60 | 81.35 | 19.03 | 111.00 | | 60.58 | | - | 994.19 |
| 100133 | Terri Herold | Callaway | 2,347.20 | 224.90 | 141.77 | 33.16 | 88.00 | | 60.58 | - | - | 1,798.79 |
| 100509 | Terry Bailey | Audrain | 1,274.10 | 21.74 | 75.24 | 17.60 | 5.00 | | 60.58 | | - | 1,093.94 |
| 101040 | Terry Ballard | Audrain | 1,618.75 | 119.31 | 96.61 | 22.59 | 99.00 | | 60.58 | | - | 1,220.66 |
| 100528 | Terry Blakley | Audrain | 5,815.20 | 1,014.29 | 346.20 | 80.97 | 262.00 | | 231.27 | | - | 3,880.47 |
| 100823 | Thelma Wilson | Audrain | 506.25 | 27.84 | 27.63 | 6.46 | - | | 60.58 | | - | 383.74 |

| FILE # | Name | Location | Gross Pay | Federal Tax | Social Security | Medicare | MO State Tax | KS State Tax | Medical | Garnishment | Net Pay double check | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 101103 | Thomas Boozer | Corp | 4,615.38 | 751.07 | 286.15 | 66.92 | 211.00 | 26.81 | | | - | 3,273.43 |
| 100057 | Tiffanie Lancaster | Callaway | 680.00 | 18.19 | 42.16 | 9.86 | 4.00 | | - | - | - | 605.79 |
| 100165 | Tiffany Martin-Quick | Callaway | 235.57 | - | 14.61 | 3.42 | - | | - | - | - | 217.54 |
| 101194 | Tiffany Miller | Audrain | 687.50 | - | 42.63 | 9.97 | - | | - | | - | 634.90 |
| 100718 | Tiffany Peery | Audrain | 2,543.20 | 162.57 | 153.92 | 35.99 | 72.00 | | 60.58 | | - | 2,058.14 |
| 101151 | Tiffany Riley | Corp | 285.00 | - | 17.67 | 4.14 | - | - | | | - | 263.19 |
| 100639 | Tina Huntington | Audrain | 781.31 | - | 34.11 | 7.97 | - | | 231.27 | | - | 507.96 |
| 100672 | Tonya Linthacum | Audrain | 2,550.75 | 170.75 | 158.15 | 36.99 | 102.00 | | - | | - | 2,082.86 |
| 100681 | Tonya Martincic | Audrain | 579.93 | 7.13 | 32.20 | 7.53 | 5.00 | | 60.58 | | - | 467.49 |
| 101187 | Tonya Myers | Audrain | 1,203.19 | 20.70 | 74.60 | 17.45 | 30.00 | | - | | - | 1,060.44 |
| 100177 | Tyler Sanders | Audrain | 3,846.15 | 554.67 | 234.70 | 54.89 | 167.00 | | 60.58 | | - | 2,774.31 |
| 100685 | Vandy May | Audrain | 3,212.00 | 507.92 | 195.39 | 45.70 | 154.00 | | 60.58 | | - | 2,248.41 |
| 100808 | Vicki Welch | Audrain | 710.72 | 57.31 | 44.07 | 10.30 | 5.00 | | - | | - | 594.04 |
| 100024 | Virginia Ridinger | Callaway | 1,080.00 | 53.39 | 66.96 | 15.66 | 11.00 | | - | - | - | 932.99 |
| 100735 | Virginia Rivers | Audrain | 557.20 | 50.00 | 30.79 | 7.20 | 25.00 | | 60.58 | | - | 383.63 |
| 100776 | Wannarat Stockdall | Audrain | 472.50 | 24.46 | 25.54 | 5.98 | 20.00 | | 60.58 | | - | 335.94 |
| 100802 | Wayne Walker | Audrain | 477.19 | - | 29.58 | 6.92 | 10.00 | | - | | - | 430.69 |
| 101126 | Wendy Behlmann | Audrain | 2,240.00 | - | 127.08 | 29.72 | 92.00 | | 190.32 | | - | 1,800.88 |
| 101214 | Wendy Reno | Audrain | 656.00 | 9.74 | 36.92 | 8.64 | 2.00 | | 60.58 | | - | 538.12 |
| 100552 | William Carline | Audrain | 978.40 | - | 46.32 | 10.83 | 20.00 | | 231.27 | | - | 669.98 |
| 101100 | William Scott | Corp | 3,846.15 | 326.19 | 238.46 | 55.77 | - | 166.49 | | | - | 3,059.24 |
| 100136 | William Strawn | Callaway | 2,692.30 | 325.82 | 163.17 | 38.16 | 121.00 | | 60.58 | | - | 1,983.57 |
| 100081 | Zachary Taylor | Callaway | 851.13 | 14.72 | 40.01 | 9.35 | 3.00 | | 205.85 | - | - | 578.20 |
| 101116 | Zachary Treat | Audrain | 7,692.31 | 1,622.66 | 473.16 | 110.66 | 371.00 | | 60.58 | | - | 5,054.25 |
| 100758 | Zahir Sheth | Audrain | 5,240.00 | 521.18 | 303.66 | 71.01 | 226.00 | | 342.27 | | - | 3,775.88 |
| | | Totals | 585,922.74 | 62,712.02 | 34,622.54 | 8,108.73 | 20,903.00 | 364.22 | 26,700.85 | 2,241.59 | - | 430,269.79 |