| Employee ID | Name | Location | Gross Pay | Federal Tax | Social Security | Medicare | MO State Tax | KS State Tax | Garnishment | Medical | Net Pay double check | Net Pay | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 101093 | Adrian Chen | Audrain | 7,884.62 | 1,526.45 | 488.85 | 114.33 | 384.00 | 35.22 | | | - | 5,335.77 | |
| 101113 | Alicia Shaw | Audrain | 3,846.15 | 338.85 | 217.24 | 50.81 | 152.00 | | | 342.27 | - | 2,744.98 | |
| 100753 | Amanda Segraves | Audrain | 1,280.00 | 22.33 | 75.60 | 17.68 | 31.00 | | | 60.58 | - | 1,072.81 | |
| 101164 | Amanda Walker | Audrain | 356.52 | | 9.34 | 2.19 | | | | 205.85 | - | 139.14 | |
| 100181 | Amy O'Brien | Audrain | 11,538.46 | 2,055.95 | 715.39 | 167.31 | 552.00 | | | | - | 8,047.81 | |
| 100594 | Andrea Feger | Audrain | 3,846.16 | 326.19 | 238.47 | 55.77 | 170.00 | | | | - | 3,055.73 | |
| 100156 | Angel Hoilman | Corp | 2,400.00 | 249.84 | 148.80 | 34.80 | 94.00 | | | | - | 1,872.56 | |
| 100827 | Angela Woodhurst | Audrain | 1,206.96 | 109.59 | 71.08 | 16.63 | 32.00 | | | 60.58 | - | 917.08 | |
| 100630 | Annette Holt | Audrain | 1,452.93 | 146.37 | 90.08 | 21.07 | 44.00 | | | | - | 1,151.41 | |
| 100179 | Ashlee Dougherty | Audrain | 3,846.15 | 445.79 | 225.70 | 52.79 | 159.00 | | | 205.85 | - | 2,757.02 | |
| 100505 | Ashley Arens | Audrain | 4,038.46 | 154.35 | 229.16 | 53.59 | 162.00 | | | 342.27 | - | 3,097.09 | |
| 101136 | Ashton Troxel | Audrain | 376.63 | | 23.35 | 5.46 | 5.00 | | | | - | 342.82 | |
| 100836 | Bailee Alexander | Audrain | 234.60 | - | 10.79 | 2.52 | | | | 60.58 | - | 160.71 | |
| 100710 | Bernice Oliver | Audrain | 1,764.80 | 70.81 | 105.66 | 24.71 | 30.00 | | | 60.58 | - | 1,473.04 | |
| 100172 | Beth Epperson | Corp | 3,846.16 | 568.00 | 238.46 | 55.77 | 170.00 | | | | - | 2,813.93 | |
| 100068 | Brandee Narancich | Callaway | 1,840.00 | 145.86 | 110.32 | 25.80 | 91.00 | | | 60.58 | - | 1,406.44 | |
| 100064 | Carla Berry | Callaway | 1,231.20 | 115.07 | 76.33 | 17.85 | 67.00 | | | | - | 954.95 | |
| 100708 | Carmen Oberlag | Audrain | 2,790.40 | 395.17 | 169.25 | 39.58 | 111.00 | | | 60.58 | - | 2,014.82 | |
| 100534 | Caroline Bradshaw | Audrain | 1,137.15 | 54.10 | 70.50 | 16.49 | 67.00 | | | | - | 929.06 | |
| 101000 | Caroline Coffman | Callaway | 1,566.00 | 112.98 | 93.34 | 21.83 | 46.00 | | | 60.58 | - | 1,231.27 | |
| 100551 | Carolyn Canterbury | Audrain | 2,276.30 | 68.26 | 119.91 | 28.04 | 69.00 | | | 342.27 | - | 1,648.82 | |
| 101232 | Cassidy Brown | Audrain | 1,136.25 | 68.68 | 70.45 | 16.48 | 27.00 | | | | - | 953.64 | |
| 101131 | Cathy Coble | Audrain | 1,923.08 | 143.87 | 119.24 | 27.89 | 68.00 | | | | - | 1,564.08 | |
| 100764 | Charla Smith | Audrain | 3,757.84 | 7.90 | 232.99 | 54.49 | 166.00 | | | | - | 3,296.46 | |
| 100525 | Cheryl Blair | Audrain | 644.36 | 57.07 | 36.19 | 8.47 | 17.00 | | | 60.58 | - | 465.05 | |
| 100609 | Cheryl Graupman | Audrain | 1,359.46 | 30.27 | 80.54 | 18.83 | 9.00 | | | 60.58 | - | 1,160.24 | |
| 101096 | Christina Crump | Audrain | 3,415.39 | 246.75 | 197.42 | 46.17 | 135.00 | | | 231.27 | - | 2,558.78 | |
| 100763 | Christy Smiley | Audrain | 9,334.94 | 2,062.20 | 575.01 | 134.48 | 458.00 | | | 60.58 | - | 6,044.67 | |
| 100703 | Colette Niekamp | Audrain | 156.63 | - | 5.96 | 1.39 | | | | 60.58 | - | 88.70 | |
| 100786 | Connie Thoenen | Audrain | 1,978.16 | 162.44 | 118.89 | 27.80 | 78.00 | | | 60.58 | - | 1,530.45 | |
| 100132 | Corey Gibowsky | Callaway | 2,692.31 | 373.59 | 163.17 | 38.16 | 106.00 | | | 60.58 | - | 1,950.81 | |
| 100564 | Cynthia Crowder | Audrain | 886.31 | 1.00 | 51.20 | 11.97 | 20.00 | | | 60.58 | - | 741.56 | |
| 100736 | Cynthia Roberts | Audrain | 1,400.80 | 27.34 | 72.51 | 16.96 | 34.00 | | | 231.27 | - | 1,018.72 | |
| 101196 | Dakota Maxwell | Audrain | 1,198.07 | - | 74.28 | 17.37 | 17.00 | | | | - | 1,089.42 | |
| 100198 | Danielle Steffenauer | Callaway | 232.00 | 20.00 | 10.63 | 2.49 | 20.00 | | | 60.58 | - | 118.30 | |
| 101176 | David Kitchens | Corp | 3,846.15 | 568.00 | 238.46 | 55.77 | 170.00 | | 23.96 | | - | 2,789.96 | |
| 100748 | David Schulte | Audrain | 2,748.75 | 281.28 | 157.66 | 36.87 | 121.00 | | | 205.85 | - | 1,946.09 | |
| 100678 | Deana Maiden | Audrain | 1,034.42 | 12.00 | 60.38 | 14.12 | 28.00 | | | 60.58 | - | 859.34 | |
| 100661 | Deirdre Knipp | Audrain | 1,921.57 | 155.65 | 115.39 | 26.99 | 65.00 | | | 60.58 | - | 1,497.96 | |
| 100642 | Diane Jacobi | Audrain | 846.15 | - | 32.84 | 7.68 | | | | 316.45 | - | 489.18 | |
| 101029 | Donna Yeager | Audrain | 860.63 | 56.26 | 53.36 | 12.48 | 32.00 | | | | - | 706.53 | |
| 101139 | Doris Davis | Audrain | 4,423.08 | 704.91 | 274.23 | 64.14 | 201.00 | | | | - | 3,178.80 | |
| 100659 | Elaina Knipfel | Audrain | 3,040.00 | 377.32 | 184.73 | 43.20 | 132.00 | | | 60.58 | - | 2,242.17 | |
| 101007 | Elijah Haahr | Corp | 7,692.31 | 1,541.83 | 476.92 | 111.54 | 374.00 | | | | - | 5,188.02 | |
| 100127 | Elizabeth Loperman | Callaway | 2,400.00 | 236.52 | 145.04 | 33.92 | 91.00 | | | 60.58 | - | 1,832.94 | |
| 100663 | Eric Kordro | Audrain | 7,692.31 | 1,522.45 | 473.17 | 110.66 | 371.00 | | | 60.58 | - | 5,154.45 | |
| 100002 | Erin Gash | Corp | 884.62 | 88.66 | 54.85 | 12.83 | 13.00 | | 4.88 | | - | 710.40 | |
| 101135 | Gabriel Ellefsen | Audrain | 540.00 | 4.19 | 33.48 | 7.83 | 1.00 | | | | - | 493.50 | |
| 101121 | Gracie Huelskamp | Audrain | 74.25 | - | 4.60 | 1.08 | | | | | - | 68.57 | |
| 100807 | Heather Welch | Audrain | 1,476.80 | 84.84 | 78.80 | 18.43 | 34.00 | | | 205.85 | - | 1,054.88 | |
| 100140 | Jack Wenkel | Callaway | 2,210.76 | - | 137.07 | 32.06 | 84.00 | | | | - | 1,957.63 | |
| 101024 | Jacquelyn Slick | Corp | 5,000.00 | 553.09 | 310.00 | 72.50 | - | | | | - | 4,064.41 | |
| 100636 | Jan Hoyt | Audrain | 3,096.15 | 352.12 | 177.62 | 41.54 | 118.00 | | | 231.27 | - | 2,175.60 | |
| 100725 | Janice Pritchett | Audrain | 3,515.06 | 517.05 | 203.59 | 47.61 | 141.00 | | | 231.27 | - | 2,374.54 | |
| 100141 | Jeanette Quinn | Callaway | 4,615.38 | 736.53 | 282.40 | 66.05 | 208.00 | | | 60.58 | - | 3,261.82 | |
| 100837 | Jeanne Hobbs | Audrain | 1,250.35 | 115.42 | 77.52 | 18.13 | 53.00 | | | | - | 986.28 | |
| 101036 | Jeffrey Stone | Callaway | 6,730.77 | 829.92 | 396.08 | 92.63 | 279.00 | | | 342.27 | - | 4,790.87 | |
| 101207 | Jennifer Gibson | Callaway | 103.94 | - | 6.45 | 1.51 | | | | | - | 95.98 | |
| 100073 | Jennifer Miles | Callaway | 2,160.00 | 256.48 | 130.17 | 30.44 | 78.00 | | | 60.58 | - | 1,604.33 | |
| 100792 | Jesse Trigg | Audrain | 1,805.45 | 148.98 | 111.93 | 26.18 | 62.00 | | | | - | 1,456.36 | |
| 100701 | Joann Nengel | Audrain | 1,392.65 | 92.18 | 82.59 | 19.31 | 37.00 | | | 60.58 | - | 1,100.99 | |
| 100754 | Joni Sharp | Audrain | 492.25 | 26.44 | 26.77 | 6.26 | 20.00 | | | 60.58 | - | 352.20 | |
| 101245 | Julie Huffman | Callaway | 4,230.76 | 475.84 | 249.55 | 58.36 | 167.00 | | | 205.85 | - | 3,074.16 | |
| 101140 | Julie Pehle | Audrain | 36.38 | - | 2.26 | 0.53 | | | | | - | 33.59 | |
| 100819 | Justin Williams | Audrain | 194.33 | - | 12.04 | 2.82 | 20.00 | | | | - | 159.47 | ***not taking out medical because it will zero out their check. |
| 100575 | Kathy Dubbert | Audrain | 2,327.50 | 293.33 | 140.55 | 32.87 | 87.00 | | | 60.58 | - | 1,713.17 | |
| 100119 | Kathy Dugan | Audrain | 1,600.78 | 117.15 | 95.49 | 22.33 | 48.00 | | | 60.58 | - | 1,257.23 | |
| 100733 | Katie Riechmann | Audrain | 2,906.45 | 442.89 | 167.43 | 39.15 | 135.00 | | | 205.85 | - | 1,916.13 | |
| 101086 | Kaylee Jones | Audrain | 337.50 | - | 20.93 | 4.90 | | | | | - | 311.67 | |
| 101061 | Kristin Jurgesmeyer | Audrain | 2,960.00 | 359.72 | 179.76 | 42.04 | 120.00 | | | 60.58 | - | 2,197.90 | |
| 101217 | Kristina Jackson | Callaway | 1,959.00 | 15.00 | 100.23 | 23.44 | 67.00 | | | 342.27 | - | 1,411.06 | |
| 100634 | Kristy Hopper | Audrain | 6,777.05 | 1,267.10 | 398.96 | 93.30 | 308.00 | | | 342.27 | - | 4,367.42 | |
| 100691 | Kristy Melton | Audrain | 2,232.32 | 125.26 | 134.65 | 31.49 | 82.00 | | | 60.58 | - | 1,798.34 | |
| 100029 | Kylie Atterberry | Callaway | 1,444.00 | 118.34 | 85.77 | 20.06 | 40.00 | | | 60.58 | - | 1,119.25 | |
| 101220 | Lanie Exendine | Audrain | 1,200.00 | - | 54.78 | 12.81 | 13.00 | | | 316.45 | - | 802.96 | |
| 100518 | Laura Bergmann | Audrain | 195.29 | - | 12.11 | 2.84 | | | | | - | 180.34 | |

**EXHIBIT 5**

| Employee ID | Name | Location | Gross Pay | Federal Tax | Social Security | Medicare | MO State Tax | KS State Tax | Garnishment | Medical | Net Pay double check | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 100614 | Lee Gullion | Audrain | 280.00 | 21.27 | 17.36 | 4.06 | 5.00 | | | | - | 232.31 |
| 100714 | Lina Peacock | Audrain | 1,890.40 | 94.23 | 113.45 | 26.53 | 37.00 | | | 60.58 | - | 1,558.61 |
| 100102 | Lisa Dinger | Callaway | 2,040.00 | 169.86 | 122.72 | 28.70 | 71.00 | | | 60.58 | - | 1,587.14 |
| 101240 | Lisa Lee | Audrain | 281.25 | 40.00 | 17.43 | 4.08 | 10.00 | | | | - | 209.74 |
| 100788 | Lisa Thurman | Audrain | 1,321.20 | 89.49 | 60.70 | 14.20 | 18.00 | | | 342.27 | - | 796.54 |
| 101068 | Madison Meyer | Audrain | 199.50 | - | 12.37 | 2.90 | - | | | | - | 184.23 |
| 101235 | Maria Rentas Monzon | Corp | 804.00 | 30.59 | 49.85 | 11.66 | 9.00 | 13.73 | | | - | 689.17 |
| 100619 | Marissa Hagedorn | Audrain | 1,908.80 | 105.58 | 24.69 | 57.00 | | | | 205.85 | - | 1,515.68 |
| 100533 | Mary Braden | Audrain | 1,650.40 | 162.80 | 98.57 | 23.05 | 71.00 | | | 60.58 | - | 1,234.40 |
| 100838 | Mary Meeks | Audrain | 736.72 | 37.81 | 41.92 | 9.81 | 4.00 | | | 60.58 | - | 582.60 |
| 100065 | Meaghan Foster | Callaway | 1,859.50 | 87.80 | 115.29 | 26.96 | 65.00 | | | | - | 1,564.45 |
| 100078 | Megan Jewett | Audrain | 1,067.00 | 92.79 | 62.39 | 14.60 | 20.00 | | | 60.58 | - | 816.64 |
| 100544 | Melissa Burton | Audrain | 1,193.60 | 29.74 | 74.00 | 17.31 | 40.00 | | | | - | 1,032.55 |
| 100095 | Melonie Christopher | Callaway | 1,368.00 | 57.18 | 84.82 | 19.84 | 59.00 | | | | - | 1,147.16 |
| 100737 | Mercedes Roberts | Audrain | 1,287.20 | 79.81 | 18.66 | 35.00 | | | | | - | 1,153.73 |
| 100820 | Meri Williams | Audrain | 1,752.00 | 157.56 | 95.86 | 22.42 | 108.00 | | | 205.85 | - | 1,162.31 |
| 101246 | Merrill Atwater | Corp | 7,692.24 | 1,327.83 | 476.92 | 111.53 | 361.00 | | | | - | 5,414.96 |
| 100842 | Michael Jones | Audrain | 12,500.00 | 3,571.38 | 753.78 | 176.28 | 611.00 | | | 342.27 | - | 7,045.29 |
| 101223 | Michael Mulkey | Audrain | 13,461.54 | 3,808.11 | 831.14 | 194.38 | 677.00 | | | | - | 7,894.90 |
| 100726 | Michael Quinlan | Audrain | 9,884.62 | 2,752.15 | 591.63 | 138.36 | 522.00 | | | 342.27 | - | 5,538.21 |
| 101250 | Michaela Clay | Audrain | 315.00 | - | 16.06 | 3.76 | - | | | 56.01 | - | 239.17 |
| 101202 | Monique Caulk | Corp | 1,265.25 | 84.16 | 78.44 | 18.34 | 34.00 | | | | - | 1,050.31 |
| 100581 | Pamela Early | Audrain | 4,230.77 | 644.22 | 258.55 | 60.47 | 188.00 | | | 60.58 | - | 3,018.95 |
| 100090 | Pamela Tadlock | Corp | 2,576.92 | 361.53 | 159.77 | 37.37 | 123.00 | | | | - | 1,895.25 |
| 100620 | Patresa Hagedorn | Audrain | 2,556.45 | 263.98 | 145.74 | 34.08 | 116.00 | | | 205.85 | - | 1,790.80 |
| 100565 | Patricia Cullom | Audrain | 1,474.88 | 141.74 | 87.68 | 20.51 | 41.00 | | | 60.58 | - | 1,123.37 |
| 100173 | Patrick Klingler | Corp | 3,461.54 | 483.38 | 214.61 | 50.19 | 150.00 | | 1,666.18 | | - | 897.18 |
| 100637 | Paul Huemann | Audrain | 1,776.48 | 163.79 | 106.67 | 24.95 | 73.00 | | | 56.01 | - | 1,352.06 |
| 101091 | Paula Shaw | Audrain | 1,520.00 | 46.33 | 90.48 | 21.16 | 44.00 | | | 60.58 | - | 1,257.45 |
| 100804 | Peggy Barjenbruch | Audrain | 7,230.77 | 2,417.65 | 444.55 | 103.97 | 447.00 | | | 60.58 | - | 3,757.02 |
| 101074 | Penny Rea-Bailey | Corp | 946.00 | 179.68 | 58.65 | 13.72 | 17.00 | | | | - | 676.95 |
| 101150 | Rachel Ferguson | Callaway | 1,600.00 | 96.58 | 84.86 | 19.84 | 64.00 | | | 231.27 | - | 1,103.45 |
| 100628 | Regina Hill | Audrain | 1,503.45 | 80.45 | 18.81 | 22.00 | | | | 205.85 | - | 1,176.34 |
| 100142 | Rezwan Islam | Callaway | 12,211.67 | 2,141.57 | 737.50 | 172.48 | 671.00 | | | 316.45 | - | 8,172.67 |
| 100775 | Roberta Stinnett | Audrain | 1,378.75 | 58.26 | 85.48 | 19.99 | 33.00 | | | | - | 1,182.02 |
| 100137 | Ruth Deornellas | Callaway | 2,775.20 | 329.06 | 168.30 | 39.37 | 120.00 | | | 60.58 | - | 2,057.89 |
| 100798 | Ruth Vanskike | Audrain | 2,538.47 | 312.38 | 136.17 | 31.84 | 83.00 | | | | - | 1,975.08 |
| 101090 | Sadie Wear | Audrain | 260.10 | - | 16.13 | 3.77 | - | | | | - | 240.20 |
| 100668 | Sallee Lauer | Audrain | 1,075.45 | 101.07 | 66.67 | 15.60 | 24.00 | | | | - | 868.11 |
| 101134 | Sandra Ellefsen | Audrain | 3,076.92 | 334.25 | 178.01 | 41.64 | 119.00 | | | 205.85 | - | 2,198.17 |
| 100794 | Sandra Turk | Audrain | 1,856.00 | 197.78 | 111.32 | 26.03 | 87.00 | | | 60.58 | - | 1,373.29 |
| 100658 | Scott Kline | Audrain | 1,064.16 | - | 51.64 | 12.07 | | | | 231.27 | - | 769.18 |
| 101205 | Shannon Smith | Audrain | 1,256.00 | - | 65.11 | 15.22 | 9.00 | | | 205.85 | - | 960.82 |
| 100130 | Shawna Fisher | Audrain | 3,600.00 | 462.96 | 208.86 | 48.84 | 145.00 | | | 231.27 | - | 2,503.07 |
| 100690 | Simon McKeown | Audrain | 8,120.00 | 981.71 | 482.22 | 112.77 | 352.00 | | | 342.27 | - | 5,849.03 |
| 100030 | Stephen Tate | Callaway | 1,080.00 | - | 66.96 | 15.66 | 1.00 | | | | - | 996.38 |
| 101132 | Steven Ellefsen | Audrain | 1,923.08 | 155.83 | 115.48 | 27.01 | 65.00 | | | 60.58 | - | 1,499.18 |
| 100134 | Steven Simerl | Callaway | 2,880.00 | 163.27 | 164.22 | 38.40 | 81.00 | | | 231.27 | - | 2,201.84 |
| 101226 | Tammy Doenhoff | Audrain | 2,019.23 | 156.96 | 125.19 | 29.28 | 104.00 | | | | - | 1,603.80 |
| 100576 | Tammy Dubbert | Audrain | 2,080.64 | 67.35 | 114.66 | 26.81 | 38.00 | | | 231.27 | - | 1,602.55 |
| 100091 | Tammy Oligschlaeger | Callaway | 2,856.00 | 359.28 | 162.73 | 38.06 | 131.00 | | | 231.27 | - | 1,933.66 |
| 100840 | Teresa Utterback | Audrain | 1,364.25 | 105.75 | 80.82 | 18.91 | 111.00 | | | 60.58 | - | 987.19 |
| 100133 | Terri Herold | Callaway | 2,347.20 | 224.90 | 141.77 | 33.16 | 88.00 | | | 60.58 | - | 1,798.79 |
| 100509 | Terry Bailey | Audrain | 1,190.40 | 13.37 | 70.05 | 16.39 | 3.00 | | | 60.58 | - | 1,027.01 |
| 100528 | Terry Blakley | Audrain | 5,179.16 | 861.64 | 306.77 | 71.75 | 229.00 | | | 231.27 | - | 3,478.73 |
| 101103 | Thomas Boozer | Corp | 4,615.38 | 751.07 | 286.15 | 66.92 | 211.00 | 26.81 | | | - | 3,273.43 |
| 100718 | Tiffany Peery | Audrain | 1,088.81 | 3.21 | 63.75 | 14.91 | - | | | 60.58 | - | 946.36 |
| 100672 | Tonya Linthacum | Audrain | 2,295.68 | 140.14 | 142.33 | 33.29 | 88.00 | | | | - | 1,891.92 |
| 101187 | Tonya Myers | Audrain | 1,119.88 | 12.37 | 69.43 | 16.24 | 26.00 | | | | - | 995.84 |
| 100803 | Tracy Walton | Audrain | 1,623.83 | 127.19 | 100.68 | 23.55 | 53.00 | | | | - | 1,319.41 |
| 100177 | Tyler Sanders | Audrain | 1,923.08 | 155.83 | 115.47 | 27.01 | 65.00 | | | 60.58 | - | 1,499.19 |
| 100024 | Virginia Ridinger | Callaway | 1,080.00 | 53.39 | 66.96 | 15.66 | 11.00 | | | | - | 932.99 |
| 100802 | Wayne Walker | Audrain | 381.75 | - | 23.66 | 5.53 | 10.00 | | | | - | 342.56 |
| 101126 | Wendy Behlmann | Audrain | 2,331.00 | 2.22 | 182.72 | 31.04 | 97.00 | | | 190.32 | - | 1,877.70 |
| 100136 | William Strawn | Callaway | 2,692.30 | 325.82 | 163.17 | 38.16 | 121.00 | | | 60.58 | - | 1,983.57 |
| | | **Totals** | **364,050.28** | **48,861.92** | **21,565.51** | **5,143.06** | **14,552.00** | **104.60** | **1,666.18** | **12,591.83** | **-** | **259,565.18** |