### Callaway Employees Pay Period 04 24 through 05 07

| First Name | Last Name | Hire Date | Job Title De | Home Depa | Pay Rate | Hours Worked This Pay Period | | | | | | | | Est |
| | | | | | | Reg | OT | oliday Work | PTO | WkEnd Diff | Eve Diff | ekend Prog | Misc Pay | Payroll |
| Kylie | Atterberry | | | | $19.00 | 19.75 | | | 80.00 | | | | | $ 1,895.25 |
| Rachel | Ferguson | | | | $20.00 | 40.00 | | | 80.00 | | | | | $ 2,400.00 |
| Meaghan | Foster | | | | $20.00 | 51.25 | | | 108.75 | | | | | $ 3,200.00 |
| Jack | Wenkel | | | | $55.27 | 80.00 | | | 60.50 | | | | | $ 7,765.44 |
| | | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | | $ - |
| Total | | | | | | 191.00 | 0.00 | 0.00 | 329.25 | 0.00 | 0.00 | 0.00 | 0.00 | $ 15,260.69 |

EXHIBIT

6