| First Name | Last Name | Hire Date | Job Title De | Home Depa | Pay Rate | Reg | OT | oliday Work | PTO | WkEnd Diff | Eve Diff | ekend Prog | Misc Pay | Payroll |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | **Corporate Employees Pay Period 04 24 through 05 07** | | | | | | | | | | **Est** |
| | | | | | | | | **Hours Worked This Pay Period** | | | | | | |
| Penny | Rea-Bailey | | | | $22.00 | 33.00 | | | | | | | | $ 726.00 |
| Beth | Epperson | | | | $3,846.16 | | | | | | | | | $ 3,846.16 |
| Elijah | Haahr | | | | $7,692.31 | | | | | | | | | $ 7,692.31 |
| Thomas | Boozer | | | | $4,615.38 | | | | | | | | | $ 4,615.38 |
| David | Kitchens | | | | $3,846.15 | | | | | | | | | $ 3,846.15 |
| Meril | Attwater | | | | $7,692.24 | | | | | | | | | $ 7,692.24 |
| Michael | Mulkey | | | | $13,461.54 | | | | | | | | | $ 13,461.54 |
| | | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | | $ - |
| Total | | | | | | 33.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 41,879.78 |

EXHIBIT

7