| First Name | Last Name | Hire Date | Job Title De | Home Depa | Pay Rate | Reg | OT | oliday Work | PTO | WkEnd Diff | Eve Diff | ekend Prog | Misc Pay | Payroll |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Hours Worked This Pay Period | | | | | | Est |
| Beth | Epperson | | | | $3,846.16 | | | | | | | | | $ 3,846.16 |
| Elijah | Haahr | | | | $7,692.31 | | | | | | | | | $ 7,692.31 |
| Thomas | Boozer | | | | $4,615.38 | | | | | | | | | $ 4,615.38 |
| David | Kitchens | | | | $3,846.15 | | | | | | | | | $ 3,846.15 |
| Meril | Attwater | | | | $7,692.24 | | | | | | | | | $ 7,692.24 |
| Michael | Mulkey | | | | $13,461.54 | | | | | | | | | $ 13,461.54 |
| | | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | | | $ - |
| Total | | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 41,153.78 |

**Corporate Employees Pay Period 05 08 through 05 21**

EXHIBIT
8