EXHIBIT 9

## Audrain Employees Pay Period 08 14 through 08 27

| Last Name | Concatenate Name | Pay Rate | Hours Worked This Pay Period | | | | | | | | Est Payroll |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Reg | OT | Holiday Worked | PTO | Bereavement | WkEnd Diff | Eve Diff | Weekend Program | Misc Pay | |
| O'Brien | Amy O'Brien | $11,538.46 | 80.00 | | | | | | | | | $ 11,538.46 |
| Feger | Andrea Feger | $3,846.16 | 80.00 | | | | | | | | | $ 3,846.16 |
| Hoilman | Angel Hoilman | $30.00 | 40.00 | | | 40.00 | | | | | | $ 2,400.00 |
| Woodhurst | Angela Woodhurst | $14.97 | 20.00 | | | | | | | | | $ 299.40 |
| Holt | Annette Holt | $50.98 | 47.00 | | | | | 7.00 | | | | $ 2,396.06 |
| Dougherty | Ashlee Dougherty | $3,846.15 | 70.00 | | | 10.00 | | | | | | $ 3,846.15 |
| Woolfolk | Ashley Woolfolk | $17.00 | 27.00 | | | | | | | | | $ 459.00 |
| Hopkins | Bryce Hopkins | $2,884.62 | 40.50 | | | | | | | | | $ 2,884.62 |
| Oberlag | Carmen Oberlag | $34.88 | 48.75 | | | 31.25 | | | | | | $ 2,790.40 |
| Exendine | Catherin Exendine | $46.75 | 26.50 | | | | | 6.50 | | | | $ 1,238.88 |
| Coble | Cathy Coble | $1,923.08 | 80.00 | | | | | | | | | $ 1,923.08 |
| Galadja Wendieuwo | Cedric Galadja Wendieuwo | $5,846.16 | 80.00 | | | | | | | | | $ 5,846.16 |
| Smith | Charla Smith | $3,743.34 | 72.00 | | | | | | | | | $ 3,743.34 |
| Main | Charlene Main | $15.79 | 20.75 | | | 8.00 | | | | | | $ 453.96 |
| Graupman | Cheryl Graupman | $17.10 | | | | | | | | | | $ - |
| Rodgers | Christopher Rodgers | $13.60 | 78.00 | | | 2.00 | | | | | | $ 1,088.00 |
| Smiley | Christy Smiley | $2,884.62 | 64.00 | | | | | | | | | $ 1,442.31 |
| Giboney | Corey Giboney | $3,461.54 | 40.00 | | | 32.00 | 8.00 | | | | | $ 3,461.54 |
| Buck | Cynthia Buck | $31.22 | | | | | | | | | | $ - |
| Roberts | Cynthia Roberts | $17.51 | 71.50 | | | 8.50 | | | | | | $ 1,400.80 |
| Lewis | David Lewis | $40.00 | 28.50 | | | 30.00 | | | | | | $ 2,340.00 |
| Schulte | David Schulte | $40.00 | 40.00 | 2.00 | | 38.00 | | | | | | $ 3,240.00 |
| Yeager | Donna Yeager | $16.50 | | | | | | | | | | $ - |
| Davis | Doris Davis | $4,423.08 | | | | | | | | | | $ 4,423.08 |
| Knipfel | Elaina Knipfel | $3,040.00 | 64.00 | | | 16.00 | | | | | | $ 3,040.00 |
| Stuart | Emily Stuart | $28.49 | | | | | | | | | | $ - |
| Ellefsen | Gabriel Ellefsen | $13.50 | 24.00 | | | | | | | | | $ 324.00 |
| Welch | Heather Welch | $18.46 | 73.50 | | | 6.50 | | | | | | $ 1,476.80 |
| Slick | Jacque Slick | $5,000.00 | | | | | | | | | | $ 5,000.00 |
| Gusewelle | James Gusewelle | $18.50 | 38.00 | | | | | | | | | $ 703.00 |
| Hoyt | Jan Hoyt | $3,096.15 | 80.00 | | | | | | | | | $ 3,096.15 |
| Pritchett | Janice Pritchett | $3,515.06 | 64.00 | | | 16.00 | | | | | | $ 3,515.06 |
| Hobbs | Jeanne Hobbs | $29.42 | 35.00 | | | | | | | | | $ 1,029.70 |
| Nengel | Joann Nengel | $17.30 | 58.50 | | | 21.50 | | | | | | $ 1,384.00 |
| Dubbert | Kathy Dubbert | $38.00 | 56.25 | | | | | | | | | $ 2,137.50 |
| Dugan | Kathy Dugan | $19.70 | 72.00 | | | 8.00 | | | | | | $ 1,576.00 |
| Riechmann | Katie Riechmann | $2,556.45 | 80.00 | | | | | | | | | $ 2,556.45 |
| Jones | Kaylee Jones | $13.50 | 21.00 | | | | | | | | | $ 283.50 |
| Menefee | Kimberly Menefee | $3,688.54 | 72.00 | | | 8.00 | | | | | | $ 3,688.54 |
| Jurgesmeyer | Kristin Jurgesmeyer | $2,960.00 | 80.00 | | | | | | | | | $ 2,960.00 |
| Bergmann | Laura Bergmann | $16.02 | | | | | | | | | | $ - |

**Audrain Employees Pay Period 08 14 through 08 27**

| | | | Hours Worked This Pay Period | | | | | | | | Est |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Last Name | Concatenate Name | Pay Rate | Reg | OT | Holiday Worked | PTO | Bereavement | WkEnd Diff | Eve Diff | Weekend Program | Misc Pay | Payroll |
| Peacock | Lina Peacock | $23.63 | | | | | | | | | | $ - |
| Lee | Lisa Lee | $15.00 | 6.75 | | | | | | | | | $ 101.25 |
| Thurman | Lisa Thurman | $18.35 | 72.00 | | | 8.00 | | | | | | $ 1,468.00 |
| Davis | Madison Davis | $27.00 | 24.75 | | | | | | | | | $ 668.25 |
| Hagedorn | Marissa Hagedorn | $23.86 | 51.00 | | | 19.50 | | | | | | $ 1,682.13 |
| Braden | Mary Braden | $20.63 | 74.75 | | | | | | | | | $ 1,542.09 |
| Meeks | Mary Meeks | $16.63 | 67.00 | | | 13.00 | | | | | | $ 1,330.40 |
| Jewett | Megan Jewett | $22.00 | | | | | | | | | | $ - |
| Holcomb | Melissa Holcomb | $4,038.47 | 70.00 | | | 10.00 | | | | | | $ 4,038.47 |
| Quinlan | Michael Quinlan | $9,884.62 | 80.00 | | | | | | | | | $ 9,884.62 |
| Clay | Michaela Clay | $15.75 | 40.50 | | | 12.00 | | | 6.50 | | | $ 826.88 |
| Caulk | Monique Caulk | $21.00 | 40.00 | | | | | | | | | $ 840.00 |
| Early | Pamela Early | $4,230.77 | 64.00 | | | 16.00 | | | | | | $ 4,230.77 |
| Klingler | Pat Klingler | $3,461.54 | 80.00 | | | | | | | | | $ 3,461.54 |
| Hagedorn | Patresa Hagedorn | $2,556.45 | 72.00 | 8.00 | | | | | | | | $ 2,556.45 |
| Cullom | Patricia Cullom | $18.35 | 59.00 | | | 21.00 | | | | | | $ 1,468.00 |
| Huemann | Paul Huemann | $2,960.80 | 72.00 | | | | | | | | | $ 2,960.80 |
| Shaw | Paula Shaw | $19.00 | 80.00 | | | | | | | | | $ 1,520.00 |
| Barjenbruch | Peggy Barjenbruch | $7,230.77 | 80.00 | | | | | | | | | $ 7,230.77 |
| Moore | Penny Moore | $22.00 | 5.25 | | | | | | | | | $ 115.50 |
| Kelly | Rebekah Kelly | $50.00 | 55.50 | | | | | 6.75 | | | | $ 2,775.00 |
| Hill | Regina Hill | $50.12 | | | | | | | | | | $ - |
| Wieberg | Rhoda Wieberg | $17.49 | 29.50 | | | 50.25 | | | | | | $ 1,394.83 |
| Denham | Robbin Denham | $32.66 | 43.50 | | | 28.50 | | | | | | $ 2,351.52 |
| Rottmann | Robert Rottmann | $28.50 | 32.00 | | | 48.00 | | | | | | $ 2,280.00 |
| Vanskike | Ruth Vanskike | $3,307.70 | 80.00 | | | | | | | | | $ 3,307.70 |
| Wear | Sadie Wear | $26.01 | | | | | | | | | | $ - |
| Lauer | Sallee Lauer | $15.70 | 57.50 | | | 1.00 | | | | | | $ 918.45 |
| Ellefsen | Sandra Ellefsen | $3,076.92 | 80.00 | | | | | | | | | $ 3,076.92 |
| Turk | Sandra Turk | $29.00 | 69.50 | | | 4.00 | | | | | | $ 2,131.50 |
| Dudley | Scott Dudley | $16,200.00 | 80.00 | | | | | | | | | $ 16,200.00 |
| Kline | Scott Kline | $26.18 | 66.50 | | | 13.50 | | | | | | $ 2,094.40 |
| Smith | Shannon Smith | $16.00 | 40.75 | | | 15.00 | | | | | | $ 892.00 |
| Fisher | Shawna Fisher | $3,600.00 | 80.00 | | | | | | | | | $ 3,600.00 |
| Honaker | Susan Honaker | $19.00 | 58.50 | | | | | | | | | $ 1,111.50 |
| Quinlan | Susan Quinlan | $48.00 | 27.50 | | | 52.00 | | | | | | $ 3,816.00 |
| Dubbert | Tammy Dubbert | $23.51 | 19.75 | | | 60.00 | | 6.00 | | | | $ 1,874.92 |
| Colley | Taylor Colley | $21.00 | | | | | | | | | | $ - |
| Utterback | Teresa Utterback | $17.00 | 49.50 | | | 24.00 | | | | | | $ 1,249.50 |
| Blakley | Terry Blakley | $72.69 | 29.00 | | | | | | | | | $ 2,108.01 |
| Peery | Tiffany Peery | $31.79 | 54.00 | | | 8.00 | | | | | | $ 1,970.98 |

**Audrain Employees Pay Period 08 14 through 08 27**

| Last Name | Concatenate Name | Pay Rate | Hours Worked This Pay Period ||||||||| Est Payroll |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Reg | OT | Holiday Worked | PTO | Bereavement | WkEnd Diff | Eve Diff | Weekend Program | Misc Pay | |
| Walton | Tracy Walton | $20.49 | 60.00 | | | 20.00 | | | | | | $ 1,639.20 |
| | | | 3,924.75 | 10.00 | - | 699.50 | 8.00 | 26.25 | 6.50 | - | - | $ 194,550.45 |