**Callaway Employees Pay Period 08 14 through 08 27**

| First Name | Last Name | Concatenate Name | Pay Rate | Hours Worked This Pay Period | | | | | | | | Est |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Reg | OT | Holiday Worked | PTO | WkEnd Diff | Eve Diff | Weekend Program | Misc Pay | Payroll |
| Brandee | Narancich | Brandee Narancich | $23.00 | 33.75 | | | 25.75 | | | | | $ 1,368.50 |
| Carla | Berry | Carla Berry | $15.39 | 65.00 | | | 15.00 | | | | | $ 1,231.20 |
| Elizabeth | Logerman | Elizabeth Logerman | $2,400.00 | 40.00 | | | 40.00 | | | | | $ 2,400.00 |
| Jeanette | Quinn | Jeanette Quinn | $4,615.20 | | | | | | | | | $ 4,615.20 |
| Jeffrey | Stone | Jeffrey Stone | $6,730.77 | 80.00 | | | | | | | | $ 6,730.77 |
| Jennifer | Gibson | Jennifer Gibson | $16.00 | 7.50 | | | | | | | | $ 120.00 |
| Jennifer | Miles | Jennifer Miles | $30.00 | | | | | | | | | $ - |
| Kristina | Jackson | Kristina Jackson | $24.00 | 78.50 | | | | | | | | $ 1,884.00 |
| Melonie | Christopher | Melonie Christopher | $32.00 | 29.75 | | | 34.25 | | | | | $ 2,048.00 |
| Pamela | Tadlock | Pamela Tadlock | $2,576.92 | 80.00 | | | | | | | | $ 2,576.92 |
| Rezwan | Islam | Rezwan Islam | $12,212.00 | 40.00 | | | 40.00 | | | | | $ 12,212.00 |
| Ruth | Deornellas | Ruth Deornellas | $3,052.72 | 56.00 | | | 24.00 | | | | | $ 3,052.72 |
| Stephen | Tate | Stephen Tate | $13.50 | 51.00 | | | 21.00 | | | | | $ 972.00 |
| Steven | Simerl | Steven Simerl | $2,880.00 | 80.00 | | | | | | | | $ 2,880.00 |
| Tammy | Oligschlaeger | Tammy Oligschlaeger | $32.00 | 36.25 | | | 29.00 | | | | | $ 2,088.00 |
| Terri | Herold | Terri Herold | $2,347.20 | | | | | | | | | $ 2,347.20 |
| Virginia | Ridinger | Virginia Ridinger | $13.50 | 68.00 | | | 12.00 | | | | | $ 1,080.00 |
| William | Strawn | William Strawn | $2,692.80 | 72.00 | | | 8.00 | | | | | $ 2,692.80 |
| Total | | | | 817.75 | - | - | 249.00 | - | - | - | - | $ 50,299.31 |

EXHIBIT 10