## Audrain Employees Pay Period 08 28 2022 through 09 10 2022

| First Name | Last Name | Concatenate Name | Pay Rate | Reg | OT | Holiday Worked | PTO | Bereavement | WkEnd Diff | Eve Diff | Weekend Program | Misc Pay | Est Payroll | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Amy | O'Brien | Amy O'Brien | $11,538.46 | 80.00 | | | | | | | | | $ 11,538.46 | |
| Andrea | Feger | Andrea Feger | $3,846.16 | 60.00 | | | 20.00 | | | | | | $ 3,846.16 | |
| Angel | Hoilman | Angel Hoilman | $30.00 | 0.00 | | | 0.00 | | | | | | $ - | |
| Angela | Woodhurst | Angela Woodhurst | $14.97 | 6.00 | | | | | | | | | $ 89.82 | |
| Annette | Holt | Annette Holt | $50.98 | 20.00 | | | | | | | | | $ 1,019.60 | |
| Ashlee | Dougherty | Ashlee Dougherty | $3,846.15 | 70.00 | | | 10.00 | | | | | | $ 3,846.15 | |
| Bryce | Hopkins | Bryce Hopkins | $2,884.62 | 36.00 | | 5.00 | | | | | | | $ 2,884.62 | |
| Carmen | Oberlag | Carmen Oberlag | $34.88 | 55.00 | | | 12.00 | | | | | | $ 2,336.96 | |
| Catherin | Exendine | Catherin Exendine | $46.75 | 21.50 | | | | | | | | | $ 1,005.13 | |
| Cathy | Coble | Cathy Coble | $1,923.08 | 72.00 | | | 8.00 | | | | | | $ 1,923.08 | |
| Cedric | Galadja Wendieuwo | Cedric Galadja Wendieuwo | $5,846.16 | 72.00 | | | 8.00 | | | | | | $ 5,846.16 | |
| Charla | Smith | Charla Smith | $3,743.34 | | | | 72.00 | | | | | | $ 3,743.34 | |
| Christopher | Rodgers | Christopher Rodgers | $13.60 | 70.50 | | | | | | | | | $ 958.80 | |
| Christy | Smiley | Christy Smiley | $2,884.62 | 32.00 | | | 32.00 | | | | | | $ 2,884.62 | |
| Corey | Giboney | Corey Giboney | $3,461.54 | 48.00 | | | 32.00 | | | | | | $ 3,461.54 | |
| Cynthia | Roberts | Cynthia Roberts | $17.51 | 64.75 | | | 15.25 | | | | | | $ 1,400.80 | |
| David | Lewis | David Lewis | $40.00 | 52.00 | | | 8.00 | | | | | | $ 2,400.00 | |
| David | Schulte | David Schulte | $40.00 | 12.00 | | | | | | | | | $ 480.00 | |
| Elaina | Knipfel | Elaina Knipfel | $3,040.00 | 64.00 | | | 16.00 | | | | | | $ 3,040.00 | |
| Gabriel | Ellefsen | Gabriel Ellefsen | $13.50 | 22.00 | | | | | | | | | $ 297.00 | |
| Heather | Welch | Heather Welch | $18.46 | 50.00 | | | 30.00 | | | | | | $ 1,476.80 | |
| Jacque | Slick | Jacque Slick | $5,000.00 | 64.00 | | | 16.00 | | | | | | $ 5,000.00 | |
| James | Gusewelle | James Gusewelle | $18.50 | 63.50 | | 7.50 | | | 14.00 | | | | $ 1,400.38 | |
| Jan | Hoyt | Jan Hoyt | $3,096.15 | 72.00 | | | 8.00 | | | | | | $ 3,096.15 | |
| Janice | Pritchett | Janice Pritchett | $3,515.06 | 72.00 | | | 8.00 | | | | | | $ 3,515.06 | |
| Jeanne | Hobbs | Jeanne Hobbs | $29.42 | 21.25 | | | | | | | | | $ 625.18 | |
| Joann | Nengel | Joann Nengel | $17.30 | 79.00 | 1.50 | | | | | | | | $ 1,405.63 | |
| Kathy | Dubbert | Kathy Dubbert | $38.00 | 19.75 | | | 6.50 | | | | | | $ 997.50 | |
| Kathy | Dugan | Kathy Dugan | $19.70 | 52.75 | | | 18.25 | | 1.50 | | | | $ 1,400.58 | |
| Katie | Riechmann | Katie Riechmann | $2,556.45 | 24.00 | | | 56.00 | | | | | | $ 2,556.45 | |
| Kimberly | Menefee | Kimberly Menefee | $3,688.54 | 64.00 | | | 16.00 | | | | | | $ 3,688.54 | |
| Kristin | Jurgesmeyer | Kristin Jurgesmeyer | $2,960.00 | 56.00 | | | 24.00 | | | | | | $ 2,960.00 | |
| Laura | Bergmann | Laura Bergmann | $16.02 | - | | | | | | | | | $ - | |
| Lisa | Lee | Lisa Lee | $15.00 | 16.75 | | | | | | | | | $ 251.25 | |
| Lisa | Thurman | Lisa Thurman | $18.35 | 72.00 | | | 8.00 | | | | | | $ 1,468.00 | |
| Marissa | Hagedorn | Marissa Hagedorn | $23.86 | 51.75 | | | 8.00 | | | | | | $ 1,425.64 | |
| Mary | Braden | Mary Braden | $20.63 | 65.50 | | | 14.50 | | | | | | $ 1,650.40 | |
| Mary | Meeks | Mary Meeks | $16.63 | 60.25 | | | 16.00 | | | | | | $ 1,268.04 | |
| Melissa | Holcomb | Melissa Holcomb | $4,038.47 | 64.00 | | 6.75 | | | | | | | $ 4,038.47 | |
| Michael | Quinlan | Michael Quinlan | $9,884.62 | 72.00 | | | 8.00 | | | | | | $ 9,884.62 | |
| Michaela | Clay | Michaela Clay | $15.75 | 6.75 | | | 39.50 | | | | | | $ 728.44 | |
| Monique | Caulk | Monique Caulk | $21.00 | 32.00 | | | 8.00 | | | | | | $ 840.00 | |
| Pamela | Early | Pamela Early | $4,230.77 | 64.00 | | | 16.00 | | | | | | $ 4,230.77 | |
| Pat | Klingler | Pat Klingler | $3,461.54 | 80.00 | | | | | | | | | $ 3,461.54 | |

| First Name | Last Name | Concatenate Name | Pay Rate | Reg | OT | Holiday Worked | PTO | Bereavement | WkEnd Diff | Eve Diff | Weekend Program | Misc Pay | Est Payroll | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Hours Worked This Pay Period | | | | | | | | | | |
| Patresa | Hagedorn | Patresa Hagedorn | $2,556.45 | 40.00 | | | 40.00 | | | | | | $ 2,556.45 | |
| Patricia | Cullom | Patricia Cullom | $18.35 | 60.00 | | | 20.00 | | | | | | $ 1,468.00 | |
| Paul | Huemann | Paul Huemann | $2,960.80 | 72.00 | | | 8.00 | | | | | | $ 2,960.80 | |
| Paula | Shaw | Paula Shaw | $19.00 | 72.00 | | | 8.00 | | | | | | $ 1,520.00 | |
| Peggy | Barjenbruch | Peggy Barjenbruch | $7,230.77 | 72.00 | | | 8.00 | | | | | | $ 7,230.77 | |
| Penny | Moore | Penny Moore | $22.00 | 10.75 | | | | | | | | | $ 236.50 | |
| Rebekah | Kelly | Rebekah Kelly | $50.00 | 37.75 | | 7.75 | | | | | | | $ 2,468.75 | |
| Rhoda | Wieberg | Rhoda Wieberg | $17.49 | 12.00 | | 3.00 | 7.50 | | 3.00 | | | | $ 423.51 | |
| Ruth | Vanskike | Ruth Vanskike | $3,307.70 | 56.00 | | | 24.00 | | | | | | $ 3,307.70 | |
| Sallee | Lauer | Sallee Lauer | $15.70 | 61.25 | | | | | | | | | $ 961.63 | |
| Sandra | Ellefsen | Sandra Ellefsen | $3,076.92 | 72.00 | | | 8.00 | | | | | | $ 3,076.92 | |
| Sandra | Turk | Sandra Turk | $29.00 | 68.00 | | | 12.00 | | | | | | $ 2,320.00 | |
| Scott | Kline | Scott Kline | $26.18 | 36.00 | | | 16.00 | | | | | | $ 1,361.36 | |
| Scott | Dudley | Scott Dudley | $16,200.00 | 72.00 | | | | | | | | | $ 16,200.00 | |
| Shawna | Fisher | Shawna Fisher | $3,600.00 | 72.00 | | | 8.00 | | | | | | $ 3,600.00 | |
| Susan | Honaker | Susan Honaker | $19.00 | 41.25 | | | 8.00 | | | | | | $ 935.75 | |
| Tammy | Dubbert | Tammy Dubbert | $23.51 | 45.00 | | | 24.00 | | | | | | $ 1,622.19 | |
| Teresa | Utterback | Teresa Utterback | $17.00 | 57.50 | | | 16.00 | | | | | | $ 1,249.50 | |
| Terry | Blakley | Terry Blakley | $72.69 | 39.25 | | | | | | | | | $ 2,853.08 | |
| Tiffany | Peery | Tiffany Peery | $31.79 | 33.25 | | | 8.00 | | | | | | $ 1,311.34 | |
| Tracy | Walton | Tracy Walton | $20.49 | 72.00 | | | 8.00 | | | | | | $ 1,639.20 | |
| Totals | | | | 3,183.00 | 1.50 | 30.00 | 757.50 | - | 18.50 | - | - | - | $ 169,675.09 | |

Title: Audrain Employees Pay Period 08 28 2022 through 09 10 2022