### Callaway Employees Pay Period 08 28 2022 through 09 10 2022

| First Name | Last Name | Concatenate Name | Pay Rate | Hours Worked This Pay Period | | | | | | | | Est Payroll |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Reg | OT | Holiday Worked | PTO | WkEnd Diff | Eve Diff | Weekend Program | Misc Pay | |
| Carla | Berry | Carla Berry | $15.39 | 21.00 | | | 59.00 | | | | | $ 1,231.20 |
| Elizabeth | Logerman | Elizabeth Logerman | $2,400.00 | 72.00 | | | 8.00 | | | | | $ 2,400.00 |
| Jeffrey | Stone | Jeffrey Stone | $6,730.77 | 72.00 | | | 8.00 | | | | | $ 6,730.77 |
| Kristina | Jackson | Kristina Jackson | $24.00 | 40.00 | | | | | | | | $ 960.00 |
| Melonie | Christopher | Melonie Christopher | $32.00 | 33.75 | | | 46.25 | | | | | $ 2,560.00 |
| Pamela | Tadlock | Pamela Tadlock | $2,576.92 | 56.00 | | | 24.00 | | | | | $ 2,576.92 |
| Rezwan | Islam | Rezwan Islam | $12,212.00 | 72.00 | | | 8.00 | | | | | $ 12,212.00 |
| Ruth | Deornellas | Ruth Deornellas | $3,052.72 | 72.00 | | | 8.00 | | | | | $ 3,052.72 |
| Stephen | Tate | Stephen Tate | $13.50 | 30.00 | | | 33.75 | | | | | $ 860.63 |
| Steven | Simerl | Steven Simerl | $2,880.00 | 48.00 | | | 32.00 | | | | | $ 2,880.00 |
| Tammy | Oligschlaeger | Tammy Oligschlaeger | $32.00 | 32.50 | | | | | | | | $ 1,040.00 |
| Virginia | Ridinger | Virginia Ridinger | $13.50 | 23.00 | | 8.00 | 49.00 | | | | | $ 1,134.00 |
| William | Strawn | William Strawn | $2,692.80 | 72.00 | | | 8.00 | | | | | $ 2,692.80 |
| Total | | | | 644.25 | - | 8.00 | 284.00 | - | - | - | - | $ 40,331.04 |

EXHIBIT 12