IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS (SHERMAN)

| | |
|---|---|
| In re:<br><br>RYAN COLE AND SARAH COLE,<br><br>Debtors. | Case No.: 24-40647<br>Chapter 7 |

**ORDER GRANTING MOTION FOR LEAVE TO FILE CLASS PROOF OF CLAIM FILED BY JEANETTE QUINN**

On April 10, 2025, a Motion for Leave to File Class Proof of Claim (the "Motion") was filed by Jeanette Quinn (the "Movant") in the above-referenced case. The Court finds that the Motion was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure and that it contained the appropriate twenty-one (21)-day negative notice language, pursuant to LBR 9007, which directed any party opposed to the granting of the relief sought by the Motion to file a written response within twenty-one days or the Motion would be deemed by the Court to be unopposed. The Court finds that no objection or other written response to the Motion has been timely filed by any party. Due to the failure of any party to file a timely written response, the allegations contained in the Motion stand unopposed and, therefore, the Court finds that good cause exists for the entry of the following order.

IT IS THEREFORE ORDERED that the Motion for Leave to File Class Proof of Claim filed by Jeanette Quinn on April 10, 2025 is hereby GRANTED so as to authorize her to file a class proof of claim pursuant to Fed. R. Bank. Proc. Rule 7023 which the Court shall apply pursuant to its discretionary authority granted by Rule 9014.