**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Texas**

Bankruptcy Case No.:  24–40647
Chapter:  7
Judge:  Brenda T. Rhoades

In Re:

Ryan Cole and Sarah Cole

### NOTICE OF COURT PROCEEDING

A hearing will be held on

**_Tuesday, May 20, 2025_**

at

**_10:00 AM_**

to consider and act upon document 109 – Motion For Leave to File Class Proof of Claim Filed by Jeanette Quinn (RE: related document(s)107 BNC Certificate of Mailing – Order Setting Last Day to File Proofs of Claim). (Attachments: # 1 Exhibit 1 – Deposition of Amy OBrien taken February 22, 2023 # 2 Exhibit 2 – Email dated Dec. 8, 2022 # 3 Exhibit 3 – 4.1.22 Payroll # 4 Exhibit 4 – 4.15.22 Payroll # 5 Exhibit 5 – 4.29.22 Payroll # 6 Exhibit 6 – 04.24.22 to 05.07.22 payroll hours for nonpaid staff | Callaway # 7 Exhibit 7 – 04.24.22 to 05.07.22 payroll hours for nonpaid staff | Corporate # 8 Exhibit 8 – 05.08.22 to 06.04.22 payroll hours nonpaid staff # 9 Exhibit 9 – 08.14.22 to 08.27.22 payroll hours | Audrain # 10 Exhibit 10 – 08.14.22 to 08.27.22 payroll hours | Callaway # 11 Exhibit 11 – 08.28.22 to 9.10.22 payroll hours | Audrain # 12 Exhibit 12 – 08.28.22 to 9.10.22 payroll hours | Callaway # 13 Exhibit 13 – Platinum Purchase Agreement # 14 Exhibit 14 Pasture Medical Purchase Agreement # 15 Exhibit 15 Declaration of Todd C. Werts # 16 Proposed Order) (Werts, Todd) filed as document number 109 .
The courtroom is located at Plano Bankruptcy Courtroom, 660 N. Central Expressway, Third Floor, Plano, TX 75074.

Dated: Thursday, May 8, 2025

Jason K. McDonald
Clerk, U.S. Bankruptcy Court