Form ntchrgBKv2

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Texas

Bankruptcy Case No.: 24−40647
Chapter: 7
Judge: Brenda T. Rhoades

In Re:

Ryan Cole and Sarah Cole

## NOTICE OF COURT PROCEEDING

A status hearing will be held on

*Tuesday, May 20, 2025*

at

*10:00 AM*

to consider and act upon document 1 − Chapter 7 Voluntary Petition With Schedules, Statements, and All Other Required Documents. Filed by Ryan Cole, Sarah Cole, Document Due 04/1/2024.(Liepins, Eric) filed as document number 1 .
The courtroom is located at Plano Bankruptcy Courtroom, 660 N. Central Expressway, Third Floor, Plano, TX 75074.

Dated: Thursday, May 8, 2025

                                                       Jason K. McDonald
                                                       Clerk, U.S. Bankruptcy Court