IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS (SHERMAN)

**EXHIBIT**

**1**

**Notice of Class Action Lawsuit**

**Records show you were an employee of the Noble Health Medical System in Audrain and Callaway County, Missouri between September 1, 2021 and September 9, 2022, and that you have a claim for unpaid wages and other employment benefits, please read this notice.**

**The United States Bankruptcy Court for the Eastern District of Texas (Sherman)
has certified a proof of claim to proceed as a class action that may affect your legal rights.**

*A court authorized this notice.  This is not a solicitation from a lawyer.*

- On August 22, 2025, the Court certified a class of plaintiffs in the case of *In re Ryan Cole and Sarah Cole*, Case No. 24-40647 pending in the United States Bankruptcy Court for the Eastern District of Texas.

- If you worked for the Noble Health Medical System between September 1, 2021 and September 9, 2022, you are a member of the Class. Anyone who timely and validly requests exclusion from the class will be excluded from the class.

- This notice is to advise you of the status of the claim that has been filed and your rights in connection with the certified class. This is not a lawsuit against you. A copy of the court's class certification order may be found at https://learwerts.com/go/cole-certification-order.

- Your legal rights are affected whether you act or don't act. **Read this notice carefully.**

- This claim is still pending. No settlement or other resolution has been reached and no money is currently available to class members.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS LAWSUIT | | |
|---|---|---|
| **ACTION** | **EXPLANATION** | **DUE DATE** |
| **DO NOTHING** | You will be included in the Class. You will be bound by the Court's orders and judgment in the case. If there is later any settlement or other recovery for the Class, then you will be eligible to participate in that recovery. | No deadline |
| **ASK TO BE EXCLUDED** | If you choose to exclude yourself (opt out), you will **not** be included in the Class. You will **not** be bound by the Court's orders and judgment in the case. If there is later any settlement or other recovery for the Class, then you will **not** be eligible to participate in that recovery. | Month Day, 2025 [Notice + 60 days] |

## BASIC INFORMATION

### 1. Why did I receive notice of this litigation?

You received notice of this case because records show that you were an employee of the Noble Health Medical System, later known as Platinum Neighbors, Inc., Platinum Team Management, Inc., or Platinum Medical Management, Inc. between September 1, 2021 and September 9, 2022 and that you have a claim for unpaid wages and employee benefits for work performed during that time.

### 2. What is a class action and who is involved?

In a class action proof of claim, one or more people called "class representatives" file a proof of claim on behalf of other people who have similar claims. The people together are a "class." The class representatives who file the proof of claim—and all the class members like them—are called creditors in a bankruptcy case like this. The person they filed against (in this case, Ryan Cole) is called the Debtor. Here, Jeanette Quinn is the Class Representative.

In a bankruptcy case like this, the presiding bankruptcy court resolves all claims against the Debtor. In a certified class proof of claim like this, the presiding bankruptcy court's rulings on any issues related to the proof of claim will apply to and bind everyone who does not exclude himself/herself.

### 3. Why is this lawsuit a class action?

The Court has decided that this proof of claim can proceed as a class action because there is good cause to apply Federal Rule of Civil Procedure 23 to this case and the proof of claim meets the requirements of that rule. Specifically, the Court found that there are a sufficient number of people who were affected by the payroll and employee benefits practices at the Noble Health Medical System, that there are legal questions common to each of them, that the Class Representative will fairly and adequately represent the Class's interests; and that this class action will be more efficient than having many individual claims.

### 4. What is this lawsuit about?

The Class Representative filed a proof of claim against Debtor based on unpaid wages and employee benefits earned but not paid between September 1, 2021 and September 9, 2022 by employees of the Noble Health Medical System. The proof of claim asserts that Debtor is jointly and individually liable for the unpaid wages and benefits owed to class members.

The Court has not made any ruling on the merits of this claim, only that it may proceed as a class action proof of claim.

### 5. How do I know if I am part of the class?

The following Class has been certified by the Court: All employees of the Medical System employed from September 1, 2021 through the Medical System cessation of business on September 9, 2022.

The Medical System was defined in the Motion to Certify the Class Action Proof of Claim as "the Audrain Medical Center in Mexico, Missouri and the Callaway Community Hospital in Fulton, Missouri along with the seven rural health clinics associated with those facilities."

You will be considered a member of the Class unless you timely file a Valid Exclusion Statement.

YOUR RIGHTS AND OPTIONS

### 6.  What happens if I do nothing at all?

If you do nothing, then you will be bound by the Court's orders and judgment. If the case has a favorable outcome to the employees, then you will be eligible to participate in that recovery.

### 7.  Why would I ask to be excluded?

If you already have your own claim against Debtor about the same issues in this class action proof of claim and want to continue with it, you need to ask to be excluded from the Class.  If you exclude yourself, you will not be legally bound by the Court's orders and judgment in this claim. If you seek to start your own claim against Debtor after you exclude yourself, you'll have to hire and pay your own lawyer for that claim, and you'll have to prove your own claim.

If you are considering excluding yourself so you can start or continue your own claim against Defendant, you should talk to your own lawyer. Any class members considering whether to exclude themselves to pursue their own proof of claim should note that the bar date to file non-governmental proofs of claim in this case was on May 28, 2025. The passage of that date may impact employees' ability to file their own proof of claim upon excluding themselves from the class.

While you can exclude yourself from this class action proof of claim, you cannot exclude yourself from the Bankruptcy case. The United States Bankruptcy Court for the Eastern District of Texas has jurisdiction over the Debtor's bankruptcy estate and any claims against the Debtor. It is mandatory that any claims against the Debtor be resolved in this bankruptcy case. It is almost certainly a violation of federal law to start or continue a claim or lawsuit against Debtor in any other forum.

### 8.  How do I ask the Court to exclude me in this case?

As discussed above, you have the right to exclude yourself from (i.e., "opt out" of) the Class. If you exclude yourself, you will be giving up the right to receive any payment or other recovery from the case that might become available and the right to later object to any potential settlement or judgment allocation. But if you opt out, then you will not be bound by any orders or judgments that may arise in the case.

To exclude yourself from the Class, you must inform Class Counsel in writing of your name, address, and your intention to be excluded. The Exclusion Statement must contain the name, address, and telephone number of the Class Member to be valid. It must also contain the words to the effect of: "I elect to exclude myself from the certified class in *In re Ryan Cole and Sarah Cole.*" Finally, the request for exclusion must be physically signed by the class member to be valid.

Class Counsel's mailing address is as follows:

Noble Health Litigation – In re Ryan Cole
Lear Werts LLP
103 Ripley Street
Columbia, MO 65201

All requests for exclusion must be submitted, signed, and mailed to Class Counsel and postmarked no later than [NOTICE + 60 DAYS]. If you return a late request for exclusion, the request will be deemed invalid, and you will remain a member of the Class and will be bound by the outcome of this case.

3

THE LAWYERS REPRESENTING YOU

| 9.  Do I have a lawyer in this case? |
| --- |

The Class is represented by Class Counsel, Todd C. Werts of Lear Werts LLP, 103 Ripley Street, Columbia, Missouri 65201. Class Counsel's first duty is to the certified class as a whole before any individual class member, including the Class Representative who initiated this claim. Any information obtained by Class Counsel regarding the claims at issue in this case may be shared with other Class Members, all of whom are represented by Class Counsel.

You will not be personally charged for their work on the case. Class Counsel is handling this case on a contingency fee arrangement whereby they will only charge a fee and seek to recover their advanced litigation expenses if the Class is successful in its claims. If you want to be represented by your own lawyer, you may hire one at your own expense.

The Class Representative has entered into a contingency fee agreement with Class Counsel. Under that agreement, Class Counsel are to be paid 1/3 of any monies actually recovered for the class and to recover any litigation expenses they have expended in pursuit of this claim. If there is a recovery of money for the class in this claim, any attorney fee sought by Class Counsel is subject to court approval. If there is no recovery of money for the class in this claim, Class Counsel will receive no fee and will not be reimbursed the advanced litigation expenses.

Any class member by enter an appearance through their own attorney, other than appointed Class Counsel, if they so desire. Any class member doing so will be solely responsible for paying for such an attorney.

| 10.  Is any money available now? |
| --- |

No money is currently available to the class. In a bankruptcy case like this, a court-appointed Trustee is charged with gathering any money or property that might be used to pay creditors. If the Trustee is able to recover any money, then there is a process, presided over by the Bankruptcy Court, to determine who to distribute those funds pursuant to the United States Bankruptcy Code.

If the Trustee recovers funds in this case that may benefit the Class, then the Court will approve any distribution through a twostep process—preliminary approval and final approval. Should the Court preliminarily approve distribution, including any recovery by Class Counsel for fees or expenses, class members will receive notice of said preliminarily approved distribution and be given an opportunity to object or otherwise be heard on the proposed distribution before final approval of that distribution.

INFORMATION

| 11.  Are more details available? |
| --- |

This notice summarizes the proposed certified class.   More by emailing Class Counsel at platinumhealthlitigation@learwerts.com or calling 1-573-875-1991.

4