**Lear**Werts<sub>LLP</sub>

103 Ripley Street
Columbia, MO  65201

| EXHIBIT |
|---|
| **2** |

Court authorized notice to former employees of the Noble health Medical System.

---

Mailing Address
Street
City, State, ZIP

If you worked for the Noble Health Medical System and are owed unpaid wages or employee benefits, a recently certified class action could affect your rights.