IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS (SHERMAN)

In re:

RYAN COLE AND SARAH COLE,

Debtors.

Case No.: 24-40647
Chapter 7

## ORDER GRANTING MOTION TO APPROVE CLASS NOTICE AND NOTICE PLAN FILED BY JEANETTE QUINN

On December 5, 2025, a Motion to Approve Class Notice and Notice Plan (the "Motion") was filed by Jeanette Quinn (the "Movant") in the above-referenced case. The Court finds that the Motion was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure and that it contained the appropriate twenty-one (21)-day negative notice language, pursuant to LBR 9007, which directed any party opposed to the granting of the relief sought by the Motion to file a written response within twenty-one days or the Motion would be deemed by the Court to be unopposed. The Court finds that no objection or other written response to the Motion has been timely filed by any party. Due to the failure of any party to file a timely written response, the allegations contained in the Motion stand unopposed and, therefore, the Court finds that good cause exists for the entry of the following order.

IT IS THEREFORE ORDERED that the to Approve Class Notice and Notice Plan filed by Jeanette Quinn on December 5, 2025 is hereby GRANTED. The proposed notice form, notice envelope, and notice plan are hereby APPROVED. Class Counsel shall execute the Notice Plan as set out in the motion using the notice form and envelope as presented in Exhibits 1 and 2 to the Motion, and reporting upon the same as set out in paragraph 6 of the proposed notice plan.