LearWerts<sub>LLP</sub>
103 Ripley Street
Columbia, MO  65201

**EXHIBIT**

**2**

Court authorized notice to former employees of the Noble health Medical System.

Mailing Address
Street
City, State, ZIP



If you worked for the Noble Health Medical System and are owed unpaid wages or employee benefits, a recently certified class action could affect your rights.